UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| **Idah Zirintusa,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CASE NUMBER:   1:05CV01738 |
| ) | |
| **Rosa Whitaker** ) | JUDGE:   Emmet G. Sullivan |
| ) | |
| **and** ) | DECK TYPE:   Labor/ERISA |
| ) | (Non-employment) |
| **Pauline Harris** ) | |
| ) | DATE STAMP:   09/21/2005 |
| **Defendants.** ) | |

## ANSWER OF DEFENDANT PAULINE HARRIS

Defendant, Pauline Harris, by and through counsel, in response to the allegations of the Complaint, responds as follows:

### FIRST DEFENSE

The Complaint fails to state a cause of action upon which relief can be granted.

### SECOND DEFENSE

1.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 1 and demands strict proof thereof.

2.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 2 and demands strict proof thereof.

3.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 3 and demands strict proof thereof.

4. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 4 and demands strict proof thereof.

5. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 5 and demands strict proof thereof.

6. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 6 and demands strict proof thereof.

7. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 7 and demands strict proof thereof.

8. Paragraph 8 sets forth Plaintiff's legal conclusions and, accordingly, requires no response; to the extent that a response is required, the allegations therein are denied.

9. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 9 and demands strict proof thereof.

10. Defendant asserts that Paragraph 10 contains information regarding the co-Defendant and are therefore neither admitted nor denied.

11. Defendant admits the allegations contained in the first two sentences of Paragraph 11 and denies each and every other allegation of Paragraph 11.

12. Paragraph 12 sets forth the Plaintiff's legal conclusions and, accordingly, requires no response; to the extent that a response is required, Defendant acknowledges the statutory provisions cited therein, but denies that jurisdiction over the parties and subject matter of this case are conferred solely thereby.

13. Paragraph 13 sets forth the Plaintiff's legal conclusions and, accordingly, requires no response; to the extent that a response is required, Defendant acknowledges

the statutory and common law provisions cited therein, but denies that jurisdiction over the parties and subject matter of this case are conferred solely thereby.

14. Defendant admits that she resides in the District of Columbia, neither admits nor denies that Defendant Whitaker resides in the District of Columbia and lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth in paragraph 14 and demands strict proof thereof.

15. Paragraph 15 sets forth the Plaintiff's legal conclusions and, accordingly, requires no response; to the extent that a response is required, Defendant acknowledges the statutory provisions cited therein, but denies that venue is proper solely thereby.

16. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 16 and demands strict proof thereof.

17. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 17 and demands strict proof thereof.

18. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 18 and demands strict proof thereof.

19. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 19 and demands strict proof thereof.

20. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 20 and demands strict proof thereof.

21. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 21 and demands strict proof thereof.

22. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 22 and demands strict proof thereof.

23. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 23 and demands strict proof thereof.

24. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 24 and demands strict proof thereof.

25. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 25 and demands strict proof thereof.

26. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 26 and demands strict proof thereof.

27. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 27 and demands strict proof thereof.

28. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 28 and demands strict proof thereof.

29. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 29 and demands strict proof thereof.

30. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 30 and demands strict proof thereof.

31. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 31 and demands strict proof thereof.

32. Defendant denies the allegations contained in Paragraph 32.

33. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 33 and demands strict proof thereof.

34. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in the first sentence of paragraph 34 and demands strict proof thereof and denies each and every other allegation set forth in Paragraph 34.

35. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 35 and demands strict proof thereof.

36. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 36 and demands strict proof thereof.

37. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 37 and demands strict proof thereof.

38. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 38 and demands strict proof thereof.

39. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 39 and demands strict proof thereof.

40. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 40 and demands strict proof thereof.

41. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 41 and demands strict proof thereof.

42. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 42 and demands strict proof thereof.

43. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 43 and demands strict proof thereof.

44. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in the first sentence of paragraph 44 and demands strict proof thereof.

45. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 45 and demands strict proof thereof.

46. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 46 and demands strict proof thereof.

47. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 47 and demands strict proof thereof.

The paragraph following paragraph 47 comprises Plaintiff's prayer for relief, and accordingly, requires no response; to the extent that a response is required, the allegations therein are denied.

48. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 48 and demands strict proof thereof.

49. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 49 and demands strict proof thereof.

50. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 50 and demands strict proof thereof.

51. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 51 and demands strict proof thereof.

The paragraph following paragraph 51 comprises Plaintiff's prayer for relief, and accordingly, requires no response; to the extent that a response is required, the allegations therein are denied.

52. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 52 and demands strict proof thereof.

53. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 53 and demands strict proof thereof.

54. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 54 and demands strict proof thereof.

55. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 55 and demands strict proof thereof

56. Defendant denies the allegations contained in Paragraph 56.

57. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 57 and demands strict proof thereof.

58. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 58 and demands strict proof thereof.

59. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 59 and demands strict proof thereof.

The paragraph following paragraph 59 comprises Plaintiff's prayer for relief, and accordingly, requires no response; to the extent that a response is required, the allegations therein are denied.

60. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 60 and demands strict proof thereof.

61. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in the first sentence of paragraph 61 and demands strict proof thereof and denies each and every other allegation set forth in paragraph 61.

62. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 62 and demands strict proof thereof.

63. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 63 and demands strict proof thereof.

64. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in the first sentence of paragraph 64 and demands strict proof thereof and denies each and every other allegation set forth in paragraph 64.

65. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 65 and demands strict proof thereof.

66. Defendant denies the allegations contained in paragraph 66.

The paragraph following paragraph 66 comprises Plaintiff's prayer for relief, and accordingly, requires no response; to the extent that a response is required, the allegations therein are denied.

67. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 67 and demands strict proof thereof.

68. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 68 and demands strict proof thereof.

69. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 69 and demands strict proof thereof.

The paragraph following paragraph 69 comprises Plaintiff's prayer for relief, and accordingly, requires no response; to the extent that a response is required, the allegations therein are denied.

70. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 70 and demands strict proof thereof.

71. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 71 and demands strict proof thereof.

72. Defendant denies the allegations contained in paragraph 66.

73. Defendant denies the allegations contained in paragraph 73.

74. Paragraph 74 sets forth the Plaintiff's legal conclusions and, accordingly, requires no response; to the extent that a response is required, Defendant acknowledges the statutory provisions cited therein.

The paragraph following paragraph 74 comprises Plaintiff's prayer for relief, and accordingly, requires no response; to the extent that a response is required, the allegations therein are denied.

75. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 75 and demands strict proof thereof.

76. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 76 and demands strict proof thereof.

77. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 77 and demands strict proof thereof.

78. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 78 and demands strict proof thereof.

79. Paragraph 79 sets forth the Plaintiff's legal conclusions and, accordingly, requires no response; to the extent that a response is required, Defendant acknowledges the statutory provisions cited therein and denies each and every other allegation in paragraph 79.

80. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 80 and demands strict proof thereof.

81. Paragraph 81 sets forth the Plaintiff's legal conclusions and, accordingly, requires no response; to the extent that a response is required, Defendant acknowledges the statutory provisions cited therein and denies each and every other allegation in paragraph 81.

82. Paragraph 82 sets forth the Plaintiff's legal conclusions and, accordingly, requires no response; to the extent that a response is required, Defendant acknowledges the statutory provisions cited therein and denies each and every other allegation in paragraph 82.

The paragraph following paragraph 82 comprises Plaintiff's prayer for relief, and accordingly, requires no response; to the extent that a response is required, the allegations therein are denied.

83. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 83 and demands strict proof thereof.

84. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 84 and demands strict proof thereof.

85.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in the first sentence of paragraph 85 and demands strict proof thereof.

86.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 86 and demands strict proof thereof.

87.  Defendant denies the allegations contained in paragraph 87.

88.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 88 and demands strict proof thereof.

89.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 89 and demands strict proof thereof.

The paragraph following paragraph 89 comprises Plaintiff's prayer for relief, and accordingly, requires no response; to the extent that a response is required, the allegations therein are denied.

90.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 90 and demands strict proof thereof.

91.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 91 and demands strict proof thereof.

92.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 92 and demands strict proof thereof.

93.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in the first sentence of paragraph 93 and demands strict proof thereof.

94. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 94 and demands strict proof thereof.

95. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 95 and demands strict proof thereof.

The paragraph following paragraph 95 comprises Plaintiff's prayer for relief, and accordingly, requires no response; to the extent that a response is required, the allegations therein are denied.

96. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 96 and demands strict proof thereof.

97. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 97 and demands strict proof thereof.

98. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 98 and demands strict proof thereof.

99. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 99 and demands strict proof thereof.

100. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 100 and demands strict proof thereof.

101. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 101 and demands strict proof thereof.

102. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 102 and demands strict proof thereof.

The paragraph following paragraph 102 comprises Plaintiff's prayer for relief, and accordingly, requires no response; to the extent that a response is required, the allegations therein are denied.

103. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 103 and demands strict proof thereof.

104. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 104 and demands strict proof thereof.

105. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 105 and demands strict proof thereof.

106. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 106 and demands strict proof thereof.

107. Defendant denies the allegations contained in paragraph 107.

108. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 108 and demands strict proof thereof.

109. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 109 and demands strict proof thereof.

110. Paragraph 110 sets forth the Plaintiff's legal conclusions and, accordingly, requires no response; to the extent that a response is required, Defendant acknowledges the equitable and statutory provisions cited therein and denies each and every other allegation in paragraph 110.

The paragraph following paragraph 110 comprises Plaintiff's prayer for relief, and accordingly, requires no response; to the extent that a response is required, the allegations therein are denied.

## THIRD DEFENSE

Plaintiff has failed to exhaust her administrative remedies.

*WHEREFORE*, the premises considered, Defendant respectfully requests:

1. That the Complaint herein be dismissed

2. That judgment be granted to Defendant Pauline Harris

3. For such other and further relief as to the Court seems just and proper.

Respectfully Submitted by,

*Johnny Barnes*
Johnny Barnes #212985

7725 – 16th Street, N.W.
Washington, D.C. 20012
Telephone: (202) 882-2828
Facsimile: (202) 882-2828
E-Mail: Johnny@thewhitakergroup.us

*Counsel for Defendant Pauline Harris*

14

## CERTIFICATE OF SERVICE

I hereby certify that on 21 September, 2005, a true copy of the foregoing ANSWER OF DEFENDANT PAULINE HARRIS, was mailed first class, postage prepaid to:

Christine N. Kearns, Esquire
Alex C. Lakatos, Esquire
2300 "N" Street, N.W.
Washington, D.C. 20037-1128

Kerri Sherlock, Esquire
Break The Chain Campaign
733 – 15th Street, N.W.
Washington, D.C. 20005

Johnny Barnes #212985