UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| IDAH ZIRINTUSA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ROSA WHITAKER ) | Civil Action No. 1:05CV01738 (EGS) |
| ) | |
| and ) | |
| ) | |
| PAULINE HARRIS, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF ENTRY OF APPEARANCE

Pursuant to LCvR 83.6(a), Alex C. Lakatos and Anne E. Langford hereby give notice of their entry of appearance as counsel in this case for Plaintiff Idah Zirintusa.

DATED: October 19, 2005

        Respectfully submitted,

        /s/ Alex C. Lakatos

        Alex C. Lakatos (D.C. Bar No. 453763)
        Anne E. Langford (D.C. Bar No. 492271)
        PILLSBURY WINTHROP SHAW PITTMAN LLP
        2300 N Street, N.W.
        Washington, D.C. 20037-1128
        Tel: (202) 663-8000
        Fax: (202) 663-8007
        Counsel for Plaintiff Idah Zirintusa

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of October, 2005, the foregoing Notice of Entry of Appearance was filed electronically and served via first class, postage prepaid, U.S. mail on the following counsel of record:

>Johnny Barnes, Esq.
>7725 16th Street, NW
>Washington, DC 20012

>/s/ Anne E. Langford
>Anne E. Langford

Document #: 1500618 v.1