UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| **Idah Zirintusa,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 1:05CV01738 (EGS) |
| ) | |
| **Rosa Whitaker** ) | |
| ) | |
| **and** ) | |
| ) | |
| **Pauline Harris,** ) | |
| ) | |
| **Defendants.** ) | |

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this 21st day of October, 2005, that I am the attorney of record for the plaintiff in the above-listed case, and that defendant Rosa Whitaker was personally served with process on September 29, 2005.

I also certify that no appearance has been entered by defendant Whitaker in this case; no pleading by defendant Whitaker has been filed and none served on the attorneys for the plaintiff in this case; no extension has been given; the time for filing has expired; and that defendant Whitaker is neither an infant nor an incompetent person.

400071435v1

The Clerk is asked to enter default against defendant Whitaker.

Dated: October 21, 2005

Respectfully submitted,

PILLSBURY WINTHROP SHAW PITTMAN LLP

_____
Alex C. Lakatos, Esq. (DC Bar No. 453763)
2300 N Street N.W.
Washington, DC 20037-1128
United States of America
Telephone: (202) 663-8693
Facsimile:  (202) 663-8007
E-mail: Alex.Lakatos@pillsburylaw.com

Kerri Sherlock, Esq.
Break The Chain Campaign
733 15th Street NW
Washington, DC 20005
Telephone: (202) 787-5245
Facsimile: (202) 387-7915
E-mail: kerri@ips-dc.org

*Counsel for Plaintiff Idah Zirintusa*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Affidavit in Support of Default and Military Affidavit were served via electronic case filing and First Class Mail, postage prepaid, on the following:

Johnny Barnes
7725 16th Street, NW
Washington, DC 20012
(202) 882-2828
Email: johnny@thewhitakergroup.us

Rosa Whitaker
3543 16th Street NW
Washington, DC 20010

_____
Alex C. Lakatos