UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| **Idah Zirintusa,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 1:05CV01738 (EGS) |
| ) | |
| **Rosa Whitaker** ) | |
| ) | |
| **and** ) | |
| ) | |
| **Pauline Harris,** ) | |
| ) | |
| **Defendants.** ) | |

## MILITARY AFFIDAVIT

(Certificate in Compliance With Soldiers and Sailors Civil Relief Act of 1940,
As Amended in 1942 & 1960 Title 50, Appendix, Section 520, United States Code)

I hereby certify under penalty of perjury, this __ day of October, 2005, that I am the attorney of record for plaintiff Idah Zirintusa in the above-listed case and make this certificate on plaintiff's behalf. I make this certificate pursuant to the provisions of the Soldiers and Sailors Civil Act of 1940 and the provisions of the Soldiers and Sailors Civil Relief Act Amendments of 1942 and 1960; that on behalf of the plaintiff, I have caused careful investigation to be made to ascertain whether or not the above-named defendant is in the military service of the United States or its Allies and that a result of said investigation, I have discovered and do hereby allege that said defendant is not in the military service of the United States or its Allies, that is to say said defendant is not a member of the Army of the United States, the United States Navy, the Marine Corps, the Coast Guard and is not an officer of the public Health Service detailed by proper authority for duty either with the Army or Navy, and said defendant is not on active duty

400070802v1

with any branches aforesaid, nor is said defendant under training or education under the supervision of the United States preliminary to induction into the military services; and the defendant is not serving with the forces of any nation with which the United States is allied in the prosecution of any war, nor has said defendant been ordered to report for induction under the Selective Training and Service Act of 1940, as amended, nor is the defendant a member of the Enlisted Reserve Corps ordered to report for military service, but is employed as the President of The Whitaker Group.  In support of the above certifications, I submit a Military Search report for Rosa Whitaker (attached hereto as Exhibit A.)  Exhibit A includes the Military Status Report Pursuant to the Service Members' Civil Relief Act, indicating that the Department of Defense Manpower Data Center does not have any information that defendant Whitaker is currently on active duty.

Dated:  October 21, 2005    Respectfully submitted,

PILLSBURY WINTHROP SHAW PITTMAN LLP

_____
Alex C. Lakatos, Esq. (DC Bar No. 453763)
2300 N Street N.W.
Washington, DC 20037-1128
United States of America
Telephone:  (202) 663-8693
Facsimile:   (202) 663-8007
E-mail: Alex.Lakatos@pillsburylaw.com

Kerri Sherlock, Esq.
Break The Chain Campaign
733 15th Street NW
Washington, DC 20005
Telephone: (202) 787-5245
Facsimile: (202) 387-7915
E-mail: kerri@ips-dc.org

*Counsel for Plaintiff Idah Zirintusa*