# Exhibit A

Case 1:05-cv-01738-EGS   Document 5-2   Filed 10/21/2005   Page 1 of 5



**JUDGMENT DAY INFORMATION SERVICES, INC.**
PHONE: (914)776-3091          FAX (866) 847-2757
52 YONKERS TERRACE - SUITE 3E- YONKERS – NY 10704
Email: support@militarysearch.org

**MILITARY STATUS PLUS COMPREHENSIVE SEARCH**
**DATE: 10/20/05**
**REFERENCE CODE: S02028**

**SEARCH CRITERIA:**

ROSA MARIA WHITAKER
3543 16TH ST. NW WASHINGTON DC 20010

**RESULTS**

**SUBJECT 1**

NAME: ROSA MARIA WHITAKER
A/K/A'S: ROSA WHITAKER
SSN: 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
STATE ISSUED: DISTRICT OF COLUMBIA
YEAR(S) BETWEEN: 01/01/1973—12/31/1974
DATE OF BIRTH: 02/21/1960

<<MATCH ON NAME AND ADDRESS>>

**END OF REPORT**

All sources used by Judgment Day Information Services, Inc., are deemed both reliable and accurate. However, we have no control over the integrity of the data and we will not assume responsibility for the accuracy or integrity of the records used. Furthermore, Judgment Day Information Services, Inc., does not make any warranty of content expressed, implied or intended. The condition of any information mentioned in our reports may change at any time. The information provided in our reports is intended for investigative purposes only and is produced for the exclusive use of the requester.



## ★MilitarySearch℠

**JUDGMENT DAY INFORMATION SERVICES, INC.**
PHONE: (914)776-3091          FAX (866) 847-2757
52 YONKERS TERRACE - SUITE 3E- YONKERS - NY 10704

### AFFIDAVIT IN SUPPORT OF SEARCH

1. I Melissa B. Forschner of Judgment Day Information Services, Inc. with offices located at 52 Yonkers Terrace, Yonkers, NY 10704, am over the age of 18 and do hereby attest that Judgment Day Information Services, Inc., conducted a diligent search of the DMDC Manpower Database to determine the current military or non-military status of the defendant. I have personal knowledge of all matters stated herein.

2. This affidavit is made pursuant to the Service Members Civil Relief Act (SCRA) [50 USCS Appx. §§ 501 et seq] formerly the Soldiers' and Sailors' Civil Relief Act of 1940, as amended, 50 U.S.C.A. App. Secs 501et. seq, for the purpose of entry of judgment against ROSA MARIA WHITAKER A.K.A. ROSA WHITAKER.

3. I provided the Department of Defense Manpower Data Center with the pertinent information about the defendant such as the defendants name ROSA MARIA WHITAKER A.K.A. ROSA WHITAKER, and Social Security Number 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, which I know because it was located through a diligent search of the individuals' name, street address and state of residence, which yielded a positive identity match. I then conducted a diligent search of the DMDC Manpower Database at the request of PILLSBURY WINTHROP SHAW PITTMAN LLP.

4. Based on the response I have received from the Department of Defense Manpower Data Center dated 2005-10-20 a copy of which is attached hereto and made a part hereof, I am convinced that the defendant is not in any branch of the United States military.

DATE: 2005-10-20

Sworn to before me this 20TH day
Of OCTOBER, 2005.

_____
Notary Public

_____
Signature

Melissa B. Forschner
Printed Name

RANDY S. FORSCHNER
Notary Public, State of New York
No. 01FO6036033
Qualified in Westchester County
Commission Expires 01-10-2006

IN ORDER TO MAINTAIN PERSONAL PRIVACY, BLACKEN THE SOCIAL SECURITY NUMBER AFTER SUBMISSION TO COURT.

Reviewed by: _____     Title: _____

Request for Military Status                                      Page 1 of 1

Department of Defense Manpower Data Center                       OCT-20-2005 03:21:08



Military Status Report
Pursuant to the Service Members' Civil Relief Act

| Last Name | First/Middle | Begin Date | Active Duty Status | Service/Agency |
|---|---|---|---|---|
| WHITAKER | ROSA MARIA | Based on the information you have furnished, the DMDC does not possess any information indicating that the individual is currently on active duty. | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, the above is the current status of the individual, per the information provided, as to all branches of the Military.



Robert J. Brandewie, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The Department of Defense strongly supports the enforcement of the Service Members Civil Relief Act [50 USCS Appx. §§ 501 et seq] (SCRA) (formerly the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are most strongly encouraged to contact us by Fax at (703-696-4156) or by phone at (703-696-6762). We will then conduct further research. Your failure to re-contact DMDC may cause provisions of the SCRA to be invoked against you.

This response reflects current active duty status only. For historical information, please contact the military services SCRA point of contact.

Report ID: BQNRZVHKOZD

10/20/2005

Request for Military Status                                              Page 1 of 1

Department of Defense Manpower Data Center                               OCT-20-2005 03:20:15



Military Status Report
Pursuant to the Service Members' Civil Relief Act

| Last Name | First/Middle | Begin Date | Active Duty Status | Service/Agency |
|---|---|---|---|---|
| WHITAKER | ROSA | Based on the information you have furnished, the DMDC does not possess any information indicating that the individual is currently on active duty. | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, the above is the current status of the individual, per the information provided, as to all branches of the Military.

*[signature: Robert J Brandewie]*

Robert J. Brandewie, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The Department of Defense strongly supports the enforcement of the Service Members Civil Relief Act [50 USCS Appx. §§ 501 et seq] (SCRA) (formerly the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are most strongly encouraged to contact us by Fax at (703-696-4156) or by phone at (703-696-6762). We will then conduct further research. Your failure to re-contact DMDC may cause provisions of the SCRA to be invoked against you.

This response reflects current active duty status only. For historical information, please contact the military services SCRA point of contact.

*Report ID:BQOBDBAJDMR*

10/20/2005