UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| Idah Zirintusa, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Rosa Whitaker )<br>)<br>and )<br>)<br>Pauline Harris, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:05CV01738 (EGS) |

## PLAINTIFF IDAH ZIRINTUSA'S
## MOTION TO HOLD DEFENDANT ROSA WHITAKER IN CONTEMPT
## FOR EXTRAORDINARY EVASION OF PROCESS

Plaintiff Idah Zirintusa respectfully moves this Court for an order holding Defendant Rosa Whitaker in contempt for her extraordinary efforts to evade service of process, including her attack on a process server. Specifically, this motion is based on: (1) the strategic "withdrawal" of Ms. Whitaker's counsel for only a limited period of time during which Ms. Zirintusa was trying to serve Ms. Whitaker; (2) Ms. Whitaker's refusal to accept service at her home and office on multiple occasions; and (3) Ms. Whitaker's hit-and-run assault on the process server who ultimately succeeded in affecting personal service upon her.

In this case, Ms. Zirintusa respectfully requests that this Court impose civil contempt sanctions on Ms. Whitaker, payable to Ms. Zirintusa, in the amount commensurate with the sum that Ms. Zirintusa has paid her process server in connection with service of Ms. Whitaker and all costs, including reasonable attorneys' fees, for the preparation of this motion. These costs are

400073718v1

fully justified by the circumstances, relate directly to Ms. Whitaker's misconduct, would help to deter her from similar acts in the future.

This Motion is more fully supported by the Statement of Points and Authorities submitted herewith. Plaintiff Idah Zirintusa hereby requests, pursuant to LCvR 7(f), an oral hearing on this motion.

Dated: October 31, 2005

Respectfully submitted,

PILLSBURY WINTHROP SHAW PITTMAN LLP

_____
Alex C. Lakatos, Esq. (DC Bar No. 453763)
Christine N. Kearns, Esq. (DC Bar No. 416399)
2300 N Street N.W.
Washington, DC 20037-1128
United States of America
Telephone: (202) 663-8693
Facsimile:   (202) 663-8007
E-mail: Alex.Lakatos@pillsburylaw.com

Kerri Sherlock, Esq.
Break The Chain Campaign
733 15th Street NW
Washington, DC 20005
Telephone: (202) 787-5245
Facsimile: (202) 387-7915
E-mail: kerri@ips-dc.org

*Counsel for Plaintiff Idah Zirintusa*

Certificate Pursuant to LCvR 7(m)

On October 27, 2005, I called Ms. Whitaker's counsel, Mr. Barnes, to confer on this motion. Mr. Barnes promised to get back to me by October 28, 2005. At the time of this filing, I have not heard from him. Therefore, I deem the Motion to be opposed.

_____
Alex C. Lakatos, Esq. (DC Bar No. 453763)

400073718v1