UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| Idah Zirintusa<br>5911 16th St. NW<br>Washington, D.C. 20011<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>Rosa Whitaker<br>3543 16th Street NW<br>Washington, DC 20010<br><br>　　and<br><br>Pauline Harris<br>1616 Decatur Street<br>Washington, D.C. 20011<br><br>　　　　　　Defendants. | Civil Action No. 1:05CV1738 |

### AFFIDAVIT OF DANIEL PORTNOY

I, Daniel Portnoy, do hereby depose and say:

1.　　I am a professional process server employed by Capitol Process Services ("Capitol"), 1827 18th Street, N.W., Washington, D.C. 20009. I have been in my current position with Capitol for approximately four months. I have been serving process for approximately five years. My date of birth is November 26, 1971, and this affidavit is based upon my personal knowledge.

2.　　I am not a party to or otherwise interested in the above-captioned matter.

3. On September 29, 2005 at 9:15 a.m., I served defendant Rosa Whitaker ("Whitaker") in the above-captioned matter. Attached hereto as Exhibit A is a true and correct copy of the Affidavit of Service that I executed on September 30, 2005.

4. The following details my participation in Capitol's efforts to locate and serve a Summons, Complaint, Initial Electronic Case Filing Order and Notice of Right to Consent to Trial before a United States Magistrate Judge on the defendant, Whitaker.

5. On September 1, 2005, at 7:15 a.m., I attempted to serve Whitaker at 3543 16th Street, N.W., Washington, D.C. (her home), but I did not receive a response at the door.

6. On September 6, 2005, at 6:45 a.m., I attempted to serve Whitaker at her home, but I did not receive a response at the door.

7. On September 21, 2005, I attempted to serve Whitaker at The Whitaker Group, 1725 Eye Street, N.W., Washington, D.C. (her place of employment). I spoke with an assistant to Whitaker, Sheila Williams, who informed me that Whitaker was not in. I provided my contact information to Ms. Williams and asked her to have Whitaker call me. Whitaker never contacted me.

8. On September 29, 2005, at approximately 8:30 a.m., I received a phone call from my manager, Scott Kucik, asking me to meet him at the rear of Whitaker's home and to serve her as she emerged from her home and got into her car. I arrived at Whitaker's home at approximately 9:00 a.m. Mr. Kucik gave me the process and then left. I began to watch the silver black top convertible Mercedes (D.C. license CA 4123) that was parked in the rear of Whitaker's home.

9. At approximately 9:15 a.m., Whitaker emerged from her home and approached her car. I approached Whitaker, but she would not accept the documents in her hand. Instead, she ignored me as if I were invisible. She entered her Mercedes and closed the door behind her. I stood beside her passenger-side window and stated that I was serving her process in the above-captioned matter. She did not reply to me, although she shook her head, possibly to indicate her refusal to accept service. After it became clear that she would not open her window and take the documents in her hand, I left them on her windshield under her wiper blades. As I was doing this, she began to reverse her vehicle. I immediately told her to stop, as I was concerned for my safety. I believe my exact words as she began to reverse her car were: "Don't do it!" She appeared to laugh and/or smile in response.

10. As Whitaker drove her car in reverse, she struck me on the side of my body. I rolled off the side of her Mercedes, which knocked me to the ground. I then got up to move to a safer spot. As Whitaker continued to attempt to leave her parking area, she hit the wooden steps leading to her rear door with her car.

11. A witness to the incident, Mr. Luis Gonzales, asked me if I was okay. He provided me his name and number in the event that somebody would need to contact him.

12. Whitaker did not stop to see if I was injured, to offer her assistance, or to provide me with her insurance information.

13. After Whitaker hit me and left her parking area, I saw her drive up the alley behind her home. Before she reached the end of the alley, she stopped her car, got out, and retrieved the service of process that I had left on her windshield. She then got into the car with the papers and drove away.

I do solemnly declare and affirm under the penalty of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

Daniel Portnoy

Subscribed and Sworn to before me this 20th day of October, 2005.

Nicole g. Davis
Notary Public

My commission expires: 01-14-09

# EXHIBIT A

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Idah Zirintusa
5911 16th Street, NW
Washington, DC 20011

V.

Rosa Whitaker
3543 16th Street, NW
Washington, DC 20010

Pauline Harris
1616 Decatur Street, NW
Washington, DC 20011

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:05CV01738

JUDGE: Emmet G. Sullivan

DECK TYPE: Labor/ERISA (non-employment)

DATE STAMP: 08/31/2005

TO: (Name and address of Defendant)

Rosa Whitaker
3543 16th Street, NW
Washington, DC 20010

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christine N. Kearns, Esq.
2300 N Street, NW
Washington, DC 20037

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                   AUG 3 1 2005
CLERK                                        DATE

(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Idah Zirintusa

vs.

Rosa Whitaker, et al.

No. 1:05CV01738 EGS

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons, Complaint, Initial Electronic Case Filing Order and Notice of Right to Consent to Trial Before a United States Magistrate Judge in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1971.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 9:15 am on September 29, 2005, I served Rosa Whitaker at 3543 16th Street, NW, Washington, DC 20010 by serving Rosa Whitaker, personally. Described herein:

```
SEX-     FEMALE
AGE-     40
HEIGHT-  5'7"
HAIR-    BLACK
WEIGHT-  175
COLOR-   BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  09-30-05
             Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 157687