UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| Idah Zirintusa<br>5911 16th St. NW<br>Washington, D.C. 20011<br><br>    Plaintiff,<br><br>    v.<br><br>Rosa Whitaker<br>3543 16th Street NW<br>Washington, DC 20010<br><br>    and<br><br>Pauline Harris<br>1616 Decatur Street<br>Washington, D.C. 20011<br><br>    Defendants. | Civil Action No. 1:05CV1738 |

### AFFIDAVIT OF SCOTT KUCIK

I, Scott Kucik, do hereby depose and say:

1. I am the Custodian of Records of Capitol Process Services ("Capitol"), 1827 18th Street, N.W., Washington, D.C. 20009. I have worked for a total of approximately ten to eleven years with Capitol, and have been in my current position for five years. My date of birth is April 15, 1966, and this affidavit is based upon my personal knowledge.

2. I am not a party to or otherwise interested in the above-captioned matter.

3. The following details Capitol's efforts to locate and serve a Summons, Complaint, Initial Electronic Case Filing Order and Notice of Right to Consent to Trial before a United States Magistrate Judge on the defendant, Rosa Whitaker ("Whitaker").

4. On September 1, 2005, at 7:15 a.m., my agent, Daniel Portnoy, tried to serve Whitaker at 3543 16th Street, N.W., Washington, D.C. 20037 (her home), but there was no answer at her door.

5. On September 6, 2005, at 6:45 a.m., my agent, Daniel Portnoy, tried to serve Whitaker at her home, but there was no answer at the door.

6. On September 7, 2005, at approximately 11:35 a.m., my agent, Vincent Piazza ("Piazza"), attempted to serve Whitaker at her office at The Whitaker Group, 1725 Eye Street, N.W., Washington, D.C. 20001. Piazza informed me that the receptionist at The Whitaker Group initially told him that Whitaker was in her office and went to go get Whitaker to meet him, only to return without Whitaker, saying that Whitaker was not in. Piazza was unsure if there was a miscommunication or if Whitaker was avoiding him and service of process.

7. On September 9, 2005, at approximately 12:00 p.m., I visited Whitaker's office. Whitaker's assistant, Lakeesha Herbert, told me that Whitaker was not in. I told Ms. Herbert that I was trying to deliver the above-referenced documents to Whitaker. I explained to Ms. Herbert that I was required to serve Whitaker with the above-captioned lawsuit, but that I wanted to do so in the manner that would be most convenient to Whitaker. I left her my number and asked her to have Whitaker call me about receiving the above-referenced documents. Ms. Herbert indicated that she would provide Whitaker with my contact information. Whitaker never contacted me.

8. On September 12, 2005, at approximately 9:30 a.m., I attempted to serve Whitaker at her home, but there was no answer at the door.

9. On September 12, 2005, at approximately at 11:45 a.m., I spoke with Whitaker's assistant, Ms. Herbert, on the telephone. I asked Ms. Herbert when Whitaker would be available to receive the documents. Ms. Herbert was abrupt with me. She said, "I can't help you" and then ended the call.

10. On September 13, 2005, Capitol attempted to serve Whitaker at her home, but there was no answer at the door.

11. On September 16, 2005, Capitol attempted to serve Whitaker at her home, but there was no answer at the door.

12. On September 19, 2005, Capitol attempted to serve Whitaker at her home, but there was no answer at the door.

13. On September 20, 2005, Capitol attempted to serve Whitaker at her home, but there was no answer at the door.

14. On September 21, 2005, at approximately 3:00 p.m., my agent, Daniel Portnoy, attempted to serve Whitaker at her office. A Whitaker Group employee told Mr. Portnoy that Whitaker was not in. Mr. Portnoy spoke with an assistant to Whitaker, Sheila Williams, and asked Ms. Williams to have Whitaker call him. Mr. Portnoy informed me that Whitaker never contacted him.

15. On September 28, 2005, at approximately 6:45 p.m., I drove by Whitaker's home and saw a silver Mercedes black top convertible (D.C. license plate CA 4123) parked in the rear. Prior to this, I had learned that Whitaker drives a silver Mercedes. I knocked on the door but did not receive an answer.

16.  On September 29, 2005, I arrived at Whitaker's home early in the morning, watched her Mercedes, which was parked in the back, and waited for her to emerge. At approximately 8:30 a.m., I spoke with Mr. Portnoy and instructed him to meet me at Whitaker's home and take over waiting for Whitaker. When Mr. Portnoy arrived, I returned to my office.

17.  Shortly thereafter, Mr. Portnoy called me at the office to tell me that he had served Whitaker. He told me that Whitaker was extremely hostile to service and that in her efforts to avoid service, she had struck him with her Mercedes.

I do solemnly declare and affirm under the penalty of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

_____
Scott Kucik

Subscribed and Sworn to before me this 20th day of October, 2005.

_____
Notary Public

My commission expires: 01-14-09