UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | | |
|---|---|---|
| Idah Zirintusa<br>5911 16th St. NW<br>Washington, D.C. 20011 | ) ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1:05CV1738 |
| v. | ) ) | |
| Rosa Whitaker<br>3543 16th Street NW<br>Washington, DC 20010 | ) ) ) ) ) | |
| and | ) ) | |
| Pauline Harris<br>1616 Decatur Street<br>Washington, D.C. 20011 | ) ) ) ) ) | |
| Defendants. | ) ) | |

## AFFIDAVIT OF LUIS GONZALEZ

I, Luis Gonzalez, do hereby depose and say:

1.      I live at 1319 Monroe Street, N.W., Washington, D.C.  I am over 18 years old and this affidavit is based upon my personal knowledge.

2.      I am not a party to or otherwise interested in the above-captioned matter.

3.      On September 29, 2005, in the morning, I was visiting my parents' home on the 3500 block of Hertford Place, N.W.  I was at the alley behind my parents' house, in my van, with the window rolled down, when I saw and heard the following events that occurred in the driveway next to where my van was parked.

4.      A man (I later learned that he was Mr. Daniel Portnoy) approached a parked Mercedes convertible with the roof up.

5.      Mr. Portnoy was trying to give some papers to the woman in the car.  I did not hear his exact words, but he told her that he had a notice that he wanted to give her.  Mr. Portnoy was polite and professional.  He did not raise his voice and his actions were not aggressive.

6.      The woman backed the car up.  When she did, she hit Mr. Portnoy with the front end of her car.  I thought that the Mercedes hit Mr. Portnoy fairly hard.

7.      The woman then backed up the Mercedes so that she would have enough room to drive away.  When she backed up, she hit the wooden stairs behind the house where the Mercedes was parked.  She then drove away down the alley.

8.      Afterwards, when Mr. Portnoy walked, it looked like his knee was injured.  I asked Mr. Portnoy if he was okay, and he asked for my name and number in case he needed to contact me later.

9.      When I spoke with Mr. Portnoy, he was still shaking.  But he did not act angry.  He was calm and professional.

I do solemnly declare and affirm under the penalty of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

Luis Gonzalez

Subscribed and Sworn to before me this 27th day of October, 2005.

Notary Public

My commission expires:

David S. Felter
Notary Public, District of Columbia
My Commission Expires 07-31-2007