UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| Idah Ms. Zirintusa, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 1:05CV01738 (EGS) |
| Rosa Ms. Whitaker ) | |
| and ) | |
| Pauline Harris ) | |
| Defendants. ) | |

**PROPOSED ORDER**

Upon consideration of Plaintiff Idah Zirintusa's Motion to Hold Defendant Rosa Whitaker in Contempt for Extraordinary Evasion of Process, Defendant Whitaker's Opposing Points and Authorities, and Plaintiff Zirintusa's Reply Memorandum, and the parties' oral argument thereon, it is hereby ORDERED:

1. That this court finds Ms. Whitaker in contempt of court for her extraordinary actions to evade service of process; and

2. That Ms. Whitaker shall pay Ms. Zirintusa the amount of $ _____ no later than _____, 2005.

_____
Judge Emmet G. Sullivan
United States District Court for the District of Columbia

400075794v1