UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| **Idah Zirintusa,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NUMBER: 1:05CV01738 |
| ) | |
| **Rosa Whitaker** ) | JUDGE: Emmet G. Sullivan |
| ) | |
| and ) | DECK TYPE: Labor/ERISA |
| ) | (Non-employment) |
| **Pauline Harris** ) | |
| ) | DATE STAMP: 10/31/2005 |
| Defendants. ) | |

## RESPONSE OF DEFENDANT ROSA WHITAKER TO PLAINTIFF'S AFFIDAVIT OF DEFAULT OR ALTERNATIVELY MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE DEFENDANT ROSA WHITAKER'S ANSWER

Defendant, Rosa Whitaker, by and through counsel, in response to Plaintiff's Affidavit in Support of Default responds as follows:

1.     Defendant Rosa Whitaker filed her Answer on the very same day --- within a few hours --- that Plaintiff filed her Affidavit in Support of Default.

2.     Counsel for Defendant Whitaker is also Counsel for Defendant Harris, and there is no dispute that an Answer was timely filed in behalf of Defendant Harris. The Defendants have closely related defenses therefore a judgment for Defendant Harris will result in a judgment for Defendant Whitaker. Consequently, justice is best served by having Defendant Whitaker before the Court as the sifting of facts and law takes place.

3. Counsel for Defendant Whitaker "appeared" in this matter, and it was not appropriate for Plaintiff to serve Defendant Whitaker, assuming she was properly served. Once Counsel "appeared," service of the Complaint should have been made upon him.

4. Even if service on Defendant Whitaker was proper and appropriate, Defendant Whitaker has meritorious defenses as reflected in her Answer, already filed, and justice dictates that those meritorious defenses be heard and that the case be decided on its merits.

5. The length of the delay, if there was a delay, was just a matter of a few days, thus any prejudice to Plaintiff was very, very minimal, if at all.

6. The Initial Hearing in this matter will not take place until January 17, 2006, thus the delay, if there was a delay, has had and will not have any impact on these proceedings. There is ample time for all prerequisite filings and appropriate motions in advance of that hearing date.

7. Defendant Whitaker, at every stage, has intended to litigate this matter and let it resolve through the court's process, on the merits. The filing of her Answer on the very day that Plaintiff filed her Affidavit of Default, indeed within hours, indicates that intent. Thus, she has acted in good faith.

8. Even if service on Defendant Whitaker was proper and appropriate, the failure to file an Answer in a timely manner was due to mistake, inadvertence or excusable neglect.

**WHEREFORE**, the premises considered, Defendant respectfully requests:

1. That the Court deny Plaintiff's request for entry of a Default against Defendant Whitaker.

2

2. That, if necessary, the Court enlarge the time for Defendant Whitaker to file her Answer to permit the Answer, and any amendments thereto, to be considered timely filed.

3. For such other and further relief as to the Court seems just and proper.

Respectfully Submitted by,

*Johnny Barnes*

Johnny Barnes #212985

7725 – 16th Street, N.W.
Washington, D.C. 20012
Telephone: (202) 882-2828
Facsimile: (202) 882-2828
E-Mail: Johnny@thewhitakergroup.us

*Counsel for Defendant Rosa Whitaker*

## CERTIFICATE OF SERVICE

I hereby certify that on 31 October, 2005, a true and signed copy of the foregoing, RESPONSE OF DEFENDANT ROSA WHITAKER TO PLAINTIFF'S AFFIDAVIT OF DEFAULT OR ALTERNATIVELY MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE DEFENDANT ROSA WHITAKER'S ANSWER, THE POINTS AND AUTHORITIES IN SUPPORT and the accompanying ORDER, was filed electronically and mailed first class, postage prepaid to:

Christine N. Kearns, Esquire
Alex C. Lakatos, Esquire
Anne E. Langford, Esquire
2300 "N" Street, N.W.
Washington, D.C. 20037-1128

Kerri Sherlock, Esquire
Break the Chain Campaign
733 – 15th Street, N.W.
Washington, D.C. 20005

Johnny Barnes #212985

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| Idah Zirintusa, ) | |
|  ) | |
| Plaintiff, ) | |
|  ) | |
| v. ) | CASE NUMBER:   1:05CV01738 |
|  ) | |
| Rosa Whitaker ) | JUDGE:   Emmet G. Sullivan |
|  ) | |
| and ) | DECK TYPE:   Labor/ERISA |
|  ) | (Non-employment) |
| Pauline Harris ) | |
|  ) | DATE STAMP:   10/31/2005 |
| Defendants. ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE
RESPONSE OF DEFENDANT ROSA WHITAKER
TO PLAINTIFF'S AFFIDAVIT OF DEFAULT OR
ALTERNATIVELY MOTION FOR ENLARGEMENT OF TIME
WITHIN WHICH TO FILE DEFENDANT ROSA WHITAKER'S ANSWER**

1. Federal Rule of Civil Procedure 60(b).

2. Federal Rule of Civil Procedure 55(c).

1. The Record herein.

Respectfully Submitted by,

Johnny Barnes #212985

7725 – 16th Street, N.W.
Washington, D.C. 20012
Telephone: (202) 882-2828
Facsimile: (202) 882-2828
E-Mail:   Johnny@thewhitakergroup.us
*Counsel for Defendant Rosa Whitaker*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| **Idah Zirintusa,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CASE NUMBER:   1:05CV01738 |
| ) | |
| **Rosa Whitaker** ) | JUDGE:   Emmet G. Sullivan |
| ) | |
| **and** ) | DECK TYPE:   Labor/ERISA |
| ) | (Non-employment) |
| **Pauline Harris** ) | |
| ) | DATE STAMP:   10/31/2005 |
| **Defendants.** ) | |
| ) | |

## ORDER

This matter came on to be heard in open Court on this 17th day of January, 2006, and upon consideration of the arguments of counsel and the record herein, it is this _____ day of _____, 2006,

Ordered:

1. That the Request of Plaintiff for entry of default against Defendant Rosa Whitaker be and hereby is denied.

1. That the Motion of Defendant Rosa Whitaker for an enlargement of time within which to submit her Answer and any amendments thereto, so as to allow such submissions to be timely filed be and hereby is granted.

                                                    _____
                                                    Emmet G. Sullivan, Judge

Cc: Johnny Barnes
7725 – 16th Street, N.W.
Washington, D.C. 20012
Telephone: (202) 882-2828
Facsimile:  (202) 882-2828
E-Mail:    Johnny@thewhitakergroup.us

*Counsel for Defendant Rosa Whitaker*

Christine N. Kearns, Esquire
Alex C. Lakatos, Esquire
Anne E. Langford, Esquire
2300 "N" Street, N.W.
Washington, D.C. 20037-1128

Kerri Sherlock, Esquire
Break the Chain Campaign
733 – 15th Street, N.W.
Washington, D.C. 20005

*Co-Counsel for Plaintiff Idah Zirintusa*

2