UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| Idah Zirintusa<br>5911 16th St. NW<br>Washington, D.C. 20011<br><br>    Plaintiff,<br><br>    v.<br><br>Rosa Whitaker<br>3543 16th Street NW<br>Washington, DC 20010<br><br>    and<br><br>Pauline Harris<br>1616 Decatur Street<br>Washington, D.C. 20011<br><br>    Defendants. | Civil Action No. 1:05CV1738 |

## DECLARATION OF ALEX C. LAKATOS

I, Alex C. Lakatos, Esq., do hereby depose and say:

1.  I am counsel for Plaintiff Idah Zirintusa in the above-captioned matter.

2.  Prior to October 21, 2005, the day Ms. Zirintusa filed an Affidavit of Default, Ms. Whitaker had not filed an Answer and neither Ms. Whitaker nor her counsel, Mr. Johnny Barnes, Esq., had contacted me to obtain an extension of time in which to Answer.

3.  On Thursday, October 27, 2005, I left a message for Ms. Whitaker's counsel, Mr. Johnny Barnes, to call me so that we could resolve the issue of Ms.

Whitaker's late-filed Answer and default amicably. I followed up with an e-mail reiterating that message. A true and correct copy of my October 27, 2005 e-mail to Mr. Barnes is attached as Exhibit A hereto.

4. When Mr. Barnes and I spoke later that day, I stated that Ms. Zirintusa would consent to a motion for enlargement of time and other relief necessary to redress Ms. Whitaker's late-filed Answer. I asked Mr. Barnes to draft and send over such papers for Ms. Zirintusa's review and consent. I never received such papers.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 11, 2005.

_____
Alex C. Lakatos