**EXHIBIT A**

# Lakatos, Alex C.

| | |
|---|---|
| **From:** | Lakatos, Alex C. |
| **Sent:** | Thursday, October 27, 2005 1:41 PM |
| **To:** | 'Johnny Barnes 0 (johnny@thewhitakergroup.us)' |
| **Subject:** | Teleconference Requested re Zirintusa v. Whitaker |
| **Contacts:** | Johnny Barnes 0 |

Dear Johnny:

I just left you a voicemail. When you have a moment, would you please give me a call so that we can discuss Ms. Whitaker's belated Answer and our request for a default. I think we can work this problem out amicably. I also want to confer with you on another issue in this case.

Best,

Alex Lakatos
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street N.W.
Washington, D.C. 20037
(202) 663-8693 (phone)
(202) 663-8007 (fax)
alex.lakatos@pillsburylaw.com

1