UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| **Idah Zirintusa**<br>**5911 16th St. NW**<br>**Washington, D.C. 20011** ) ) ) ) ) | |
|        **Plaintiff,** ) ) | **Civil Action No. 1:05CV1738** |
|        **v.** ) ) | |
| **Rosa Whitaker**<br>**3543 16th Street NW**<br>**Washington, DC 20010** ) ) ) ) | |
|        **and** ) ) | |
| **Pauline Harris**<br>**1616 Decatur Street**<br>**Washington, D.C. 20011** ) ) ) ) | |
|        **Defendants.** ) ) | |

## DECLARATION OF ALEX C. LAKATOS

I, Alex C. Lakatos, Esq., do hereby depose and say:

1.      I am counsel for Plaintiff Idah Zirintusa in the above-captioned matter.

2.      Counsel for Defendant Rosa Whitaker, Mr. Johnny Barnes, Esq., did not consult with me about Ms. Whitaker's Cross-Motion for Contempt before filing that Motion.

3.      A true and correct copy of the February 11, 2005 demand letter from Ms. Kerri Sherlock, Esq. to Mr. Barnes is attached hereto as Exhibit A.

1

4.    Shortly after sending the February 11, 2005 demand letter, Ms. Sherlock spoke to Ms. Whitaker on the telephone and, among other things, arranged for Ms. Whitaker to obtain a copy of the demand letter, which Ms. Whitaker said she had not yet seen.  This was the only occasion that Ms. Sherlock spoke with Ms. Whitaker.

5.    A true and correct copy of the July 1, 2005 demand letter from Mr. Lakatos to Ms. Whitaker, including the draft complaint that was attached as an exhibit to the demand letter, is attached hereto as Exhibit B.

6.    A true and correct copy of the July 11, 2005 letter from Mr. Barnes to Mr. Lakatos is attached hereto as Exhibit C.

7.    I have never spoken with Ms. Whitaker.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on November 15, 2005.

Alex C. Lakatos