

# BREAK THE CHAIN CAMPAIGN

733 Fifteenth Street, N.W., Suite #1020 • Washington, D.C. 20005
Phone (202) 787-5245 • Fax (202) 387-7915

February 11, 2005

VIA FIRST CLASS US CERTIFIED MAIL

Ms. Rosa Whitaker
3543 16th St. NW
Washington, D.C. 20010

Dear Ms. Whitaker:

    I am the Managing Attorney of Break the Chain Campaign, an organization that provides legal representation for exploited and enslaved migrants. I represent Idah Zirintusa who resided with you from August of 2004 to late December of 2004.

    As you know, you entered a contractual relationship with my client, Idah Zirintusa. You promised to provide her with full payment for tuition, the purchase of books and supplies, health insurance, clothing, and room and board. Ms. Zirintusa is required to complete her course of study in order to return to her previous employer in Uganda.

    It is my understanding that you are no longer providing any financial support to Ms. Zirintusa and it will be impossible for her to complete her studies without the promised financial assistance. She is not employed and has no other source of income.

    In addition, you promised to provide Ms. Zirintusa with financial support for her parents in Uganda, childcare providers for her seven children and financial support for her children's education.

    Ms. Zirintusa lost her job in Uganda due to your request that she be permitted to travel to the United States. In reliance upon your promises, she sold her possessions and traveled to the U.S. Ms. Zirintusa has no income, is financially destitute, unable to care for her large family and lacking the funds to pay for her schooling. We assert that it is your legal responsibility to provide financial assistance for Ms. Zirintusa.

    Information furnished to me indicates that you may be liable for all of the above contractual responsibilities. Further investigation may reveal additional violations. The purpose of this letter is to explain Ms. Zirintusa's complaints and to provide an opportunity to settle this dispute informally prior to litigation.

If I do not hear from you by **February 22, 2005**, I will consider filing a legal action on behalf of Ms. Zirintusa in March of 2005.

I am willing to discuss this matter with you or your attorney. Please call me at 202-787-5245.

Sincerely,

Kerri Sherlock, Esq.
Managing Attorney