# Johnny Barnes
### Attorney At Law
### 7725 – 16th Street, N.W.
### Washington, D.C. 20012

Telephone (202) 882-2828                                                                 Cell (202) 841-6321

Monday, 11 July 2005

Alex C. Lakatos, Esquire
Pillsbury, Winthrop, Shaw and Pittman
2300 "N" Street, N.W.
Washington, D.C. 20037-1128

*Via Hand Delivery*

    Re:   Ms. Idah Zirintusa

**Dear Mr. Lakatos:**

I have your letter bearing the date of 1 July 2005, the letter of Ms. Kerri Sherlock bearing the date of 11 February 2005 and a copy of a purported Complaint bearing the date of 1 July 2005 and bearing the title of "Draft for Compromise Negotiations."

I write on behalf of Ms. Rosa Whitaker, the object of each of those documents, to caution you against any precipitous action in this matter. I have known Ms. Whitaker for many, many years and have undertaken an independent examination of the allegations made in the letters and in the draft complaint, and much of what is alleged and what I have learned is completely at odds with the conclusions drawn by you and Ms. Sherlock.

Accordingly, I would suggest a meeting among us. In the interim, both you and Ms. Sherlock --- with the exception of service of process in the event litigation ensues --- should refrain from future contact with Ms. Whitaker and any one in her employ.

I hasten to advise you, however, that from my perspective, any meeting we might undertake would be for purposes of informally exchanging information, and not for purposes of settlement, so that due diligence is assured for all involved before a rush to the courthouse.

Page Two of Two – Letter to Alex C. Lakatos, Esquire          Monday 11 July 2005

If litigation proves inevitable, you may be certain that Ms. Whitaker will respond, taking into account every defense at her disposal and, more importantly, such litigation will be met with every counterclaim and third party action available to her. You should understand that Ms. Whitaker, who enjoys a sterling reputation for the work she does, may have already been damaged by oral and written misrepresentations that have been made about her not only by Ms. Zirintusa but by others at her behest.

Mr. Lakatos, I look forward to hearing from you. Very serious allegations have been made, and Ms. Whitaker wants the record to be set straight as soon as possible.

Thank you for your time, attention and consideration in this matter.

Sincerely,

*Johnny Barnes*
Johnny Barnes

Cc:   Kerri Sherlock, Esquire

Phone (202) 882-2828    Cell (202) 841-6321

*Johnny Barnes*
Attorney at Law
Editor and Publisher, Living With The Law

Southwest Station–P.O. Box 70015    Washington, D.C. 20024