UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| IDAH ZIRINTUSA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ROSA WHITAKER ) | Civil Action No. 1:05CV01738 (EGS) |
| ) | |
| and ) | |
| ) | |
| PAULINE HARRIS, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF ENTRY OF APPEARANCE

Pursuant to LCvR 83.6(a), Vadim Schick hereby gives notice of his entry of appearance as counsel in this case for Plaintiff Idah Zirintusa.

DATED: November 28, 2005       Respectfully submitted,

/s/ Vadim Schick_____

Vadim Schick (D.C. Bar No. 489755)
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037-1128
Tel: (202) 663-8000
Fax: (202) 663-8007

*Counsel for Plaintiff Idah Zirintusa*