**EXHIBIT A**

Case 1:05-cv-01738-EGS   Document 16-2   Filed 11/28/2005   Page 1 of 3

U.S. Department of Justice  
Immigration and Naturalization Service

OMB No. 1115-0062  
**Affidavit of Support**

*(Answer All Items: Fill in with Typewriter or Print in Block Letters in Ink.)*

I, ROSA WHITAKER (Name), residing at 3543 16TH STREET, NW (Street and Number), WASHINGTON (City), D.C. (State), 20010 (ZIP Code if in U.S.), USA (Country)

BEING DULY SWORN DEPOSE AND SAY:

1. I was born on 02/21/1960 (Date) at WASHINGTON, D.C. (City), USA (Country)

   If you are not a native born United States citizen, answer the following as appropriate:
   a. If a United States citizen through naturalization, give certificate of naturalization number — N/A
   b. If a United States citizen through parent(s) or marriage, give citizen certificate number — N/A
   c. If United States citizenship was derived by some other method, attach a statement of explanation.
   d. If lawfully admitted permanent resident of the United States, give "A" number — N/A

2. That I am _____ years of age and have resided in the United States since (date) — N/A

3. That this affidavit is executed in behalf of the following person:

| Name | | | Gender | Age |
|---|---|---|---|---|
| ZIRINTUSA  IDAH  ALIBA | | | F | |
| Citizen of (Country) | Marital Status | Relationship to Sponsor | | |
| UGANDA | SINGLE | FRIEND | | |
| Presently resides at (Street and Number) | (City) | (State) | | (Country) |
| C/O ARTHUR R. MUGWERI - UGANDA COMPUTER SERVI P.O. BOX 5829 | KAMPALA | | | UGANDA |

Name of spouse and children accompanying or following to join person:

| Spouse | Gender | Age | Child | | Gender | Age |
|---|---|---|---|---|---|---|
| Child | Gender | Age | Child | | Gender | Age |
| Child | Gender | Age | Child | | Gender | Age |

4. That this affidavit is made by me for the purpose of assuring the United States Government that the person(s) named in item 3 will not become a public charge in the United States.

5. That I am willing and able to receive, maintain and support the person(s) named in item 3. That I am ready and willing to deposit a bond, if necessary, to guarantee that such person(s) will not become a public charge during his or her stay in the United States, or to guarantee that the above named person(s) will maintain his or her nonimmigrant status if admitted temporarily and will depart prior to the expiration of his or her authorized stay in the United States.

6. That I understand this affidavit will be binding upon me for a period of three (3) years after entry of the person(s) named in item 3 and that the information and documentation provided by me may be made available to the Secretary of Health and Human Services and the Secretary of Agriculture, who may make it available to a public assistance agency. THE WHITAKER GROUP

7. That I am employed as, or engaged in the business of TRADE FACILITATION AND GOVT RELATIONS (Type of Business) with _____ (Name of Concern) at 1725 I STREET, N.W., SUITE 300 (Street and Number) WASHINGTON (City) D.C. (State) 20006 (Zip Code)

I derive an annual income of *(if self-employed, I have attached a copy of my last income tax return or report of commercial rating concern which I certify to be true and correct to the best of my knowledge and belief. See instruction for nature of evidence of net worth to be submitted.)*  $ 133,907.80

I have on deposit in savings banks in the United States  $ _____

I have other personal property, the reasonable value of which is  $ 700,000

OVER

Form I-134 (Rev. 10/12/2000) Y

I have stocks and bonds with the following market value, as indicated on the attached list, which I certify to be true and correct to the best of my knowledge and belief.    $ _____
I have life insurance in the sum of    $ _____
With a cash surrender value of    $ _____
I own real estate valued at    $ 550,000.00
With mortgage or other encumbrance(s) thereon amounting to    $ 200,000

Which is located at 3543 16TH STREET, N.W.    WASHINGTON    D.C.    20010
(Street and Number)    (City)    (State)    (Zip Code)

8. That the following persons are dependent upon me for support: (Place an "X" in the appropriate column to indicate whether the person named is *wholly* or *partially* dependent upon you for support.)

| Name of Person | Wholly Dependent | Partially Dependent | Age | Relationship to Me |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |
| | | | | |

9. That I have previously submitted affidavit(s) of support for the following person(s). If none, state *"None"*

Name — N/A    Date submitted

10. That I have submitted visa petition(s) to the Immigration and Naturalization Service on behalf of the following person(s). If none, state none.

Name — N/A    Relationship    Date submitted

11. (Complete this block only if the person named in item 3 will be in the United States temporarily.)
That I ☒ intend  ☐ do not intend, to make specific contributions to the support of the person named in item 3. (If you check "do intend", indicate the exact nature and duration of the contributions. For example, if you intend to furnish room and board, state for how long and, if money, state the amount in United States dollars and state whether it is to be given in a lump sum, weekly, or monthly, or for how long.)
PROVIDE ROOM, BOARD AND TUITION FOR THE ABOVE NAMED INDIVIDUAL FOR THE DURATION OF THEIR STAY IN STATUS IN THE USA

## OATH OR AFFIRMATION OF DEPONENT

I acknowledge at that I have read Part III of the Instructions, Sponsor and Alien Liability, and am aware of my responsibilities as an immigrant sponsor under the Social Security Act, as amended, and the Food Stamp Act, as amended.
I swear (affirm) that I know the contents of this affidavit signed by me and the statements are true and correct.
Signature of deponent _____

Subscribed and sworn to (affirmed) before me this 22nd day of DECEMBER, 2003
at MONTGOMERY COUNTY. My commission expires on 03/01/2006
Signature of Officer Administering Oath _____    Title NOTARY PUBLIC
If affidavit prepared by other than deponent, please complete the following: I declare that this document was prepared by me at the request of the deponent and/or based on all information of which I have knowledge.

ALBERT A. NGWANA
Notary Public
Montgomery Co., MD
My Comm. Exp. March 1, 2006

(Signature)    (Address)