## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

| | |
|---|---|
| IDAH ZIRINTUSA | ) |
| Plaintiff, | ) |
| v. | ) |
| ROSA WHITAKER | ) Civil Action No. 1:05CV01738 (EGS) |
| and | ) |
| PAULINE HARRIS, | ) |
| Defendants. | ) |

**PLAINTIFF IDAH ZIRINTUSA'S ERRATA STATEMENT**
**REGARDING PROPOSED ORDER**

Plaintiff Idah Zirintusa hereby notifies the Court and the parties that the attached document (a Proposed Order) should have been filed as an attachment to Plaintiff Idah Zirintusa's Opposition to the Motion to Dismiss Filed by Defendant Rosa Whitaker ("Plaintiff's Opposition"). Plaintiff's Opposition was filed via the Court's Electronic Case Filing system on this date and is reflected in ECF as Document Number 16. The Proposed Order attached to this Errata Statement thus relates to and accompanies the aforementioned Plaintiff's Opposition.

Dated:  November 28, 2005             Respectfully submitted,

PILLSBURY WINTHROP SHAW PITTMAN LLP


 /s/ Alex C. Lakatos_____
Alex C. Lakatos, Esq. (DC Bar No. 453763)
Christine N. Kearns, Esq. (DC Bar No. 416399)
2300 N Street N.W.
Washington, DC 20037-1128
Telephone:  (202) 663-8693
Facsimile:   (202) 663-8007
E-mail: Alex.Lakatos@pillsburylaw.com

Kerri Sherlock, Esq.
Break The Chain Campaign
733 15th Street NW
Washington, DC 20005
Telephone: (202) 787-5245
Facsimile: (202) 387-7915
E-mail: kerri@ips-dc.org

Counsel for Plaintiff Idah Zirintusa