**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | |
|---|---|
| IDAH ZIRINTUSA | ) |
|       Plaintiff, | ) |
|       v. | ) |
| ROSA WHITAKER | ) Civil Action No. 1:05CV01738 (EGS) |
|       and | ) |
| PAULINE HARRIS, | ) |
|       Defendants. | ) |

**PROPOSED ORDER**

Upon review and consideration of the Motion to Dismiss of Defendant Rosa Whitaker, Plaintiff Idah Zirintusa's Opposition thereto, and the record in this case, it is, this _____ day of _____ 2005/2006,

ORDERED that the motion is hereby DENIED.

_____
Emmet G. Sullivan
Judge, United States District Court

**Copies by ECF to:**

Alex C. Lakatos, Esq.
Christine N. Kearns, Esq.
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C.  20037-1128

Johnny Barnes, Esq.
7725-16th Street, N.W.
Washington, DC 20012