UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| Idah Zirintusa, <br><br> Plaintiff, <br><br> v. <br><br> Rosa Whitaker <br><br> and <br><br> Pauline Harris <br><br> Defendants. | CASE NUMBER: 1:05CV01738 <br><br> JUDGE: Emmet G. Sullivan <br><br> DECK TYPE:    Labor/ERISA <br><br> (Non-employment) <br><br> DATE STAMP:    01/10/2006 |

**DEFENDANTS' [PROPOSED] SCHEDULING ORDER**

Upon consideration of the Joint Report submitted by the parties pursuant to LCvR 16.3 and after a scheduling conference held in open court on January 17, 2006, it is hereby

**ORDERED** that:

1.    The start of discovery should await the Court's decisions on Defendant's pending Motion to Dismiss and Motion for Judgment on the Pleadings.

2. Defendants may amend their answers once without leave of court, no later than 20 days following the Court's final ruling on the motions. Defendants may also without leave of court at any time, but no later than 20 days following the Court's final ruling on the motions join any new parties necessary to the just adjudication of this case.

3. This case shall be assigned to a Magistrate Judge for all purposes including all discovery disputes, mediation for purposes of alternative dispute resolution and trial.

4. All dispositive motions, with supporting briefs and exhibits, if any, must be served and filed no later than 30 days after the close of discovery; opposition briefs, and exhibits if any, must be served and filed within 21 days after service of the dispositive motions and supporting briefs; and reply briefs, and exhibits if any, must be served and filed within 14 days after service of the opposition briefs.

5. All discovery, except expert depositions should be completed 8 months from the start of the discovery period. The parties are not precluded, however, from moving to compel responses to previously requested discovery after the close of the discovery period.

**SO ORDERED.**


Date: _____          _____
                                EMMET G. SULLIVAN
                                United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on 10 January, 2006, a true and signed copy of the foregoing **DEFENDANTS' [PROPOSED] SCHEDULING ORDER**, was filed electronically and mailed first class, postage prepaid to:

Christine N. Kearns, Esquire
Alex C. Lakatos, Esquire
Anne E. Langford, Esquire
2300 "N" Street, N.W.
Washington, D.C. 20037-1128


Kerri Sherlock, Esquire
Break the Chain Campaign
733 - 15th Street, N.W.
Washington, D.C. 20005

_____
Johnny Barnes #212985