UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| IDAH ZIRINTUSA, </br></br>  Plaintiff, </br></br> v. </br></br> ROSA WHITAKER </br></br> and </br></br> PAULINE HARRIS, </br></br>  Defendants. | Civil Action No. 1:05CV01738 (EGS) |

**PROPOSED SCHEDULING ORDER**

Upon consideration of the Joint Report submitted by the parties pursuant to LCvR 16.3(d) and after a scheduling conference held in open court on January 17, 2006, it is hereby

**ORDERED** that:

1. Discovery shall not be stayed and shall proceed immediately;

2. Discovery in this matter shall be completed no later than April 1, 2006;

3. Summary judgment motions shall be filed no later than May 1, 2006, oppositions thereto shall be filed no later than May 22, 2006, and replies in support thereof shall be filed no later than June 6, 2006.

4. A pretrial conference in this matter will be held on September 1, 2006.

5. Trial in this matter will be held on _____, 2006.

400303997v1

6. The parties shall exchange expert witness reports pursuant to Fed. R. Civ. P. 26(a)(2) no later than 90 days before trial. Expert witnesses shall be deposed no sooner than 60 days before trial and no later than 30 days before trial.

**SO ORDERED.**

Date: _____   _____
EMMET G. SULLIVAN
United States District Judge

400303997v1