UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| **Idah Zirintusa,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil No. 1:05CV01738 EGS/JMF |
| **Rosa Whitaker** | ) |
| and | ) |
| **Pauline Harris,** | ) |
| **Defendants.** | ) |

## JOINT STATUS REPORT

Pursuant to this Court's Order on January 17, 2006, the parties file the following status report. Settlement hearings were held in front of Magistrate Judge Facciola on February 14, 2006. No settlement was reached.

Following the Court's request, Plaintiff will submit her Supplemental Brief on February 27, 2006. Defendants will submit their Supplemental Response on March 9, 2006. The parties also respectfully ask this Court to issue a Scheduling Order for this matter.

Dated: February 16, 2005            Respectfully submitted,

                                                 PILLSBURY WINTHROP SHAW PITTMAN LLP

                                                  /s/ Vadim M. Schick_____
                                                 Christine N. Kearns, Esq. (DC Bar No. 416399)
                                                 Anne E. Langford, Esq. (DC Bar No. 492271)

400319969v1

Vadim M. Schick, Esq. (DC Bar No. 489755)
2300 N Street N.W.
Washington, DC 20037-1128
Telephone:  (202) 663-8975
Facsimile:   (202) 663-8007
E-mail: Vadim.Schick@pillsburylaw.com

*Counsel for Plaintiff Idah Zirintusa*


JOHNNY BARNES


   /s/ Johnny Barnes_____
Johnny Barnes
7725 16th Street NW
Washington, DC 20012
Telephone : (202) 882-2828
Email: johnny@thewhitakergroup.us

*Counsel for Defendants Rosa Whitaker &
        Pauline Harris*