**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION**

| | |
|---|---|
| IDAH ZIRINTUSA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROSA WHITAKER<br><br>and<br><br>PAULINE HARRIS,<br><br>    Defendants. | Case No. 1:05CV01738 (EGS/JMF) |

**NOTICE OF ENTRY OF MAYER, BROWN, ROWE & MAWE LLP
AS COUNSEL OF RECORD**

Plaintiff Idah Zirintusa hereby notifies the Court that Alex Lakatos (D.C. Bar No. 453673) of Mayer, Brown, Rowe & Maw LLP enters his appearance as the attorney of record for the plaintiff. Alex C. Lakatos (D.C. Bar No. 453673), who has left Pillsbury Winthrop Shaw Pittman LLP and is now a partner with Mayer Brown Rowe & Maw LLP, continues in his role as the lead attorney and attorney to be noticed. Mr. Lakatos has advised the clerk of the court of his new e-mail address for ECF purposes.

          Respectfully submitted,

          <u>/s/Alex Lakatos</u>

          Alex C. Lakatos (D.C. Bar No. 453763)
          MAYER, BROWN, ROWE & MAW LLP
          1909 K Street, N.W.
          Washington, D.C. 20006
          (202) 263-3000

*Counsel for the Plaintiff*

February 24, 2006