- 1 -

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| IDAH ZIRINTUSA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROSA WHITAKER<br><br>and<br><br>PAULINE HARRIS,<br><br>    Defendants. | Case No. 1:05CV01738 (EGS/JMF) |

**PLAINTIFF IDAH ZIRINTUSA'S MOTION TO STRIKE NEW ARGUMENTS RAISED FOR THE FIRST TIME IN DEFENDANT WHITAKER'S SUPPLEMENTAL REPLY**

Plaintiff Idah Zirintusa respectfully moves this Court to strike the new argument that Ms. Whitaker has included for the first time in her Supplemental Briefing In Support of the Motion for Judgment on the Pleadings (Mar. 9, 2006) (the "Supplemental Reply"). Specifically, Ms. Zirintusa moves to strike Point III of Supplemental Reply, which for the first time provides arguments to dismiss Counts VIII – XI of Ms. Zirintusa's Complaint.

In the event that this Court denies Ms. Zirintusa's request, then in the alternative, she requests leave of Court to submit another brief, addressing the new arguments Ms. Whitaker has raised for the first time in her Supplemental Reply. If the Court prefers this approach, Ms. Zirintusa would respectfully request that the Court clarify that plaintiff's rebuttal to Ms. Whitaker's new arguments be the last brief at this stage of the proceedings.

- 1 -

- 2 -

Dated: March 15, 2006                    Respectfully submitted,

                                          Mayer, Brown, Rowe & Maw LLP

                                          ___/s/ Alex Lakatos_____
                                          Alex C. Lakatos (DC Bar No. 453763)
                                          1909 K Street N.W.
                                          Washington, D.C. 20006-1101
                                          Telephone: (202) 263-3312
                                          Facsimile: (202) 263-5312
                                          E-mail: alakatos@mayerbrownrowe.com

Certificate Pursuant to LCvR 7(m)

On March 14, 2006, I called and e-mailed Ms. Whitaker's counsel, Mr. Johnny Barnes, to confer on this Motion. As of March 15, 2006, I have not heard back from him. Accordingly, I deem this motion to be opposed.

                                          ___/s/ Alex Lakatos_____
                                          Alex C. Lakatos (DC Bar No. 453763)