- 1 -

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| IDAH ZIRINTUSA,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>ROSA WHITAKER<br><br>and<br><br>PAULINE HARRIS,<br><br>　　　Defendants. | Case No. 1:05CV01738 (EGS/JMF) |

**PROPOSED ORDER**

Upon consideration of Plaintiff Idah Zirintusa's Motion to Strike New Arguments Raised for the First Time in Defendant Whitaker's Supplemental Reply, and Defendant Whitaker's Opposing Points and Authorities, it is hereby ORDERED:

That the arguments under Point III of Ms. Whitaker's Supplemental Briefing in Support of the Motion for Judgment on the Pleadings are stricken.

Date:_____

_____
Judge Emmet G. Sullivan
United States District Court for the District of Columbia

DCDB01 20795217.1   15-Mar-06 15:53