# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

IDAH ZIRINTUSA,

  Plaintiff,

    v.

ROSA WHITAKER

and

PAULINE HARRIS,

  Defendants.

Case No. 1:05CV01738 (EGS/JMF)

---

**PLAINTIFF IDAH ZIRINTUSA'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF HER MOTION TO STRIKE NEW ARGUMENTS RAISED FOR THE FIRST TIME IN DEFENDANT WHITAKER'S SUPPLEMENTAL REPLY**

At the January 17, 2006 scheduling conference in this matter, the Court afforded the parties leave to submit supplement briefs on (1) the question whether the parties' oral contract for a three-year term of employment is enforceable and (2) any other issues that Ms. Whitaker had raised *for the first time* in her Reply of Defendant Rosa Whitaker to Plaintiff's Opposition to Defendant's Motion for Judgment on the Pleadings (Jan. 9, 2006). Ms. Whitaker, however, has exceeded the Court's permission to file supplemental briefing on those issues already before the Court by raising new issues for the first time in her Supplemental Briefing in Support of the Motion for Judgment on the Pleadings (Mar. 9, 2006) (the "Supplemental Reply").[1] Specifically, Point III of the Supplement Reply for the first time offers argument (that is incorrect as a matter

---

[1] The Supplemental Reply concedes that Ms. Whitaker's brief was supposed to be limited to supporting her extant motion, not to offer new theories and arguments: "the Court also afforded this Defendant leave to submit a supplemental brief *in support of her Motion*." Supplemental Reply at 1 (emphasis added).

of fact and law) to dismiss Ms. Whitaker's claims for tortious interference, unjust enrichment and fraud (Counts VIII – XI).  *See* Supplemental Reply at 12-17.

As the Court of Appeals for the United States Court of Appeals for the District of Columbia Circuit has held, "[i]t is well established that this court will not entertain arguments raised for the first time in a party's reply brief."  *Cronin v. FAA,* 73 F.3d 1126, 1134 (D.C. Cir. 1996); *see Goldring v. District of Columbia*, 415 F.3d 70, 77 n.4 (D.C. Cir. 2005); *Adams v. Mineta*, No. Civ.A. 04-856(RBW), 2006 WL 367895, at *1 n.2 (D.D.C. Feb. 16, 2006) (refusing to consider argument raised for first time on reply to motion for summary judgment).

This is the second time that Ms. Whitaker has tried to sandbag the plaintiff by raising new issues in a reply brief, thereby denying the plaintiff, Ms. Zirintusa, any opportunity to rebut Ms. Whitaker's unfounded arguments.  The first time Ms. Whitaker tried to sandbag the plaintiff was in her Reply in support of her Motion for Judgment on the Pleadings, where she raised for the first time several baseless new arguments (*e.g.*, asserting a new, erroneous argument that U.S. immigration law trumps the Fair Labor Standards Act).  The only reason that Ms. Zirintusa was able to address these new arguments at all was because this Court afforded the parties leave to file supplemental briefs.

In her Supplemental Reply, Ms. Whitaker once again asserts a slew of new arguments, all unfounded, ostensibly in the hope that she will be able to prevail because Ms. Zirintusa cannot respond to them.  Given that Ms. Whitaker's Supplemental Reply constitutes her *fourth* brief in support of her effort to dismiss the Complaint – she already has filed (1) a Motion to Dismiss; (2) a Motion for Judgment on the Pleadings; and (3) a Reply in Support of her Motion for Judgment on the Pleading in which she raised new arguments – there is absolutely no need or justification for her to raise new arguments.  At some point, the time for submitting new arguments ends, and

- 2 -

the parties must rest on their briefs.  Ms. Zirintusa respectfully submits that that time was several briefs ago.  Accordingly, Ms. Zirintusa respectfully requests that this Court strike Ms. Whitaker's new arguments in her Supplemental Reply.  73 F.3d at 1134.

In the event that this Court denies Ms. Zirintusa's request, then in the alternative, she requests leave of Court to submit another brief, addressing the new arguments Ms. Whitaker has raised for the first time in her Supplemental Reply.  If the Court prefers this approach, Ms. Zirintusa would respectfully request that the Court clarify that plaintiff's rebuttal to Ms. Whitaker's new arguments be the last brief at this stage of the proceedings.


Dated: March 15, 2006                    Respectfully submitted,


                                         Mayer, Brown, Rowe & Maw LLP


                                             /s/ Alex Lakatos
                                         Alex C. Lakatos (DC Bar No. 453763)
                                         1909 K Street N.W.
                                         Washington, D.C. 20006-1101
                                         Telephone: (202) 263-3312
                                         Facsimile: (202) 263-5312
                                         E-mail: alakatos@mayerbrownrowe.com