IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

|  |  |
|---|---|
| IDAH ZIRINTUSA,<br><br>Plaintiff,<br><br>v.<br><br>ROSA WHITAKER<br><br>and<br><br>PAULINE HARRIS,<br><br>Defendants. | Case No. 1:05CV01738 (EGS/JMF) |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Plaintiff Idah Zirintusa hereby notifies the Court that, effective immediately, Christine N. Kearns (D.C. Bar No. 416399), Anne E. Langford (D.C. Bar No. 492271) and Vadim Schick (D.C. Bar No. 489755) of Pillsbury Winthrop Shaw Pittman LLP withdraw as the attorneys of record for the plaintiff, effective immediately. Alex C. Lakatos (D.C. Bar No. 453673), formerly of Pillsbury Winthrop Shaw Pittman LLP, who is now with Mayer Brown Rowe & Maw LLP, will remain the lead attorney.

                                Respectfully submitted,

*/s/ Christine N. Kearns*

Christine N. Kearns (D.C. Bar No. 416399)    Idah Zirintusa
Anne E. Langford (D.C. Bar No. 492271)
Vadim Schick (D.C. Bar No. 489755)
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street N.W.
Washington, D.C. 20037-1128

*Counsel for the Plaintiff*                      *Plaintiff*

March 23, 2006