UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IDAH ZIRINTUSA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Civil Action No. A:05CV01738 (EGS) |
| ROSA WHITAKER, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## MOTION TO COMPEL DISCOVERY

Plaintiff Idah Zirintusa hereby respectfully moves this Court to enter an order pursuant Fed. R. Civ. P. 37(a) compelling Defendant Rosa Whitaker to respond to Plaintiff's Document Requests and Interrogatories within 30 days. This Motion is supported by the concurrently-filed Statement of Points and Authorities in Support of Plaintiff Idah Zirintusa's Motion to Compel Discovery and the Certificate Pursuant to LCvR 7(m).

WHEREFORE, Plaintiff Idah Zirintusa respectfully requests that this Court compel discovery within 30 days pursuant to Fed. R. Civ. P. 37(a).

Dated: August 21, 2006                Respectfully submitted,

                                                                                 MAYER BROWN, ROWE & MAW

                                                                                 /s/ Alex Lakatos_____
                                                                                 Alex C. Lakatos, Esq. (DC Bar No. 453763)
                                                                                 1909 K Street, NW
                                                                                 Washington, DC 20006
                                                                                 (202) 263-3312

- 2 -

Certificate Pursuant to LCvR 7(m)

On August 9, 2006, I wrote to Mr. Johnny Barnes, informing him that if Defendants would not commit to provide their discovery responses by August 18, 2006, I would be forced to move to compel. Mr. Barnes did not respond to that letter. On August 16, 2006, I called Mr. Barnes and left a message stating that it would still be possible to resolve the discovery dispute amicably, but Mr. Barnes did not respond to that message. Accordingly, I deem the concurrently-filed motion to compel discovery to be opposed.

       /s/ Alex Lakatos_____
Alex C. Lakatos, Esq. (DC Bar No. 453763)