UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IDAH ZIRINTUSA,<br><br>    Plaintiff,<br><br>vs.<br><br>ROSA WHITAKER, et al.<br><br>    Defendants. | Civil Action No. A:05CV01738 (EGS) |

**STATEMENT OF POINTS AND AUTHORITIES
IN SUPPORT OF PLAINTIFF IDAH ZIRINTUSA'S
MOTION TO COMPEL DISCOVERY**

Pursuant to Fed. R. Civ. P. 37(a), Plaintiff Idah Zirintusa respectfully moves to compel Defendant Rosa Whitaker to respond to Plaintiff's Document Requests and Interrogatories (attached hereto as Exhibits 1 and 2, respectively) served upon her more than eight months ago.[1] Plaintiff's counsel has in good faith communicated with Defendants' counsel repeatedly in an effort to secure the requested information and material without court action. Nevertheless, Defendant Whitaker has refused to respond to Plaintiff's discovery requests -- even while requesting discovery from Plaintiff that Plaintiff has provided.

On December 9, 2005, the parties conferred as required by Fed. R. Civ. P. 26(f) and LCvR 16.3. On December 15, 2005, Plaintiff served Defendant Whitaker with Requests for Document and Interrogatories. The following day, December 16, 2005, Defendant served her own First Set of Interrogatories and First Set of Document Requests upon Plaintiff. Thereafter,

---

[1] Whitaker has also refused to respond to Plaintiff's Requests for Admission (served on June 23, 2006), however, because the deadline to respond thereto has expired, Ms. Zirintusa does not move for their production.

- 1 -

on December 22, 2005, Defendant filed a Motion for Judgment on the Pleadings. The Court held its Initial Scheduling Conference on January 17, 2006, referred the case to Magistrate Judge John M. Facciola for settlement discussions, and stayed proceedings for 30 days pending the outcome of those discussions. The parties reported back on February 16, 2006, that no settlement was reached. The Court then stated on February 17, 2006, that it would issue a scheduling order once Defendant's Motion for Judgment on the Pleadings had been adjudicated. Plaintiff responded to Defendant's discovery requests on June 20, 2006. To date, Defendant's Motion for Judgment on the Pleadings remains pending and no scheduled order has issued.

Defendant must respond to Plaintiff's document requests and interrogatories within 30 days, unless a different period has been ordered by the court or agreed upon by the parties. Fed. R. Civ. P. 34(b) (document requests); Fed. R. Civ. P. 33(b)(3) (interrogatories). The only prerequisite to commencing discovery, the convening of the Rule 26(f) discovery conference, was satisfied on December 9, 2005. Thereafter, on December 15, 2005, Plaintiff served her discovery requests. In filing her Motion for Judgment on the Pleadings, Defendant never sought a stay of discovery. Even if a stay were sought, a pending dispositive motion does not automatically warrant a stay of discovery. *See People With Aids Health Group v. Burroughs Wellcome Co.*, No. CIV.A. 91-0574, 1991 WL 221179, at *1 (D.D.C. 1991) (concluding that "defendant has failed to demonstrate beyond mere allegations that resources will be conserved by granting the stay").

Defendant's failure to respond to Plaintiff's discovery requests served more than eight months ago causes Plaintiff substantial prejudice. Although plaintiff is currently lawfully in the United States, she remains concerned that she may be forced to return to Uganda, her country of origin, before her claims are resolved, causing her significant hardship in prosecuting her case.

- 3 -

Accordingly, Plaintiff's motion to compel discovery should be granted and Defendant Rosa Whitaker given 30 days to respond to Plaintiff's Document Requests and Interrogatories.

Dated: August 21, 2006

Respectfully submitted,

MAYER BROWN, ROWE & MAW

 /s/ Alex Lakatos
Alex C. Lakatos, Esq. (DC Bar No. 453763)
1909 K Street, NW
Washington, DC 20006
(202) 263-3312