UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IDAH ZIRINTUSA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Civil Action No. A:05CV01738 (EGS) |
| ROSA WHITAKER, et al. ) | |
| ) | |
| Defendants. ) | |

**[PROPOSED] ORDER COMPELLING DISCOVERY**

The Court, having considered the Motion to Compel Discovery of Plaintiff Idah Zirintusa and finding good cause therefor,

HEREBY ORDERS THAT:

Defendant Rosa Whitaker respond to Plaintiff's Document Requests and Interrogatories within 30 days.

DATE: _____     _____
                                                    Honorable Emmet G. Sullivan

- 1 -