IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| Idah Zirintusa, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:05CV01738 |
| ) | |
| ) | Judge: Emmet G. Sullivan |
| Rosa Whitaker ) | |
| ) | Deck Type: Labor/ERISA |
| and ) | |
| ) | |
| Pauline Harris ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT ROSA WHITAKER'S STATEMENT OF POINTS AND
AUTHORITIES IN OPPOSITION TO
PLAINTIFF'S MOTION TO COMPEL DISCOVERY**

Some nine months after Defendant Rosa Whitaker served Plaintiff with her First Set of Interrogatories and First Set of Document Requests, Plaintiff now comes with the most unclean of hands, while Defendant Rosa Whitaker's Motion for Judgment on the Pleadings is yet pending with the Court, and seeks to unilaterally alter an agreement reached between the parties to stay discovery until the issuance by the Court of a Scheduling Order. This unilateral action by the Plaintiff is the latest, strained attempt to govern and control this Court's consideration of this matter and comes on the heels of Plaintiff's repeated failure and refusal to submit to a Deposition by Defendant Rosa Whitaker.

Plaintiff, in the instant Motion concedes and well established law mandates that Defendant is not required to respond to discovery requests if a period for responding that is different from the request has been "...agreed upon by the parties." *See Plaintiff's Motion to Compel, Page Two and see Fed. R. Civ. P. 34(b)*. Further to *Fed. R. Civ. P. 26(f)*, on December 9, 2005, the parties met and conferred but were unable to present a combined discovery plan. Subsequently, the parties presented separate, written discovery plans to the Court. Prior to and during this period, Defendant Rosa Whitaker sought to depose the Plaintiff, however, before a time for deposition was set, the parties agreed to stay discovery pending the outcome of the Motion for Judgment on the Pleadings and the issuance of a Scheduling Order by the Court.

Plaintiff, in her Motion, states that substantial hardship in the prosecution of her case may occur if the parties do not now abandon their agreement and launch further discovery. On the contrary, Plaintiff came into this country on an Education Visa, and while Counsel first maintained in open Court that Plaintiff remained enrolled in an educational institution, Counsel later admitted that Plaintiff is no longer enrolled in an educational institution. Thus, Plaintiff may well leave the country at any time, and if Defendant Rosa Whitaker prevails on her Motion for Judgment on the Pleadings, Defendant Whitaker may not have any opportunity to recover the costs and fees she has been forced to commit to this matter. The prejudice of delay, if any, is lodged against Defendant Rosa Whitaker.

**WHEREFORE**, the premises considered, Defendant respectfully requests:

1. That the Motion to Compel Discovery of Plaintiff be denied.

2. That discovery be stayed by the Court until the disposition of the Motion for Judgment on the Pleadings and until the Court's issuance of a Scheduling Order.

3. For such other and further relied as to the Court seems just and proper.

Respectfully Submitted by,

_____
Johnny Barnes #212985
725 – 16th Street, N.W.
Washington, D.C. 20012
Telephone: (202) 882-2828
Facsimile: (202) 882-4128
E-Mail: AttorneyJB@comcast.net
Counsel for Defendant Rosa Whitaker

## CERTIFICATE OF SERVICE

I hereby certify that on 5 September, 2006, a true and signed copy of the foregoing DEFENDANT ROSA WHITAKER'S STATEMENT OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY, was filed electronically and mailed first class, postage prepaid to:

Alex C. Lakatos, Esquire
1909 "K" Street, N.W.
Washington, D.C. 20006-1101

_____
Johnny Barnes #212985

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| Idah Zirintusa,<br><br>    Plaintiff,<br><br>v.<br><br>Rosa Whitaker<br><br>    and<br><br>Pauline Harris<br><br>    Defendants. | Case No. 1:05CV01738<br><br>Judge: Emmet G. Sullivan<br><br>Deck Type: Labor/ERISA |

## ORDER

The Court, having considered Plaintiff's Motion to Compel Discovery, the Response of Defendant Rosa Whitaker and the record herein,

HEREBY ORDERS THAT:

Discovery in this matter shall be stayed, pending the Court's decision on Defendant's Rosa Whitaker's Motion for Judgment On The Pleadings and pending the Court's issuance of a Scheduling Order, should that be necessary.

DATE: _____          _____
                                                                    Emmet G. Sullivan, Judge