UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

|  |  |  |
|---|---|---|
| **Idah Zirintusa,** | ) | |
| **Plaintiff,** | ) ) ) | |
| v. | ) ) | Civil Action No. 1:05CV01738 (EGS) |
| **Rosa Whitaker** | ) ) ) | |
| and | ) ) | |
| **Pauline Harris** | ) ) | |
| **Defendants.** | ) ) | |

**DECLARATION OF ALEX C. LAKATOS**
**IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL DISCOVERY**

I, Alex C. Lakatos, hereby declare as follows:

1. I have personal knowledge of the matters stated herein, and, if called upon, I could and would competently testify thereto.

2. I am the attorney of record for Plaintiff in the above-captioned case.

3. I have never entered into any agreement with Defendants to stay discovery pending the outcome of Defendants' Motion for Judgment on the Pleadings or the issuance of a Scheduling Order by the Court.

4. I have consistently represented to Defendants and to the Court Plaintiff's desire to conduct discovery prior the Court's ruling on Defendants' Motion for Judgment on the Pleadings and the issuance of a Scheduling Order and, accordingly, have propounding requests for discovery to Defendant Rosa Whitaker and have responding to Defendants' discovery requests.

5. On January 3, 2006, Defendants noticed Plaintiffs deposition for January 10, 2006. Attached hereto as Exhibit 1 is a true and correct copy of the Notice of Deposition of Plaintiff dated January 3, 2006.

6. On January 4, 2006, I wrote to counsel for Defendants to state that their proposed date for Plaintiff's deposition, January 10, 2006, was inconvenient and to suggest that they propose dates beginning after January 17, 2006. Attached hereto as Exhibit 2 is a true and correct copy of the letter from A. Lakatos to J. Barnes dated January 4, 2006. Defendant's counsel neither responded to the aforementioned letter nor proposed any other date for the deposition.

7. Attached hereto as Exhibit 3 is a true and correct copy of a letter from J. Barnes to A. Lakatos, erroneously dated March 20, 2004, but received on or about June 26, 2006.

8. Attached hereto as Exhibit 4 is a true and correct copy of a letter from A. Lakatos to J. Barnes dated June 30, 2006. Defendant's counsel did not respond to the aforementioned letter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 7th day of September, 2006.

                                                __/s/ Alex Lakatos_____
                                                Alex C. Lakatos, Esq. (DC Bar No. 453763)