UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| **Idah Zirintusa,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CASE NUMBER:    1:05CV01738 |
| ) | |
| **Rosa Whitaker** ) | JUDGE:        Emmet G. Sullivan |
| ) | |
| **and** ) | DECK TYPE:      Labor/ERISA |
| ) | (Non-employment) |
| **Pauline Harris** ) | |
| ) | DATE STAMP:        1/3/2006 |
| **Defendants.** ) | |
| ) | |

## NOTICE OF DEPOSITION OF PLAINTIFF

**YOU ARE NOTIFIED** that on Tuesday, 10 January 2006, at 2:00 p.m. Defendant, Rosa

Whitaker, by and through counsel, will take the oral deposition of Plaintiff Idah Zirintusa

at the office of Johnny Barnes, 7725-16th Street, N.W., Washington, D.C.  The deposition

will continue from day to day until completed.

Deponent is required to produce at deposition the following materials at the time and

location set forth above:

1.    All documents concerning any arrangement or agreement made between

Plaintiff and Defendant Rosa Whitaker for any purpose.

2.    All documents concerning any communications between Plaintiff and the

current President of Uganda, his wife or any Ugandan government

employees, officials or nationals concerning Plaintiff.

3.    All documents concerning any payments, remuneration or other assistance

that Defendant Rosa Whitaker provided to Plaintiff.

4.    All documents concerning any arrangements or agreements for any work

alleged to be performed by Plaintiff for Defendant Rosa Whitaker.

5.    All documents concerning Plaintiff's current immigration status in the

United States.

3 January, 2006

*Johnny Barnes*

Johnny Barnes #212985

7725 – 16th Street, N.W.
Washington, D.C. 20012
Telephone: (202) 882-2828
Facsimile:  (202) 882-2828
E-Mail:    Johnny@thewhitakergroup.us

*Counsel for Defendant Rosa Whitaker*

## CERTIFICATE OF SERVICE

I hereby certify that on 3 January, 2006, a true and signed copy of the foregoing NOTICE
OF DEPOSITION OF PLAINTIFF, was hand delivered to:

Christine N. Kearns, Esquire
Alex C. Lakatos, Esquire
Anne E. Langford, Esquire
2300 "N" Street, N.W.
Washington, D.C.  20037-1128

And, I hereby certify that on 3 January, 2006, a true and signed copy of the foregoing
NOTICE OF DEPOSITION OF PLAINTIFF, was mailed, first class, postage prepaid to:

Kerri Sherlock, Esquire
Break the Chain Campaign
733 – 15th Street, N.W.
Washington, D.C.  20005

*Johnny Barnes*

Johnny Barnes #212985