**Pillsbury
Winthrop
Shaw
Pittman** LLP

2300 N Street NW
Washington, DC 20037-1128

Tel 202.663.8000
Fax 202.663.8007
www.pillsburylaw.com

January 4, 2006

Alex C. Lakatos
Phone: 202.663.8693
alex.lakatos@pillsburylaw.com

**Via E-Mail and First Class Mail**

Johnny Barnes, Esq.
7725 – 16th Street, N.W.
Washington, DC  20012

Dear Johnny:

     I am writing to respond to your Notice of Deposition of Plaintiff that you served on me yesterday, January 3, 2006, in which you notice my client's deposition for Tuesday, January 10, 2006. In my last e-mail to you, I told you that I would contact my client this week and provide you with a date when she would be available for deposition. You served the Notice of Deposition before I was able to do so. The date you have selected is not good for Pillsbury Winthrop Shaw Pittman LLP or our client and we will not appear on that date. I personally have plans to be in New York at that time.

     If you would like to suggest some dates after January 17, 2006 on which you would like to depose our client, we will make reasonable efforts to accommodate you. I believe both sides best will be served if we work cooperatively to choose mutually convenient dates. I certainly will extend that courtesy to you and your client.

Best regards,

Alex Lakatos

400301417v1