*Johnny Barnes*
*Attorney At Law*
7725 – 16th Street, N.W.
Washington, D.C. 20012

(202) 882-2828/Telephone

(202) 841-6321/Cell

Alex C. Lakatos, Esquire
Mayer, Brown, Rowe & Maw LLP
1909 "K" Street, N.W.
Washington, D.C. 20006-1101

**<u>Via Facsimile Transmission (202) 263-5312 and Snail Mail</u>**

Dear Attorney Lakatos:

This is to acknowledge receipt recently of what purports to be responses to Defendant Rosa Whitaker's discovery requests. You may be certain that I shall have many, many challenges to these mere reiterations of the Complaint.

However, inasmuch as the Court's Order of 17 February, 2006 is crystal clear, that a Scheduling Order shall issue, if necessary, upon the Court's ruling on Defendant's Motion for Judgment on the Pleadings, I shall not challenge these purported responses at this time. You should, under no circumstances, treat my following the Court's Order as any waiver of challenges to the purported responses. I shall await the Scheduling Order, as the Court well intended.

Each time you submit something, Attorney Lakatos, when the Court's Order is so clear, you run the risk of costing your client undue and unnecessary expense.

On another matter, I trust you have taken note of my new e-mail address, AttorneyJB@comcast.net?

Sincerely,

*Johnny Barnes*
Johnny Barnes