**BY FIRST CLASS MAIL AND E-MAIL**



June 30, 2006

Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, D.C. 20006-1101

Main Tel (202) 263-3000
Main Fax (202) 263-3300
www.mayerbrownrowe.com

Johnny Barnes
Attorney At Law
7725 16th Street, N.W.
Washington, D.C. 20012

**Alex C. Lakatos**
Direct Tel (202) 263-3312
Direct Fax (202) 263-5312
alakatos@mayerbrownrowe.com

RE:   Zirintusa v. Whitaker
      Civil Action No. 1:05CV01738 (EGS)

Dear Johnny:

I am writing to respond to your letter received on June 26, 2006, in which you state defendants' intentions to stonewall on their discovery obligations pending a scheduling order in this matter.[1] Discovery in this matter has not been stayed and the federal rules do not authorize the defendants to withhold discovery pending a scheduling order. Please be advised, therefore, that defendants shirk their discovery obligations at their own peril.

Sincerely,

Alex C. Lakatos

---

[1] Plaintiff has served Defendant Whitaker with Requests for Admissions dated June 23, 2006; Document Requests dated December 15, 2005; and Interrogatories dated December 15, 2005.

Berlin  Brussels  Charlotte  Chicago  Cologne  Frankfurt  Houston  London  Los Angeles  New York  Palo Alto  Paris  Washington, D.C.
Independent Mexico City Correspondent: Jauregui, Navarrete y Nader S.C.

Mayer, Brown, Rowe & Maw LLP operates in combination with our associated English limited liability partnership in the offices listed above.