UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IDAH ZIRINTUSA ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ROSA WHITAKER, et al. ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. A:05CV01738 (EGS) |

**PLAINTIFF IDAH ZIRINTUSA'S
MOTION TO SCHEDULE A STATUS CONFERENCE**

Plaintiff Idah Zirintusa respectfully moves this Court to schedule a status conference at the Court's earliest convenience to discuss proceedings in this matter. Due to Defendants' inaction, progress in this litigation has halted and Ms. Zirintusa suffers substantial prejudice from additional delay in adjudicating her claims.

On August 31, 2005, Ms. Zirintusa filed her complaint for wages and supplementary damages arising from her employment dispute with Defendants. Discovery commenced and Ms. Zirintusa responded to Defendant Rosa Whitaker's Requests for Document and Interrogatories, after which Ms. Whitaker refused to respond to Ms. Zirintusa's document. As explained in Ms. Zirintusa's Motion to Compel Discovery (at 2-3) further delay causes Ms. Zirintusa substantial prejudice. Although Ms. Zirintusa is currently lawfully in the United States, she remains concerned that she may be forced to return to Uganda, her country of origin, before her claims are resolved, causing her significant hardship in prosecuting her case. Now before the Court are

- 1 -

two motions: (1) Ms. Whitaker's motion for Judgment on the Pleadings, filed on December 22, 2005; and (2) Ms. Zirintusa's Motion to Compel Discovery, filed on August 21, 2006.

Ms. Zirintusa requests the opportunity to meet with the Court in order for the Court to take any measures necessary to advance the progress of this matter and to address any concerns or questions the Court may have. A status conference is the proper vehicle for advancing these goals. *See, e.g., Schroer v. Billington*, 424 F. Supp. 2d 203, 213 (D.D.C. 2006) (status conference ordered "for the purpose of discussing and scheduling the next steps in this case"); *Smith v. Mountain Ranch Associates Ltd. Partnership*, 1991 WL 206230, at *1 (D.D.C. 1991) (status conference ordered to set a schedule for further proceedings).

Accordingly, given that more than a year has elapsed since Ms. Zirintusa filed her complaint, that litigation of Ms. Zirintusa's claims has halted, and that Ms. Zirintusa suffers substantial prejudice by delay in the adjudication of her claims, Ms. Zirintusa requests that the Court set a status conference at the Court's earliest convenience to discuss proceedings in this matter.

Dated: September 27, 2006                    Respectfully submitted,

                                             MAYER BROWN, ROWE & MAW

                                              /s/ Alex Lakatos
                                             Alex C. Lakatos, Esq. (DC Bar No. 453763)
                                             1909 K Street, NW
                                             Washington, DC 20006
                                             (202) 263-3312

                                             *Counsel for Plaintiff Idah Zirintusa*

- 3 -

<u>Certificate Pursuant to LCvR 7(m)</u>

On September 22, 2006, I telephoned and e-mailed Mr. Johnny Barnes to request that he contact me to agree to a date for a proposed Status Conference. To date, he has not responded. Accordingly, I deem the attached Motion to be opposed.


Dated: September 27, 2006                             /s/ Alex Lakatos_____
                                                                              Alex C. Lakatos, Esq. (DC Bar No. 453763)