UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IDAH ZIRINTUSA )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ROSA WHITAKER, et al. )<br>)<br>Defendants. )<br>) | Civil Action No. A:05CV01738 (EGS) |

**[PROPOSED] ORDER SCHEDULING A STATUS CONFERENCE**

The Court, having considered the Motion to Schedule a Status Conference and finding good cause therefore, hereby

ORDERS that the Motion is granted; and further ORDERS that a status conference will be held on _____, 2006 at ____ o'clock in _____.

DATE: _____          _____
                                  Honorable Emmet G. Sullivan

- 1 -