**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IDAH ZIRINTUSA )<br><br>            Plaintiff,        )<br><br>        v.                )   Civil Action No. 05-1738 (EGS)<br><br>ROSA WHITAKER, *et al*.      )<br><br>            Defendants.      ) | |

**ORDER**

    In accordance with the Memorandum Opinion issued this same day, it is hereby

    **ORDERED** that the Whitaker's Motion for Judgment on the Pleadings is **GRANTED IN PART AND DENIED IN PART**; and it is

    **FURTHER ORDERED** that Zirintusa's Motion to Strike New Arguments Raised for the First Time in Def. Whitaker's Supp. Reply is **DENIED** as moot; and it is

    **FURTHER ORDERED** that Zirintusa's Motion to Compel Discovery is **DENIED** as moot and discovery shall proceed according to the terms of a separate scheduling order issued this same day; and it is

    **FURTHER ORDERED** that Zirintusa's Motion to Schedule a Status Conference is **DENIED** at this time because all pending motions have now been decided and the case is proceeding to the discovery phase.

```
Signed:    EMMET G. SULLIVAN
           UNITED STATES DISTRICT JUDGE
           January 3, 2007
```