UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| IDAH ZIRINTUSA )<br>  )<br>  Plaintiff, )<br>  )<br>  v. )<br>  )<br>ROSA WHITAKER )<br>  )<br>  and )<br>  )<br>PAULINE HARRIS, )<br>  )<br>  Defendants. )<br>  ) | Civil Action No. 1:05CV01738 (EGS) |

## MOTION FOR SHARAN E. LIEBERMAN TO APPEAR *PRO HAC VICE*

I, Alex C. Lakatos, am a member in good standing of the bar of this Court. My bar number is 453763. I am moving for admission of Sharan E. Lieberman to appear *pro hac vice* in this case as counsel for Plaintiff Idah Zirintusa. The Declaration pursuant to local rule 83.2(d) is attached as an exhibit to this Motion.

Dated: February 16, 2007

Respectfully submitted,

By: Alex C. Lakatos (D.C. Bar No. 453763)
Mayer, Brown, Rowe & Maw LLP
1909 K Street, NW
Washington, D.C. 20006-1101
(202) 263-3000
Fax: (202) 263-5312
alakatos@mayerbrownrowe.com
*Counsel for Plaintiff*
*Idah Zirintusa*