## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

| | |
|---|---|
| IDAH ZIRINTUSA )<br><br>Plaintiff, )<br><br>v. )<br><br>ROSA WHITAKER )<br><br>and )<br><br>PAULINE HARRIS, )<br><br>Defendants. ) | Civil Action No. 1:05CV01738 (EGS) |

## DECLARATION SHARAN E. LIEBERMAN
## IN SUPPORT OF ADMISSION *PRO HAC VICE*

I, Sharan E Lieberman, hereby declare as follows:

1.  My full name is Sharan Ellen Lieberman.

2.  I am an attorney with the law firm Mayer, Brown, Rowe & Maw LLP, located at 1909 K Street, NW, Washington, D.C., 20006. My direct telephone number at this address is 202-263-3470.

3.  Since October 2003, I have been a member in good standing of the New York Bar (Bar ID. No. 4175865). I am also a member in good standing of the Bar of the State of New Jersey (Bar ID No. 024192002), having been admitted in December of 2002.

4.  I submit this Declaration, pursuant to Local Rule 83.2(d), in support of the application for my admission to the United States District Court for the District of Columbia *pro hac vice* for purposes of serving as counsel for plaintiff Idah Zirintusa in the above-captioned action.

5.  I certify that I have not been disciplined by any bar.

6.  I have read and am familiar with the Local Rules of this Court, the Federal Rules of Civil Procedure and have experience with federal litigation.

7.  Within the last two years, I have been admitted *pro hac vice* in one other matter currently pending in this Court: In re Royal Dutch Shell/Transport Securities Litigation, No. 1:06-mc-00248, (Kollar-Kotelly, J.).

8.    My application for membership to the bar of the District of Columbia is currently pending and I am currently practicing under the supervision of principals of the firm according to Rule 49(c)(8) of the District of Columbia Court of Appeals.

9.    In light of the foregoing, I respectfully request that the Court grant my admission *pro hac vice*.

Respectfully submitted,

Dated:  February 16, 2007

Sharan E. Lieberman, Esq.
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, D.C. 20006-1101
Tel.  (202) 263-3000
Fax: (202) 762-4223
slieberman@mayerbrown.com