UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| IDAH ZIRINTUSA,<br><br>    Plaintiff,<br><br>v.<br><br>ROSA WHITAKER<br><br>and<br><br>PAULINE HARRIS,<br><br>    Defendants. | Civil Action No. 1:05CV01738 (EGS) |

### PROPOSED ORDER GRANTING MOTION FOR SHARAN E. LIEBERMAN TO APPEAR *PRO HAC VICE*

Upon the Motion of Sharan E. Lieberman to Appear *Pro Hac Vice* in the above captioned matter, the court hereby grants the motion for admission and,

IT IS ORDERED that Sharan E. Lieberman is admitted *pro hac vice*,

ENTERED this _____ day of _____, 2007.

 

_____
Emmet G. Sullivan
United States District Judge