UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IDAH ZIRINTUSA ) | |
| ) | |
| Plaintiff ) | Civil Action No. A: 05CV01738(ESG) |
| ) | |
| vs ) | **NOTICE OF MOTION** |
| ) | |
| ROSA WHITAKER, et al. ) | **REQUESTING AN EXTENSION** |
| ) | **OF TIME TO FILE BRIEF** |
| Defendants. ) | **OPPOSING PLAINTIFF'S MOTION** |
| ) | **TO COMPEL RELEASE OF** |
| ) | **INFORMATION** |

TO:  Alex Lakatos, Esquire
     Mayer, Brown, Rowe & Maw, LLP
     1909 K Street, NW 11th Floor
     Washington, DC 20006

DEAR SIRS:

**PLEASE TAKE NOTOICE** that the undersigned, which is a non-party in the above-caption matter, will apply on Wednesday, April 11, 2007, at 9:00 a.m., or as soon thereafter for an Emergency Order granting an extension of time to file Brief opposing plaintiff's Motion to Compel the release of commercial information.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion non-party shall rely upon the Certification of Sheila Williams attached hereto.

Oral argument requested.

A proposed form of Order and Certification of Service are attached.

                                    Sheila Williams, Chief Operating Officer
                                    Pro Se Litigant

DATED: April 9, 2007                BY: _____
                                    The Whitaker Group, LLC
                                    1133 21st Street NW, Suite 405
                                    Washington DC 20036
                                    (202) 223-3206

FILED
APR 09 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

## CERTIFICATION IN SUPPORT OF NON-PARTY MOTION REQUESTING AN EXTENSION OF TIME TO FILE BRIEF OPPOSING PLAINTIFF'S MOTION TO COMPEL RELEASE OF INFORMATION

1. I, Sheila Williams, the Chief Operating Officer for The Whitaker Group, LLC (hereinafter referred to as "non-party") have knowledge and information relative to the plaintiff's subpoena.

2. On or about January 30, 2007, non-party received a subpoena from plaintiff and on February 9, 2007, retained the legal services of J. Edward Waller, Esquire to serve as outside counsel and represent non-party with respect to all legal matters relevant to plaintiff's subpoena and potential court appearances.

3. During the course of outside counsel's negotiations with plaintiff, non-party had every reason to believe Attorney Waller could provide the legal services necessary to adequately address all matters presented by plaintiff's subpoena.

4. On or about March 21, 2007, outside counsel advised non-party regarding his lack of standing to appear in the United States District Court for the District of Columbia.

5. However, non-party was assured by outside counsel that his inability to appear in court with respect to issues raised by plaintiff's subpoena would be remedied by securing the consent of a colleague/attorney to Motion or Waive him into the proceedings for the limited purpose of representing non-party, which is based upon my understanding an acceptable practice permitted by applicable Court Rules and/or a professional courtesy provide by attorneys.

6. Unfortunately, on March 26, 2007 outside counsel formally advised non-party of his inability the secure a Motion or Waiver from his colleague/attorney; and of his failure to receive special consideration from the court in order to file non-party's Responsive Answer pursuant to Your Honor's Order dated March 20, 2007.

On the same day, non-party was approached by Johnny Barnes, Esquire and retained his office for the sole purpose of ensuring its compliance with the above-mentioned Court Order.

7. On April 3, 2007, I was formally advised of Your Honor's Order instructing non-party to file a Brief opposing plaintiff's Motion to Compel by no later than April 13, 2007.

8. After considering all relevant facts, and not having the benefit of knowing what transpired during the teleconference on March 30, 2007, which occurred pursuant to Your Honor's Order dated March 20, 2007, non-party decided to retain the services of another attorney so that its legal rights are diligently protected in light of the consequences associated with plaintiff's Motion. In order to achieve this objective, non-party is currently negotiating with an attorney who has expressed an interest and is willing to appear on its behalf.

9. Based upon the foregoing statements, non-party is requesting an extension of the Brief filing date outlined in the Court's Order to no later than April 30, 2007. Such an extension is necessary because our new attorney needs time to become familiar with the facts; prepare an appropriate response to plaintiff's Motion to Compel the release of commercial information; and ensure that non-party has an effective counsel during the legal proceedings.

I certify that the above statements made by me are true. I am aware that if any of the forgoing statements made by me are willfully false, I am subject to punishment.

Dated: April 9, 2007                            Respectfully Submitted,

                                                _____
                                                Sheila Williams, Pro Se Litigant
                                                The Whitaker Group, LLC
                                                1133 21st Street NW, Suite 405
                                                Washington, DC 20036
                                                (202) 223-3206

## CERTIFICATE OF SERVICE

The undersigned hereby certified that, on this 9th day of April 2007, a copy of the foregoing Non-Party Notice of Motion, Certification of Sheila Williams and Proposed Order in support thereof was hand-delivered and served via First Class mail, postage prepaid, and electronic mail on the following:

Mr. Alex C. Lakatos
Mayer Brown, Rowe & Maw
1909 K Street, NW
Washington, DC 20006
Email: Alakatos@mayerbrownrowe.com

Dated: April 9, 2007                    Sheila Williams, Pro Se Litigant

*[signature: Sheila Williams]*

The Whitaker Group, LLC
1133 21st Street NW, Suite 405
Washington, DE 20036
(202) 223-3206

4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IDAH ZIRINTUSA ) | |
| ) | |
| Plaintiff ) | Civil Action No. A: 05CV01738(ESG) |
| ) | |
| vs ) | **ORDER** |
| ) | |
| ROSA WHITAKER, et al. ) | **EXTENDING THE TIME FOR NON-PARTY TO FILE BRIEF OPPOSING PLAINTIFF'S MOTION TO COMPEL** |
| Defendants. ) | |

This matter having been opened to the Court upon Motion of Sheila Williams, Pro Se Litigant, representing non-party The Whitaker Group, LLC, returnable Wednesday, April 11, 2007, for an Order extending the time for non-party to file a Brief in opposition to plaintiff Motion to Compel;

The Court having considered the Certification of Sheila Williams; and the position of counsel for plaintiff, and it appearing that the Motion should be granted;

**IT IS ORDERED ON THIS**_____day of April 2007, that the Order dated April 2, 2007, is hereby modified to permit non-party to file its Brief objecting to plaintiffs Motion to Compel by no later than April 30, 2007.

**IT IS FURTHER ORDERED** that plaintiff shall file a Reply Brief, if any, by no later than May 10, 2007.

**AND IT IS FURTHER ORDERED** a copy of this Order shall be served upon opposing counsel within five (5) days of the date hereof.

DATED: _____   _____

_____Opposed

_____Unopposed

1