**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

IDAH ZIRINTUSA                 )

                                )       Civil Action No. A:05CV01738 (EGS)

        Plaintiff,       )

                                )       **PLAINTIFF'S OPPOSITION TO**

vs.                       )       **THE WHITAKER GROUP'S**

                                )       **MOTION FOR AN EXTENSION**

ROSA WHITAKER, et al.       )       <u>**OF TIME**</u>

                                )

        Defendants.      )

_____)

       The motion of The Whitaker Group ("TWG") for additional time in which to file objections to plaintiff's valid Rule 30(b)(6) subpoena should be denied.  TWG has no legitimate need for additional time and already has imposed unjustified delays and barriers to the plaintiff's ability to obtain even the most rudimentary discovery in this matter.

       On January 30, 2007, plaintiff served a Rule 30(b)(6) deposition subpoena on TWG. Plaintiff sought through the deposition of TWG to obtain basic information that would lay the foundation for all of the discovery to follow, such as the full names of witnesses who had met the plaintiff.  Not only did TWG refuse to provide such information, but moreover, its counsel, Mr. Edward J. Waller, without any basis, supported TWG's decision to stonewall.  Now that Mr. Waller has been called upon to justify his actions by filing legitimate objections (if any) to plaintiff's discovery requests, TWG has revealed that Mr. Waller is not licensed to appear before this Court, and for undisclosed reasons cannot (or will not) appear before this Court <u>pro hac vice</u>.

       TWG asks this Court to reward its counsel's shenanigans and its own failure to cooperate with routine discovery by affording it still more time.  This Court should refuse.  First, the notion that TWG needs more time is spurious.  Mr. Johnny Barnes – the lawyer representing TWG's principal, defendant Rosa Whitaker – already has appeared on behalf of TWG in connection with

this very discovery dispute.  TWG offers no reason why Mr. Barnes cannot and should not continue in that capacity until such time as TWG secures new counsel.  TWG admits that it learned on March 26, 2007, that Mr. Waller would not appear before this Court, and that it has located another attorney whom it may hire.  Accordingly, TWG has no valid basis to request more time.

Second, TWG should bear any inconvenience caused by its own counsel and its own intentional and self-serving conduct.  It was TWG that refused to answer questions such as "Of the people you remember, which employees of The Whitaker Group met [plaintiff] Idah [Zirintusa] in 2004?"  It was TWG's counsel who supported TWG's decision to flout its discovery obligations.  It was TWG's counsel who is not licensed before this Court and who is unable or unwilling to appear pro hac vice.  It was TWG's counsel who, without explanation, simply failed to join in the March 30, 2007, teleconference that this Court scheduled to address the instant discovery dispute.  It is TWG that has delayed finding replacement counsel.  It is TWG that previously relied upon Mr. Barnes to represent it before this Court in connection with this discovery dispute, yet declines (for undisclosed reasons) to rely upon him now.   None of this conduct is attributable to plaintiff, and this Court should not impose delay on the plaintiff as a result.[1]

---

[1] In addition, TWG's motion ostensibly fails to comply with Local Rule 7.1(m) because it does not contain a statement that TWG attempted to confer with plaintiff before filing the instant motion, and in fact, TWG did not.  As set forth in this Court's January 3, 2007, scheduling order, "[A]ny motion that does not comply with LCvR 7.1(m) will be, *sua sponte*, stricken from the record."

Dated: April 11, 2007                    Respectfully submitted,

                                         MAYER BROWN, ROWE & MAW


                                          /s/ Alex Lakatos
                                         Alex C. Lakatos, Esq. (DC Bar No. 453763)
                                         1909 K Street, NW
                                         Washington, DC 20006
                                         (202) 263-3312

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that, on this 11th day of April 2007, a copy of the

foregoing Plaintiffs' Opposition to The Whitaker Group's Motion for Extension of Time was

served via First Class Mail, postage prepaid, and electronic mail on the following:

> Ms. Sheila Williams
> The Whitaker Group, LLC
> 1131 21st Street NW, Suite 405
> Washington, D.C. 20036

>   /s/ Alex Lakatos_____
> Alex C. Lakatos