IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | | |
|---|---|---|
| Idah Zirintusa, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:05CV01738 (EGS/JMF) |
| | ) | |
| Rosa Whitaker | ) | |
| | ) | |
| And | ) | |
| | ) | |
| Pauline Harris, | ) | |
| | ) | |
| Defendants | ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

The Whitaker Group, a Non-Party in this matter, through its designated representative, Sheila Williams, hereby notifies the Court that, effective immediately, Johnny Barnes is withdrawn as the attorney of record for The Whitaker Group.

Respectfully Submitted,

*Sheila Williams* (signature)
Sheila Williams

*Johnny Barnes* (signature)
Johnny Barnes
7725 – 16th Street, N.W.
Washington, D.C. 20012
(202) 882-2828
D.C. Bar Number 212985

Counsel for the Non-Party

Wednesday, 11 April 2007