## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IDAH ZIRINTUSA | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :  Civil Action No.  05-1738 (EGS) |
| | : |
| ROSA WHITAKER, et. al. | : |
| | : |
| Defendants. | : |

### NOTICE OF APPEARANCE

The Clerk of the Court shall please enter the appearance of J. Michael Hannon as additional counsel for Defendants Rosa Whitaker and Pauline Harris, and Interested Party The Whitaker Group.  Attorney Johnny Barnes shall continue as co-counsel for Defendants Rosa Whitaker and Pauline Harris.

Dated: April 25, 2007                Respectfully submitted,

HANNON LAW GROUP, LLP

          //s// J. Michael Hannon
J. Michael Hannon, #352526
1901 18th Street, N.W.
Washington, DC 20009
(202) 232-1907
(202) 232-3704 (facsimile)
jhannon@hannonlawgroup.com

*Attorney for Defendants Rosa Whitaker and Pauline Harris and Interested Party The Whitaker Group*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a copy of the foregoing **Notice of Appearance** was sent via electronic filing this 25th day of April 2007, to:

Alex C. Lakatos
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, N.W.
Washington, D.C. 20006-1101
(202) 307-2304 Facsimile

Kerri Sherlock
BREAK THE CHAIN CAMPAIGN
733 15th Street, N.W.
Washington, D.C. 20005

Johnny Barnes
7725 16th Street, N.W.
Washington, D.C. 20012

                                                     *//s// J. Michael Hannon*
                                                     J. Michael Hannon