**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| IDAH ZIRINTUSA | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No.  05-1738 (EGS) |
| | : | |
| ROSA WHITAKER, et. al. | : | |
| | : | |
| Defendants. | : | |

**MOTION TO LATE FILE OBJECTIONS**
**TO THE WHITAKER GROUP'S SUBPOENA DUCES TECUM**

Comes now Interested Party The Whitaker Group, through its counsel HANNON LAW

GROUP, LLP, and requests that it be allowed to late file its Objections to The Whitaker Group's

Subpoena Duces Tecum.  The objections were due on April 30, 2007, and the objections were

not filed due to the PACER system being unavailable in the afternoon.  Counsel for Plaintiff Idah

Zirintusa, Alex Lakatos, was contacted by telephone this morning for consent of this Motion and

a voicemail message was left for him.  At the time of this filing, he has not responded to the

voicemail message requesting consent.  The Objections are filed along with this Motion.

Dated: May 1, 2007                    Respectfully submitted,

                                      HANNON LAW GROUP, LLP


                                      _____*//s// J. Michael Hannon*_____
                                      J. Michael Hannon, #352526
                                      1901 18th Street, N.W.
                                      Washington, DC 20009
                                      (202) 232-1907
                                      (202) 232-3704 (facsimile)
                                      jhannon@hannonlawgroup.com

                                      *Attorney for Defendants Rosa Whitaker and Pauline*
                                      *Harris and Interested Party The Whitaker Group*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing **Motion to Late File Objections to the Whitaker Group's Subpoena Duces Tecum** was sent via electronic filing this 1st day of May 2007, to:

Alex C. Lakatos
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, N.W.
Washington, D.C.  20006-1101

Kerri Sherlock
BREAK THE CHAIN CAMPAIGN
733 15th Street, N.W.
Washington, D.C.  20005

Johnny Barnes
7725 16th Street, N.W.
Washington, D.C.  20012

*//s// J. Michael Hannon*
J. Michael Hannon