UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| Idah Zirintusa, ) | |
| Plaintiff, ) | |
| v. ) | CASE NUMBER:    1:05CV01738 |
| Rosa Whitaker ) | |
| and ) | |
| Pauline Harris ) | |
| Defendants. ) | DATE STAMP:    5/10/2007 |

### MOTION TO WIHDRAW AS ATTORNEY FOR DEFENDANT PAULINE HARRIS

From the onset of this case, I have been the attorney representing Defendant Pauline Harris in the above styled and numbered cause. For reasons that follow, I seek permission to withdraw as attorney for Defendant Pauline Harris and wish to be relieved of any future professional obligation, responsibility or duty to the Defendant.

On April 25 2007, Attorney Michael Hannon, apparently on instructions from Defendant Rosa Whitaker, but without notice or consultation with me, entered his appearance in behalf of Defendant Pauline Harris, Defendant Rosa Whitaker and The Whitaker Group, a Non-Party in this case. At the time, I was out of the City, on a business trip. On or about that same day, April 25 2007, I received a voice mail message from Defendant Rosa Whitaker, instructing me that Attorney Hannon was "taking over the case," and that I should provide file materials to him. Upon returning to the City, I transferred such file materials to Attorney Hannon, including court pleadings and discovery material. Pleadings and discovery material relating to Defendant Pauline Harris was among the documents transferred. In a recent telephone conversation I had with Defendant Pauline Harris, some weeks ago, I was informed that she had moved, but I was not informed of her current address. Her last known address is 1616 Decatur Street, N.W., Washington, D.C. On April 27 2007, I received an electronic

communication from Attorney Hannon, again indicating that he now represents Defendant Pauline Harris.  In my response to him, I copied Defendant Pauline Harris at two e-mail addresses with which I have had success communicating with her in the very recent past.  To date, I have yet to receive instructions from Defendant Pauline Harris, like the instructions I received from Defendant Rosa Whitaker.  While I assume Defendant Pauline Harris intends for Attorney Hannon to "take over the case," in the absence of express instructions, I am left in limbo.

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO WITHDRAW

The entry and withdrawal of an attorney is governed by LCvR83.2(h) and LCvR83.6.  If a party's written consent is not obtained, an attorney may withdraw an appearance for a party only by order of the court upon motion by the attorney served upon all parties to the case.  LCvR83.6(c).  The court may deny an attorney's motion for leave to withdraw if the withdrawal would unduly delay trial of the case, or be unfairly prejudicial to any party, or otherwise not be in the interests of justice.  In the instant case, it should be noted that when Attorney Hannon entered his appearance, he represented to the court that I would remain as co-counsel for Defendant Pauline Harris and Defendant Rosa Whitaker.  However, when a party has secured substitute counsel, withdrawal of current counsel is generally permitted.  LCvR83.6(c).  No trial date has been set in this case.  Discovery will not close until July 9 2007, and the next status hearing will not take place until August 8 2007.  No party will be unfairly prejudiced by my withdrawal, inasmuch as all parties will be represented by counsel and there is ample time to continue trial preparation.  Moreover, the interests of justice are best served by allowing withdrawal and not permitting the case to go forward under confused authority and divided representation.

**Dated:  10 May 2007**                                                                 Respectfully Submitted,


                                                                                     _____/s/_____
                                                                                     —

                                                                                     Johnny Barnes (D.C. Bar Number 212985)
                                                                                     7725 - 16th Street, N.W.

2

Washington, D.C. 20012
Telephone (202) 882-2828
AttorneyJB@comcast.net

Attorney for Defendant Pauline Harris

**Certificate Pursuant to LCvR7(m)**

The undersigned Attorney represents that he conferred with opposing counsel and earlier with Attorney Michael Hannon, new counsel for Non Party The Whitaker Group and Defendants Harris and Whitaker, in an effort to resolve the above-described appearance dispute. As a consequence, any attempt to obtain relief on this matter is opposed.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of May 2007, the foregoing Motion to Withdraw as Attorney for Defendant Pauline Harris was served via First Class Mail, postage prepaid, and electronic transmission to the following counsel of record:

Alex C. Lakatos (D.C. Bar Number 453763)
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W. Washington, D.C. 20006-1101
Tel: (202) 263-3000 Fax: (202) 263-5312
alakatos@mayerbrownrowe.com

J. Michael Hannon
HANNON LAW GROUP, LLP
1901 18th Street, N.W.
Washington, D.C. 20009
(202) 745-6880, Direct
(202) 232-1907, Alison
jhannon@hannonlawgroup.com
www.hannonlawgroup.com

and

Ms. Pauline Harris
1616 Decatur Street, N.W.
Washington, D.C.
(Last Known Address)
juvnjustice@hotmail.com
Pauline@nextel.blackberry.net

_____/s/_____
Johnny Barnes (D.C. Bar Number 212985)

3

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | | |
|---|---|---|
| Idah Zirintusa, ) | | |
|     Plaintiff, ) | | |
| v. ) | CASE NUMBER: | 1:05CV01738 |
| Rosa Whitaker ) | | |
|     and ) | | |
| Pauline Harris ) | | |
|     Defendants. ) | DATE STAMP: | 5/1/2007 |

**O R D E R**

Counsel for Defendant Pauline Harris moves for permission to withdraw as attorney of record for that Defendant and to be relieved of any future professional obligation, responsibility or duty to that Defendant. After considering same, the Court finds the motion should be granted.

Therefore, it is ORDERED that counsel in the person of Johnny Barnes be and is hereby relieved of any future professional obligation, responsibility or duty to Defendant Pauline Harris.

SIGNED AND ENTERED _____.

_____
JUDGE EMMET G. SULLIVAN

4