UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IDAH ZIRINTUSA | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. A:05CV01738 (EGS) |
| | ) | |
| vs. | ) | |
| | ) | |
| ROSA WHITAKER, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF ALEX C. LAKATOS

I, Alex C. Lakatos, Esq., hereby declare as follows:

1. I am one of the attorneys representing plaintiff Idah Zirintusa.

2. Attached to this Declaration as Exhibit 1 is a true and correct copy of transcript of the Rule 30(b)(6) Deposition of the Whitaker Group By and Through Its Corporate Representative, Sheila Williams, that took place on March 5, 2007.

Executed:   May 11, 2007            _____/s/_____
                                     Alex C. Lakatos