IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

CIVIL DIVISION

- - - - - - - - - - - - - - -+
                             |
IDAH ZIRINTUSA,              |
                             |
          Plaintiff,         |
                             |
    vs.                      |
                             |    Case No.
                             |    1:05cv01738
ROSA WHITAKER and PAULINE    |
HARRIS,                      |
                             |
          Defendants.        |
                             |
- - - - - - - - - - - - - - -+


The 30(b)(6) Deposition of The Whitaker Group

by and through their corporate representative

SHEILA WILLIAMS

Washington, D.C.

Monday, March 5th, 2007

9:30 a.m.


Job No. 1-97616

Pages 1 - 208

Reported by:  Laurie Bangart-Smith

30(b)(6)DEPOSITION OF THE WHITAKER GROUP BY AND THROUGH THEIR CORPORATE REPRESENTATIVE SHEILA WILLIAMS
CONDUCTED ON MONDAY, MARCH 5, 2007

Page 2

1       The 30(b)(6) Deposition of
2          THE WHITAKER GROUP
3    by and through their corporate representative
4             SHEILA WILLIAMS
5
6    Held at the offices of:
7       MAYER, BROWN, ROWE & MAW, LLP
8       1909 K Street, N.W.
9       Washington, D.C. 20006
10      (202)263-3000
11
12
13
14
15
16
17
18       Taken pursuant to the Federal Rules of Civil
19   Procedure, by notice, before Laurie Bangart-Smith,
20   Registered Professional Reporter and Notary Public in
21   and for the District of Columbia.
22

Page 3

1           A P P E A R A N C E S
2    ON BEHALF OF THE PLAINTIFF:
3       SHARAN LIEBERMAN, ESQUIRE
4       ALEX LAKATOS, ESQUIRE
5       MICHAEL P. WIDMER, ESQUIRE
6       MAYER, BROWN, ROWE & MAW, LLP
7       1909 K Street, N.W.
8       Washington, D.C. 20006
9       (202)263-3000
10
11   ON BEHALF OF THE WHITAKER GROUP:
12      J. EDWARD WALLER, ESQUIRE
13      Counsellor at Law
14      1001-1013 Springfield Avenue
15      Suite 215
16      Irvington, New Jersey 07111
17      (973)371-8775
18
19
20
21
22

Page 4

1              EXAMINATION INDEX
2                                    PAGE
3    EXAMINATION BY MS. LIEBERMAN . . . . . . . . . . 6
4
5
6              E X H I B I T S
7           (Attached to the Transcript)
8    TWG EXHIBIT                        PAGE
9    No. 1  Subpoena                      9
10   No. 2  Subpoena                      9
11   No. 3  Scholarship Program information sheet   28
12   No. 4  Copy of TWG check for $1,100    40
13   No. 5  E-mail from Obisakin, 10/11/06   51
14   No. 6  E-mail from Obisakin, 11/1/06    51
15   No. 7  Schedule, August 18-20, 2004    82
16   No. 8  USDOJ student visa form         88
17   No. 9  TWG Scholarship Participation Form  93
18   No. 10 Travelocity invoice for airfare   140
19   No. 11 Letter to whom it may concern, 12/24/04  149
20   No. 12 Copy of R. Whitaker check, $120   169
21   No. 13 Copy of R. Whitaker check, $607   171
22   No. 14 Copy of R. Whitaker check, $170   173

Page 5

1    (Exhibits continued)
2    TWG EXHIBITS                        PAGE
3    No. 15 Certificate of Creditable Coverage   174
4    No. 16 2004 US Compensation - TWG    174
5    No. 17 2004 US Compensation - RW     182
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

30(b)(6)DEPOSITION OF THE WHITAKER GROUP BY AND THROUGH THEIR CORPORATE REPRESENTATIVE SHEILA WILLIAMS

CONDUCTED ON MONDAY, MARCH 5, 2007

Page 6

| 10:07:43 | 1 | PROCEEDINGS |
| 10:07:43 | 2 | SHEILA WILLIAMS, |
| 10:07:43 | 3 | corporate designee for The Whitaker Group, |
| 10:07:43 | 4 | having been duly sworn, testified as follows: |
| 10:07:55 | 5 | EXAMINATION BY COUNSEL FOR PLAINTIFF |
| 10:07:55 | 6 | BY MS. LIEBERMAN: |
| 10:07:59 | 7 | Q  Thank you for coming today.  And could you |
| 10:08:02 | 8 | please -- well, first I'll introduce myself for the |
| 10:08:08 | 9 | record.  My name is Sharan Lieberman.  I'm here on |
| 10:08:11 | 10 | behalf of Idah Zirintusa, the plaintiff in this case, |
| 10:08:13 | 11 | with Mayer, Brown, Rowe & Maw. |
| 10:08:17 | 12 | MR. LAKATOS:  Alex Lakatos for plaintiff.  I |
| 10:08:21 | 13 | have here with me today my colleague, Mike Widmer, |
| 10:08:25 | 14 | also for plaintiff. |
| 10:08:27 | 15 | MR. WALLER:  J. Edward Waller, representing |
| 10:08:29 | 16 | the Whitaker Group. |
| 10:08:31 | 17 | THE WITNESS:  And Sheila Williams, the Chief |
| 10:08:33 | 18 | Operating Officer for the Whitaker Group. |
| 10:08:34 | 19 | BY MS. LIEBERMAN: |
| 10:08:35 | 20 | Q  Thank you.  Again, welcome.  Thank you for |
| 10:08:37 | 21 | coming today, and before we start I'm just going to go |
| 10:08:40 | 22 | over a few administrative things. |

Page 7

| 10:08:44 | 1 | Okay.  First, I'm going to ask the |
| 10:08:49 | 2 | questions, you're going to answer the questions, and |
| 10:08:52 | 3 | your answer will be recorded by the court reporter, |
| 10:08:54 | 4 | and you're under oath today. |
| 10:08:58 | 5 | When I ask the questions, I'll assume that |
| 10:09:00 | 6 | you understand my questions unless you tell me you |
| 10:09:03 | 7 | don't understand, and I'll be happy to rephrase or put |
| 10:09:06 | 8 | it another way.  So if you don't understand, just let |
| 10:09:09 | 9 | me know, if that's okay. |
| 10:09:11 | 10 | A  That's fine. |
| 10:09:11 | 11 | Q  And also when you give your answer, if you |
| 10:09:14 | 12 | could answer orally rather than shaking your head or |
| 10:09:19 | 13 | nodding, it makes it easier for the court reporter to |
| 10:09:24 | 14 | transcribe it. |
| 10:09:25 | 15 | Lastly, if you need to take a break at any |
| 10:09:27 | 16 | time, just let us know, and we're happy to take a |
| 10:09:30 | 17 | break if you get tired. |
| 10:09:32 | 18 | A  Okay. |
| 10:09:34 | 19 | Q  So first, have you ever been deposed before |
| 10:09:39 | 20 | on behalf of the Whitaker Group? |
| 10:09:41 | 21 | A  No. |
| 10:09:42 | 22 | Q  Have you ever been deposed before |

Page 8

| 10:09:44 | 1 | individually? |
| 10:09:45 | 2 | A  No. |
| 10:09:48 | 3 | Q  Now, before today, what type of preparation |
| 10:09:51 | 4 | did you do in order to get ready for today's |
| 10:09:54 | 5 | deposition? |
| 10:09:58 | 6 | A  Didn't really do anything special. |
| 10:10:00 | 7 | Q  Did you meet at all with anyone? |
| 10:10:03 | 8 | A  No. |
| 10:10:04 | 9 | Q  Did you review any documents? |
| 10:10:07 | 10 | A  No, not that I can recall, no. |
| 10:10:11 | 11 | Q  Okay.  I'd like to show you a document |
| 10:10:23 | 12 | first. |
| 10:10:47 | 13 | MS. LIEBERMAN:  And Laurie, could you please |
| 10:10:47 | 14 | mark this as The Whitaker Group Exhibit 1. |
| 10:10:48 | 15 | THE WITNESS:  I was just thinking about the |
| 10:10:48 | 16 | last question.  You mean somebody outside of the |
| 10:10:52 | 17 | attorney? |
| 10:10:52 | 18 | BY MS. LIEBERMAN: |
| 10:10:52 | 19 | Q  If you met with your attorney, that would be |
| 10:10:55 | 20 | a person that would count as -- you know, if you |
| 10:10:57 | 21 | discussed -- |
| 10:10:57 | 22 | A  Okay.  We didn't meet. |

Page 9

| 10:10:57 | 1 | Q  You didn't meet or speak on the telephone |
| 10:11:01 | 2 | with your attorney? |
| 10:11:03 | 3 | A  Yes, I did. |
| 10:11:04 | 4 | Q  How many times? |
| 10:11:05 | 5 | MR. WALLER:  One time. |
| 10:11:08 | 6 | MS. LIEBERMAN:  One time? |
| 10:11:09 | 7 | MR. WALLER:  Yes. |
| 11:59:57 | 8 | BY MS. LIEBERMAN: |
| 10:11:10 | 9 | Q  And about how long did you speak? |
| 10:11:13 | 10 | A  Not a very long time. |
| 10:11:15 | 11 | MR. WALLER:  Five minutes. |
| 10:11:17 | 12 | MS. LIEBERMAN:  Okay. |
| 10:12:00 | 13 | (TWG Exhibits 1 and 2 were marked for |
| 10:12:00 | 14 | identification and attached to the deposition |
| 10:12:00 | 15 | transcript.) |
| 10:12:16 | 16 | BY MS. LIEBERMAN: |
| 10:12:18 | 17 | Q  If you could just take a minute and look at |
| 10:12:20 | 18 | it.  You don't have to read it in detail, but see if |
| 10:12:22 | 19 | you recognize it and let me know when you're done. |
| 10:12:29 | 20 | A  What's the date on here, on the first one? |
| 10:12:35 | 21 | Q  It should be on the back.  January 30th, |
| 10:12:50 | 22 | 2007. |

3 (Pages 6 to 9)

30(b)(6)DEPOSITION OF THE WHITAKER GROUP BY AND THROUGH THEIR CORPORATE REPRESENTATIVE SHEILA WILLIAMS
CONDUCTED ON MONDAY, MARCH 5, 2007

**Page 10**

| | | |
|---|---|---|
| 0:12:51 | 1 | A   Okay. |
| 0:12:53 | 2 | Q   And if you could focus your attention on the |
| 0:12:57 | 3 | one dated January 30th, that would be Page 10, |
| 0:13:02 | 4 | Attachment A. |
| 0:13:05 | 5 | A   Page 10? |
| 0:13:08 | 6 | Q   Right, and then on the second one I gave |
| 0:13:09 | 7 | you, it's also Attachment A.  It's Page 5. |
| 0:13:18 | 8 | A   Page 5?  One second.  Uh-huh. |
| 0:13:26 | 9 | Q   Do you recall going over any of these -- |
| 0:13:31 | 10 | A   I recall seeing them, yes. |
| 0:13:32 | 11 | Q   Seeing them? |
| 0:13:34 | 12 | A   Uh-huh. |
| 0:13:34 | 13 | Q   So are you prepared to talk about these |
| 0:13:36 | 14 | items today? |
| 0:13:37 | 15 | A   Some of them. |
| 0:13:38 | 16 | Q   Some of them? |
| 0:13:38 | 17 | A   Uh-huh. |
| 0:13:42 | 18 | Q   Are there any ones that you are not prepared |
| 0:13:44 | 19 | to talk about today? |
| 0:13:46 | 20 | A   I think if you go through them, I will let |
| 0:13:48 | 21 | you know the ones that I will not be responding to. |
| 0:13:52 | 22 | Q   All right.  Which ones specifically? |

**Page 11**

| | | |
|---|---|---|
| 0:13:55 | 1 | A   So we're not going to go through them one -- |
| 0:13:59 | 2 | Q   Well, which ones specifically are you not |
| 0:14:01 | 3 | going to respond to? |
| 0:14:02 | 4 | A   Well, I should probably look at them. |
| 0:14:05 | 5 | Q   All right.  And Ms. Williams, just to remind |
| 0:15:37 | 6 | you before you answer, there are two subpoenas, so |
| 0:15:40 | 7 | there's a list in the first one and a list in the |
| 0:15:42 | 8 | second one. |
| 0:15:57 | 9 | A   Okay.  Some of them are duplicated, right? |
| 0:16:01 | 10 | Q   Yes, some of them may be the same. |
| 0:16:31 | 11 | A   Okay.  The topics that I will respond to |
| 0:16:35 | 12 | basically have to do with the Whitaker Group |
| 0:16:41 | 13 | Scholarship Program. |
| 0:16:43 | 14 | Q   You are only going to testify about the |
| 0:16:44 | 15 | Whitaker Group Scholarship Program -- |
| 0:16:46 | 16 | A   Uh-huh. |
| 0:16:46 | 17 | Q   -- and nothing else? |
| 0:16:49 | 18 | A   That's correct. |
| 0:16:55 | 19 | Q   Could you just point out which numbers. |
| 0:17:06 | 20 | A   Number 2 I can respond to.  We have some |
| 0:17:09 | 21 | information to your office concerning that. |
| 0:17:12 | 22 | Q   Okay. |

**Page 12**

| | | |
|---|---|---|
| 0:17:13 | 1 | A   Some of the information I don't have in |
| 0:17:14 | 2 | front of me, so I can't give specific dates as relates |
| 0:17:18 | 3 | to, you know, "when established" and those kinds of |
| 0:17:21 | 4 | things. |
| 0:17:29 | 5 | Number 3, we've provided that information to |
| 0:17:32 | 6 | your office as well, as relates to the communication |
| 0:17:38 | 7 | between the plaintiff and the Whitaker Group, and I |
| 0:17:42 | 8 | mean I don't have copies of the information that I |
| 0:17:45 | 9 | submitted to your office, so I can't be -- I can't be |
| 0:17:48 | 10 | very specific. |
| 0:17:58 | 11 | And the same thing with Number 4; we've |
| 0:18:00 | 12 | provided that information to your office in writing, |
| 0:18:02 | 13 | and I don't have copies of what I submitted to your |
| 0:18:05 | 14 | office, so I can't specifically tell you, you know, |
| 0:18:10 | 15 | who the beneficiaries were or what the compensation |
| 0:18:13 | 16 | was for them under the Scholarship Program. |
| 0:18:22 | 17 | Number 5 I don't plan to respond to. |
| 0:18:39 | 18 | Number 6 I can respond to, and a lot of that |
| 0:18:46 | 19 | information we've already submitted to your office. |
| 0:18:48 | 20 | Q   Okay. |
| 0:18:49 | 21 | A   Number 8, it seems to be a little bit |
| 0:18:55 | 22 | repetitious from one of your earlier questions about |

**Page 13**

| | | |
|---|---|---|
| 0:18:59 | 1 | any communication between the Applicant and the |
| 0:19:02 | 2 | Whitaker Group, which we provided to your office.  I |
| 0:19:06 | 3 | cannot sit here and tell you what dates Ms. Zirintusa |
| 0:19:11 | 4 | actually visited the office, if you're looking for |
| 0:19:15 | 5 | specific dates. |
| 0:19:16 | 6 | Q   But you will answer questions about that? |
| 0:19:18 | 7 | A   Yes. |
| 0:19:19 | 8 | Q   Okay. |
| 0:19:24 | 9 | A   I don't know what Number 9 means. |
| 0:19:29 | 10 | Q   Okay. |
| 0:19:31 | 11 | A   And I don't -- I have no information for |
| 0:19:33 | 12 | Number 10. |
| 0:19:49 | 13 | Q   And the second document, which is Exhibit 2, |
| 0:19:51 | 14 | Ms. Williams, you were looking at before you were |
| 0:19:57 | 15 | looking at Exhibit 1, right? |
| 0:19:59 | 16 | A   Right. |
| 0:20:00 | 17 | Q   And now we're on to Exhibit 2. |
| 0:20:10 | 18 | A   Number 1 I will not respond to.  I will not |
| 0:20:15 | 19 | be providing any response for that. |
| 0:20:26 | 20 | Number 2, I can give you one of the Whitaker |
| 0:20:32 | 21 | Group's brochures that will explain the structure and |
| 0:20:36 | 22 | the organization, but I can't sit here and, you know, |

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202)861-3410  (800)292-4789  (301)762-8282  (703)288-0026  (410)539-3664

30(b)(6) DEPOSITION OF THE WHITAKER GROUP BY AND THROUGH THEIR CORPORATE REPRESENTATIVE SHEILA WILLIAMS
CONDUCTED ON MONDAY, MARCH 5, 2007

Page 14

| | | |
|---|---|---|
| 10:20:40 | 1 | give you real specifics and stuff for Number 2. |
| 10:20:45 | 2 | Number 3 I don't plan to respond to. |
| 10:20:50 | 3 | Number 4 I don't plan to respond to, because |
| 10:20:57 | 4 | that's not specific to the Whitaker Group Scholarship |
| 10:21:00 | 5 | Program. |
| 10:21:04 | 6 | Number 5 seems to be a duplicate of one of |
| 10:21:10 | 7 | your questions that was in the prior attachments or |
| 10:21:14 | 8 | exhibit. |
| 10:21:14 | 9 | Same thing for Number 6. |
| 10:21:19 | 10 | Same thing for Number 7, which most of this |
| 10:21:23 | 11 | information we've already sent copies to your office |
| 10:21:27 | 12 | in response to the first subpoena. |
| 10:21:51 | 13 | Number 8 is still another duplicate of the |
| 10:21:57 | 14 | prior information. The prior subpoena that was |
| 10:21:59 | 15 | submitted to us, it's a duplicate. |
| 10:22:10 | 16 | Number 9 is a duplicate. |
| 10:22:25 | 17 | Number 10 has nothing to do with the |
| 10:22:28 | 18 | Whitaker Group Scholarship Program. |
| 10:22:34 | 19 | Number 11, same thing. That's a duplicate |
| 10:22:37 | 20 | of one of the questions in the prior subpoena. |
| 10:22:41 | 21 | Number 12, I have no idea what you're asking |
| 10:22:46 | 22 | for as it relates to Number 12, and it's also a |

Page 15

| | | |
|---|---|---|
| 10:22:50 | 1 | duplicate of the information in the prior subpoena. |
| 10:22:53 | 2 | Same thing for Number 13. |
| 10:22:56 | 3 | And Number 14 I don't plan to respond to. |
| 10:23:00 | 4 | Q  Thank you, Ms. Williams. |
| 10:23:08 | 5 | Okay, I'm going to first ask you some |
| 10:23:11 | 6 | general questions about The Whitaker Group. |
| 10:23:12 | 7 | A  Okay. |
| 10:23:13 | 8 | Q  What type of an organization is it? |
| 10:23:16 | 9 | A  The Whitaker Group is a trade and investment |
| 10:23:21 | 10 | company. We help to improve and increase trade |
| 10:23:25 | 11 | relations between the U.S. and African countries. |
| 10:23:29 | 12 | Q  Is it a nonprofit company? |
| 10:23:31 | 13 | A  No, it is not. |
| 10:23:32 | 14 | Q  What type of classification is it? |
| 10:23:36 | 15 | A  It's an LLC. |
| 10:23:38 | 16 | Q  And how does The Whitaker Group generate |
| 10:23:40 | 17 | income? |
| 10:23:42 | 18 | A  We have clients that we work for that pay a |
| 10:23:47 | 19 | fee to The Whitaker Group for services provided. |
| 10:24:01 | 20 | Q  Which Whitaker Group employees met Idah |
| 10:24:07 | 21 | Zirintusa in 2004? Actually, let me rephrase. Do you |
| 10:24:10 | 22 | know who Idah Zirintusa is? |

Page 16

| | | |
|---|---|---|
| 10:24:13 | 1 | A  Yes. |
| 10:24:14 | 2 | Q  Which Whitaker Group employees in 2004 met |
| 10:24:20 | 3 | Idah? |
| 10:24:24 | 4 | A  I don't plan to answer that since it does |
| 10:24:27 | 5 | not tie directly to the Scholarship Program, and I |
| 10:24:30 | 6 | can't sit here and tell you everybody that she might |
| 10:24:32 | 7 | have met at the Whitaker Group. |
| 10:24:35 | 8 | Q  How many employees in 2004 were there? |
| 10:24:38 | 9 | A  I don't know. I would have to go back and |
| 10:24:40 | 10 | check my records. |
| 10:24:41 | 11 | Q  Could you give us an estimate. Is it under |
| 10:24:45 | 12 | ten? |
| 10:24:54 | 13 | A  Probably. I can't remember. It's been |
| 10:24:57 | 14 | three years ago. |
| 10:24:58 | 15 | Q  Okay. Of the people that you remember, |
| 10:25:01 | 16 | which employees of The Whitaker Group met Idah in |
| 10:25:05 | 17 | 2004? |
| 10:25:05 | 18 | A  Again, I'm not going to answer that, because |
| 10:25:09 | 19 | it does not tie directly to The Whitaker Group |
| 10:25:12 | 20 | Scholarship Program, and I consider that privileged |
| 10:25:15 | 21 | information. |
| 10:25:17 | 22 | Q  Did The Whitaker Group give Idah Zirintusa a |

Page 17

| | | |
|---|---|---|
| 10:25:21 | 1 | scholarship? |
| 10:25:22 | 2 | A  Yes. |
| 10:25:25 | 3 | Q  Okay. I'll just ask one more time if you |
| 10:25:30 | 4 | would tell me who met Ms. Zirintusa. |
| 10:25:32 | 5 | MR. WALLER: I think she's answered that |
| 10:25:34 | 6 | question. |
| 10:25:35 | 7 | THE WITNESS: I've answered that question, |
| 10:25:36 | 8 | and I consider that privileged information. |
| 10:25:39 | 9 | MR. LAKATOS: Counsel, what is your basis |
| 10:25:41 | 10 | for -- are you instructing your client not to answer |
| 10:25:44 | 11 | that question? |
| 10:25:45 | 12 | MR. WALLER: Well, what I'm saying here is |
| 10:25:46 | 13 | that my client has answered the question. At some |
| 10:25:49 | 14 | point it becomes a matter of badgering my client, so |
| 10:25:52 | 15 | she answered the question, and to continue to ask her |
| 10:25:53 | 16 | the question over and over again serves no real |
| 10:25:55 | 17 | purpose. |
| 10:25:56 | 18 | MR. LAKATOS: That's not what I'm saying. |
| 10:25:56 | 19 | Counselor, you're instructing your witness not to give |
| 10:25:59 | 20 | a substantive answer to that question; is that |
| 10:26:00 | 21 | correct? |
| 10:26:01 | 22 | MR. WALLER: My client has answered the |

5  (Pages 14 to 17)

30(b)(6)DEPOSITION OF THE WHITAKER GROUP BY AND THROUGH THEIR CORPORATE REPRESENTATIVE SHEILA WILLIAMS
CONDUCTED ON MONDAY, MARCH 5, 2007

Page 18

| | | |
|---|---|---|
| 10:26:03 | 1 | question. I have indicated to the attorney here such. |
| 10:26:07 | 2 | The question has been repeated unnecessarily. It |
| 10:26:11 | 3 | amounts to badgering. I object to that type of |
| 10:26:13 | 4 | behavior. |
| 10:26:15 | 5 | MR. LAKATOS: What's your basis for |
| 10:26:15 | 6 | instructing your witness that that information is |
| 10:26:18 | 7 | privileged and she shouldn't answer the question? |
| 10:26:20 | 8 | MR. WALLER: Well, I think you're presuming |
| 10:26:22 | 9 | that I'm instructing my client to say that's |
| 10:26:24 | 10 | privileged, and I think that's a wrong presumption on |
| 10:26:28 | 11 | your part. Any communication I've had with my client |
| 10:26:31 | 12 | regarding this or any other matter is privileged |
| 10:26:33 | 13 | information, and I'm not obligated to disclose |
| 10:26:36 | 14 | anything to you. |
| 10:26:37 | 15 | MR. LAKATOS: Are you instructing your |
| 10:26:38 | 16 | client not to give a substantive response to that |
| 10:26:39 | 17 | question? |
| 10:26:43 | 18 | MR. WALLER: My client has given a |
| 10:26:44 | 19 | substantive response to the question. All I'm saying |
| 10:26:44 | 20 | here -- and I think I'm very clear -- is that at some |
| 10:26:47 | 21 | point in time repeating the question amounts to |
| 10:26:49 | 22 | badgering my client. |

Page 19

| | | |
|---|---|---|
| 10:26:51 | 1 | MS. LIEBERMAN: Well, I repeated it twice. |
| 10:26:54 | 2 | THE WITNESS: And I've answered it twice. |
| 10:26:54 | 3 | I've responded to you twice. |
| 10:26:55 | 4 | BY MS. LIEBERMAN: |
| 10:26:57 | 5 | Q Did you meet Idah Zirintusa? |
| 10:26:58 | 6 | A Yes. |
| 10:27:02 | 7 | Q Did Rosa Whitaker meet Idah Zirintusa? |
| 10:27:05 | 8 | A Yes. |
| 10:27:05 | 9 | Q And is she an employee of The Whitaker |
| 10:27:07 | 10 | Group? |
| 10:27:08 | 11 | A Who? |
| 10:27:09 | 12 | Q Rosa Whitaker. |
| 10:27:10 | 13 | A Yes. |
| 10:27:11 | 14 | Q And are you an employee of The Whitaker |
| 10:27:12 | 15 | Group? |
| 10:27:12 | 16 | A Yes. |
| 10:27:31 | 17 | Q Does The Whitaker Group have a policy |
| 10:27:33 | 18 | concerning the retention of documents? |
| 10:27:40 | 19 | A Since that does not pertain to the |
| 10:27:43 | 20 | Scholarship Program, I'm not going to answer that. |
| 10:27:48 | 21 | Q When are documents permitted to be |
| 10:27:50 | 22 | destroyed? |

Page 20

| | | |
|---|---|---|
| 10:27:52 | 1 | MR. WALLER: I have to object to that. |
| 10:27:54 | 2 | That's really commercial information. That's |
| 10:27:59 | 3 | privileged information. |
| 10:27:59 | 4 | BY MS. LIEBERMAN: |
| 10:28:18 | 5 | Q Has anyone at The Whitaker Group |
| 10:28:22 | 6 | specifically instructed that information relating to |
| 10:28:27 | 7 | the Scholarship Program be destroyed? |
| 10:28:31 | 8 | A No. |
| 10:28:33 | 9 | Q Has anyone at The Whitaker Group |
| 10:28:35 | 10 | specifically instructed that documents relating to the |
| 10:28:38 | 11 | Scholarship Program be retained? |
| 10:28:41 | 12 | A When you say "retained," what do you mean? |
| 10:28:45 | 13 | Q I mean kept. |
| 10:28:46 | 14 | A You mean copies for the files? |
| 10:28:48 | 15 | Q Just kept. |
| 10:28:49 | 16 | A Yes. |
| 10:28:50 | 17 | Q Who gave that instruction? |
| 10:28:51 | 18 | A I did. |
| 10:28:54 | 19 | Q You do? |
| 10:28:54 | 20 | A Yes. |
| 10:28:55 | 21 | Q And who did you give that instruction to? |
| 10:28:58 | 22 | A I didn't give it to anyone. I keep the |

Page 21

| | | |
|---|---|---|
| 10:29:01 | 1 | records for the Scholarship Program. |
| 10:29:03 | 2 | Q And where do you keep those records? |
| 10:29:05 | 3 | A On site. |
| 10:29:07 | 4 | Q On site? And how long have you kept records |
| 10:29:11 | 5 | of the Scholarship Program? |
| 10:29:17 | 6 | A Probably since I've -- I can't give you a |
| 10:29:21 | 7 | date. I don't know what you're looking for. |
| 10:29:25 | 8 | Q Just generally, how long have you kept |
| 10:29:29 | 9 | records of the Scholarship Program? |
| 10:29:36 | 10 | A Since I've been working with the Scholarship |
| 10:29:37 | 11 | Program. |
| 10:29:39 | 12 | Q And when did you start working for the |
| 10:29:41 | 13 | Scholarship Program? |
| 10:29:42 | 14 | A I would have to go back and check my |
| 10:29:43 | 15 | records. I mean I don't know if it was 2003, '4, or, |
| 10:29:47 | 16 | you know, what year it was. I would have to check. |
| 10:29:49 | 17 | Q Could it have been prior to 2003? |
| 10:29:54 | 18 | A No. |
| 10:29:56 | 19 | Q So sometime in 2003? |
| 10:29:58 | 20 | A I don't know. I would have to check my |
| 10:29:59 | 21 | records. Again I can't say if it was 2003 or '4. |
| 10:30:14 | 22 | Q Okay. So to your knowledge, have any |

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202)861-3410  (800)292-4789  (301)762-8282  (703)288-0026  (410)539-3664

30(b)(6)DEPOSITION OF THE WHITAKER GROUP BY AND THROUGH THEIR CORPORATE REPRESENTATIVE SHEILA WILLIAMS
CONDUCTED ON MONDAY, MARCH 5, 2007

Page 22

| | | |
|---|---|---|
| 10:30:17 | 1 | documents relating to the Scholarship Program been |
| 10:30:21 | 2 | destroyed? |
| 10:30:22 | 3 | A  To my knowledge, no. |
| 10:30:29 | 4 | Q  To your knowledge, have any of the documents |
| 10:30:31 | 5 | relating to the Scholarship Program been lost? |
| 10:30:34 | 6 | A  To my knowledge, no. |
| 10:30:40 | 7 | Q  Does The Whitaker Group have a bookkeeper? |
| 10:30:48 | 8 | A  Again I'm not going to answer that question, |
| 10:30:50 | 9 | because it does not speak specifically to the |
| 10:30:53 | 10 | Scholarship Program. |
| 10:30:55 | 11 | Q  Does The Whitaker Group have an accountant? |
| 10:31:00 | 12 | A  Again it's the same answer I gave before.  I |
| 10:31:03 | 13 | will respond to questions as they relate to the |
| 10:31:05 | 14 | Scholarship Program.  Anything outside of the |
| 10:31:08 | 15 | Scholarship Program I will not answer, so therefore I |
| 10:31:11 | 16 | will not answer that question. |
| 10:31:17 | 17 | Q  Who at The Whitaker Group has the authority |
| 10:31:19 | 18 | to write checks on behalf of the company? |
| 10:31:21 | 19 | A  Again I will not respond to that question, |
| 10:31:23 | 20 | for the same -- for the aforementioned reason. |
| 10:31:28 | 21 | Q  Who at The Whitaker Group has the authority |
| 10:31:30 | 22 | to write checks relating to the Scholarship Program of |

Page 23

| | | |
|---|---|---|
| 10:31:33 | 1 | the company? |
| 10:31:35 | 2 | A  For the Scholarship Program I can write |
| 10:31:38 | 3 | checks. |
| 10:31:38 | 4 | Q  Can anyone else write checks? |
| 10:31:45 | 5 | A  There is one other person who has signature |
| 10:31:47 | 6 | authority; however, for the Scholarship Program I'm |
| 10:31:52 | 7 | the only person that have written checks. |
| 10:31:55 | 8 | Q  Has Rosa Whitaker ever written checks for |
| 10:32:02 | 9 | the scholarship -- |
| 10:32:03 | 10 | A  For the Scholarship Program? |
| 10:32:04 | 11 | Q  Right. |
| 10:32:05 | 12 | A  No. |
| 10:32:14 | 13 | Q  Is there an account at The Whitaker Group |
| 10:32:18 | 14 | that's relating to the Scholarship Program? |
| 10:32:22 | 15 | A  Is there an account, a separate account?  If |
| 10:32:26 | 16 | you're talking about me describing the structure for |
| 10:32:28 | 17 | The Whitaker Group's financial accounting, I'm not |
| 10:32:31 | 18 | going to respond to that. |
| 10:32:33 | 19 | Q  Okay, I'll repeat the question.  Is there an |
| 10:32:35 | 20 | account for the Scholarship Program at The Whitaker |
| 10:32:39 | 21 | Group? |
| 10:32:41 | 22 | A  Again in my mind it sounds like you're |

Page 24

| | | |
|---|---|---|
| 10:32:45 | 1 | asking for the structure at The Whitaker Group as |
| 10:32:47 | 2 | relates to our accounting structure, and I'm not going |
| 10:32:52 | 3 | to answer that question. |
| 10:33:14 | 4 | Q  Which account at The Whitaker Group is used |
| 10:33:18 | 5 | to write checks for the Scholarship Program? |
| 10:33:23 | 6 | A  Again if you want me to respond to the |
| 10:33:24 | 7 | accounting system for The Whitaker Group, I'm not |
| 10:33:28 | 8 | going to answer that question. |
| 10:33:31 | 9 | Q  I'm asking as it relates to the Scholarship |
| 10:33:34 | 10 | Program. |
| 10:33:35 | 11 | A  In order to answer that question, again I |
| 10:33:37 | 12 | would have to describe the accounting system that we |
| 10:33:40 | 13 | have at The Whitaker Group. |
| 10:33:48 | 14 | Q  Okay. |
| 10:33:51 | 15 | A  And also we sent copies of the information |
| 10:33:53 | 16 | to your office as relates to a check written for the |
| 10:33:57 | 17 | Scholarship Program, which you should have in your |
| 10:34:05 | 18 | files. |
| 10:34:08 | 19 | Q  Okay.  Who is Rosa Whitaker in relation to |
| 10:34:22 | 20 | The Whitaker Group? |
| 10:34:24 | 21 | A  If you want general information on the |
| 10:34:26 | 22 | company, again I can give you a brochure.  I did not |

Page 25

| | | |
|---|---|---|
| 10:34:30 | 1 | bring one with me today.  I will answer questions as |
| 10:34:33 | 2 | they relate to the Scholarship Program. |
| 10:34:36 | 3 | Q  Is Rosa Whitaker involved at all with the |
| 10:34:38 | 4 | Scholarship Program? |
| 10:34:44 | 5 | A  I don't know what you mean.  Are you talking |
| 10:34:46 | 6 | about management of the program or what? |
| 10:34:50 | 7 | Q  Let's start with management of the program. |
| 10:34:51 | 8 | Does Rosa Whitaker manage the Scholarship Program? |
| 10:34:54 | 9 | A  No. |
| 10:34:54 | 10 | Q  What role, if any, does Rosa have with the |
| 10:35:00 | 11 | Scholarship Program? |
| 10:35:08 | 12 | MS. LIEBERMAN:  Let the record reflect that |
| 10:35:09 | 13 | the witness and counsel are conferring at this time. |
| 10:35:19 | 14 | THE WITNESS:  Rosa Whitaker, just like |
| 10:35:22 | 15 | myself, you know, can make recommendations for who can |
| 10:35:30 | 16 | participate in the program, and other people can make |
| 10:35:34 | 17 | recommendations for who should participate in the |
| 10:35:37 | 18 | program. |
| 10:35:37 | 19 | BY MS. LIEBERMAN: |
| 10:35:37 | 20 | Q  Okay.  Which other people can make |
| 10:35:40 | 21 | recommendations -- |
| 10:35:40 | 22 | A  I can. |

7  (Pages 22 to 25)

30(b)(6)DEPOSITION OF THE WHITAKER GROUP BY AND THROUGH THEIR CORPORATE REPRESENTATIVE SHEILA WILLIAMS
CONDUCTED ON MONDAY, MARCH 5, 2007

## Page 26

| | | |
|---|---|---|
| 10:35:41 | 1 | Q  -- for people to participate in the |
| 10:35:44 | 2 | Scholarship Program? |
| 10:35:45 | 3 | A  People send me recommendations with stuff |
| 10:35:48 | 4 | about a son or daughter.  Anybody can pretty much make |
| 10:35:51 | 5 | a recommendation to me as relates to the Scholarship |
| 10:35:52 | 6 | Program. |
| 10:35:54 | 7 | Q  Okay, and Ms. Williams, just for the clarity |
| 10:35:56 | 8 | of the record, just try to wait until I'm finished, |
| 10:36:00 | 9 | and then I'll also try to wait until you're finished. |
| 10:36:04 | 10 | A  Okay. |
| 10:36:05 | 11 | Q  Are there any other employees at The |
| 10:36:06 | 12 | Whitaker Group that can make recommendations relating |
| 10:36:13 | 13 | to the Scholarship Program? |
| 10:36:14 | 14 | A  I can.  I can also make them. |
| 10:36:18 | 15 | Q  Other than you and Rosa, does anyone else at |
| 10:36:22 | 16 | The Whitaker Group have a role in the Scholarship |
| 10:36:25 | 17 | Program? |
| 10:36:26 | 18 | A  There are other -- that have a role in the |
| 10:36:29 | 19 | Scholarship Program?  No.  I'm probably the person |
| 10:36:33 | 20 | that has the major role for the Scholarship Program. |
| 10:36:39 | 21 | Q  And do you have an assistant? |
| 10:36:42 | 22 | A  Again I'm not going to get into the |

## Page 27

| | | |
|---|---|---|
| 10:36:43 | 1 | structure of The Whitaker Group itself. |
| 10:36:49 | 2 | Q  Do you have someone at The Whitaker Group |
| 10:36:51 | 3 | that assists you in the Scholarship Program? |
| 10:36:54 | 4 | A  No, I don't. |
| 10:37:13 | 5 | Q  What other -- other than making |
| 10:37:16 | 6 | recommendations, does Rosa have any other role with |
| 10:37:20 | 7 | the Scholarship Program? |
| 10:37:24 | 8 | A  No.  She has no management role at all. |
| 10:37:27 | 9 | Q  Okay.  Is there any other role that she has? |
| 10:37:30 | 10 | A  None that I can think of. |
| 10:38:22 | 11 | Q  Why did The Whitaker Group decide to start |
| 10:38:24 | 12 | the Scholarship Program? |
| 10:38:27 | 13 | A  I think that was one of the responses we |
| 10:38:30 | 14 | submitted to your office, and are you asking |
| 10:38:37 | 15 | information about The Whitaker Group or the |
| 10:38:39 | 16 | Scholarship Program? |
| 10:38:42 | 17 | Q  I'm asking about why The Whitaker Group |
| 10:38:45 | 18 | decided to start the Scholarship Program. |
| 10:38:47 | 19 | A  Okay.  If the question concerns The Whitaker |
| 10:38:48 | 20 | Group, I'm not going to respond to that in terms of |
| 10:38:51 | 21 | the intentions or anything like that of The Whitaker |
| 10:38:54 | 22 | Group. |

## Page 28

| | | |
|---|---|---|
| 10:38:56 | 1 | Q  Okay.  Well, the question pertains to the |
| 10:38:58 | 2 | Scholarship Program, why was it generated. |
| 10:39:02 | 3 | A  But what you're asking is the intent of The |
| 10:39:04 | 4 | Whitaker Group, you know, why the program was set up, |
| 10:39:08 | 5 | that kind of thing, and I'm not going to respond to |
| 10:39:11 | 6 | that. |
| 10:39:19 | 7 | Q  I'm going to show you a document now. |
| 10:39:22 | 8 | MS. LIEBERMAN:  And Laurie, if you could |
| 10:39:22 | 9 | please mark this as Exhibit 3. |
| 10:39:54 | 10 | (Exhibit No. 3 was marked for identification |
| 10:39:54 | 11 | and attached to the deposition transcript.) |
| 10:39:55 | 12 | BY MS. LIEBERMAN: |
| 10:40:07 | 13 | Q  And if you could just take a moment to |
| 10:40:10 | 14 | review the document and let me know when you're done. |
| 10:40:14 | 15 | A  Uh-huh, okay. |
| 10:40:31 | 16 | Q  Do you recognize this document? |
| 10:40:32 | 17 | A  Yes. |
| 10:40:33 | 18 | Q  And what is this? |
| 10:40:34 | 19 | A  It's a description of the Scholarship |
| 10:40:36 | 20 | Program. |
| 10:40:38 | 21 | Q  Okay.  Did you draft this document? |
| 10:40:40 | 22 | A  Yes. |

## Page 29

| | | |
|---|---|---|
| 10:40:42 | 1 | Q  When did you draft this document? |
| 10:40:48 | 2 | A  Either 2003 or '4.  I can't remember. |
| 10:40:52 | 3 | Q  Why did you decide to draft this document? |
| 10:40:59 | 4 | A  To set up the Scholarship Program. |
| 10:41:01 | 5 | Q  Who received a copy of this document? |
| 10:41:06 | 6 | A  When you say "who received a copy," I'm |
| 10:41:07 | 7 | not -- I'm confused. |
| 10:41:09 | 8 | Q  Did you send this document to anyone or give |
| 10:41:12 | 9 | it to anyone? |
| 10:41:20 | 10 | A  We keep copies on file.  I can't recall who |
| 10:41:25 | 11 | may have gotten a copy of it. |
| 10:41:28 | 12 | Q  Do you recall that you ever gave this |
| 10:41:32 | 13 | document to anyone? |
| 10:41:38 | 14 | A  It's been so long ago.  I shared a copy with |
| 10:41:43 | 15 | your office through our attorney.  Probably other |
| 10:41:52 | 16 | people at -- I'm trying to think back to 2003 and '4. |
| 10:41:59 | 17 | I really can't -- I mean I really can't remember who |
| 10:42:02 | 18 | would have gotten a copy of this document. |
| 10:42:06 | 19 | Q  Is it possible that you created this |
| 10:42:07 | 20 | document in 2005? |
| 10:42:15 | 21 | A  No.  I'm pretty sure it was before then, but |
| 10:42:24 | 22 | again I would have to check my records.  I'm pretty |

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202)861-3410  (800)292-4789  (301)762-8282  (703)288-0026  (410)539-3664

30(b)(6)DEPOSITION OF THE WHITAKER GROUP BY AND THROUGH THEIR CORPORATE REPRESENTATIVE SHEILA WILLIAMS
CONDUCTED ON MONDAY, MARCH 5, 2007

Page 30

| | | |
|---|---|---|
| 10:42:26 | 1 | sure it was before 2005. |
| 10:42:28 | 2 | Q  Okay, but you're not positive? |
| 10:42:33 | 3 | A  That it was created in -- I'm not positive |
| 10:42:35 | 4 | when it was created.  Between 2003 and '4. |
| 10:42:39 | 5 | Q  Okay, I understand. |
| 10:42:41 | 6 | A  Yeah. |
| 10:42:50 | 7 | Q  Ms. Williams, when you said just now that |
| 10:42:53 | 8 | you would have to go back and check your records, what |
| 10:42:55 | 9 | records do you mean? |
| 10:42:56 | 10 | A  I'm going to have to go back and look to see |
| 10:43:01 | 11 | whether I had drafts of anything, and I don't know |
| 10:43:03 | 12 | that I have drafts of this stuff from this far back. |
| 10:43:33 | 13 | Q  Okay.  When The Whitaker Group received a |
| 10:43:44 | 14 | subpoena to come here, Exhibits 1 and 2, did you look |
| 10:43:51 | 15 | through -- did you look for these drafts that you just |
| 10:43:56 | 16 | mentioned to produce in this case? |
| 10:43:59 | 17 | A  I did as far as I could -- as far as the |
| 10:44:05 | 18 | documents that I could remember in terms of where I |
| 10:44:08 | 19 | had things, and it wasn't in response to a subpoena. |
| 10:44:12 | 20 | It was in response actually to -- well, I guess it was |
| 10:44:15 | 21 | a subpoena, you guys requesting the information, and I |
| 10:44:17 | 22 | looked back to see what I had on file. |

Page 31

| | | |
|---|---|---|
| 10:44:20 | 1 | Q  And did that include looking at drafts of |
| 10:44:23 | 2 | documents that related to the subpoena? |
| 10:44:25 | 3 | A  No, it did not.  I don't remember seeing |
| 10:44:30 | 4 | drafts and stuff, and if something was stamped |
| 10:44:32 | 5 | "draft," if I recall, because I actually wanted to |
| 10:44:36 | 6 | reply with, you know, the final documents of the |
| 10:44:40 | 7 | things that we had on file. |
| 10:44:41 | 8 | Q  So you may not have produced drafts in |
| 10:44:44 | 9 | response -- |
| 10:44:45 | 10 | A  We may not have them.  I don't know. |
| 10:44:47 | 11 | Q  But if you had them, those might not have |
| 10:44:50 | 12 | been produced in response to the subpoena? |
| 10:44:52 | 13 | A  That's correct.  If there was a draft and |
| 10:44:54 | 14 | stuff and I had a final document, I tried to pull a |
| 10:45:00 | 15 | final document. |
| 10:45:09 | 16 | Q  How does someone apply for The Whitaker |
| 10:45:11 | 17 | Group Scholarship Program? |
| 10:45:13 | 18 | A  Basically for the Scholarship Program, if |
| 10:45:18 | 19 | there's an interest expressed and I make a |
| 10:45:21 | 20 | determination that we can be of assistance and stuff, |
| 10:45:32 | 21 | then they can get funding from us. |
| 10:45:34 | 22 | Q  How does an individual ordinarily express an |

Page 32

| | | |
|---|---|---|
| 10:45:37 | 1 | interest? |
| 10:45:37 | 2 | A  It can be various methods they use.  They |
| 10:45:40 | 3 | can call.  They can send an e-mail.  The program is |
| 10:45:45 | 4 | not a very formal program, so it's not like they have |
| 10:45:48 | 5 | to do tons of paperwork or anything.  And that's |
| 10:45:53 | 6 | usually the way someone would express interest, either |
| 10:45:57 | 7 | by a phone call or an e-mail. |
| 10:45:59 | 8 | Q  How do people find out about The Whitaker |
| 10:46:02 | 9 | Group Scholarship Program? |
| 10:46:05 | 10 | A  A lot of it is -- I think it's just word of |
| 10:46:08 | 11 | mouth.  That's my feeling, you know.  I can't -- you |
| 10:46:11 | 12 | know, I never asked, you know, anyone who has called |
| 10:46:19 | 13 | or e-mailed to see how they found out about the |
| 10:46:22 | 14 | program.  I think it's word of mouth. |
| 10:46:26 | 15 | Q  Okay.  Does The Whitaker Group do any |
| 10:46:30 | 16 | advertising in relation to the Scholarship Program? |
| 10:46:34 | 17 | A  No. |
| 10:46:38 | 18 | Q  So it's not on the website or -- |
| 10:46:42 | 19 | A  No. |
| 10:46:56 | 20 | Q  How many scholarships has The Whitaker Group |
| 10:47:00 | 21 | given out? |
| 10:47:03 | 22 | A  I can't remember.  It's not very many, but I |

Page 33

| | | |
|---|---|---|
| 10:47:07 | 1 | couldn't sit here and give you a specific number. |
| 10:47:11 | 2 | Q  Okay.  Would you say that it's less than |
| 10:47:13 | 3 | five? |
| 10:47:17 | 4 | A  Maybe around five, but even that number I'm |
| 10:47:21 | 5 | not sure of.  I'm not sure. |
| 10:47:34 | 6 | Q  Do you remember the names of any of the |
| 10:47:36 | 7 | individuals that you gave the scholarship -- that The |
| 10:47:38 | 8 | Whitaker Group gave the scholarship to? |
| 10:47:42 | 9 | A  I sent for sample e-mails to your office.  I |
| 10:47:46 | 10 | don't have any of those -- I don't have any of that |
| 10:47:50 | 11 | information with me, so I really could not tell you. |
| 10:47:58 | 12 | Q  I think you said earlier that Idah had |
| 10:48:01 | 13 | received a scholarship; is that correct? |
| 10:48:02 | 14 | A  She did, uh-huh. |
| 10:48:19 | 15 | MR. LAKATOS:  Can we take a quick recess, |
| 10:48:21 | 16 | five minutes? |
| 10:48:22 | 17 | MS. LIEBERMAN:  We're going to take five |
| 10:48:23 | 18 | minutes.  Let's go off the record. |
| 11:08:08 | 19 | (Whereupon, a recess was taken from 10:48 |
| 11:08:08 | 20 | a.m. to 11:08 a.m.) |
| | 21 | BY MS. LIEBERMAN: |
| 11:08:47 | 22 | Q  Ms. Williams, earlier before the break we |

9  (Pages 30 to 33)

30(b)(6)DEPOSITION OF THE WHITAKER GROUP BY AND THROUGH THEIR CORPORATE REPRESENTATIVE SHEILA WILLIAMS
CONDUCTED ON MONDAY, MARCH 5, 2007

Page 34

| | | |
|---|---|---|
| 1:08:51 | 1 | were talking about the Whitaker Group scholarship |
| 1:08:55 | 2 | program, and you mentioned that when you were |
| 1:09:00 | 3 | responding to the subpoena you had sent our office |
| 1:09:03 | 4 | some sample e-mails? |
| 1:09:05 | 5 | A  Uh-huh. |
| 1:09:06 | 6 | Q  How did you choose those e-mails? |
| 1:09:09 | 7 | A  They were what I saw in the Scholarship |
| 1:09:13 | 8 | Program folder. |
| 1:09:15 | 9 | Q  Okay, so when you say "sample," does that |
| 1:09:21 | 10 | mean that that's not a complete set of the e-mails |
| 1:09:24 | 11 | relating to the Scholarship Program? |
| 1:09:26 | 12 | A  They were complete as relates to all the |
| 1:09:29 | 13 | information that I had. |
| 1:09:31 | 14 | Q  Okay, so is it possible there are other |
| 1:09:34 | 15 | e-mails that relate to the Scholarship Program that |
| 1:09:37 | 16 | you did not send? |
| 1:09:40 | 17 | A  There could be, but I would have to go back |
| 1:09:42 | 18 | and go through all of the folders again and look at |
| 1:09:46 | 19 | every piece of paper again. |
| 1:09:57 | 20 | Q  Of the scholarships that the Whitaker Group |
| 1:10:00 | 21 | gave out, were all of the recipients African? |
| 1:10:09 | 22 | A  Yes, as far as I can remember, yes. |

Page 35

| | | |
|---|---|---|
| 11:10:14 | 1 | Q  And what criteria does the Whitaker Group |
| 11:10:17 | 2 | use in selecting scholarship recipients? |
| 11:10:23 | 3 | A  I think if you look at the selection |
| 11:10:27 | 4 | criteria, it's very loose.  Basically if someone makes |
| 11:10:30 | 5 | a request to me, either, you know, be it phone or |
| 11:10:35 | 6 | e-mail or something, then I will, you know, consider |
| 11:10:38 | 7 | their request for some assistance. |
| 11:10:41 | 8 | Q  And what happens after you've considered |
| 11:10:44 | 9 | their request for assistance? |
| 11:10:46 | 10 | A  Usually I will contact that person back, you |
| 11:10:49 | 11 | know, and I also handle the any of the financial |
| 11:10:53 | 12 | transaction for funds that we either pay for that |
| 11:10:56 | 13 | person or whatever correspondence would need to go out |
| 11:11:02 | 14 | to that person as relates to, you know, letting them |
| 11:11:05 | 15 | know that we did, you know, did fund their request. |
| 11:11:12 | 16 | Q  Okay, so after you -- when you contact |
| 11:11:17 | 17 | that person, what normally do you -- how do you |
| 11:11:21 | 18 | normally contact a person? |
| 11:11:22 | 19 | A  It can be either by phone or e-mail.  Same |
| 11:11:26 | 20 | way they would contact me, by phone or e-mail. |
| 11:11:28 | 21 | Q  And what would you tell them at that point? |
| 11:11:31 | 22 | A  Normally I would tell them, you know, I've |

Page 36

| | | |
|---|---|---|
| 11:11:35 | 1 | received your request and that we will provide some |
| 11:11:41 | 2 | funding to you. |
| 11:11:42 | 3 | Q  How does the Whitaker Group determine what |
| 11:11:43 | 4 | funding they're going to give the recipient? |
| 11:11:49 | 5 | A  It depends on the type of student.  If it's |
| 11:11:52 | 6 | a student who is here in the U.S. already and already |
| 11:11:56 | 7 | in school and stuff, that may classify them for one |
| 11:12:01 | 8 | type of funding.  In the case of Ms. Zirintusa, she |
| 11:12:05 | 9 | was not a student already in the U.S., and she had to, |
| 11:12:08 | 10 | I guess, apply for admission and all those kinds of |
| 11:12:15 | 11 | things.  And it just depends on what the need is.  If |
| 11:12:18 | 12 | they tell me, you know, in a case of one student, if |
| 11:12:21 | 13 | they verbally say that they need to have assistance |
| 11:12:25 | 14 | for books or something, you know, the assistance might |
| 11:12:28 | 15 | be $200, might be $250, could be $500 or whatever. |
| 11:12:33 | 16 | Q  So there is no set amount of funding that |
| 11:12:35 | 17 | you would give a scholarship recipient? |
| 11:12:38 | 18 | A  No, there is not. |
| 11:12:41 | 19 | Q  What is the most amount of money that the |
| 11:12:43 | 20 | Whitaker Group has ever given a scholarship recipient? |
| 11:12:47 | 21 | A  I don't know Ms. Zirintusa, her amount, but |
| 11:12:51 | 22 | I'm thinking it's her scholarship that we did for her. |

Page 37

| | | |
|---|---|---|
| 11:12:56 | 1 | Q  What is the longest duration of time that |
| 11:12:59 | 2 | you funded a scholarship? |
| 11:13:04 | 3 | A  That I don't know.  A scholarship recipient? |
| 11:13:09 | 4 | Q  Uh-huh. |
| 11:13:15 | 5 | A  I don't know.  I mean I can't say off the |
| 11:13:17 | 6 | top of my head. |
| 11:13:18 | 7 | Q  Has the Whitaker Group ever funded a |
| 11:13:20 | 8 | scholarship for more than a year? |
| 11:13:22 | 9 | A  No.  I don't think so, not that I |
| 11:13:34 | 10 | recall, and I'm just trying to think, and I don't |
| 11:13:36 | 11 | recall any for more than a year. |
| 11:13:39 | 12 | Q  So you don't recall, but it is possible that |
| 11:13:43 | 13 | The Whitaker Group has funded a scholarship for more |
| 11:13:46 | 14 | than a year? |
| 11:13:46 | 15 | A  I don't think it's possible, because I can't |
| 11:13:49 | 16 | remember.  I think I would remember if we had done one |
| 11:13:53 | 17 | for more than a year. |
| 11:14:03 | 18 | Q  Does The Whitaker Group have a process for |
| 11:14:05 | 19 | interviewing the recipients? |
| 11:14:07 | 20 | A  There is no -- again this is not a formal |
| 11:14:09 | 21 | program, so there is no formal process for |
| 11:14:15 | 22 | interviewing potential participants. |

10  (Pages 34 to 37)

30(b)(6)DEPOSITION OF THE WHITAKER GROUP BY AND THROUGH THEIR CORPORATE REPRESENTATIVE SHEILA WILLIAMS
CONDUCTED ON MONDAY, MARCH 5, 2007

Page 38

11:14:41  1      Q  After you contact the scholarship recipient
11:14:45  2   to tell them that they received the scholarship, are
11:14:50  3   there any terms of the scholarship that you
11:14:53  4   communicate to the scholarship recipient?
11:14:56  5      A  Are there any terms that I communicate?
11:15:00  6   Again it depends on what it is we're doing for the
11:15:04  7   student.  Again some students or someone may call and
11:15:07  8   stuff, and they just need assistance, you know, with
11:15:11  9   books or with, you know, some other expense related to
11:15:15  10  school, and you know, there is no great detail
11:15:18  11  provided and stuff to them.
11:15:22  12      In the case of, you know, other students and
11:15:25  13  stuff, if it's a person who is enrolled in school full
11:15:33  14  time and stuff -- in the case of Ms. Zirintusa, I know
11:15:35  15  she had to be enrolled in school full-time.  In order
11:15:39  16  for her to participate in the school she went to, it
11:15:42  17  was not a requirement that we made as related to the
11:15:46  18  Scholarship Program or anything, but there is certain
11:15:48  19  criteria that she had to meet in order to be enrolled
11:15:51  20  at the school.
11:15:52  21      Q  Okay.  How many other individuals received
11:16:00  22  tuition from The Whitaker Group Scholarship Program?

Page 39

11:16:05  1      A  Tuition?  I can only think of Ms. Zirintusa
11:16:12  2   offhand.  I can't remember what might have been in any
11:16:17  3   of the other phone messages, you know, where I talked
11:16:20  4   to a student, and I cannot remember any e-mails where
11:16:26  5   someone actually specifically requested tuition.
11:16:34  6      Q  But it's possible that The Whitaker Group
11:16:35  7   gave tuition assistance to another applicant other
11:16:39  8   than Idah Zirintusa?
11:16:40  9      A  It's possible.  I mean when funds are
11:16:45  10  actually disbursed for the Scholarship Program, again,
11:16:49  11  because it's not a very formal program or anything,
11:16:53  12  you know, a student could have requested tuition or
11:16:56  13  they could have requested some funding and used the
11:16:59  14  funding for tuition.  It's -- like I said before, it's
11:17:05  15  not a very formal program.
11:17:09  16      Q  What's the maximum amount that The Whitaker
11:17:10  17  Group would consider giving an individual who's
11:17:14  18  applied for the Scholarship Program?
11:17:19  19      A  We don't actually have a minimum or maximum
11:17:24  20  amount.  The program description that you see is
11:17:27  21  basically, you know, all the guidelines that we
11:17:29  22  normally use.  Again it depends on what the person has

Page 40

11:17:32  1   requested, and again that request can come via an
11:17:36  2   e-mail or a phone call.
11:17:42  3      Q  Has The Whitaker Group ever received a
11:17:45  4   request that was too much, that it would not fund?
11:17:47  5      A  Not that I recall.
11:17:56  6      Q  Are the scholarship recipients required to
11:18:00  7   accept the scholarship in writing?
11:18:04  8      A  No, they are not required to accept it in
11:18:08  9   writing.  If I get a phone call request from somebody,
11:18:12  10  and the amount may be $250 or something, you know, so
11:18:17  11  not always.
11:18:45  12      Q  I'm going to show you another document at
11:18:47  13  this point.
11:19:06  14      MS. LIEBERMAN:  Laurie, I'm handing you what
11:19:07  15  is going to be Exhibit 4.
11:19:28  16      (TWG Exhibit No. 4 was marked for
11:19:28  17  identification and attached to the deposition
11:19:28  18  transcript.)
11:19:29  19  BY MS. LIEBERMAN:
11:19:31  20      Q  And if you'd just take a moment to look at
11:19:34  21  it and let me know when you're done.
11:19:37  22      A  Uh-huh. yep. I'm done.

Page 41

11:19:50  1      Q  And do you recognize this document,
11:19:52  2   Ms. Williams?
11:19:53  3      A  I do.
11:19:53  4      Q  And what is this document.
11:20:00  5      A  It's actually a check provided by The
11:20:04  6   Whitaker Group.
11:20:05  7      Q  And is that your signature on the check?
11:20:07  8      A  It is.
11:20:09  9      Q  And who is the payee on the check?
11:20:13  10      A  The payee is Pastor Joseph Nyanko, who heads
11:20:19  11  up a ministerial student group in Ghana.
11:20:25  12      Q  And is the pastor, is he located in Ghana?
11:20:34  13      A  Yes.
11:20:35  14      Q  How did The Whitaker Group first meet
11:20:40  15  Joseph Nyanko?
11:20:47  16      A  How did The Whitaker Group first meet Pastor
11:20:51  17  Nyanko?
11:20:52  18      Q  Yes.
11:20:55  19      A  I -- do you want to know how The Whitaker
11:20:57  20  Group came to fund -- because I can't tell you that.
11:21:01  21  I don't know.
11:21:02  22      Q  How did The Whitaker Group come to give

11 (Pages 38 to 41)

30(b)(6)DEPOSITION OF THE WHITAKER GROUP BY AND THROUGH THEIR CORPORATE REPRESENTATIVE SHEILA WILLIAMS
CONDUCTED ON MONDAY, MARCH 5, 2007

Page 42

| | | |
|---|---|---|
| 11:21:07 | 1 | funding to Pastor Joseph -- |
| 11:21:10 | 2 | A  Okay, and again I can't remember exactly.  I |
| 11:21:16 | 3 | don't know if it was a phone request -- |
| 11:21:18 | 4 | MR. WALLER:  Would you repeat that question, |
| 11:21:19 | 5 | please. |
| 11:21:20 | 6 | MS. LIEBERMAN:  Yes, sir. |
| 11:59:57 | 7 | BY MS. LIEBERMAN: |
| 11:21:21 | 8 | Q  How did The Whitaker Group come to fund |
| 11:21:26 | 9 | Pastor Nyanko? |
| 11:21:30 | 10 | MR. WALLER:  Hold on for a minute, please. |
| 11:21:44 | 11 | MR. LAKATOS:  Counsel, I'd ask you to |
| 11:21:45 | 12 | refrain from coaching the witness. |
| 11:21:47 | 13 | I would note for the record that counsel |
| 11:21:48 | 14 | just leaned over while a question was pending and |
| 11:21:51 | 15 | instructed her. |
| 11:21:52 | 16 | Was that question in any way related to |
| 11:21:55 | 17 | privilege? |
| 11:21:56 | 18 | MR. WALLER:  When you said "that question," |
| 11:21:56 | 19 | what question? |
| 11:21:57 | 20 | MR. LAKATOS:  Did your comments to your |
| 11:21:59 | 21 | client relate in any way to privilege?  Because if |
| 11:22:01 | 22 | you're not talking to your client about privilege, you |

Page 43

| | | |
|---|---|---|
| 11:22:04 | 1 | should not be coaching your client on answers when a |
| 11:22:07 | 2 | question is pending. |
| 11:22:08 | 3 | MR. WALLER:  Well, what are you presuming? |
| 11:22:08 | 4 | Are you presuming I'm talking to her regarding |
| 11:22:08 | 5 | privilege or non-privilege? |
| 11:22:13 | 6 | MR. LAKATOS:  Well, I'm asking you.  Are you |
| 11:22:14 | 7 | instructing your client with regard to a matter of |
| 11:22:16 | 8 | privilege? |
| 11:22:17 | 9 | MR. WALLER:  Well, obviously the question |
| 11:22:18 | 10 | that she posed was a question I needed to clear up |
| 11:22:23 | 11 | with my client. |
| 11:22:23 | 12 | MR. LAKATOS:  What would you like to clear |
| 11:22:23 | 13 | up with your client?  You shouldn't be coaching the |
| 11:22:26 | 14 | client. |
| 11:22:27 | 15 | MR. WALLER:  I'm not coaching the client. |
| 11:22:28 | 16 | You're presuming I'm coaching the client. |
| 11:22:28 | 17 | MS. LIEBERMAN:  Counsel, you can object to |
| 11:22:30 | 18 | the question if you have a problem with the question. |
| 11:22:33 | 19 | MR. WALLER:  I don't have a problem with the |
| 11:22:33 | 20 | question.  I want to make sure that my client |
| 11:22:35 | 21 | understands the question. |
| 11:22:37 | 22 | MR. LAKATOS:  Well, then you should do that |

Page 44

| | | |
|---|---|---|
| 11:22:38 | 1 | on the record, sir.  You should not whisper to the |
| 11:22:39 | 2 | client what the answer should be. |
| 11:22:40 | 3 | MR. WALLER:  I'm not whispering to my client |
| 11:22:40 | 4 | what the answer should be.  I want to make sure that |
| 11:22:42 | 5 | she understands the question. |
| 11:22:44 | 6 | MR. LAKATOS:  Well, then please do that on |
| 11:22:46 | 7 | the record going forward. |
| 11:22:47 | 8 | MR. WALLER:  Well, when necessary, when I |
| 11:22:49 | 9 | have to clear things up, I will put it on the record, |
| 11:22:52 | 10 | moving forward. |
| 11:22:54 | 11 | MR. LAKATOS:  In this instance you whispered |
| 11:22:56 | 12 | to your client. |
| 11:22:56 | 13 | BY MS. LIEBERMAN: |
| 11:22:57 | 14 | Q  Ms. Williams, do you understand the question |
| 11:22:59 | 15 | that was pending? |
| 11:22:59 | 16 | A  I think you asked the question before how |
| 11:23:00 | 17 | did The Whitaker Group come to know Pastor Nyanko. |
| 11:23:03 | 18 | That's confusing to me, okay, because The Whitaker |
| 11:23:05 | 19 | Group is a company, okay, so -- |
| 11:23:11 | 20 | Q  And in the future if you don't understand |
| 11:23:12 | 21 | the question, like you did, you'll just ask me to |
| 11:23:16 | 22 | rephrase and I will rephrase it; okay? |

Page 45

| | | |
|---|---|---|
| 11:23:18 | 1 | A  Okay.  So can you rephrase, please. |
| 11:23:32 | 2 | Q  When I did rephrase the question, the |
| 11:23:34 | 3 | question pending was -- could you read the question on |
| 11:23:35 | 4 | the record again. |
| 11:23:58 | 5 | (Whereupon, reporter reads requested |
| 11:23:58 | 6 | material.) |
| 11:23:59 | 7 | THE WITNESS:  I need clarification.  Are you |
| 11:24:00 | 8 | talking about The Whitaker Group through its |
| 11:24:03 | 9 | Scholarship Program? |
| 11:59:57 | 10 | BY MS. LIEBERMAN: |
| 11:24:05 | 11 | Q  Yes.  How did the Whitaker -- well, I'll |
| 11:24:08 | 12 | rephrase the question. |
| 11:24:09 | 13 | A  Okay. |
| 11:24:11 | 14 | Q  Was this check written through The Whitaker |
| 11:24:15 | 15 | Group Scholarship Program? |
| 11:24:19 | 16 | A  It is -- it was written as a part of the |
| 11:24:21 | 17 | Whitaker Group Scholarship Program, yes. |
| 11:24:24 | 18 | Q  Okay.  So how did The Whitaker Group come to |
| 11:24:28 | 19 | learn of Pastor Nyanko? |
| 11:24:30 | 20 | A  You mean the Scholarship Program? |
| 11:24:38 | 21 | Q  In relation to the Scholarship Program. |
| 11:24:41 | 22 | A  Right.  I started to answer you before.  I |

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202)861-3410  (800)292-4789  (301)762-8282  (703)288-0026  (410)539-3664

30(b)(6)DEPOSITION OF THE WHITAKER GROUP BY AND THROUGH THEIR CORPORATE REPRESENTATIVE SHEILA WILLIAMS
CONDUCTED ON MONDAY, MARCH 5, 2007

### Page 46

| | | |
|---|---|---|
| 11:24:43 | 1 | told you I cannot remember if it was a phone call, an |
| 11:24:47 | 2 | e-mail request or if he was actually here in |
| 11:24:49 | 3 | Washington, D.C. I cannot remember -- |
| 11:24:51 | 4 | Q And -- |
| 11:24:55 | 5 | A -- how the request came from -- yeah. |
| 11:24:56 | 6 | Q Do you remember whether -- let me rephrase. |
| 11:24:58 | 7 | Did Pastor Nyanko contact The Whitaker Group about the |
| 11:25:04 | 8 | Scholarship Program? |
| 11:25:06 | 9 | A You know. I honestly can't remember. I'm |
| 11:25:08 | 10 | sorry. |
| 11:25:09 | 11 | Q So you don't remember who initiated the |
| 11:25:13 | 12 | discussion about the Scholarship Program? |
| 11:25:16 | 13 | A I really don't. |
| 11:25:19 | 14 | Q Is Pastor Nyanko somebody that Rosa Whitaker |
| 11:25:24 | 15 | knows? |
| 11:25:25 | 16 | A Yes. |
| 11:25:26 | 17 | Q Is Pastor Nyanko somebody that you know |
| 11:25:35 | 18 | personally? |
| 11:25:35 | 19 | A Yes. |
| 11:25:38 | 20 | Q Do you remember any discussions that The |
| 11:25:41 | 21 | Whitaker Group had with Pastor Nyanko about the |
| 11:25:45 | 22 | scholarship? |

### Page 47

| | | |
|---|---|---|
| 11:25:46 | 1 | A When you say "The Whitaker Group," again |
| 11:25:48 | 2 | you're referring to a company. Are you specifically |
| 11:25:51 | 3 | talking about any one person, or -- because you can't |
| 11:25:54 | 4 | say "The Whitaker Group." |
| 11:25:55 | 5 | Q Let me rephrase. Who at The Whitaker Group |
| 11:26:00 | 6 | had discussions with Pastor Nyanko about the |
| 11:26:03 | 7 | Scholarship Program? |
| 11:26:05 | 8 | A I can't answer that. |
| 11:26:12 | 9 | Q Why not? |
| 11:26:13 | 10 | A Because you're asking me for anyone at The |
| 11:26:17 | 11 | Whitaker Group again who might have had a conversation |
| 11:26:21 | 12 | with someone, and I can't answer that. |
| 11:26:26 | 13 | Q On the basis of what? |
| 11:26:34 | 14 | A I cannot answer for you everybody that the |
| 11:26:36 | 15 | Pastor may have had a conversation with. Therefore, I |
| 11:26:39 | 16 | don't know who he may or may not have spoken with. |
| 11:26:43 | 17 | Q But are you aware of anybody who spoke with |
| 11:26:48 | 18 | Pastor Nyanko about the Scholarship Program? |
| 11:26:51 | 19 | A I don't know. |
| 11:26:52 | 20 | Q But you gave Pastor Nyanko a scholarship? |
| 11:26:55 | 21 | A Yes. |
| 11:26:56 | 22 | Q The Whitaker Group did? |

### Page 48

| | | |
|---|---|---|
| 11:26:57 | 1 | A Yes. |
| 11:26:58 | 2 | Q So did you have discussions with Pastor |
| 11:27:01 | 3 | Nyanko about the Scholarship Program? |
| 11:27:04 | 4 | A No, I did not. |
| 11:27:05 | 5 | Q Did Rosa Whitaker have -- |
| 11:27:08 | 6 | A I can't speak for Ms. Whitaker. |
| 11:27:11 | 7 | Q Let me finish the question so the reporter |
| 11:27:13 | 8 | doesn't get confused. |
| 11:27:18 | 9 | Did Ms. Whitaker tell you that she discussed |
| 11:27:20 | 10 | the Scholarship Program with Pastor Nyanko? |
| 11:27:24 | 11 | A Did she tell me that she discussed? Not |
| 11:27:29 | 12 | that I recall. I can't remember. |
| 11:27:31 | 13 | Q So how did The Whitaker Group decide to give |
| 11:27:36 | 14 | Pastor Nyanko a scholarship? |
| 11:27:38 | 15 | A Again I can't remember if it was an e-mail |
| 11:27:40 | 16 | request, a telephone call, or a visit by the Pastor to |
| 11:27:46 | 17 | Washington, D.C. I can't remember. |
| 11:27:49 | 18 | Q What was his request for, the substance of |
| 11:27:52 | 19 | his request? What was his request for? |
| 11:27:55 | 20 | A You mean in terms of a dollar amount? |
| 11:27:57 | 21 | Q Not a dollar amount, but what was the -- |
| 11:28:02 | 22 | what were the funds to be used for? |

### Page 49

| | | |
|---|---|---|
| 11:28:04 | 1 | A As far as I know, the funds were to be used |
| 11:28:06 | 2 | to support 11 ministerial students in Ghana. |
| 11:28:15 | 3 | Q And if you look at the check, it says -- the |
| 11:28:19 | 4 | memo of the check says "benevolent offering"? |
| 11:28:22 | 5 | A Uh-huh. |
| 11:28:23 | 6 | Q And what is meant by "benevolent offering"? |
| 11:28:29 | 7 | A As far as I know, it's a check that goes to |
| 11:28:31 | 8 | some kind of a ministerial group or in support of a |
| 11:28:37 | 9 | ministerial or pastoral group. |
| 11:28:41 | 10 | Q Is the benevolent offering the same thing as |
| 11:28:47 | 11 | the funding for the 11 ministers that you just |
| 11:28:53 | 12 | mentioned? |
| 11:28:54 | 13 | A Say that again. I'm sorry. |
| 11:28:56 | 14 | Q Okay, I'll rephrase it. Do you know what |
| 11:28:58 | 15 | the benevolent offering described in this check was |
| 11:29:02 | 16 | used for? |
| 11:29:04 | 17 | A For the support of the 11 ministerial |
| 11:29:07 | 18 | students in Ghana. Are you talking about specifically |
| 11:29:13 | 19 | how they disburse funds or something? |
| 11:29:15 | 20 | Q No. You answered the question. |
| 11:29:19 | 21 | A Okay. |
| 11:29:29 | 22 | Q And did Pastor Nyanko ever sign any |

13 (Pages 46 to 49)

30(b)(6)DEPOSITION OF THE WHITAKER GROUP BY AND THROUGH THEIR CORPORATE REPRESENTATIVE SHEILA WILLIAMS
CONDUCTED ON MONDAY, MARCH 5, 2007

## Page 50

| | | |
|--|--|--|
| 11:29:33 | 1 | documents relating to the scholarship that he |
| 11:29:35 | 2 | received? |
| 11:29:37 | 3 | A  Signed any documents?  No.  We don't always |
| 11:29:41 | 4 | require that they sign documents, especially if |
| 11:29:44 | 5 | they're not, you know, located here in the city.  I |
| 11:29:50 | 6 | mean we would not request that, you know -- in a case |
| 11:29:54 | 7 | of a student that we have, we wouldn't request that |
| 11:29:56 | 8 | they, you know, sign documents and things like that |
| 11:30:00 | 9 | and stuff if they're not, you know, physically located |
| 11:30:03 | 10 | here. |
| 11:30:04 | 11 | Q  Okay.  Are there any other documents |
| 11:30:08 | 12 | relating to the scholarship Pastor Nyanko received |
| 11:30:13 | 13 | other than this document? |
| 11:30:24 | 14 | A  I can't remember.  You know, I would have to |
| 11:30:25 | 15 | go back to my records, because I can't remember |
| 11:30:27 | 16 | everything that I sent to you, and I may have sent you |
| 11:30:30 | 17 | more than this.  I don't know. |
| 11:30:33 | 18 | Q  To your knowledge, is there anything other |
| 11:30:34 | 19 | than this? |
| 11:30:35 | 20 | A  I don't know.  I mean I would have to go |
| 11:30:37 | 21 | back and check my files and also check the information |
| 11:30:40 | 22 | that I sent to you. |

## Page 51

| | | |
|--|--|--|
| 11:30:59 | 1 | MS. LIEBERMAN:  I'm going to hand the court |
| 11:31:00 | 2 | reporter two other documents, which will be Whitaker |
| 11:31:05 | 3 | Group Exhibits 5 and 6. |
| 11:31:09 | 4 | (TWG Exhibits 5 and 6 were marked for |
| 11:31:09 | 5 | identification and attached to the deposition |
| 11:31:09 | 6 | transcript.) |
| 11:31:40 | 7 | MS. LIEBERMAN:  And I am handing counsel a |
| 11:31:44 | 8 | copy of those exhibits. |
| 11:31:46 | 9 | BY MS. LIEBERMAN: |
| 11:31:46 | 10 | Q  And please, Ms. Williams, take some time to |
| 11:31:49 | 11 | review Exhibits 5 and 6. |
| 11:31:51 | 12 | A  Okay. |
| 11:32:27 | 13 | Q  Okay, Ms. Williams, do you recognize |
| 11:32:28 | 14 | Exhibits 5 and 6? |
| 11:32:30 | 15 | A  Uh-huh.  These are documents that we |
| 11:32:32 | 16 | submitted to your office. |
| 11:32:36 | 17 | Q  And if you'd turn to Exhibit 5, please. |
| 11:32:45 | 18 | A  Uh-huh. |
| 11:32:47 | 19 | Q  There's an e-mail address, |
| 11:32:48 | 20 | twg@thewhitakergroup.us. |
| 11:32:52 | 21 | A  That's correct. |
| 11:32:52 | 22 | Q  Do you recognize that e-mail address? |

## Page 52

| | | |
|--|--|--|
| 11:32:59 | 1 | A  It's one of the primary e-mail addresses for |
| 11:33:02 | 2 | the company. |
| 11:33:03 | 3 | Q  And who at The Whitaker Group views that |
| 11:33:06 | 4 | e-mail account? |
| 11:33:17 | 5 | A  I get a copy.  I would have to go back into |
| 11:33:19 | 6 | our IT system and see who else gets a copy of it. |
| 11:33:23 | 7 | Q  But you get a copy? |
| 11:33:25 | 8 | A  I do. |
| 11:33:25 | 9 | Q  So do you recognize -- did you receive this |
| 11:33:29 | 10 | e-mail in Exhibit 5? |
| 11:33:32 | 11 | A  Yes. |
| 11:33:35 | 12 | Q  And do you know who Lawrence Obisakin is? |
| 11:33:42 | 13 | A  Yes. |
| 11:33:43 | 14 | Q  And who is he? |
| 11:33:45 | 15 | A  He was -- well, and I'm reading from the |
| 11:33:49 | 16 | e-mail.  He was actually someone that we provided |
| 11:33:52 | 17 | funding for.  We got a request for some help, and we |
| 11:33:58 | 18 | provided funding. |
| 11:34:00 | 19 | Q  And can you explain the circumstances of how |
| 11:34:04 | 20 | The Whitaker Group provided funding for him. |
| 11:34:19 | 21 | A  I'm not sure what you mean by |
| 11:34:21 | 22 | "circumstances." |

## Page 53

| | | |
|--|--|--|
| 11:34:23 | 1 | Q  Other than this e-mail, did you receive a |
| 11:34:27 | 2 | request from Mr. Obisakin? |
| 11:34:33 | 3 | A  I can't remember.  It might have been just |
| 11:34:35 | 4 | this e-mail.  I may have had a phone conversation. |
| 11:34:38 | 5 | I'm not sure. |
| 11:34:39 | 6 | Q  Other than this e-mail, do you know of |
| 11:34:42 | 7 | Lawrence Obisakin? |
| 11:34:47 | 8 | A  I'm confused. |
| 11:34:48 | 9 | Q  Other than this e-mail, had you ever heard |
| 11:34:51 | 10 | of Lawrence Obisakin before? |
| 11:34:54 | 11 | A  I've heard of him before, yes. |
| 11:34:56 | 12 | Q  Okay.  Who is he -- let me rephrase.  How |
| 11:34:59 | 13 | would you heard of him before? |
| 11:35:01 | 14 | A  I think he may have been someone who |
| 11:35:03 | 15 | attended some of our events and stuff.  Again I may |
| 11:35:08 | 16 | have had a conversation with him.  I can't remember if |
| 11:35:12 | 17 | it was before or after the request.  I'm not sure. |
| 11:35:16 | 18 | Q  Does Rosa Whitaker know Lawrence Obisakin? |
| 11:35:23 | 19 | A  I don't know if she really knows him per se. |
| 11:35:25 | 20 | You would have to ask her. |
| 11:35:33 | 21 | Q  Did she ever tell you that she knows |
| 11:35:35 | 22 | Lawrence -- |

L.A.D.  REPORTING & DIGITAL VIDEOGRAPHY
(202)861-3410  (800)292-4789  (301)762-8282  (703)288-0026  (410)539-3664

30(b)(6) DEPOSITION OF THE WHITAKER GROUP BY AND THROUGH THEIR CORPORATE REPRESENTATIVE SHEILA WILLIAMS
CONDUCTED ON MONDAY, MARCH 5, 2007

Page 54

11:35:37   1      A   I don't remember her telling me.
11:35:38   2      Q   I know sometimes the question, you can
11:35:40   3   predict what I'm saying, but I'll just repeat it
11:35:44   4   again. Do you know if -- did she ever tell you that
11:35:54   5   she knows Lawrence Obisakin?
11:35:56   6      A   Right.
11:35:57   7      Q   Did she ever tell you?
11:35:58   8      A   I don't recall her ever telling me that she
11:36:00   9   knew him.
11:36:01  10      Q   Does Ms. Whitaker have access to this e-mail
11:36:04  11   account?
11:36:05  12      A   She could have, yes. Again I would have to
11:36:09  13   check. I don't know.
11:36:15  14      Q   Did The Whitaker Group provide funds to
11:36:19  15   Mr. Obisakin?
11:36:21  16      A   You mean through its Scholarship Program?
11:36:24  17      Q   Yes.
11:36:24  18      A   Yes, we did.
11:36:27  19      Q   Okay, and if you could, I want to turn your
11:36:30  20   attention to Exhibit 6.
11:36:33  21      A   Uh-huh.
11:36:33  22      Q   And I just want to clarify: Was the funding

Page 55

11:36:36   1   for Lawrence Obisakin or for his son?
11:36:43   2      A   It was for Victor, if I'm not mistaken.
11:36:49   3      Q   Okay, and do you recall how much was given
11:36:53   4   to Victor, how much money?
11:37:00   5      A   You know what? I don't want to guess. I
11:37:02   6   would prefer to be exact, so I would have to go back
11:37:05   7   and look at my records to see.
11:37:08   8      Q   Would The Whitaker Group have written a
11:37:12   9   check with this amount; do you recall?
11:37:18  10      A   As I recall -- and again I'm just, you know,
11:37:21  11   trying to think back. Under the Scholarship Program
11:37:24  12   and stuff for this one, this may have been a wire
11:37:27  13   transfer. May have been.
11:37:30  14      Q   Are there any records of the wire transfer?
11:37:38  15      A   I would have to check. I don't really know.
11:37:43  16      Q   Has there ever been any other wire transfers
11:37:47  17   that the Whitaker Group has --
11:37:49  18      A   For the Scholarship Program?
11:37:51  19      Q   That The Whitaker Group has done for the
11:37:55  20   Scholarship Program.
11:37:56  21      A   I would have to check. I can't say off the
11:37:58  22   top of my head.

Page 56

11:38:02   1      Q   Did you check, when you were responding to
11:38:04   2   the subpoena, for records of wire transfers in
11:38:12   3   relation to the Scholarship Program?
11:38:13   4      A   I don't know that wire transfer information
11:38:16   5   would have been in our Scholarship Program folder.
11:38:19   6      Q   And why is that?
11:38:23   7      A   Because again that's privileged information
11:38:25   8   for The Whitaker Group and how we maintain our
11:38:27   9   records.
11:38:45  10      Q   Are there any other -- other than these two
11:38:48  11   e-mails, Exhibits 5 and 6, are there any other records
11:38:51  12   pertaining to Victor's scholarship that The Whitaker
11:38:54  13   Group has?
11:38:59  14      A   Not that I recall. I looked, and these were
11:39:01  15   the two that I saw.
11:39:04  16      Q   And if you look at Exhibit 6, the I guess
11:39:12  17   second, third to the last line, it says, "Thank you
11:39:16  18   very much, Madam Rosa. I am grateful."
11:39:20  19         Did Rosa Whitaker give Victor any money in
11:39:28  20   relation to the Scholarship Program?
11:39:30  21      A   Rosa Whitaker? In relation to the
11:39:33  22   Scholarship Program, not that I recall, no.

Page 57

11:39:40   1      Q   Is it possible that she could have given him
11:39:43   2   any type of money?
11:39:48   3      A   Related to the Scholarship Program?
11:39:51   4      Q   Yes.
11:39:52   5      A   No.
11:39:53   6      Q   And how about not related to the Scholarship
11:39:55   7   Program?
11:39:57   8      A   Anything not related to the Scholarship
11:39:58   9   Program I really can't respond to.
11:40:01  10      Q   Okay. I'm going to ask you to turn back to
11:40:03  11   a document that I gave earlier, I believe it's Exhibit
11:40:09  12   3, The Whitaker Group Scholarship Program.
11:40:14  13      A   Uh-huh.
11:40:15  14      Q   And if you look at the third paragraph --
11:40:19  15      A   Uh-huh.
11:40:20  16      Q   -- it says, "This program is intended to
11:40:23  17   provide support to international students that
11:40:25  18   include, but are not limited to, securing visas,
11:40:30  19   transportation, completing admissions documents, full
11:40:32  20   support for tuition and the purchase of books and
11:40:35  21   supplies, health insurance, some clothing and room and
11:40:39  22   board."

15 (Pages 54 to 57)

30(b)(6)DEPOSITION OF THE WHITAKER GROUP BY AND THROUGH THEIR CORPORATE REPRESENTATIVE SHEILA WILLIAMS
CONDUCTED ON MONDAY, MARCH 5, 2007

Page 58

| | |
|---|---|
| 11:40:43 | 1 |
| 11:40:47 | 2 |

11:40:43   1    In connection with Victor's scholarship, did
11:40:47   2  The Whitaker Group provide any funds for any of these
11:40:52   3  categories?
11:40:55   4    A   He could have used funding for any of these
11:40:57   5  categories.
11:40:59   6    Q   Was any of the Whitaker Group's funding
11:41:01   7  designated specifically for one of those categories?
11:41:04   8    A   You talking about the Scholarship Program
11:41:06   9  funds under The Whitaker Group?
11:41:08  10    Q   Yes.
11:41:09  11    A   Just want to make sure we're clear.
11:41:11  12    Q   That's fine.
11:41:12  13    A   Okay.  Ask your question again.  I'm sorry.
11:41:15  14       MS. LIEBERMAN:  If you could please read the
11:41:17  15  question.
11:41:24  16       (Whereupon, reporter reads requested
11:41:24  17  material.)
11:41:25  18       THE WITNESS:  For any one of these
11:41:26  19  categories?  No, he could have used funding for any of
11:41:29  20  these categories.
12:46:28  21  BY MS. LIEBERMAN:
11:41:31  22    Q   Did he request funding specifically for any

Page 59

11:41:33   1  of those categories?
11:41:34   2    A   Not specifically for any one category.
11:41:37   3    Q   Did he request assistance in securing a
11:41:41   4  visa?
11:41:41   5    A   Not that I know of.
11:41:44   6    Q   Did he --
11:41:45   7    A   If you look at the e-mail -- you should
11:41:47   8  refer back to the e-mail, and you'll see he was
11:41:49   9  already a student here.
11:41:50  10    Q   So The Whitaker Group did not assist him
11:41:53  11  with admissions?
11:41:54  12    A   No, not under our Scholarship Program, no.
11:41:58  13    Q   Did The Whitaker Group assist him with
11:42:01  14  health insurance?
11:42:03  15    A   Not under our Scholarship Program, no.
11:42:06  16    Q   Did they assist him -- did The Whitaker
11:42:08  17  Group assist him with room and board?
11:42:10  18    A   For room and board or tuition or any of
11:42:14  19  those costs affiliated with colleges, I have no way of
11:42:19  20  knowing.  I can't say for sure.  He could have used
11:42:21  21  the funds for any of these things that are listed
11:42:24  22  here.

Page 60

11:42:27   1    Q   And did Victor fill out any forms related to
11:42:30   2  the Scholarship Program?
11:42:31   3    A   No.  We don't have an application per se.
11:42:42   4    Q   Did Victor have a financial sponsor other
11:42:46   5  than -- let me rephrase.  Did he have a financial
11:42:51   6  sponsor in relation to the Whitaker Group Scholarship
11:42:53   7  Program?
11:42:54   8    A   I'm confused with that question.
11:42:56   9    Q   By which part of it are you confused?
11:42:59  10    A   If you can clarify what you mean by
11:43:03  11  "financial sponsor."
11:43:05  12    Q   Was there a person under The Whitaker Group
11:43:10  13  Scholarship Program that gave Victor additional funds?
11:43:17  14    A   Not that I'm aware of.
11:43:26  15    Q   Do you know how many -- is this the only
11:43:31  16  time -- let me rephrase.  Is this the only time that
11:43:35  17  Victor requested funds from The Whitaker Group?
11:43:38  18    A   It's the only documentation that I saw where
11:43:41  19  he requested funds from The Whitaker Group Scholarship
11:43:46  20  Program.
11:43:50  21    Q   Did The Whitaker Group give Victor funds
11:43:53  22  more than one time?

Page 61

11:44:00   1    A   I'm pretty certain this is the only time
11:44:04   2  that he was given funds under the Scholarship Program.
11:44:23   3    Q   Now I'm going to turn to Idah Zirintusa's
11:44:27   4  scholarship.  How -- did Idah Zirintusa receive a
11:44:59   5  scholarship from The Whitaker Group?
11:45:00   6    A   Yes.
11:45:01   7    Q   When did Idah receive the scholarship?
11:45:08   8    A   Again I have no copies of anything in front
11:45:10   9  of me, so I would have to check.  The information
11:45:16  10  probably that I sent to you, the same information that
11:45:18  11  I sent forward to you that kind of, you know, explains
11:45:23  12  or looks at that issue.
11:45:26  13    Q   How did The Whitaker Group learn about Idah?
11:45:31  14    A   Okay.  Again are you asking about The
11:45:32  15  Whitaker Group, the company?
11:45:35  16    Q   Yes.
11:45:36  17    A   Okay.  I'm not going to -- I cannot answer
11:45:38  18  any questions as relates to The Whitaker Group.
11:45:43  19    Q   Okay.  How did you first learn about Idah?
11:45:48  20    A   As related to the Scholarship Program?
11:45:58  21    Q   No, just how did you -- generally how did
11:46:01  22  you first learn about Idah?

16  (Pages 58 to 61)

30(b)(6)DEPOSITION OF THE WHITAKER GROUP BY AND THROUGH THEIR CORPORATE REPRESENTATIVE SHEILA WILLIAMS
CONDUCTED ON MONDAY, MARCH 5, 2007

Page 62

| | | |
|---|---|---|
| 11:46:03 | 1 | A    Again if it pertains to the Scholarship |
| 11:46:05 | 2 | Program, I will answer that information for you. |
| 11:46:09 | 3 | Q    Okay, and what is the basis for not |
| 11:46:10 | 4 | answering the question that I just posed? |
| 11:46:13 | 5 | A    As I stated when we first started, I would |
| 11:46:17 | 6 | respond to issues and questions surrounding the |
| 11:46:21 | 7 | Scholarship Program. |
| 11:46:27 | 8 | Q    How did you first learn about Idah in |
| 11:46:29 | 9 | connection with the Scholarship Program? |
| 11:46:32 | 10 | A    I started actually to receive e-mails and |
| 11:46:35 | 11 | stuff, which I think I provided to your office. I |
| 11:46:38 | 12 | don't have that information, so I can't say, you know, |
| 11:46:43 | 13 | what's in the e-mails and the dates and those kinds of |
| 11:46:45 | 14 | things. |
| 11:46:47 | 15 | Q    Okay.  To the best of your memory, when did |
| 11:46:50 | 16 | you first receive those e-mails? |
| 11:46:58 | 17 | A    In 2004. |
| 11:47:07 | 18 | Q    And who sent the e-mails?  Who were the |
| 11:47:11 | 19 | e-mails from? |
| 11:47:11 | 20 | A    The e-mails that I received as relates to |
| 11:47:14 | 21 | the Scholarship Program came from Idah via someone in |
| 11:47:21 | 22 | her family. |

Page 63

| | | |
|---|---|---|
| 11:47:24 | 1 | Q    And other than these e-mails, were there any |
| 11:47:29 | 2 | other communications that you had with Idah about the |
| 11:47:36 | 3 | Scholarship Program? |
| 11:47:47 | 4 | A    The e-mails that I received had to do with |
| 11:47:49 | 5 | her attending Montgomery College. |
| 11:47:58 | 6 | Q    Okay, and -- |
| 11:47:59 | 7 | A    So let me go back for a second.  If you're |
| 11:48:02 | 8 | asking for correspondence as relates specifically to |
| 11:48:04 | 9 | the Scholarship Program, that information was later -- |
| 11:48:09 | 10 | I started getting information initially on Idah |
| 11:48:12 | 11 | attending college. |
| 11:48:14 | 12 | Q    Okay, and why did -- sorry.  Let me |
| 11:48:19 | 13 | rephrase.  So the first e-mails were not about the |
| 11:48:31 | 14 | Scholarship Program? |
| 11:48:32 | 15 | A    No.  That came later. |
| 11:48:35 | 16 | Q    When did you first discuss the scholarship |
| 11:48:38 | 17 | with Idah? |
| 11:48:40 | 18 | A    When did I first discuss it with Idah?  I |
| 11:48:45 | 19 | would have to go back and look at my records.  I can't |
| 11:48:47 | 20 | remember. |
| 11:48:48 | 21 | Q    Can you give me a general month. |
| 11:48:50 | 22 | A    I'm going to say 2004. |

Page 64

| | | |
|---|---|---|
| 11:48:54 | 1 | Q    Was it in the summer? |
| 11:48:59 | 2 | A    I don't know.  I really don't know. |
| 11:49:10 | 3 | Q    Did you have any discussions with Rosa |
| 11:49:12 | 4 | Whitaker about Idah's attendance at Montgomery |
| 11:49:17 | 5 | College? |
| 11:49:20 | 6 | A    I had a discussion with Rosa Whitaker as |
| 11:49:23 | 7 | related to Idah Zirintusa attending Montgomery |
| 11:49:27 | 8 | College, yes. |
| 11:49:28 | 9 | Q    And when was that? |
| 11:49:30 | 10 | A    I would have to look at my records.  I don't |
| 11:49:31 | 11 | know. |
| 11:49:32 | 12 | Q    Was this before Idah came to the United |
| 11:49:35 | 13 | States? |
| 11:49:36 | 14 | A    Yes. |
| 11:49:38 | 15 | Q    And what did Ms. Whitaker say? |
| 11:49:43 | 16 | A    You know, I would not like to try to |
| 11:49:45 | 17 | remember conversations from three years ago.  To |
| 11:49:54 | 18 | summarize what the discussion was about, it had to do |
| 11:49:58 | 19 | with her knowing of someone interested in attending |
| 11:50:01 | 20 | Montgomery College and us talking about using |
| 11:50:10 | 21 | scholarship funds for Idah to attend school. |
| 11:50:15 | 22 | Q    And what did Ms. Whitaker say about Idah? |

Page 65

| | | |
|---|---|---|
| 11:50:21 | 1 | A    As related to the Scholarship Program? |
| 11:50:30 | 2 | Q    Yes. |
| 11:50:30 | 3 | A    Basically what I just stated before, that |
| 11:50:34 | 4 | she was interested in attending Montgomery College as |
| 11:50:39 | 5 | a student here in the U.S. |
| 11:50:41 | 6 | Q    And did she say anything else about Idah not |
| 11:50:46 | 7 | in relation to the Scholarship Program? |
| 11:50:48 | 8 | A    I can't answer anything that's not related |
| 11:50:51 | 9 | to the Scholarship Program. |
| 11:50:55 | 10 | MR. WALLER:  I want to object to that |
| 11:50:56 | 11 | question. |
| 11:50:57 | 12 | MS. LIEBERMAN:  And what's the basis of the |
| 11:50:59 | 13 | objection? |
| 11:51:00 | 14 | MR. WALLER:  Well, you're asking her to |
| 11:51:02 | 15 | basically articulate a conversation that in my opinion |
| 11:51:07 | 16 | happened three years ago.  She really doesn't have the |
| 11:51:10 | 17 | basis upon which she can recall what happened during |
| 11:51:14 | 18 | that time frame, so it would be very difficult for her |
| 11:51:16 | 19 | to give any correct answer about what transpired over |
| 11:51:20 | 20 | three years ago. |
| 11:51:21 | 21 | MS. LIEBERMAN:  I understand, counsel.  Your |
| 11:51:24 | 22 | objections under the Federal Rules are supposed to be |

17 (Pages 62 to 65)

30(b)(6)DEPOSITION OF THE WHITAKER GROUP BY AND THROUGH THEIR CORPORATE REPRESENTATIVE SHEILA WILLIAMS
CONDUCTED ON MONDAY, MARCH 5, 2007

Page 66

| | | |
|---|---|---|
| 11:51:26 | 1 | confined to objections to form and not objections to |
| 11:51:29 | 2 | substance of the question, so if you'd like me to |
| 11:51:32 | 3 | rephrase because it's a compound question, I can do |
| 11:51:35 | 4 | that. |
| 11:51:35 | 5 | MR. WALLER: You know, I would appreciate |
| 11:51:36 | 6 | it, yeah, rephrase the question, yeah. |
| 11:51:39 | 7 | MS. LIEBERMAN: So that your objection is to |
| 11:51:41 | 8 | form? |
| 11:51:41 | 9 | MR. WALLER: To form. Go ahead. Rephrase |
| 11:51:44 | 10 | the question. |
| 11:51:44 | 11 | BY MS. LIEBERMAN: |
| 11:51:49 | 12 | Q Please describe any discussions you had with |
| 11:51:53 | 13 | Rosa Whitaker about Idah Zirintusa before Idah came to |
| 11:51:58 | 14 | the United States. |
| 11:51:59 | 15 | A From 2004? |
| 11:52:03 | 16 | Q My question is not limited to time. |
| 11:52:06 | 17 | A Okay. Again, as I recall, the discussions |
| 11:52:10 | 18 | that I had with her was her indicating that there was |
| 11:52:14 | 19 | a student interested or there was a person interested |
| 11:52:18 | 20 | in becoming a student here in the U.S. and interested |
| 11:52:22 | 21 | in attending college here. |
| 11:52:25 | 22 | Q Did Ms. Whitaker tell you how she met Idah? |

Page 67

| | | |
|---|---|---|
| 11:52:35 | 1 | A Is this related to the Scholarship Program? |
| 11:52:38 | 2 | Again I'm not going to answer any questions that don't |
| 11:52:41 | 3 | tie directly to the Scholarship Program. |
| 11:52:44 | 4 | Q The question is not related to the |
| 11:52:46 | 5 | Scholarship Program. |
| 11:52:47 | 6 | A Okay. Then I don't plan to answer. |
| 11:52:49 | 7 | Q And again I'll just ask the basis for not |
| 11:52:52 | 8 | answering. |
| 11:52:53 | 9 | A Because it's not tied to the Scholarship |
| 11:52:54 | 10 | Program. |
| 11:53:14 | 11 | Q Did Rosa recommend that Idah receive the |
| 11:53:18 | 12 | scholarship? |
| 11:53:20 | 13 | A I believe that she did, but again this has |
| 11:53:23 | 14 | been three years ago. |
| 11:53:30 | 15 | Q So it's possible that she didn't? |
| 11:53:37 | 16 | A Again it's been three years ago, you know. |
| 11:53:39 | 17 | I believe that she did. |
| 11:53:41 | 18 | Q And when would she have made that |
| 11:53:44 | 19 | recommendation? |
| 11:53:50 | 20 | A Had to be way prior to Idah even coming to |
| 11:53:55 | 21 | the U.S. and prior to us -- when I say "us," I'm |
| 11:54:00 | 22 | talking about The Whitaker Group Scholarship |

Page 68

| | | |
|---|---|---|
| 11:54:02 | 1 | Program -- working with her to do anything so that she |
| 11:54:07 | 2 | could become a student. It would have to have been |
| 11:54:10 | 3 | prior to that. |
| 11:54:11 | 4 | Q And why did Rosa recommend Idah? |
| 11:54:14 | 5 | A I can't respond to that. |
| 11:54:16 | 6 | Q And what's the basis of your refusal to |
| 11:54:18 | 7 | respond? |
| 11:54:18 | 8 | A Because I don't know. I think that's a |
| 11:54:21 | 9 | question better suited for Ms. Whitaker. |
| 11:54:23 | 10 | Q Okay. Well, you did testify earlier that |
| 11:54:25 | 11 | you are on the Scholarship Committee? |
| 11:54:30 | 12 | A That's correct. |
| 11:54:35 | 13 | Q And did you testify that one of your duties |
| 11:54:38 | 14 | is to make recommendations for who receives the |
| 11:54:42 | 15 | scholarship? |
| 11:54:43 | 16 | A I can make recommendations, yes. |
| 11:54:45 | 17 | Q And does Rosa also make recommendations? |
| 11:54:48 | 18 | A She can make recommendations, yes. |
| 11:54:50 | 19 | Q And are those recommendations communicated |
| 11:54:52 | 20 | to you? |
| 11:54:53 | 21 | A Yes. |
| 11:54:54 | 22 | Q Okay. So what, if anything, did Rosa say to |

Page 69

| | | |
|---|---|---|
| 11:54:58 | 1 | you as to why Idah should get a scholarship? |
| 11:55:02 | 2 | A Again we're talking about, you know, three |
| 11:55:05 | 3 | years ago. I can't recall every conversation that I |
| 11:55:08 | 4 | had with Ms. Whitaker from that far back. |
| 11:55:14 | 5 | Q Did you also recommend that Idah get a |
| 11:55:17 | 6 | scholarship? |
| 11:55:21 | 7 | A Normally you only -- a recommendation is |
| 11:55:25 | 8 | only required from one person. |
| 11:55:27 | 9 | Q Did you think Idah should get a scholarship? |
| 11:55:32 | 10 | A I can in all fairness say I did not think |
| 11:55:38 | 11 | she should or should not get a scholarship. |
| 11:56:00 | 12 | Q When did you first meet Idah? |
| 11:56:08 | 13 | A Idah came here as a scholarship student in |
| 11:56:13 | 14 | 2004. You talking about physically met her? |
| 11:56:19 | 15 | Q Yes. |
| 11:56:20 | 16 | A Okay, physically met her in 2004. |
| 11:56:25 | 17 | Q Do you remember what month? |
| 11:56:29 | 18 | A You know what? I sent that information to |
| 11:56:32 | 19 | your office, and I don't have copies of it with me. |
| 11:56:44 | 20 | (Discussion was held off the record.) |
| 05:59:57 | 21 | BY MS. LIEBERMAN: |
| 11:56:59 | 22 | Q Okay, I'm going to repeat my prior question. |

18 (Pages 66 to 69)

30(b)(6)DEPOSITION OF THE WHITAKER GROUP BY AND THROUGH THEIR CORPORATE REPRESENTATIVE SHEILA WILLIAMS
CONDUCTED ON MONDAY, MARCH 5, 2007

### Page 70

| | | |
|---|---|---|
| 11:57:02 | 1 | Do you remember what month Idah came to the United |
| 11:57:06 | 2 | States? Actually, I don't think that was my question. |
| 11:57:12 | 3 | It was: Do you remember when you met Idah in 2004? |
| 11:57:15 | 4 | A  Okay, physically met her in person? |
| 11:57:17 | 5 | Q  Yes. |
| 11:57:18 | 6 | It was in 2004 and it was prior to classes |
| 11:57:22 | 7 | starting, and as far as a date, I can't -- I don't |
| 11:57:28 | 8 | know.  I would have to check. |
| 11:57:31 | 9 | Q  Had you had any conversations with Idah |
| 11:57:34 | 10 | prior to the time that you physically met her? |
| 11:57:41 | 11 | A  Prior to her coming to the U.S.?  Yes. |
| 11:57:51 | 12 | Q  How many times did you speak with her? |
| 11:57:53 | 13 | A  I have no idea. |
| 11:57:54 | 14 | Q  Was it over e-mail? |
| 11:57:58 | 15 | A  There was some e-mails and there was some |
| 11:58:01 | 16 | phone calls. |
| 11:58:05 | 17 | Q  Okay.  What did you discuss with Idah? |
| 11:58:08 | 18 | A  My discussions with Idah -- and this again |
| 11:58:12 | 19 | is as it relates to the Scholarship Program -- |
| 11:58:13 | 20 | basically had to do with her attending school at |
| 11:58:19 | 21 | Montgomery College. |
| 11:58:20 | 22 | Q  So did you have discussions with Idah other |

### Page 71

| | | |
|---|---|---|
| 11:58:22 | 1 | than what was relating to the Scholarship Program? |
| 11:58:33 | 2 | A  Yes. |
| 11:58:33 | 3 | Q  Okay, and first what did you discuss with |
| 11:58:42 | 4 | Idah in relation to the Scholarship Program?  What did |
| 11:58:48 | 5 | you tell her? |
| 11:58:50 | 6 | A  The things that I indicated to Idah had to |
| 11:58:54 | 7 | do with her attendance at Montgomery College.  There |
| 11:59:03 | 8 | was information provided as it related to start dates, |
| 11:59:06 | 9 | orientation, testing, you know, that kind of stuff. |
| 11:59:16 | 10 | Q  Did Idah tell you why she wanted to come to |
| 11:59:19 | 11 | the United States? |
| 11:59:25 | 12 | A  She indicated to me -- and I can't remember |
| 11:59:28 | 13 | specific conversations -- that she was interested in |
| 11:59:32 | 14 | getting a U.S. education. |
| 11:59:35 | 15 | Q  And did she tell you what her interest was? |
| 11:59:41 | 16 | A  In terms of field of study? |
| 11:59:44 | 17 | Q  Okay, in terms of field of study. |
| 11:59:47 | 18 | A  She may have, and I can't recall right now. |
| 11:59:56 | 19 | Q  Did she tell you that she wanted to work in |
| 11:59:58 | 20 | the United States? |
| 12:00:00 | 21 | A  That she wanted to work in the United |
| 12:00:04 | 22 | States?  No. |

### Page 72

| | | |
|---|---|---|
| 12:00:06 | 1 | Q  Did you have any discussions with Idah about |
| 12:00:09 | 2 | her working in the United States? |
| 12:00:11 | 3 | A  I did have a conversation with Idah and |
| 12:00:17 | 4 | indicated to her that because she was here on a |
| 12:00:21 | 5 | student visa, she would not be able to work. |
| 12:00:26 | 6 | Q  And what did she say? |
| 12:00:29 | 7 | A  She just kind of shrugged. |
| 12:00:32 | 8 | Q  Was this conversation on the phone? |
| 12:00:43 | 9 | A  I can't remember.  I don't know for sure. |
| 12:00:45 | 10 | Q  Was this conversation before she came to the |
| 12:00:48 | 11 | United States? |
| 12:00:58 | 12 | A  I would have to -- I can't remember.  I mean |
| 12:00:59 | 13 | if it was before she came, it would have been via |
| 12:01:02 | 14 | telephone.  I know we had a conversation once she was |
| 12:01:09 | 15 | here. |
| 12:01:11 | 16 | Q  So you did have a conversation, once she was |
| 12:01:14 | 17 | here, about working? |
| 12:01:16 | 18 | A  The fact that she was here as a student and |
| 12:01:18 | 19 | could not work. |
| 12:01:19 | 20 | Q  Did you have any other conversations while |
| 12:01:21 | 21 | she was here, while Idah was here, about her working? |
| 12:01:28 | 22 | A  That's, that's the one that I recall. |

### Page 73

| | | |
|---|---|---|
| 12:01:30 | 1 | Q  Okay, so only one conversation? |
| 12:01:32 | 2 | A  And I don't know if it was once or more than |
| 12:01:34 | 3 | once and stuff, because I can't remember the entire |
| 12:01:37 | 4 | conversation, but yeah, I remember, you know, |
| 12:01:42 | 5 | indicating that she was here on a student visa, and |
| 12:01:47 | 6 | she was not eligible to work. |
| 12:01:57 | 7 | Q  Did you ever speak with Rosa Whitaker about |
| 12:02:00 | 8 | how she met Idah? |
| 12:02:05 | 9 | A  Again if it's not to do with the Scholarship |
| 12:02:06 | 10 | Program, you know, I'm not going to answer anything |
| 12:02:11 | 11 | that's not related to the Scholarship Program. |
| 12:02:19 | 12 | Q  Did you ever speak with Rosa Whitaker about |
| 12:02:21 | 13 | Idah working? |
| 12:02:24 | 14 | A  Again if it's not related to the Scholarship |
| 12:02:28 | 15 | Program, I'm not going to answer any of those |
| 12:02:52 | 16 | questions. |
| 12:02:59 | 17 | Q  Is it fair to say that the ultimate decision |
| 12:03:00 | 18 | on whether or not to give Idah a scholarship rested |
| 12:03:06 | 19 | with Rosa? |
| 12:03:10 | 20 | A  Can you explain that further.  When you say |
| 12:03:13 | 21 | "ultimate" -- |
| 12:03:16 | 22 | Q  Did Rosa make the final decision about |

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202)861-3410  (800)292-4789  (301)762-8282  (703)288-0026  (410)539-3664

30(b)(6)DEPOSITION OF THE WHITAKER GROUP BY AND THROUGH THEIR CORPORATE REPRESENTATIVE SHEILA WILLIAMS
CONDUCTED ON MONDAY, MARCH 5, 2007

Page 74

| | | |
|---|---|---|
| 12:03:18 | 1 | giving Idah a scholarship? |
| 12:03:20 | 2 | A    Actually, since I manage the program, the |
| 12:03:22 | 3 | final decision actually rests with me. |
| 12:03:28 | 4 | Q    Did you also decide what amount Idah should |
| 12:03:31 | 5 | receive? |
| 12:03:32 | 6 | A    Well, we decided -- I decided what |
| 12:03:35 | 7 | assistance she should be available to receive under |
| 12:03:39 | 8 | the Scholarship Program. |
| 12:03:40 | 9 | Q    And when did you make that decision? |
| 12:03:42 | 10 | A    When I looked at what I thought was an |
| 12:03:44 | 11 | assessment of what her needs would be if she was |
| 12:03:46 | 12 | coming here to attend school. |
| 12:03:48 | 13 | Q    And when was that? |
| 12:03:50 | 14 | A    Prior to her actually arriving here to |
| 12:03:52 | 15 | attend school. |
| 12:03:53 | 16 | Q    And what amount did you decide she needed? |
| 12:03:57 | 17 | A    It wasn't a dollar amount as much as it was |
| 12:04:01 | 18 | the concept to pay for expenses such as tuition -- |
| 12:04:06 | 19 | Q    Okay. |
| 12:04:07 | 20 | A    -- and/or books. |
| 12:04:09 | 21 | Q    And what other expenses other than tuition |
| 12:04:14 | 22 | and/or books did you decide that you would -- |

Page 75

| | | |
|---|---|---|
| 12:04:17 | 1 | A    Through the Scholarship Program. |
| 12:04:19 | 2 | Q    -- let me finish -- did you decide that you |
| 12:04:23 | 3 | would give Idah under the Scholarship Program? |
| 12:04:28 | 4 | A    Again this information was sent to your |
| 12:04:29 | 5 | office. I would have to go back and look and see |
| 12:04:33 | 6 | exactly what assistance we provided for her to attend |
| 12:04:39 | 7 | Montgomery College. |
| 12:04:40 | 8 | Q    Did you provide her with visa assistance? |
| 12:04:43 | 9 | A    Yes. |
| 12:04:45 | 10 | Q    And who funded that effort; The Whitaker |
| 12:04:53 | 11 | Group? Did The Whitaker Group fund that effort? |
| 12:04:57 | 12 | A    As far as I recall, there was no funds |
| 12:04:59 | 13 | associated with the effort for her to get a visa. |
| 12:05:03 | 14 | Q    Did you purchase books for Idah, The |
| 12:05:08 | 15 | Whitaker Group? |
| 12:05:10 | 16 | A    Through the Scholarship Program? I would |
| 12:05:11 | 17 | have to check and see. I can't remember exactly if we |
| 12:05:16 | 18 | did or not. |
| 12:05:22 | 19 | Q    What other items do you recall The Whitaker |
| 12:05:25 | 20 | Group giving Idah pursuant to the Scholarship Program? |
| 12:05:29 | 21 | A    I would again have to check, because a lot |
| 12:05:31 | 22 | of that information I sent to your office, but I don't |

Page 76

| | | |
|---|---|---|
| 12:05:34 | 1 | have anything with me. |
| 12:05:51 | 2 | Q    So did you ever determine a total amount |
| 12:05:53 | 3 | that you were going to give Idah under the Scholarship |
| 12:05:56 | 4 | Program? |
| 12:05:57 | 5 | A    No. It wasn't a total amount. Again as I |
| 12:06:00 | 6 | stated before, what I looked at was what kind of |
| 12:06:06 | 7 | support she would need in order to attend Montgomery |
| 12:06:09 | 8 | College as related to college expenses, and it could |
| 12:06:15 | 9 | have included those items that are listed here. |
| 12:06:18 | 10 | Q    And when you say "here," you're referring |
| 12:06:21 | 11 | to -- |
| 12:06:22 | 12 | A    I'm referring to Exhibit 3. |
| 12:06:25 | 13 | Q    Was there ever a maximum amount that you |
| 12:06:30 | 14 | considered giving Idah? |
| 12:06:36 | 15 | A    No. |
| 12:06:38 | 16 | Q    Was there ever -- was there a maximum time |
| 12:06:41 | 17 | that you considered funding a scholarship for Idah? |
| 12:06:47 | 18 | A    Yes. The time frame that we -- that I |
| 12:06:54 | 19 | originally looked at had to do with the length of the |
| 12:06:58 | 20 | program at Montgomery College. |
| 12:07:01 | 21 | Q    And do you recall how long that program was? |
| 12:07:03 | 22 | A    It's a two-year program. |

Page 77

| | | |
|---|---|---|
| 12:07:06 | 1 | Q    And why did you consider funding a |
| 12:07:12 | 2 | scholarship for two years? |
| 12:07:16 | 3 | A    Because given her circumstances here and her |
| 12:07:22 | 4 | expressing the desire to pursue a U.S. education, |
| 12:07:28 | 5 | there was no need for us to look at anything less than |
| 12:07:31 | 6 | that, because she was not able to work and earn funds |
| 12:07:36 | 7 | to pay for college, so, you know, the consideration |
| 12:07:42 | 8 | was given to pay for her tuition for both years. |
| 12:07:51 | 9 | Q    Had The Whitaker Group ever funded a |
| 12:07:54 | 10 | multiyear scholarship before? |
| 12:07:56 | 11 | A    We had never done one. |
| 12:07:58 | 12 | Q    And why did you consider doing it -- what |
| 12:08:01 | 13 | circumstances led you to consider doing it in this |
| 12:08:03 | 14 | case? |
| 12:08:04 | 15 | A    Because she was a foreign student not |
| 12:08:06 | 16 | already enrolled in school here in the U.S. Some of |
| 12:08:12 | 17 | the students we've assisted are African students in |
| 12:08:16 | 18 | Africa. Some of the students are African students |
| 12:08:20 | 19 | here in the U.S. already, so they have already had a |
| 12:08:26 | 20 | great amount of their needs already met. It was |
| 12:08:31 | 21 | thought that this would give her a good opportunity to |
| 12:08:34 | 22 | receive a U.S. education. |

20  (Pages 74 to 77)

30(b)(6)DEPOSITION OF THE WHITAKER GROUP BY AND THROUGH THEIR CORPORATE REPRESENTATIVE SHEILA WILLIAMS
CONDUCTED ON MONDAY, MARCH 5, 2007

Page 78

| | | |
|---|---|---|
| 12:08:36 | 1 | Q   Had The Whitaker Group ever brought any |
| 12:08:39 | 2 | African student over to the United States other than |
| 12:08:43 | 3 | Idah? |
| 12:08:44 | 4 | A   For a scholarship or to attend school? |
| 12:08:48 | 5 | Q   Yes. |
| 12:08:49 | 6 | A   Not that I recall. |
| 12:08:50 | 7 | Q   Has The Whitaker Group ever brought any -- |
| 12:08:53 | 8 | assisted in bringing anyone -- I'm sorry. I'm going |
| 12:08:57 | 9 | to rephrase that. I'm not going to ask that question. |
| 12:09:25 | 10 | Did you ever communicate to Idah that the |
| 12:09:30 | 11 | scholarship assistance would be for two years? |
| 12:09:42 | 12 | A   I don't recall having that conversation with |
| 12:09:44 | 13 | her, that the scholarship assistance would be for two |
| 12:09:48 | 14 | years. |
| 12:09:52 | 15 | Q   Did you ever inform Idah how much money she |
| 12:09:55 | 16 | would receive? |
| 12:09:58 | 17 | A   From the Scholarship Program? |
| 12:10:00 | 18 | Q   From the Scholarship Program. |
| 12:10:10 | 19 | A   No, because there was never a dollar amount |
| 12:10:12 | 20 | associated with the funding that we would provide. We |
| 12:10:19 | 21 | will provide support for her to attend Montgomery |
| 12:10:22 | 22 | College. |

Page 79

| | | |
|---|---|---|
| 12:10:29 | 1 | Q   What did you tell Idah about the Scholarship |
| 12:10:31 | 2 | Program? |
| 12:10:38 | 3 | A   Again this is going back to 2004, and I |
| 12:10:43 | 4 | can't remember everything that might have been told to |
| 12:10:45 | 5 | her. I'm pretty sure I indicated that her tuition |
| 12:10:51 | 6 | would be paid. |
| 12:11:04 | 7 | Q   And did you tell Idah for how long The |
| 12:11:07 | 8 | Whitaker Group would pay her tuition? |
| 12:11:12 | 9 | A   Did I specifically say it would be for two |
| 12:11:14 | 10 | years, is that what you're asking, or any time frame? |
| 12:11:18 | 11 | Q   No, did you tell Idah any time frame? |
| 12:11:21 | 12 | A   No, but we discussed the fact that the |
| 12:11:24 | 13 | program was a two-year program. I don't know that I |
| 12:11:27 | 14 | specifically said to her we will pay for your tuition |
| 12:11:33 | 15 | for two years. |
| 12:11:37 | 16 | Q   Did anyone at The Whitaker Group, to your |
| 12:11:40 | 17 | knowledge, communicate that? |
| 12:11:41 | 18 | A   I can't speak for anyone else at The |
| 12:11:43 | 19 | Whitaker Group. |
| 12:11:44 | 20 | Q   I understand that, but to your knowledge was |
| 12:11:46 | 21 | that said -- did anyone say that to her, to your |
| 12:11:50 | 22 | knowledge? |

Page 80

| | | |
|---|---|---|
| 12:11:52 | 1 | A   To my knowledge, no, because you're talking |
| 12:12:00 | 2 | specifically about paying her tuition for two years |
| 12:12:03 | 3 | through the Scholarship Program, and whether or not |
| 12:12:06 | 4 | anybody had indicated that, I can't -- to my |
| 12:12:12 | 5 | knowledge, no one. |
| 12:12:14 | 6 | Q   Did Idah ever ask you how long her tuition |
| 12:12:17 | 7 | would be paid for? |
| 12:12:22 | 8 | A   I don't ever recall Idah specifically asking |
| 12:12:26 | 9 | how long her tuition would be paid for, although she |
| 12:12:30 | 10 | knew that the program at Montgomery College was a |
| 12:12:33 | 11 | two-year program. |
| 12:12:35 | 12 | Q   And how did she know that? |
| 12:12:38 | 13 | A   It's -- it's in all of the paperwork at |
| 12:12:45 | 14 | Montgomery College. It's on their -- I can't remember |
| 12:12:50 | 15 | exactly what they sent to her, but in the general |
| 12:12:53 | 16 | information that they sent out to all prospective |
| 12:12:57 | 17 | students, you know, program descriptions and those |
| 12:13:00 | 18 | kinds of things are included. |
| 12:13:04 | 19 | Q   Before Idah came to the United States, did |
| 12:13:06 | 20 | you communicate any conditions of receiving |
| 12:13:11 | 21 | scholarship money from The Whitaker Group? |
| 12:13:18 | 22 | A   Because we assisted her in doing paperwork |

Page 81

| | | |
|---|---|---|
| 12:13:27 | 1 | for the school and because she had indicated her |
| 12:13:32 | 2 | intent was to go to school here, we did talk about her |
| 12:13:36 | 3 | having to be enrolled. |
| 12:13:45 | 4 | Q   And when you say "we," you mean you and -- |
| 12:13:51 | 5 | A   Idah, the student. |
| 12:13:53 | 6 | Q   And did anyone else at The Whitaker Group, |
| 12:13:56 | 7 | to your knowledge, communicate any conditions for |
| 12:13:59 | 8 | receiving the scholarship money? |
| 12:14:03 | 9 | A   Again you're asking about conversations |
| 12:14:05 | 10 | between Idah and someone other than myself? |
| 12:14:09 | 11 | Q   Yes. |
| 12:14:10 | 12 | A   I can't address that. To my knowledge, I |
| 12:14:15 | 13 | don't believe anybody did. |
| 12:14:20 | 14 | Q   Did anyone communicate -- sorry. I'm going |
| 12:14:22 | 15 | to rephrase that. |
| 12:14:38 | 16 | Did you ever communicate to Idah that there |
| 12:14:44 | 17 | were circumstances under which she would cease to |
| 12:14:48 | 18 | receive scholarship money from The Whitaker Group? |
| 12:14:54 | 19 | A   Did I ever tell her that there were |
| 12:14:56 | 20 | circumstances under which she would cease? I don't |
| 12:15:01 | 21 | recall having a conversation with her about |
| 12:15:05 | 22 | termination of scholarship funding. |

21  (Pages 78 to 81)

30(b)(6)DEPOSITION OF THE WHITAKER GROUP BY AND THROUGH THEIR CORPORATE REPRESENTATIVE SHEILA WILLIAMS
CONDUCTED ON MONDAY, MARCH 5, 2007

## Page 82

12:15:09    1    Q   Okay, so did anyone else ever communicate to
12:15:15    2    Idah that her scholarship could be terminated prior to
12:15:19    3    her coming to the United States?
12:15:26    4    A   Again you're asking for a conversation
12:15:28    5    outside of my purview, between Idah and somebody else.
12:15:32    6    Q   To your knowledge.
12:15:33    7    A   To my knowledge, no.
12:15:37    8    Q   And once Idah was in the United States, were
12:15:39    9    there any conversations about how her scholarship
12:15:44   10    could be terminated?
12:15:54   11    A   I'm trying to think back. I don't recall.
12:16:09   12    because that would have been in 2004.
12:16:18   13    Q   Okay. I'm going to show you another
12:16:19   14    document.
12:16:21   15    A   Okay.
12:16:50   16        MS. LIEBERMAN:  This is Whitaker Group
12:16:51   17    Exhibit 7.
12:16:52   18        (TWG Exhibit No. 7 was marked for
12:16:52   19    identification and attached to the deposition
12:16:52   20    transcript.)
           21    BY MS. LIEBERMAN:
12:17:09   22    Q   Ms. Williams, when you're ready, after you

## Page 83

12:17:12    1    review --
12:17:13    2    A   Okay.
12:17:14    3    Q   You ready?
12:17:14    4    A   Uh-huh.
12:17:16    5    Q   Ms. Williams, do you recognize Exhibit 7?
12:17:19    6    A   Yes.
12:17:20    7    Q   And what is Exhibit 7?
12:17:23    8    A   It's a schedule for Ms. Zirintusa's first
12:17:28    9    day or so here, or first couple of days maybe.
12:17:32   10    Q   And earlier you testified that you did not
12:17:34   11    exactly recall when Ms. Zirintusa arrived; is that
12:17:37   12    correct?
12:17:37   13    A   Right, uh-huh.
12:17:38   14    Q   And did this document refresh your memory
12:17:44   15    around when Ms. Zirintusa arrived?
12:17:45   16    A   On August of 2004.
12:17:50   17    Q   Did you draft this document?
12:17:56   18    A   No, I don't believe I did.
12:17:58   19    Q   Do you recall who did?
12:18:00   20    A   I can't remember. I can't remember.
12:18:14   21    Q   Would it have been your assistant at the
12:18:16   22    time?

## Page 84

12:18:17    1    A   I don't even know if I had an assistant back
12:18:19    2    in 2004.
12:18:23    3    Q   Did you ask someone to prepare this
12:18:25    4    document?
12:18:33    5    A   I don't remember.
12:18:34    6    Q   Do you remember why the document was
12:18:36    7    prepared?
12:18:37    8    A   I think it was prepared to give Idah an idea
12:18:39    9    of what the schedule was going to be for her the first
12:18:43   10    couple of days she arrived in Washington.
12:18:51   11    Q   And if you look at the entry for Wednesday,
12:18:54   12    August 18th, 2004, at the top of the page, please --
12:18:58   13    A   Yep.
12:18:59   14    Q   -- it says, "4:00 -- Lunch at Cafe Asia."
12:19:05   15    A   Uh huh.
12:19:07   16    Q   Do you know whether around that time a lunch
12:19:09   17    at Cafe Asia occurred?
12:19:15   18    A   In looking at the schedule, you know, if I
12:19:18   19    were to assume that things were followed as listed
12:19:21   20    here, I would say yes, but to tell you for sure what
12:19:25   21    happened back in 2004 and this being 2007, there is no
12:19:29   22    way I could sit here and tell you that at 4:00 there

## Page 85

12:19:33    1    was a lunch at Cafe Asia.
12:19:36    2    Q   Did you attend the lunch?
12:19:40    3    A   No, I did not.
12:19:41    4    Q   Do you know who would have attended the
12:19:43    5    lunch?
12:19:43    6    A   I do not.
12:19:44    7    Q   Would Idah have attended the lunch?
12:19:47    8    A   Since this is scheduled for Idah, I would
12:19:50    9    imagine she would have.
12:19:51   10    Q   Would Rosa have attended the lunch?
12:19:55   11    A   I don't know.
12:19:56   12    Q   Do you know if anyone else from Whitaker
12:19:58   13    Group would have attended the lunch?
12:20:00   14    A   I would imagine that there would have been
12:20:02   15    someone that attended the lunch with Idah.  That's if
12:20:06   16    the lunch even took place.
12:20:07   17    Q   So it's possible that the lunch didn't take
12:20:09   18    place?
12:20:10   19    A   It's totally possible.
12:20:12   20    Q   And on Thursday, August 19, 2004, under the
12:20:15   21    entry that says "10:00 a.m.," who is Nicole?
12:20:21   22    A   Nicole is someone who used to work with The

22  (Pages 82 to 85)

30(b)(6)DEPOSITION OF THE WHITAKER GROUP BY AND THROUGH THEIR CORPORATE REPRESENTATIVE SHEILA WILLIAMS
CONDUCTED ON MONDAY, MARCH 5, 2007

Page 86

12:20:26  1   Whitaker Group.
12:20:28  2       Q   And in what capacity did she work with The
12:20:31  3   Whitaker Group?
12:20:32  4       A   Again I'm not going to lay out staff
12:20:34  5   functions and duties and stuff as it relates to the
12:20:37  6   Whitaker Group.
12:20:38  7       Q   What's Nicole's last name?
12:20:40  8       A   I would have to go back and check. I have
12:20:42  9   no idea.
12:20:44  10      Q   Do you have a record -- does The Whitaker
12:20:46  11  Group maintain a record of Nicole's --
12:20:49  12      A   Again --
12:20:49  13      Q   Excuse me. Let me just finish the question
12:20:51  14  for the court reporter.
12:20:53  15      A   Okay.
12:20:53  16      Q   Does The Whitaker Group have a record of
12:20:56  17  Nicole's employment?
12:20:59  18      A   Again any information not pertaining
12:21:02  19  specifically to the Scholarship Program I don't plan
12:21:06  20  to respond to.
12:21:10  21      Q   Let's look at the entry that says
12:21:11  22  "4:00 p.m."

Page 87

12:21:13  1       A   Uh-huh.
12:21:15  2       Q   Who is Ms. Sinotheni?
12:21:20  3       A   That's a good one. I really don't know. I
12:21:33  4   have absolutely no idea, and it's somebody from
12:21:39  5   Zimbabwe. I don't recall.
12:21:41  6       Q   Could she have been an employee at The
12:21:43  7   Whitaker Group?
12:21:44  8       A   No.
12:21:56  9       Q   If you would please turn to the entry on
12:21:58  10  August 20, 2004. It says, "1:00 p.m., Tour of the
12:22:04  11  Capital/Monument." Do you know if that tour took
12:22:08  12  place?
12:22:08  13      A   I don't know.
12:22:09  14      Q   Do you know who would have taken Idah on
12:22:12  15  that tour?
12:22:13  16      A   I have absolutely no idea.
12:22:15  17      Q   Do you recall why you put that item on
12:22:17  18  there?
12:22:18  19      A   I don't know that I did put it there.
12:22:28  20      Q   So someone else could have drafted this
12:22:30  21  document other than you?
12:22:31  22      A   They could have.

Page 88

12:22:47  1       Q   I'm going to show you another document.
12:22:58  2           MS. LIEBERMAN: Let the record reflect that
12:23:00  3   counsel and the witness are conferring.
12:23:07  4           This will be Whitaker Group Exhibit 8.
12:23:11  5           (TWG Exhibit No. 8 was marked for
12:23:11  6   identification and attached to the deposition
12:23:11  7   transcript.)
11:59:57  8   BY MS. LIEBERMAN:
12:23:53  9       Q   And Ms. Williams, will you just let me know
12:23:56  10  when you've had a chance to review this document.
12:23:59  11      A   I have.
12:24:10  12      Q   Actually, before we move on to this
12:24:12  13  document, I do have a question about the previous
12:24:14  14  document that we just saw that I want to jump to.
12:24:22  15          On Friday, August 20th, 2004, if you look at
12:24:27  16  that entry, it says at 6:30 p.m., "Family dinner with
12:24:33  17  Rosa."
12:24:34  18      A   Uh-huh.
12:24:36  19      Q   Did you attend the family dinner with Rosa
12:24:38  20  on that day?
12:24:39  21      A   I don't know if a family dinner took place.
12:24:41  22      Q   Did you attend any kind of dinner with Rosa

Page 89

12:24:44  1   and Idah on that day?
12:24:49  2       A   I don't recall attending a dinner with Rosa
12:24:52  3   or Idah on that day.
12:25:00  4       Q   So you don't know if a family dinner
12:25:03  5   occurred?
12:25:04  6       A   No, I don't.
12:25:06  7       Q   And it also says at 9:00 p.m., "Church with
12:25:11  8   Rosa." Did you attend church with Rosa and Idah?
12:25:15  9       A   I don't recall attending church with Rosa
12:25:17  10  and Idah that day.
12:25:18  11      Q   Did you ever attend church with Rosa and
12:25:20  12  Idah?
12:25:22  13      A   Not that I recall, no.
12:25:35  14      Q   Okay. Now we'll move on back to Exhibit 8.
12:25:39  15  Ms. Williams, what do you recognize this document to
12:25:41  16  be?
12:25:41  17      A   It looks like the Department of Justice
12:25:48  18  student visa form.
12:25:50  19      Q   Did you assist in preparing this document?
12:26:09  20      A   I honestly don't recall.
12:26:13  21      Q   If you didn't assist in preparing this
12:26:15  22  document, who may have?

23  (Pages 86 to 89)

30(b)(6)DEPOSITION OF THE WHITAKER GROUP BY AND THROUGH THEIR CORPORATE REPRESENTATIVE SHEILA WILLIAMS
CONDUCTED ON MONDAY, MARCH 5, 2007

Page 90

12:26:18  1    A  I have no idea.
12:26:29  2    Q  If you --
12:26:34  3    A  And as I said, I don't recall preparing the
12:26:37  4  document. I'm not really sure.
12:26:50  5    Q  Could Rosa have prepared the document?
12:26:52  6    A  I doubt it very seriously.
12:26:59  7    Q  If you turn to the page that's marked at the
12:27:02  8  bottom IZ00022, if you look at Item Number 5, do you
12:27:12  9  know it says the normal length of study is 36
12:27:16  10  months?
12:27:20  11    A  I don't know. I was under the impression
12:27:22  12  that the program was actually 24 months, since
12:27:25  13  Montgomery College is a community school.
12:27:31  14    Q  Did The Whitaker Group plan to provide a
12:27:34  15  scholarship to Idah for 36 months?
12:27:38  16    A  Initially a scholarship was going to be
12:27:42  17  provided for her to attend classes at what I thought
12:27:46  18  was a two-year college.
12:27:50  19    Q  Did The Whitaker Group have the resources to
12:27:53  20  fund a scholarship for 36 months?
12:28:00  21    A  I would imagine if the program came out to
12:28:02  22  be 36 months instead of 24, we would have tried to

Page 91

12:28:07  1  accommodate a 36-month program.
12:28:31  2    Q  If you look at that same page, it says the
12:28:37  3  date issued is April 21, 2004, and if you look at --
12:28:44  4    A  Uh-huh.
12:28:45  5    Q  -- Page IZ00020, it says the date issued was
12:28:52  6  September 17, 2004. Do you know why there are two
12:28:58  7  forms dated two different times?
12:29:23  8    A  One looks like it's signed by the student
12:29:26  9  coordinator. I would just be guessing. One looks
12:29:29  10  like it was signed by the student coordinator for
12:29:31  11  April 21, 2004, and then on September 2004 it looks
12:29:36  12  like Idah signed, just verifying that she read and
12:29:45  13  agreed and complied with the terms and conditions of
12:29:47  14  the admission for Montgomery College.
12:29:51  15    Q  So do you know why there was --
12:29:54  16    A  No, I don't.
12:30:04  17    Q  Was Idah told by anyone at The Whitaker
12:30:06  18  Group what she would need to do to renew her
12:30:11  19  scholarship each semester?
12:30:18  20    A  As I recall, no.
12:30:20  21    Q  Did she have to do anything to renew the
12:30:23  22  scholarship?

Page 92

12:30:24  1    A  If The Whitaker Group had continued to fund
12:30:29  2  her, she would have just had to be enrolled, because
12:30:41  3  she was here on a student visa.
12:30:52  4    MS. LIEBERMAN:  I'm going to take a
12:30:53  5  five-minute break right now. We're going to go off
12:31:00  6  the record.
12:31:02  7    (Whereupon, a recess was taken from 12:31
12:31:02  8  p.m. to 12:46 p.m.)
12:46:01  9  BY MS. LIEBERMAN:
12:46:02  10    Q  And just before we start, I just want to ask
12:46:04  11  you, Ms. Williams, do you understand today that you
12:46:09  12  are here as a representative of The Whitaker Group,
12:46:12  13  correct?
12:46:13  14    A  Uh-huh.
12:46:13  15    Q  And so do you understand that when you're
12:46:16  16  answering questions about The Whitaker Group, you're
12:46:19  17  answering on their behalf?
12:46:22  18    A  Uh-huh, yes.
12:46:27  19    Q  Okay. Thank you.
12:46:30  20    MS. LIEBERMAN:  I'm going to show the
12:46:31  21  witness another document. This will be The Whitaker
12:46:36  22  Group Exhibit 9.

Page 93

12:46:53  1    (TWG Exhibit No. 9 was marked for
12:46:53  2  identification and attached to the deposition
12:46:53  3  transcript.)
12:46:54  4  BY MS. LIEBERMAN:
12:46:54  5    Q  And Ms. Williams, if you would just take a
12:46:58  6  moment to review that document.
12:47:01  7    For the record, it's Bates labeled IZ00019.
12:47:15  8    A  Okay.
12:47:17  9    Q  Ms. Williams, do you recognize this form?
12:47:20  10    A  It's The Whitaker Group Scholarship
12:47:22  11  Participation Form.
12:47:24  12    Q  And did you draft this form?
12:47:29  13    A  Yes.
12:47:30  14    Q  And do you recall when you drafted this
12:47:34  15  form?
12:47:42  16    A  It had to be in 2004 when we did -- when I
12:47:46  17  did Exhibit -- it was either 2003 or 2004.
12:47:58  18    Q  Okay, and are there any other drafts of this
12:48:03  19  form?
12:48:10  20    A  I can't remember. I don't remember. That's
12:48:13  21  a good question. From 2003 and '4, that's been three
12:48:17  22  or four years ago. I don't remember having any other

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202)861-3410  (800)292-4789  (301)762-8282  (703)288-0026  (410)539-3664

30(b)(6)DEPOSITION OF THE WHITAKER GROUP BY AND THROUGH THEIR CORPORATE REPRESENTATIVE SHEILA WILLIAMS
CONDUCTED ON MONDAY, MARCH 5, 2007

## Page 94

12:48:20  1  drafts.

12:48:22  2  Q  And in response to the subpoena did you look

12:48:24  3  for any other drafts or versions of this one?

12:48:27  4  A  I did.  I pulled what I thought I saw.

12:48:32  5  Q  Now, why did you draft this form?

12:48:38  6  A  Why was this form drafted?

12:48:40  7  Q  Yes.

12:48:53  8  A  This form, if I recall correctly, was

12:48:55  9  drafted because we have never really used an

12:49:00  10  application form or anything for participation in the

12:49:04  11  program.  At the time I did this form, I wanted to

12:49:09  12  have some record of, you know, what we had done as

12:49:15  13  related to the program for Ms. Zirintusa.

12:49:18  14  Q  And why was that?

12:49:20  15  A  In terms of why we wanted to have a record

12:49:22  16  of it?

12:49:23  17  Q  Yes.

12:49:23  18  A  Because she had been in school I want to say

12:49:29  19  since the end of August.  This was December, and I

12:49:35  20  started to -- I had no documentation that she had

12:49:40  21  really participated in the program other than our

12:49:45  22  checks that we had written for her to attend

## Page 95

12:49:48  1  Montgomery College, and with us having put that

12:49:51  2  support out the door, I wanted to have a record of

12:49:54  3  what we had actually done.

12:49:56  4  Q  So was this document created in December of

12:49:59  5  2004?

12:50:01  6  A  No.  I think it was created prior to that

12:50:03  7  time, but, you know, we did not have an application,

12:50:09  8  so I wanted some record to show that we had

12:50:12  9  participation from Idah as related to the scholarship

12:50:15  10  program.

12:50:15  11  Q  Is there any other reason why you decided to

12:50:18  12  create the form at the time you did?

12:50:24  13  A  You mean of specific cases or what?

12:50:26  14  Q  In relation to Ms. Zirintusa.

12:50:36  15  A  You mean why did I have her to execute the

12:50:39  16  form at the time I did?

12:50:41  17  Q  First, why did you draft the form at the

12:50:45  18  time you did?

12:50:47  19  A  At the time I drafted the form, it was -- it

12:50:50  20  was earlier than December of 2004, if I recall

12:50:54  21  correctly, because it should have been around the same

12:50:57  22  time, I think, that we did the program description.  I

## Page 96

12:51:05  1  can't remember.  I'm trying to think back to 2004, and

12:51:08  2  I don't have any of my records and stuff in front of

12:51:10  3  me.

12:51:22  4  Q  Which records are you talking about that you

12:51:24  5  would need to answer this question?

12:51:26  6  A  I would like to have had like, you know,

12:51:31  7  like my calendar, which for 2004 that would, you know,

12:51:35  8  give me some indication, and I don't even have that

12:51:38  9  anymore.

12:51:41  10  Q  Has your calendar been produced to us, to

12:51:44  11  your knowledge?

12:51:45  12  A  No, because it's an overall calendar that I

12:51:47  13  use and stuff, which I don't have anymore.

12:51:54  14  Q  Would that calendar have been thrown away?

12:51:56  15  A  Probably, since this is 2007.

12:52:00  16  Q  When would you have discarded the calendar?

12:52:04  17  A  I don't recall.

12:52:10  18  Q  Could it have been -- do you recall that --

12:52:25  19  do you recall whether you discarded the calendar

12:52:27  20  before or after the litigation started?

12:52:32  21  A  Oh. I would think it would have been

12:52:34  22  probably early 2005, but I can't say for sure.

## Page 97

12:52:45  1  Q  Are there any other records that you would

12:52:47  2  like to consult today that you don't have?

12:52:52  3  A  No, not that I can recall or think of.

12:53:13  4  Q  Is there anyone else at The Whitaker Group

12:53:16  5  who would know when you drafted the Scholarship

12:53:19  6  Participation Form?

12:53:27  7  A  No.

12:53:28  8  Q  And at the bottom of the form is that your

12:53:32  9  signature?

12:53:33  10  A  Yes.

12:53:40  11  Q  And on December -- did you meet with Idah

12:53:51  12  Zirintusa in December of 2004?

12:53:53  13  A  Yes.

12:53:54  14  Q  And do you recall when you met with her?

12:53:58  15  A  In December?  You want the specific dates

12:54:02  16  for all of the meetings or what?

12:54:04  17  Q  Yes.

12:54:05  18  A  I can't tell you.  I know we met the day she

12:54:10  19  signed the form, the 18th.

12:54:13  20  Q  Okay, starting with the 18th --

12:54:15  21  A  Okay.

12:54:18  22  Q  -- how many times did you meet with Idah on

25  (Pages 94 to 97)

30(b)(6)DEPOSITION OF THE WHITAKER GROUP BY AND THROUGH THEIR CORPORATE REPRESENTATIVE SHEILA WILLIAMS
CONDUCTED ON MONDAY, MARCH 5, 2007

| | | Page 98 |
|---|---|---|
| 12:54:20 | 1 | the 18th? |
| 12:54:24 | 2 | A   Once that I recall. |
| 12:54:26 | 3 | Q   And do you remember -- could you tell me |
| 12:54:29 | 4 | what time of day it was? |
| 12:54:32 | 5 | A   It was during the daytime. |
| 12:54:36 | 6 | Q   During business hours? |
| 12:54:37 | 7 | A   Yes. |
| 12:54:38 | 8 | Q   Before lunch? |
| 12:54:40 | 9 | A   Oh, I don't know. |
| 12:54:41 | 10 | Q   Do you remember where you met her?  Was it |
| 12:54:52 | 11 | in the office? |
| 12:54:53 | 12 | A   I have absolutely -- I'm sorry to sound like |
| 12:54:56 | 13 | I can't remember this stuff, but I can't remember |
| 12:54:58 | 14 | exactly where I met with her. I can't recall. |
| 12:55:03 | 15 | Q   Is there anyone else at The Whitaker Group |
| 12:55:05 | 16 | who might remember? |
| 12:55:06 | 17 | A   I don't think so, because, if I recall |
| 12:55:09 | 18 | correctly, it was just the two of us that met, if I'm |
| 12:55:13 | 19 | not mistaken. |
| 12:55:14 | 20 | Q   Was anyone else aware that you met with her? |
| 12:55:22 | 21 | A   I can't speak for anybody else, so . . . |
| 12:55:24 | 22 | Q   Did you tell Rosa that you were going to |

| | | Page 99 |
|---|---|---|
| 12:55:26 | 1 | meet with her on that date? |
| 12:55:27 | 2 | A   Did I tell her I was going to meet with her? |
| 12:55:30 | 3 | Q   Yes. |
| 12:55:31 | 4 | A   I don't recall. |
| 12:55:37 | 5 | Q   Why did you decide to meet Idah on that |
| 12:55:40 | 6 | date? |
| 12:55:46 | 7 | A   If I'm not mistaken, to discuss her |
| 12:55:51 | 8 | attending Montgomery College and to also get |
| 12:55:55 | 9 | verification that she participated in the scholarship |
| 12:55:58 | 10 | program. |
| 12:56:02 | 11 | Q   Okay.  You said that you met to discuss her |
| 12:56:04 | 12 | attendance at Montgomery College.  What did you |
| 12:56:08 | 13 | discuss with her about Montgomery College? |
| 12:56:14 | 14 | A   If I recall correctly, it just had to do |
| 12:56:16 | 15 | with her upcoming test and those kinds of things.  She |
| 12:56:20 | 16 | had testing scheduled, and . . . |
| 12:56:24 | 17 | Q   When did she have testing scheduled? |
| 12:56:26 | 18 | A   I don't know what dates she had testing |
| 12:56:29 | 19 | scheduled for 2004. |
| 12:56:31 | 20 | Q   Were they tests for -- |
| 12:56:33 | 21 | A   They were upcoming tests. |
| 12:56:34 | 22 | Q   Were they tests for the current semester? |

| | | Page 100 |
|---|---|---|
| 12:56:37 | 1 | A   She indicated that yes, they were tests for |
| 12:56:39 | 2 | the current semester. |
| 12:56:49 | 3 | Q   What else did you discuss about Montgomery |
| 12:56:51 | 4 | College? |
| 12:56:57 | 5 | A   That's all I can recall as related to |
| 12:57:00 | 6 | Montgomery College. |
| 12:57:04 | 7 | Q   And why were you discussing tests for |
| 12:57:07 | 8 | Montgomery College? |
| 12:57:09 | 9 | A   Well, Idah was just commenting on what she |
| 12:57:14 | 10 | had that was coming up as related to her test. |
| 12:57:19 | 11 | Q   Did you discuss her attendance at Montgomery |
| 12:57:25 | 12 | College in the spring? |
| 12:57:27 | 13 | A   In the spring of what? |
| 12:57:29 | 14 | Q   2005. |
| 12:57:30 | 15 | A   No. |
| 12:57:35 | 16 | Q   And what else did you discuss with Idah? |
| 12:57:44 | 17 | A   Well, one topic that Idah brought up |
| 12:57:47 | 18 | frequently in conversation -- and I can't say that it |
| 12:57:49 | 19 | was discussed at that particular time -- was her |
| 12:57:53 | 20 | constantly asking for things, such as clothing, |
| 12:57:58 | 21 | expensive accessories, et cetera, et cetera, of me. |
| 12:58:06 | 22 | Q   You said that Idah would ask for -- |

| | | Page 101 |
|---|---|---|
| 12:58:10 | 1 | A   Frequently. |
| 12:58:11 | 2 | Q   -- would ask for clothing.  What type of |
| 12:58:14 | 3 | clothing did Idah ask for? |
| 12:58:19 | 4 | A   She would ask for anything, almost anything, |
| 12:58:22 | 5 | sweaters, jackets, coats, you know, sweatshirts, you |
| 12:58:27 | 6 | know, whatever. |
| 12:58:29 | 7 | Q   And do you know why she was asking you for |
| 12:58:31 | 8 | clothing? |
| 12:58:34 | 9 | A   I have no idea other than the fact that she |
| 12:58:37 | 10 | wanted additional items.  I mean that's what I |
| 12:58:40 | 11 | assumed. |
| 12:58:41 | 12 | Q   And you mentioned that she asked for |
| 12:58:43 | 13 | expensive accessories.  Can you give an example. |
| 12:58:47 | 14 | A   Yes.  She asked for -- Idah indicated that |
| 12:58:51 | 15 | she needed glasses, and the glasses she wanted were |
| 12:58:56 | 16 | $300 designer glasses, which to me sound expensive. |
| 12:59:02 | 17 | Q   And did The Whitaker Group ever provide her |
| 12:59:05 | 18 | with glasses? |
| 12:59:09 | 19 | A   No you. |
| 12:59:10 | 20 | Q   Did The Whitaker Group ever provide her with |
| 12:59:12 | 21 | clothing? |
| 12:59:13 | 22 | A   No. |

26  (Pages 98 to 101)

30(b)(6)DEPOSITION OF THE WHITAKER GROUP BY AND THROUGH THEIR CORPORATE REPRESENTATIVE SHEILA WILLIAMS
CONDUCTED ON MONDAY, MARCH 5, 2007

Page 102

| | | |
|---|---|---|
| 12:59:15 | 1 | Q  Did Rosa Whitaker ever provide Idah with |
| 12:59:19 | 2 | clothing? |
| 12:59:20 | 3 | A  You would have to ask Rosa Whitaker. I have |
| 12:59:22 | 4 | no idea. What I talked about what Idah asked for, she |
| 12:59:30 | 5 | was asking me for clothing. |
| 12:59:32 | 6 | Q  Was she asking you in your personal |
| 12:59:35 | 7 | capacity? |
| 12:59:36 | 8 | A  Yes. |
| 12:59:41 | 9 | Q  What, if anything else, did you discuss with |
| 12:59:44 | 10 | Idah that day? |
| 12:59:45 | 11 | A  That's all I can recall. |
| 01:00:00 | 12 | Q  Do you remember if Idah came to you on this |
| 01:00:02 | 13 | date? |
| 01:00:09 | 14 | A  Because I can't remember where the |
| 01:00:17 | 15 | conversation or meeting took place, I can't remember |
| 01:00:21 | 16 | if I went to meet with her or if she came to the |
| 01:00:25 | 17 | office. |
| 01:00:31 | 18 | Q  When you say "came to her," where would you |
| 01:00:35 | 19 | have come? |
| 01:00:36 | 20 | A  I would probably have gone -- if it was a |
| 01:00:39 | 21 | meeting where I went to see her, it would probably |
| 01:00:43 | 22 | have been at Rosa's house. |

Page 103

| | | |
|---|---|---|
| 01:00:47 | 1 | Q  Did you often meet Idah at Rosa's house? |
| 01:00:51 | 2 | A  No, I did not. |
| 01:00:52 | 3 | Q  How many times have you met Idah at Rosa's |
| 01:00:55 | 4 | house? |
| 01:00:56 | 5 | A  I have absolutely no idea. |
| 01:00:57 | 6 | Q  Is there anyone else who would know how many |
| 01:00:59 | 7 | times you met Idah at Rosa's house? |
| 01:01:02 | 8 | A  No. |
| 01:01:09 | 9 | Q  How many times did you meet Idah at the |
| 01:01:11 | 10 | office? |
| 01:01:15 | 11 | A  At the office? Not that many times, but I |
| 01:01:22 | 12 | can't give you a number. |
| 01:01:25 | 13 | Q  When Idah came to the office, was this |
| 01:01:27 | 14 | ordinarily during business hours? |
| 01:01:31 | 15 | A  As far as I recall, I want to say yes. |
| 01:01:36 | 16 | Q  And who at The Whitaker Group would have |
| 01:01:39 | 17 | seen Idah when she visited the office? |
| 01:01:42 | 18 | A  Again if you're getting into The Whitaker |
| 01:01:43 | 19 | Group information that's not related to the |
| 01:01:46 | 20 | scholarship program, I don't plan to answer. |
| 01:01:56 | 21 | MS. LIEBERMAN: Counsel, I want to inform |
| 01:01:59 | 22 | you on the record that this information, people who |

Page 104

| | | |
|---|---|---|
| 01:02:04 | 1 | saw Idah at The Whitaker Group, is relevant to our |
| 01:02:07 | 2 | subpoena and to the claims and defenses in this |
| 01:02:10 | 3 | litigation and that at an appropriate time we will |
| 01:02:13 | 4 | move to compel this information, so if you don't |
| 01:02:16 | 5 | provide it now, we will request that the Court order |
| 01:02:19 | 6 | that you provide the information. |
| 01:02:35 | 7 | MR. WALLER: Okay. |
| 01:02:39 | 8 | BY MS. LIEBERMAN: |
| 01:02:39 | 9 | Q  On the 18th what did you tell Idah about |
| 01:02:43 | 10 | this form when you gave it to her to sign? |
| 01:02:50 | 11 | A  On the 18th when we met? I wanted her to |
| 01:02:55 | 12 | look over it. Any of the items and stuff that we had |
| 01:03:01 | 13 | provided and stuff that were listed here, I wanted her |
| 01:03:05 | 14 | to look at that section very closely, and if she |
| 01:03:12 | 15 | agreed with the information that was here, then she |
| 01:03:16 | 16 | was to sign and date it that we had done these things. |
| 01:03:25 | 17 | Q  Did she ask you any questions about the |
| 01:03:22 | 18 | form? |
| 01:03:24 | 19 | A  Not that I recall. She -- what did she ask? |
| 01:03:34 | 20 | I don't recall her asking any questions. She did take |
| 01:03:38 | 21 | time out to look at the form and stuff before she |
| 01:03:40 | 22 | signed. |

Page 105

| | | |
|---|---|---|
| 01:03:41 | 1 | Q  Did she make any comments about the form? |
| 01:03:43 | 2 | A  Not that I recall, and if she did, I can't |
| 01:03:46 | 3 | remember what they were. |
| 01:03:54 | 4 | Q  Did you explain to her why you were asking |
| 01:03:56 | 5 | her to sign at this time? |
| 01:03:58 | 6 | A  Yes, which I just relayed to you. |
| 01:04:04 | 7 | Q  And did you explain to her that this |
| 01:04:15 | 8 | Scholarship Participation Form pertained to the fall |
| 01:04:21 | 9 | semester? |
| 01:04:27 | 10 | A  I don't think I indicated a semester to her. |
| 01:04:31 | 11 | I don't recall that I did. I'm not sure. |
| 01:06:01 | 12 | (Discussion was held off the record.) |
| 01:06:09 | 13 | BY MS. LIEBERMAN: |
| 01:06:09 | 14 | Q  I'd like you to turn to the second paragraph |
| 01:06:12 | 15 | of the document -- |
| 01:06:14 | 16 | A  Okay. |
| 01:06:18 | 17 | Q  -- in the second to the last sentence where |
| 01:06:20 | 18 | it says, "However, the sponsor will provide a monthly |
| 01:06:25 | 19 | stipend." |
| 01:06:28 | 20 | A  Uh-huh. |
| 01:06:28 | 21 | Q  What is a sponsor? |
| 01:06:35 | 22 | A  You're asking me for a definition of what a |

27 (Pages 102 to 105)

30(b)(6)DEPOSITION OF THE WHITAKER GROUP BY AND THROUGH THEIR CORPORATE REPRESENTATIVE SHEILA WILLIAMS
CONDUCTED ON MONDAY, MARCH 5, 2007

Page 106

```
01:06:37   1   sponsor is?
01:06:39   2      Q   In the context of this document.
01:06:41   3      A   I would have to go back to the sponsorship
01:06:47   4   document and stuff that was done for Idah, but
01:06:50   5   basically in my understanding a sponsor is someone
01:06:54   6   who, you know, provides some support for the person
01:06:58   7   while they're here, consistent with the application
01:07:02   8   from the Department of Justice.  That's my
01:07:06   9   interpretation.
01:07:07  10      Q   You referenced "the sponsorship document."
01:07:11  11   Which document are you referring to?
01:07:12  12      A   It's the Letter of Support that you guys
01:07:14  13   have copies of.
01:07:18  14      Q   So just to clarify, when you refer to
01:07:22  15   "sponsor," that means you're referring to a sponsor on
01:07:27  16   the Letter of Support that you provided to our office?
01:07:33  17      A   Yes.
01:07:36  18      Q   And who is Idah's sponsor?
01:07:42  19      A   If you refer to the documents that were sent
01:07:45  20   to you, the sponsorship documents, you will see that
01:07:49  21   Rosa Whitaker was listed as the sponsor.
01:07:53  22      Q   And it says the sponsor will provide a
```

Page 107

```
01:07:55   1   monthly stipend.  What was Idah's monthly stipend
01:07:59   2   amount?
01:08:00   3      A   I have no document in front of me to tell me
01:08:02   4   what that was.
01:08:04   5      Q   Does anyone else at The Whitaker Group know
01:08:07   6   what the monthly stipend was?
01:08:10   7      A   Anyone else at The Whitaker Group?  No.
01:08:15   8      Q   In preparation for this deposition, did you
01:08:19   9   review documents that would indicate what the monthly
01:08:23  10   stipend was?
01:08:25  11      A   No, not that I recall, because I
01:08:27  12   specifically reviewed information as related to the
01:08:32  13   scholarship program.  This was not an expense that the
01:08:37  14   scholarship program actually provided.  Therefore, I
01:08:40  15   really did not pull any of that information or review
01:08:45  16   anything like that.
01:08:51  17      Q   The next sentence in that paragraph says,
01:08:54  18   "Scholarship assistance is available for each semester
01:08:58  19   and can be renewed upon mutual agreement between the
01:09:00  20   student and the sponsor."
01:09:03  21         What did you mean by "mutual agreement
01:09:07  22   between the student and the sponsor"?
```

Page 108

```
01:09:11   1      A   Well, in order for a student in Idah's
01:09:15   2   category -- someone who is here from a different
01:09:17   3   country -- to continue in school, she would have to
01:09:20   4   have continued sponsorship.  Without the sponsorship,
01:09:24   5   then we could not provide support for her tuition and
01:09:33   6   those kinds of things, only because she was not here
01:09:35   7   to work, and she would not have been able to stay here
01:09:39   8   without a sponsor.  She would not have been able to
01:09:48   9   stay here and go to school without a sponsor.
01:09:55  10      Q   And did you inform Idah on this date what
01:09:59  11   she would have to go do to renew her scholarship?
01:10:08  12      A   I don't know that we discussed that.
01:10:10  13      Q   Did you on this day discuss the termination
01:10:17  14   of the scholarship with Idah?
01:10:19  15      A   On the 18th?
01:10:20  16      Q   Uh-huh.
01:10:21  17      A   No, I don't believe I did.
01:10:26  18      Q   And why not?
01:10:31  19      A   Why didn't I discuss the termination of the
01:10:34  20   scholarship with her?
01:10:35  21      Q   Yes.
01:10:36  22      A   Because I don't think, as relates to the
```

Page 109

```
01:10:39   1   scholarship, a determination had been made not to
01:10:42   2   continue.  As far as I recall, no determination had
01:10:48   3   been made.
01:10:53   4      Q   Had you had any discussions with Rosa
01:10:55   5   Whitaker about the termination of Idah's scholarship
01:11:00   6   on December 18th or prior to December 18th?  I'm
01:11:05   7   sorry.  Let me rephrase that.  Did you have any
01:11:08   8   discussions with Rosa Whitaker prior to December 18th
01:11:12   9   about the termination of Idah's scholarship?
01:11:16  10      A   Not that I recall.
01:11:19  11      Q   Did you have any discussions on the 18th
01:11:21  12   about the termination?
01:11:22  13      A   With whom?
01:11:23  14      Q   With Rosa Whitaker about the termination of
01:11:25  15   Idah's scholarship.  And again just wait until I
01:11:28  16   finish the question before answering the question.
01:11:38  17      A   So are you done?  Okay.  Not that I recall.
01:11:47  18      Q   Is there anyone else who would know -- let
01:11:52  19   me rephrase.  Is there anyone else at The Whitaker
01:11:53  20   Group who would know whether or not you discussed
01:11:56  21   this, Idah's termination, before the 18th?
01:12:06  22      A   With whom; with Idah or with Rosa Whitaker?
```

28  (Pages 106 to 109)

30(b)(6)DEPOSITION OF THE WHITAKER GROUP BY AND THROUGH THEIR CORPORATE REPRESENTATIVE SHEILA WILLIAMS
CONDUCTED ON MONDAY, MARCH 5, 2007

Page 110

```
01:12:09   1    Because you had two different questions.
01:12:11   2       Q   Okay, I'll rephrase.  Did you discuss the
01:12:13   3    termination of Idah's scholarship with anyone at The
01:12:16   4    Whitaker Group before December 18th?
01:12:18   5       A   Not that I recall.
01:12:23   6       Q   If you would turn your attention to the
01:12:25   7    bottom of the page where it says "Date Accepted," it
01:12:30   8    says "Date Accepted, April 21st, 2004."  Do you know
01:12:36   9    who typed in that date there?
01:12:40  10       A   I think I did, if I recall correctly.
01:12:43  11       Q   And why did you choose that date?
01:12:46  12       A   I don't think that date actually refers to
01:12:48  13    anything except maybe Idah being accepted to school,
01:12:57  14    and I don't have my papers with me, so I can't say
01:13:01  15    that for sure.
01:13:02  16       Q   And which papers are you referring to?
01:13:04  17       A   I'm talking about the admissions or
01:13:06  18    acceptance papers from Montgomery College.
01:13:12  19       Q   And were those documents produced to us?
01:13:16  20       A   I believe they were.
01:13:25  21       Q   So this date doesn't actually refer to the
01:13:28  22    date Idah accepted the scholarship?
```

Page 111

```
01:13:30   1       A   No.  If I'm not mistaken, I believe it ties
01:13:35   2    to her -- us getting notification that she was
01:13:42   3    accepted to Montgomery College, and, you know, again
01:13:48   4    I'm just relying on memory here, and it's been three
01:13:52   5    years.
01:13:54   6       Q   Is there any reason why -- let me rephrase
01:13:58   7    that.  Why didn't The Whitaker Group have Idah sign
01:14:04   8    this form when she first came to the U.S.?
01:14:08   9       A   I think for me, as it relates to the
01:14:11  10    scholarship program, I think it was an oversight on my
01:14:13  11    part.  That's the only thing I can think of, that it
01:14:19  12    was an oversight.  And again this is not a formally
01:14:23  13    run program or anything.
01:14:27  14       Q   What made you think of having her sign this
01:14:29  15    document on December 18th?
01:14:32  16       A   Again as I stated earlier, we have invested
01:14:38  17    quite a bit of time and effort in this student without
01:14:42  18    any real documentation of her participation other than
01:14:45  19    a copy of the checks I think that we have for her
01:14:50  20    tuition.
01:15:05  21       Q   To your knowledge, is this the first time
01:15:07  22    that Idah ever saw this form?
```

Page 112

```
01:15:09   1       A   The participation form?
01:15:10   2       Q   Yes.
01:15:11   3       A   To my knowledge, yes.
01:15:16   4       Q   And is it possible that Idah thought that
01:15:22   5    this form was for the spring semester?
01:15:33   6       A   It would be hard for me to comment on what
01:15:35   7    Idah thought.
01:15:37   8       Q   Did she make any comments to you that would
01:15:41   9    make you think she may have thought it was for the
01:15:43  10    spring semester?
01:15:44  11       A   No, I don't recall her making any comments
01:15:46  12    to me that she thought it was for the spring semester.
01:16:31  13            MS. LIEBERMAN:  At this time we're going to
01:16:33  14    take a break for lunch.
01:16:34  15            MR. LAKATOS:  Why don't we reconvene in 45
01:16:39  16    minutes, at 2:00.
01:16:43  17            THE WITNESS:  All right.
01:16:43  18            (Whereupon, the lunch recess was taken from
01:16:43  19    1:16 p.m. to 2:08 p.m.)
02:08:51  20    BY MS. LIEBERMAN:
02:08:55  21       Q   We're going to back up a little bit and go
02:08:58  22    back to some of the things we talked about earlier.
```

Page 113

```
02:09:01   1    Did The Whitaker Group ever turn anyone down for a
02:09:05   2    scholarship request?
02:09:18   3       A   Not that I recall.
02:09:27   4       Q   Are there any -- is there any instance where
02:09:32   5    a scholarship applicant requested more money and then
02:09:36   6    The Whitaker Group denied that request?
02:09:43   7       A   Requested additional money above something
02:09:46   8    that had already been given to them?
02:09:48   9       Q   Yes.
02:09:51  10       A   Not that I recall.
02:10:00  11       Q   Also earlier you testified that -- and this
02:10:03  12    is in reference to Exhibit -- the Whitaker Scholarship
02:10:08  13    Participation Form, which I think is Exhibit 9 --
02:10:14  14       A   Uh-huh.
02:10:14  15       Q   -- you testified that you had Idah sign this
02:10:21  16    because you wanted to keep track of the amount of
02:10:27  17    money that you'd given Idah; is that correct?
02:10:30  18       A   No.
02:10:31  19       Q   Okay.  Can you explain again the reason why
02:10:34  20    you had Idah sign this form at the time.
02:10:38  21       A   I think I indicated earlier that I had no
02:10:44  22    documentation that she had participated in the
```

29  (Pages 110 to 113)

30(b)(6)DEPOSITION OF THE WHITAKER GROUP BY AND THROUGH THEIR CORPORATE REPRESENTATIVE SHEILA WILLIAMS
CONDUCTED ON MONDAY, MARCH 5, 2007

Page 114

| | | |
|---|---|---|
| 02:10:47 | 1 | scholarship program, given the amount of time and |
| 02:10:50 | 2 | effort that we had devoted to, you know, getting |
| 02:10:54 | 3 | her -- helping her get into school and that kind of |
| 02:10:56 | 4 | thing. |
| 02:10:57 | 5 | Q  And why did you think that you needed more |
| 02:10:59 | 6 | documentation? |
| 02:11:00 | 7 | A  That she had participated in the program? |
| 02:11:03 | 8 | Q  Right.  Yes. |
| 02:11:06 | 9 | A  I just felt it was necessary to have |
| 02:11:08 | 10 | additional documentation that she participated, |
| 02:11:10 | 11 | because again we had devoted a lot of time and effort |
| 02:11:15 | 12 | to helping her to go to school. |
| 02:11:19 | 13 | Q  Well, did you anticipate showing the |
| 02:11:22 | 14 | documentation to anyone? |
| 02:11:26 | 15 | A  Showing the documentation to anyone?  I'm |
| 02:11:29 | 16 | not sure what you mean. |
| 02:11:32 | 17 | Q  Did you anticipate anyone else seeing the |
| 02:11:35 | 18 | documentation other than individuals in The Whitaker |
| 02:11:40 | 19 | Group? |
| 02:11:42 | 20 | A  I didn't actually anticipate people in The |
| 02:11:44 | 21 | Whitaker Group seeing the documentation.  I did share |
| 02:11:49 | 22 | a copy with Idah. |

Page 115

| | | |
|---|---|---|
| 02:11:53 | 1 | Q  Is there anyone that you anticipated seeing |
| 02:11:55 | 2 | this documentation other than Idah? |
| 02:12:01 | 3 | A  I didn't anticipate anyone else seeing the |
| 02:12:04 | 4 | documentation. |
| 02:12:05 | 5 | Q  Why did you want Idah to see it? |
| 02:12:08 | 6 | A  Why did I want her to see it? |
| 02:12:10 | 7 | Q  Why did you want her to see this form? |
| 02:12:13 | 8 | A  I'm confused. |
| 02:12:14 | 9 | Q  Which part are you confused about? |
| 02:12:16 | 10 | A  Why did I want Idah to see the form? |
| 02:12:19 | 11 | Q  Yes. |
| 02:12:20 | 12 | A  Okay, because I responded to that twice |
| 02:12:22 | 13 | already, and that's why I'm confused. |
| 02:12:28 | 14 | Q  Okay.  Well, can you answer the question. |
| 02:12:30 | 15 | Why did you want Idah to see this form? |
| 02:12:37 | 16 | A  Maybe I'm missing something here, but I |
| 02:12:41 | 17 | thought I had already responded to that question, |
| 02:12:45 | 18 | twice. |
| 02:12:46 | 19 | Q  So are you not responding -- do you not want |
| 02:12:49 | 20 | to respond to the question as I posed it just now? |
| 02:12:54 | 21 | Are you refusing to respond? |
| 02:12:55 | 22 | A  No, I'm just confused about the question. |

Page 116

| | | |
|---|---|---|
| 02:12:58 | 1 | Q  Then answer the question that I asked as you |
| 02:13:02 | 2 | understand it. |
| 02:13:03 | 3 | A  As I understand it, as I responded before, |
| 02:13:06 | 4 | her seeing or signing -- seeing the form had to do |
| 02:13:11 | 5 | with me having documentation that she participated in |
| 02:13:15 | 6 | the program, and I think that's what I said earlier. |
| 02:13:35 | 7 | Q  Did you anticipate needing this |
| 02:13:40 | 8 | documentation because you were having any |
| 02:13:45 | 9 | disagreements with Idah? |
| 02:13:46 | 10 | A  Because I was having disagreements with |
| 02:13:48 | 11 | Idah?  Can you clarify what you mean by |
| 02:14:05 | 12 | "disagreements"? |
| 02:14:08 | 13 | Q  Well, what do you think the word |
| 02:14:09 | 14 | "disagreement" means? |
| 02:14:11 | 15 | A  To me, "disagreements" can mean several |
| 02:14:19 | 16 | things.  Arguments.  It can mean a difference of |
| 02:14:21 | 17 | opinion.  It can mean, you know, a bunch of different |
| 02:14:23 | 18 | things. |
| 02:14:24 | 19 | Q  Well, let's start with the first definition. |
| 02:14:26 | 20 | Did you anticipate needing Idah to sign this form |
| 02:14:29 | 21 | because you had an argument with her? |
| 02:14:32 | 22 | A  No, I did not.  I don't recall having an |

Page 117

| | | |
|---|---|---|
| 02:14:34 | 1 | argument with Idah and anticipate her needing to sign |
| 02:14:40 | 2 | this form, no. |
| 02:14:41 | 3 | Q  Did you ever have an argument with Idah? |
| 02:14:43 | 4 | A  Not that I recall. |
| 02:14:46 | 5 | Q  Did you -- let's go back to your second |
| 02:14:51 | 6 | definition of "disagreement," which you said was a |
| 02:14:53 | 7 | difference of opinion.  Did you want Idah to sign the |
| 02:14:57 | 8 | form because you had a difference of opinion with |
| 02:15:00 | 9 | Idah? |
| 02:15:02 | 10 | A  Because I had a difference of opinion with |
| 02:15:04 | 11 | Idah?  No, I do not recall having her sign the form |
| 02:15:08 | 12 | because of a difference of opinion between Idah and I. |
| 02:15:11 | 13 | Q  Did you ever have a difference of opinion |
| 02:15:12 | 14 | with Idah? |
| 02:15:14 | 15 | A  A difference of opinion?  I would say yes, |
| 02:15:25 | 16 | if I recall correctly. |
| 02:15:25 | 17 | Q  Okay.  What difference of opinion did you |
| 02:15:29 | 18 | have? |
| 02:15:34 | 19 | A  And this is something I spoke about a little |
| 02:15:36 | 20 | earlier.  I think our difference of opinion had to do |
| 02:15:41 | 21 | with me being continually asked for items. |
| 02:15:49 | 22 | Q  And what was the difference of opinion you |

30  (Pages 114 to 117)

30(b)(6) DEPOSITION OF THE WHITAKER GROUP BY AND THROUGH THEIR CORPORATE REPRESENTATIVE SHEILA WILLIAMS
CONDUCTED ON MONDAY, MARCH 5, 2007

Page 118

| | | |
|---|---|---|
| 02:15:51 | 1 | had about the items that you were asked for? |
| 02:15:58 | 2 | A   As far as I'm concerned, Idah felt she could |
| 02:16:00 | 3 | continue to ask, and I felt like I was not going to |
| 02:16:04 | 4 | continue to provide, you know, the items that she |
| 02:16:08 | 5 | asked for, the clothing, those kinds of things. |
| 02:16:14 | 6 | Q   Now, you mentioned earlier that she asked |
| 02:16:16 | 7 | for clothing and glasses. What other items did she |
| 02:16:19 | 8 | ask for? |
| 02:16:20 | 9 | A   Those are the things that stick out in my |
| 02:16:21 | 10 | mind the most. There may be other things and stuff, |
| 02:16:25 | 11 | but those are the items that I mainly remember. |
| 02:16:29 | 12 | Q   And other than the glasses, what type of |
| 02:16:32 | 13 | clothing did she ask for; do you remember? |
| 02:16:34 | 14 | A   You mean the articles of clothing? |
| 02:16:38 | 15 | Q   Yes. Which types of clothing? |
| 02:16:41 | 16 | A   As I stated earlier, there were things like |
| 02:16:44 | 17 | sweaters and sweatshirts and those kinds of things. |
| 02:16:55 | 18 | That's what I remember. |
| 02:16:56 | 19 | Q   When she asked for clothing like sweaters |
| 02:16:59 | 20 | and sweatshirts, at the time she asked for this did |
| 02:17:04 | 21 | you think her requests was reasonable? |
| 02:17:07 | 22 | A   I didn't think at the time it was |

Page 119

| | | |
|---|---|---|
| 02:17:09 | 1 | unreasonable. I think things became a little |
| 02:17:13 | 2 | demanding or unreasonable as they continued, as the |
| 02:17:18 | 3 | requests continued. |
| 02:17:20 | 4 | Q   Did you ever provide her with clothing? |
| 02:17:28 | 5 | A   Again this has nothing to do with the |
| 02:17:31 | 6 | scholarship program, but these are items that she |
| 02:17:38 | 7 | personally asked of me, nothing that she was |
| 02:17:41 | 8 | requesting under the scholarship program. |
| 02:17:43 | 9 | Q   How did you know that she was requesting |
| 02:17:45 | 10 | them personally from you as opposed to from the |
| 02:17:49 | 11 | scholarship program? |
| 02:17:50 | 12 | A   Because she had asked me personally to |
| 02:17:52 | 13 | provide her with clothing. |
| 02:17:53 | 14 | Q   What did she say to you? |
| 02:17:55 | 15 | A   I don't remember her exact conversations and |
| 02:17:57 | 16 | stuff from years ago, but it had nothing to do with |
| 02:18:00 | 17 | the scholarship program. |
| 02:18:01 | 18 | Q   Did she ask you in your office? |
| 02:18:06 | 19 | A   She may have. |
| 02:18:11 | 20 | Q   Did she ever make an appointment with you to |
| 02:18:15 | 21 | ask for items? |
| 02:18:19 | 22 | A   An appointment with me?  Not that I recall, |

Page 120

| | | |
|---|---|---|
| 02:18:23 | 1 | not an appointment, no. I don't recall an |
| 02:18:25 | 2 | appointment. |
| 02:18:25 | 3 | Q   But she came to your office on occasions? |
| 02:18:28 | 4 | A   She came to the offices on occasion. |
| 02:18:31 | 5 | Q   And on some of those occasions she would ask |
| 02:18:34 | 6 | you for things? |
| 02:18:35 | 7 | A   I don't know if that was when she actually |
| 02:18:37 | 8 | asked for clothing, but because it happened numerous |
| 02:18:41 | 9 | times, she may have. |
| 02:18:52 | 10 | Q   Okay. I don't think we ended up getting an |
| 02:19:08 | 11 | answer to this, but did you ever provide Ms. Zirintusa |
| 02:19:14 | 12 | with clothing? |
| 02:19:21 | 13 | A   Again it's not anything tied to the |
| 02:19:24 | 14 | scholarship program. Therefore, I don't plan to |
| 02:19:27 | 15 | answer. |
| 02:19:28 | 16 | Q   Well, I'd like you to take a look at the |
| 02:19:33 | 17 | Scholarship Participation Form, Paragraph 2, and could |
| 02:19:36 | 18 | you please read the first sentence of that paragraph. |
| 02:19:40 | 19 | A   Uh-huh. It talks about it's "not limited to |
| 02:19:46 | 20 | securing visas, transportation, completing  admission |
| 02:19:52 | 21 | docs, full support for tuition and the purchase of |
| 02:19:59 | 22 | books and supplies, health insurance, some clothing |

Page 121

| | | |
|---|---|---|
| 02:20:02 | 1 | and room and board." |
| 02:20:04 | 2 | Q   Okay. So is it correct that the program -- |
| 02:20:08 | 3 | that this document says that the program is intended |
| 02:20:11 | 4 | to provide support, including but not limited to, some |
| 02:20:15 | 5 | clothing? |
| 02:20:16 | 6 | A   That's correct. The document says that. |
| 02:20:18 | 7 | Q   So clothing, in fact, would be a part of the |
| 02:20:21 | 8 | scholarship program? |
| 02:20:22 | 9 | A   The Whitaker Group Scholarship Program did |
| 02:20:25 | 10 | not provide Idah Zirintusa with clothing as far as I |
| 02:20:29 | 11 | know. |
| 02:20:29 | 12 | Q   Why not? |
| 02:20:33 | 13 | A   As far as I know, there was never a request |
| 02:20:36 | 14 | stated to me that scholarship funds were needed for |
| 02:20:42 | 15 | clothing. |
| 02:20:51 | 16 | Q   So you're saying Idah did not request |
| 02:21:09 | 17 | clothing? |
| 02:21:10 | 18 | A   I'm saying that Idah, to me, never requested |
| 02:21:14 | 19 | clothing from The Whitaker Group Scholarship Program, |
| 02:21:19 | 20 | nor did The Whitaker Group Scholarship Program provide |
| 02:21:22 | 21 | clothing. |
| 02:21:24 | 22 | Q   So when Idah asked you for clothing, did you |

31 (Pages 118 to 121)

30(b)(6)DEPOSITION OF THE WHITAKER GROUP BY AND THROUGH THEIR CORPORATE REPRESENTATIVE SHEILA WILLIAMS
CONDUCTED ON MONDAY, MARCH 5, 2007

Page 122

| | | |
|---|---|---|
| 02:21:27 | 1 | ever suggest that she ask The Whitaker Group for |
| 02:21:32 | 2 | clothing? |
| 02:21:32 | 3 | A   No, I did not. |
| 02:21:34 | 4 | Q   And why is that? |
| 02:21:36 | 5 | A   It never -- I never thought about it. |
| 02:21:46 | 6 | Q   So you denied her request for clothing when |
| 02:21:49 | 7 | she asked you for clothing? |
| 02:21:51 | 8 | A   Again she did not request any clothing from |
| 02:21:54 | 9 | The Whitaker Group Scholarship Program, and The |
| 02:21:57 | 10 | Whitaker Group Scholarship Program did not provide her |
| 02:22:00 | 11 | with clothing. |
| 02:22:04 | 12 | Q   Was Idah ever instructed to make requests in |
| 02:22:11 | 13 | a certain format in order to receive funds from the |
| 02:22:16 | 14 | scholarship program? |
| 02:22:19 | 15 | A   Was she ever instructed?  No.  Normally she |
| 02:22:23 | 16 | would just come or call the office or call my cell. |
| 02:22:29 | 17 | something, and request things that she -- she never |
| 02:22:34 | 18 | requested clothing.  For books she did. for other |
| 02:22:38 | 19 | things she did. but never for clothing. |
| 02:22:40 | 20 | Q   What would Idah do when she would -- what |
| 02:22:43 | 21 | would Idah say when she would call in requests for |
| 02:22:49 | 22 | books? |

Page 123

| | | |
|---|---|---|
| 02:22:49 | 1 | A   She would say that she had books that she |
| 02:22:53 | 2 | needed for class, and she would provide either |
| 02:22:59 | 3 | receipts or she would have costs associated with the |
| 02:23:02 | 4 | expense for the books. |
| 02:23:05 | 5 | Q   And would she speak with you? |
| 02:23:09 | 6 | A   Yes. |
| 02:23:13 | 7 | Q   Is there anything else other than clothing |
| 02:23:15 | 8 | and the glasses that Idah asked you for? |
| 02:23:25 | 9 | A   That she asked me for personally? |
| 02:23:27 | 10 | Q   Personally. |
| 02:23:36 | 11 | A   I can't think of anything else. |
| 02:23:38 | 12 | Q   Is there anything else that Idah asked for |
| 02:23:40 | 13 | from The Whitaker Group other than the books? |
| 02:23:57 | 14 | A   That's all I can think of. |
| 02:24:06 | 15 | Q   Did it annoy you when Idah would ask you for |
| 02:24:11 | 16 | clothing? |
| 02:24:15 | 17 | A   Did it annoy me?  I don't recall being |
| 02:24:25 | 18 | annoyed, because I think you can have a difference of |
| 02:24:30 | 19 | opinion or not agree on certain things and not be |
| 02:24:34 | 20 | annoyed. |
| 02:24:36 | 21 | Q   But you said that she did ask you frequently |
| 02:24:46 | 22 | for clothing? |

Page 124

| | | |
|---|---|---|
| 02:24:47 | 1 | A   Yes. |
| 02:24:47 | 2 | Q   And after a time did it annoy you? |
| 02:24:49 | 3 | A   I don't recall being annoyed. |
| 02:24:53 | 4 | Q   How did you feel after she asked you |
| 02:24:56 | 5 | repeatedly? |
| 02:25:01 | 6 | A   Again I thought it was a difference in |
| 02:25:06 | 7 | agreement between us.  In terms of her thinking it was |
| 02:25:10 | 8 | okay -- I didn't think it was okay, but I don't think |
| 02:25:13 | 9 | it was enough to annoy me. |
| 02:25:15 | 10 | Q   Why didn't you think it was okay for her to |
| 02:25:19 | 11 | ask you for clothing? |
| 02:25:21 | 12 | A   You mean continually? |
| 02:25:23 | 13 | Q   Actually, first, why didn't you think it was |
| 02:25:26 | 14 | okay for her to ask one time? |
| 02:25:31 | 15 | A   Oh, I didn't say I didn't think it was okay |
| 02:25:33 | 16 | for one time.  I actually felt like she was attempting |
| 02:25:52 | 17 | to just get things, get items. |
| 02:26:00 | 18 | Q   Would you explain a little bit more about |
| 02:26:03 | 19 | what you mean by that. |
| 02:26:05 | 20 | A   That she just wanted items and she wanted, |
| 02:26:07 | 21 | you know, me -- because she asked me -- to give her |
| 02:26:09 | 22 | things. |

Page 125

| | | |
|---|---|---|
| 02:26:13 | 1 | Q   And how did that make you feel? |
| 02:26:16 | 2 | A   Again I disagreed with that concept, but I |
| 02:26:21 | 3 | don't know that I was annoyed. |
| 02:26:27 | 4 | Q   Is there a better adjective that you would |
| 02:26:29 | 5 | use? |
| 02:26:30 | 6 | A   Nothing I can think of at the moment. |
| 02:26:39 | 7 | Q   Did The Whitaker Group provide room and |
| 02:26:43 | 8 | board for Idah? |
| 02:26:45 | 9 | A   The Whitaker Group Scholarship Program? |
| 02:26:48 | 10 | Q   Yes. |
| 02:26:48 | 11 | A   No, we did not. |
| 02:26:50 | 12 | Q   Why not? |
| 02:26:53 | 13 | A   That was an item that had been worked out |
| 02:26:59 | 14 | for Idah through her sponsor. |
| 02:27:04 | 15 | Q   And why was her room and board paid for by |
| 02:27:09 | 16 | the sponsor as opposed to The Whitaker Group |
| 02:27:11 | 17 | Scholarship Program? |
| 02:27:17 | 18 | A   Why was it not paid? |
| 02:27:19 | 19 | Q   Right.  Why did -- |
| 02:27:23 | 20 | A   We probably would have assisted had she not |
| 02:27:25 | 21 | had a sponsor that was willing to take on that |
| 02:27:29 | 22 | responsibility for room and board. |

32  (Pages 122 to 125)

30(b)(6)DEPOSITION OF THE WHITAKER GROUP BY AND THROUGH THEIR CORPORATE REPRESENTATIVE SHEILA WILLIAMS
CONDUCTED ON MONDAY, MARCH 5, 2007

Page 126

02:27:33  1    Q    And was Rosa Whitaker reimbursed for the
02:27:40  2    contribution she made to Idah's room and board?
02:27:44  3    A    Absolutely not.
02:27:46  4    Q    And why not?
02:27:50  5    A    Because she had agreed, as far as I know --
02:27:52  6    and this is again relating to the scholarship program
02:27:55  7    only for Idah -- to sponsor her, and one of the
02:28:03  8    responsibilities she agreed to was that she would
02:28:06  9    provide room and board.
02:28:13  10   Q    Did Idah have to do anything in order to
02:28:17  11   receive the room and board? Were there -- let me
02:28:22  12   rephrase it. Were there any conditions placed upon
02:28:25  13   Idah for her to receive the room and board?
02:28:29  14   A    As far as I knew, since she was a student,
02:28:30  15   she had to be in school.
02:28:35  16   Q    And was Idah told that she had to be in
02:28:38  17   school in order to receive the room and board?
02:28:45  18   A    I can't say for sure what Rosa Whitaker may
02:28:53  19   have indicated to Idah.
02:28:55  20   Q    Did you ever tell Idah that she needed to
02:28:58  21   stay in school in order to receive room and board?
02:29:02  22   A    As I recall, I specifically remember telling

Page 127

02:29:04  1    Idah that because she was here as a student and stuff,
02:29:10  2    she would have to be enrolled in school to
02:29:14  3    participate, and that includes receiving room and
02:29:18  4    board.
02:29:51  5    Q    A few minutes ago you said that Rosa, as the
02:29:56  6    sponsor, had agreed to provide Idah with room and
02:30:00  7    board.
02:30:01  8    A    Uh-huh.
02:30:02  9    Q    Who did Rosa agree with? Who was the
02:30:06  10   agreement between?
02:30:09  11   A    What agreement? You talking about the
02:30:11  12   sponsorship agreement?
02:30:12  13   Q    Yes.
02:30:13  14   A    Okay. For the sponsorship agreement -- one
02:30:16  15   of the reasons I'm not going to go into any detail
02:30:18  16   about that is because, as far as I'm concerned, the
02:30:22  17   sponsorship agreement does not tie directly to the
02:30:25  18   scholarship program. It's not anything that the
02:30:28  19   scholarship program paid for. We did not do -- we did
02:30:32  20   not provide room and board to Idah. Therefore, I'm
02:30:35  21   not going to answer questions as it relates to Idah's
02:30:39  22   room and board or sponsorship agreement that Rosa had.

Page 128

02:30:43  1    Q    Okay, but, Ms. Williams, you just testified
02:30:46  2    that she had to receive room and board and she had to
02:30:53  3    be enrolled in order to receive the scholarship
02:30:55  4    program.
02:30:55  5    A    Uh-huh, and there was --
02:30:57  6    Q    So in what way were they not connected?
02:31:00  7    A    There's an Affidavit of Support and stuff
02:31:01  8    that was completed for Idah to come here as a student.
02:31:09  9    That was done, but that was not anything that The
02:31:12  10   Whitaker Group Scholarship Program provided funding
02:31:15  11   for. We did not do or provide her with room and
02:31:19  12   board. That was done through another means.
02:31:37  13   Q    I'm going to repeat the question that was
02:31:40  14   pending earlier that I didn't get an answer to. With
02:31:49  15   whom did Rosa communicate that she was going to pay
02:31:52  16   room and board in connection with the scholarship
02:31:54  17   program?
02:31:55  18   A    As a part of her sponsorship agreement, I am
02:31:59  19   not going to answer that.
02:32:00  20   Q    And the basis of that, just so I understand
02:32:04  21   it, is that you are saying it's not connected to the
02:32:07  22   scholarship program?

Page 129

02:32:08  1    A    It's not a part of what the scholarship
02:32:10  2    program provided. That's correct.
02:32:40  3    Q    Why did the scholarship program -- why did
02:32:44  4    the Scholarship Participation Form provide that a
02:32:49  5    sponsor would give a monthly stipend?
02:32:55  6    A    Because if you look at the items that we
02:32:58  7    were willing to assist with, it did not include or I
02:33:05  8    did not think it included everything that a student
02:33:08  9    would need to have in order to complete school here in
02:33:12  10   the U.S., and that's my assessment.
02:33:17  11   Q    So a stipend was included in this form to
02:33:23  12   compensate the student for anything they didn't
02:33:26  13   receive under the scholarship?
02:33:30  14   A    When you say "included in this form," what
02:33:32  15   are you talking about? We did not provide a stipend.
02:33:36  16   The scholarship program did not provide a stipend.
02:33:39  17   Q    But it was anticipated that a stipend would
02:33:42  18   be provided?
02:33:43  19   A    Yes.
02:33:45  20   Q    And you felt that a stipend should be
02:33:48  21   provided because there were some things the program
02:33:52  22   would not cover; is that correct?

33  (Pages 126 to 129)

30(b)(6)DEPOSITION OF THE WHITAKER GROUP BY AND THROUGH THEIR CORPORATE REPRESENTATIVE SHEILA WILLIAMS
CONDUCTED ON MONDAY, MARCH 5, 2007

Page 130

| | | |
|---|---|---|
| 02:33:54 | 1 | A   Yes. |
| 02:34:20 | 2 | Q   Did you dislike Idah? |
| 02:34:26 | 3 | A   "Dislike" is a very strong word.  No. |
| 02:34:36 | 4 | Q   How did you feel about Idah? |
| 02:34:43 | 5 | A   As it relates to the scholarship program? |
| 02:34:45 | 6 | Q   Generally. |
| 02:34:51 | 7 | A   I can answer as relates to The Whitaker |
| 02:34:53 | 8 | Group scholarship program.  I looked at Idah.  You |
| 02:35:04 | 9 | know, Idah would share things with me as related to |
| 02:35:08 | 10 | her school, schedules and things like that, |
| 02:35:12 | 11 | transportation schedules, classes, homework.  You |
| 02:35:17 | 12 | know, she would relate to me homework that she was |
| 02:35:19 | 13 | given and those kinds of things, but we did not have a |
| 02:35:24 | 14 | close personal relationship. |
| 02:35:28 | 15 | Q   Did she ever complain to you? |
| 02:35:32 | 16 | A   Yes. |
| 02:35:33 | 17 | Q   What did she complain to you about? |
| 02:35:36 | 18 | A   She complained about things actually that we |
| 02:35:49 | 19 | did not provide to her under the scholarship program. |
| 02:35:53 | 20 | Q   And what things did she complain about that |
| 02:35:57 | 21 | you did not provide under the scholarship program? |
| 02:36:03 | 22 | A   Well, after the glasses that she felt she |

Page 131

| | | |
|---|---|---|
| 02:36:06 | 1 | needed, she complained about her class schedule, |
| 02:36:15 | 2 | because she felt that she was getting out very late at |
| 02:36:19 | 3 | night.  There were several things she would complain |
| 02:36:25 | 4 | about. |
| 02:36:32 | 5 | Q   Is there anything else other than the things |
| 02:36:34 | 6 | you mentioned that she complained about? |
| 02:36:37 | 7 | A   Oh, what else?  Idah complained about not |
| 02:36:48 | 8 | being with her family.  She complained about -- what |
| 02:37:02 | 9 | else would she complain about?  I can't recall |
| 02:37:08 | 10 | everything right now.  I'm sorry. |
| 02:37:12 | 11 | Q   Did she ever complain about the stipend she |
| 02:37:15 | 12 | received? |
| 02:37:24 | 13 | A   I think she did.  I think she did. |
| 02:37:26 | 14 | Q   And what did she say? |
| 02:37:29 | 15 | A   I think she indicated that she couldn't do |
| 02:37:36 | 16 | some things with the stipend that she needed to do or |
| 02:37:39 | 17 | something, or everything that she needed to do. |
| 02:37:42 | 18 | Q   And what would be an example of something |
| 02:37:46 | 19 | that she wanted to do that she couldn't do? |
| 02:37:52 | 20 | A   I have no idea, because as far as I know, |
| 02:37:57 | 21 | there was not a stipulation on what she could spend |
| 02:37:59 | 22 | her stipend on, so I don't know. |

Page 132

| | | |
|---|---|---|
| 02:38:06 | 1 | Q   Did you ever discuss with Rosa Whitaker how |
| 02:38:08 | 2 | much the stipend would be every month? |
| 02:38:14 | 3 | A   How much the stipend would be every month? |
| 02:38:23 | 4 | You're asking me about something three years ago.  I |
| 02:38:29 | 5 | can't -- I don't recall.  I don't remember. |
| 02:38:32 | 6 | Q   Did you ever know how much the stipend was |
| 02:38:34 | 7 | supposed to be? |
| 02:38:36 | 8 | A   Sometimes, yes. |
| 02:38:41 | 9 | Q   Would this have been recorded anywhere? |
| 02:38:51 | 10 | A   The amount of the monthly stipend? |
| 02:38:53 | 11 | Q   Yes. |
| 02:39:02 | 12 | A   Probably.  I'm trying to think.  Probably. |
| 02:39:05 | 13 | Q   Would Rosa Whitaker know the amount? |
| 02:39:08 | 14 | A   I don't know if she would know or not. |
| 02:39:15 | 15 | Q   In preparation for this deposition, did you |
| 02:39:18 | 16 | review the amount of the stipend? |
| 02:39:23 | 17 | A   Because it was not information that was |
| 02:39:26 | 18 | actually provided by The Whitaker Group and I focused |
| 02:39:30 | 19 | on -- I'm talking about the scholarship program, the |
| 02:39:32 | 20 | Whitaker Group scholarship program -- and that was my |
| 02:39:35 | 21 | area of focus, no, I did not. |
| 02:40:14 | 22 | Q   Was all the money that The Whitaker Group |

Page 133

| | | |
|---|---|---|
| 02:40:17 | 1 | gave Idah, was that in exchange for -- was that just |
| 02:40:24 | 2 | scholarship money, or was any of it used to pay her |
| 02:40:27 | 3 | for work that she did? |
| 02:40:29 | 4 | A   The funds from The Whitaker Group? |
| 02:40:31 | 5 | Q   Right. |
| 02:40:32 | 6 | A   All of the money of funding provided to Idah |
| 02:40:38 | 7 | was related to the scholarship program. |
| 02:40:42 | 8 | Q   And was any of the money, the stipend money, |
| 02:40:47 | 9 | given to Idah in exchange for work that she did? |
| 02:40:51 | 10 | A   Idah never worked for The Whitaker Group or |
| 02:40:54 | 11 | the scholarship program, so we never reimbursed her |
| 02:40:59 | 12 | for any work related to anything. |
| 02:41:01 | 13 | Q   Did Idah ever work for Rosa Whitaker? |
| 02:41:05 | 14 | A   Not that I know of, and you would have to -- |
| 02:41:08 | 15 | I would have to refer you to Rosa or her attorney for |
| 02:41:12 | 16 | that, because I can only respond to those things as |
| 02:41:15 | 17 | relates to the scholarship program. |
| 02:41:17 | 18 | Q   Well, in connection with the stipend, was |
| 02:41:21 | 19 | the stipend money used -- paid to compensate Idah for |
| 02:41:30 | 20 | work? |
| 02:41:30 | 21 | A   Because The Whitaker Group Scholarship |
| 02:41:30 | 22 | Program did not provide those funds, I can't sit here |

34  (Pages 130 to 133)

30(b)(6)DEPOSITION OF THE WHITAKER GROUP BY AND THROUGH THEIR CORPORATE REPRESENTATIVE SHEILA WILLIAMS
CONDUCTED ON MONDAY, MARCH 5, 2007

## Page 134

02:41:37  1   and tell you that she received money for anyone for

02:41:40  2   whatever the reasons are. I don't have that

02:41:43  3   information.

02:41:57  4       Q   Looking again to Exhibit 9, you testified

02:42:03  5   earlier that you hadn't spoken with Idah about her

02:42:12  6   signing this form prior to the 18th; is that correct?

02:42:17  7       A   If I recall correctly, that's correct.

02:42:21  8       Q   Did you speak with Idah about this form

02:42:25  9   after the 18th?

02:42:28  10      A   After she signed it and was given a copy?

02:42:32  11      Q   Yes.

02:42:39  12      A   I don't recall if I did or not.

02:42:42  13      Q   Did you speak with anyone else about this

02:42:45  14  form after Idah signed it?

02:42:48  15      A   After the 18th?

02:42:51  16      Q   After Idah signed it.

02:42:59  17      A   I can't -- I can't remember. I'm sorry.

02:43:08  18      Q   Did you discuss with Idah -- sorry. Let me

02:43:16  19  rephrase it. You said earlier that you hadn't decided

02:43:21  20  at this time, on the 18th, December 18th, that Idah's

02:43:25  21  scholarship would be terminated; is that correct?

02:43:28  22      A   I did say a decision had not been made,

## Page 135

02:43:32  1   that's correct.

02:43:33  2       Q   Had you been considering termination of her

02:43:35  3   scholarship?

02:43:35  4       A   On the 18th?

02:43:36  5       Q   Let me finish the question.

02:43:38  6       A   Okay.

02:43:38  7       Q   On the 18th had you considered terminating

02:43:41  8   Idah's scholarship?

02:43:44  9       A   I don't recall that I had made a decision by

02:43:45  10  the 18th.

02:43:47  11      Q   That's not my question. Had you considered

02:43:50  12  terminating her scholarship on or before the 18th?

02:44:04  13      A   I don't remember when I first started to

02:44:06  14  consider, so I don't really have a date for when that

02:44:11  15  consideration was actually -- I don't know. I can't

02:44:24  16  remember.

02:44:24  17      Q   Would you remember whether -- did you warn

02:44:36  18  Idah on the 18th that you had been considering

02:44:41  19  terminating her scholarship?

02:44:44  20      A   Did I warn her?

02:44:46  21      Q   Yes.

02:44:46  22      A   On the 18th? I don't recall giving Idah a

## Page 136

02:44:52  1   warning on the 18th, no.

02:44:57  2       Q   I'm going to show you another document --

02:45:08  3   okay. Did you have any other discussion about

02:45:12  4   terminating Idah's scholarship with Idah on the 18th?

02:45:17  5       A   No, I do not recall any discussion with Idah

02:45:21  6   on the 18th about terminating her scholarship.

02:45:24  7       Q   What about prior to the 18th?

02:45:29  8       A   No, I don't recall any conversation with her

02:45:32  9   about terminating.

02:45:33  10      Q   Okay. When's the earliest time you remember

02:45:41  11  talking with Idah about terminating her scholarship?

02:45:44  12      A   The earliest I remember -- and again I

02:45:46  13  don't -- you know, we're talking 2004. I'm going to

02:45:52  14  say it was right around Christmas, just before maybe

02:45:59  15  Christmas or something.

02:46:01  16      Q   Okay, and where did this discussion take

02:46:06  17  place?

02:46:11  18      A   I want to say it took place -- it could have

02:46:17  19  only taken place either at Rosa's house or in the

02:46:25  20  office, and I'm thinking maybe at Rosa's house.

02:46:37  21      Q   And do you remember -- actually, let me

02:46:42  22  rephrase. What did you say to Idah at this time?

## Page 137

02:46:49  1       A   I can't remember the exact conversation from

02:46:51  2   that far back. I just remember indicating to her that

02:46:55  3   I knew that she was not contented here. You know, a

02:47:01  4   lot of that had to do with family. And this is my

02:47:10  5   impression, you know. May have been school, I don't

02:47:12  6   know, and just the conditions here in the U.S.

02:47:19  7   overall, that she was not contented being here.

02:47:25  8       Q   What did Idah tell you to make you think

02:47:29  9   that she was not content?

02:47:36  10      A   Well, a lot of it had to do with her family.

02:47:40  11      Q   Okay, and what did she tell you about her

02:47:42  12  family?

02:47:43  13      A   I don't know that she was able to stay in

02:47:45  14  contact with them. I can't remember exactly, but I do

02:47:47  15  know that played a major role in her, you know, if I

02:47:52  16  remember correctly, not, you know, being very

02:47:57  17  contented here.

02:47:59  18      Q   Was there anything else that she said, that

02:48:01  19  she told you that made you think she wasn't content?

02:48:15  20      A   I don't think Idah felt like she was getting

02:48:17  21  enough with her being here. And this is an

02:48:23  22  impression, you know, that I got from her. You know,

35 (Pages 134 to 137)

30(b)(6)DEPOSITION OF THE WHITAKER GROUP BY AND THROUGH THEIR CORPORATE REPRESENTATIVE SHEILA WILLIAMS
CONDUCTED ON MONDAY, MARCH 5, 2007

Page 138

| | | |
|---|---|---|
| 02:48:26 | 1 | I can't remember exactly what she told me, but it may |
| 02:48:29 | 2 | have been not enough stipend, you know, not enough |
| 02:48:33 | 3 | material things, just not enough in general. |
| 02:48:36 | 4 | Q   What specifically did she complain of not |
| 02:48:40 | 5 | getting enough of? |
| 02:48:42 | 6 | A   Again this is my impression, so I can't |
| 02:48:44 | 7 | remember her exact words, but that was the impression |
| 02:48:47 | 8 | that I got, that the stipend, you know, was not |
| 02:48:54 | 9 | sufficient.  She needed, you know, more clothing. |
| 02:48:57 | 10 | There were other items and stuff that she needed, and |
| 02:49:00 | 11 | I can't remember what they are, but that was what gave |
| 02:49:03 | 12 | me the impression that she was not really contented |
| 02:49:05 | 13 | being here. |
| 02:49:06 | 14 | Q   Did you speak with anyone else who told you |
| 02:49:09 | 15 | that Idah was not happy? |
| 02:49:15 | 16 | A   That Idah wasn't happy?  Not that I recall, |
| 02:49:19 | 17 | no. |
| 02:49:20 | 18 | Q   Did Rosa ever tell you that Idah wasn't |
| 02:49:25 | 19 | happy? |
| 02:49:26 | 20 | A   I don't recall Rosa telling me that Idah |
| 02:49:28 | 21 | wasn't happy.  I don't know that Idah really shared |
| 02:49:32 | 22 | information with Rosa.  I can't say for sure. |

Page 139

| | | |
|---|---|---|
| 02:49:40 | 1 | Q   Had you ever terminated a scholarship before |
| 02:49:43 | 2 | this time? |
| 02:49:46 | 3 | A   Not that I recall, no. |
| 02:49:48 | 4 | Q   So as the manager of the scholarship |
| 02:49:52 | 5 | program, what factors, what criteria do you consider |
| 02:49:58 | 6 | in terminating a scholarship? |
| 02:50:02 | 7 | A   I can only speak in this one case, because |
| 02:50:06 | 8 | all of the ones are a little -- you know, the |
| 02:50:10 | 9 | scholarship program, I mean participants that we fund, |
| 02:50:13 | 10 | they participate differently.  Again we have some that |
| 02:50:16 | 11 | are in Africa and some African students that are here, |
| 02:50:21 | 12 | so, you know, the program itself differs a little bit, |
| 02:50:26 | 13 | so the participation differs.  Do you want me to look |
| 02:50:30 | 14 | specifically at this one case or what? |
| 02:50:33 | 15 | Q   What were the factors that you considered in |
| 02:50:35 | 16 | terminating Idah's scholarship? |
| 02:50:41 | 17 | A   A lot of the things that I looked at was the |
| 02:50:46 | 18 | continued unhappiness and for me the feeling that she |
| 02:50:54 | 19 | really did not want to be here, and that that was my |
| 02:51:00 | 20 | interpretation. |
| 02:51:02 | 21 | Q   Did Idah ever tell you that she did not want |
| 02:51:06 | 22 | her scholarship to continue? |

Page 140

| | | |
|---|---|---|
| 02:51:07 | 1 | A   No, she never said she did not want the |
| 02:51:10 | 2 | scholarship to continue.  She did indicate that she |
| 02:51:16 | 3 | was happier at home.  She did indicate that. |
| 02:51:25 | 4 | Q   When did you make the final decision, that |
| 02:51:28 | 5 | you recall, that she was going to be terminated? |
| 02:51:34 | 6 | A   The final decision -- and again I don't have |
| 02:51:39 | 7 | anything in front of me.  I'm going to say it wasn't |
| 02:51:45 | 8 | long before Christmas, if I can recall correctly. |
| 02:51:59 | 9 | Q   Do you recall whether it was a few days |
| 02:52:04 | 10 | before Christmas or more like weeks before Christmas? |
| 02:52:08 | 11 | A   I want to say maybe a few days before |
| 02:52:11 | 12 | Christmas.  It wasn't weeks before. |
| 02:52:14 | 13 | Q   Okay, and now I'm going to show you another |
| 02:52:19 | 14 | document. |
| 02:52:21 | 15 | A   Okay. |
| 02:52:22 | 16 | MS. LIEBERMAN:  This will be The Whitaker |
| 02:52:23 | 17 | Group Exhibit 10. |
| 02:52:27 | 18 | (TWG Exhibit No. 10 was marked for |
| 02:52:27 | 19 | identification and attached to the deposition |
| 02:52:27 | 20 | transcript.) |
| 02:52:56 | 21 | BY MS. LIEBERMAN: |
| 02:52:57 | 22 | Q   And just review that document, Ms. Williams, |

Page 141

| | | |
|---|---|---|
| 02:52:59 | 1 | and let me know when you're ready. |
| 02:53:07 | 2 | A   Yes, I've reviewed. |
| 02:53:08 | 3 | Q   Okay.  Ms. Williams, do you recognize this |
| 02:53:11 | 4 | document? |
| 02:53:12 | 5 | A   Yes. |
| 02:53:13 | 6 | Q   And what is this document? |
| 02:53:15 | 7 | A   It's an invoice from Travelocity. |
| 02:53:21 | 8 | Q   And when is it dated? |
| 02:53:25 | 9 | A   The 16th of December. |
| 02:53:27 | 10 | Q   Did The Whitaker Group purchase a ticket for |
| 02:53:38 | 11 | Idah on the 16th of December, going from the U.S. to |
| 02:53:48 | 12 | Uganda? |
| 02:53:51 | 13 | A   Yes. |
| 02:53:51 | 14 | Q   Why? |
| 02:53:52 | 15 | A   I'm going to assume that evidently I have my |
| 02:53:57 | 16 | dates and stuff mixed up for the 16th.  I thought it |
| 02:54:07 | 17 | was later than this -- |
| 02:54:10 | 18 | Q   Okay. |
| 02:54:11 | 19 | A   -- that I actually decided to purchase a |
| 02:54:13 | 20 | ticket. |
| 02:54:14 | 21 | Q   Okay, but The Whitaker Group did, in fact, |
| 02:54:16 | 22 | purchase a ticket for Idah on the 16th of December? |

30(b)(6)DEPOSITION OF THE WHITAKER GROUP BY AND THROUGH THEIR CORPORATE REPRESENTATIVE SHEILA WILLIAMS
CONDUCTED ON MONDAY, MARCH 5, 2007

Page 142

| | | |
|---|---|---|
| 02:54:20 | 1 | A  That's correct. I'm looking at the invoice, |
| 02:54:22 | 2 | yes. |
| 02:54:23 | 3 | Q  And the 16th of December is before -- |
| 02:54:28 | 4 | A  The participation form. |
| 02:54:31 | 5 | Q  Let me finish. The 16th of December is |
| 02:54:34 | 6 | before the date indicated on the participation form, |
| 02:54:38 | 7 | correct? |
| 02:54:39 | 8 | A  That's correct. |
| 02:54:39 | 9 | Q  So is it fair to say that you knew you had |
| 02:54:42 | 10 | purchased a ticket on the 16th when you spoke with |
| 02:54:45 | 11 | Idah? |
| 02:54:47 | 12 | A  That's correct. |
| 02:54:51 | 13 | Q  Why did you not -- did you tell Idah that |
| 02:54:55 | 14 | you purchased a ticket for her to return to Uganda on |
| 02:54:59 | 15 | the 18th -- sorry. Let me rephrase. On the 18th did |
| 02:55:04 | 16 | you tell Idah that you had purchased a ticket for her |
| 02:55:07 | 17 | to return to Uganda? |
| 02:55:09 | 18 | A  I don't recall telling Idah that I had |
| 02:55:11 | 19 | purchased a ticket. I could have, but I don't recall |
| 02:55:14 | 20 | telling her. |
| 02:55:17 | 21 | Q  Why didn't you tell her that at the time? |
| 02:55:20 | 22 | A  I didn't say that I didn't tell her. I |

Page 143

| | | |
|---|---|---|
| 02:55:22 | 1 | don't recall telling her that I had purchased a |
| 02:55:24 | 2 | ticket. |
| 02:55:36 | 3 | Q  When was the first time you remember telling |
| 02:55:38 | 4 | Idah that you purchased her ticket to return to |
| 02:55:41 | 5 | Uganda? |
| 02:55:43 | 6 | A  I want to say not long before Christmas. |
| 02:55:46 | 7 | For some reason that time sticks out in my mind. |
| 02:55:52 | 8 | Q  And did Idah ask you to buy her a ticket? |
| 02:55:56 | 9 | A  No, she did not. |
| 02:55:58 | 10 | Q  So why did you decide to buy her a ticket? |
| 02:56:08 | 11 | A  I think it had a lot to do with Idah's |
| 02:56:10 | 12 | continued unhappiness and displeasure with being here, |
| 02:56:16 | 13 | because those were the conversations that we had had. |
| 02:56:19 | 14 | Q  Did Rosa ask you to buy Idah a ticket? |
| 02:56:23 | 15 | A  No, she did not ask me to buy Idah a ticket, |
| 02:56:26 | 16 | no. |
| 02:56:29 | 17 | Q  Did you discuss buying Idah a ticket with |
| 02:56:37 | 18 | Rosa? |
| 02:56:38 | 19 | A  I discussed the fact that Idah was unhappy |
| 02:56:40 | 20 | here, and I also discussed the fact that I didn't know |
| 02:56:44 | 21 | if she would be a good candidate to continue with the |
| 02:56:48 | 22 | scholarship program. |

Page 144

| | | |
|---|---|---|
| 02:56:50 | 1 | Q  And what did Rosa say when you told her |
| 02:56:52 | 2 | that? |
| 02:56:54 | 3 | A  I explained to her why. |
| 02:56:56 | 4 | Q  And what did Rosa say? |
| 02:56:59 | 5 | A  When I explained to her why? |
| 02:57:00 | 6 | Q  Uh-huh. |
| 02:57:06 | 7 | A  I can't remember her wording or anything, |
| 02:57:07 | 8 | but she concurred with me that if Idah was truly |
| 02:57:13 | 9 | unhappy here, then yeah, maybe she did need to return |
| 02:57:17 | 10 | back to Uganda. |
| 02:57:21 | 11 | Q  Why did Rosa agree with you? |
| 02:57:30 | 12 | A  As relates to Idah going back? |
| 02:57:32 | 13 | Q  Yes. |
| 02:57:34 | 14 | A  As I stated before, I emphasized the fact |
| 02:57:40 | 15 | that Idah seemed to be very unhappy here. |
| 02:57:42 | 16 | Q  Did Rosa think that she was unhappy? |
| 02:57:45 | 17 | A  I don't know. |
| 02:57:46 | 18 | Q  Idah lived with Rosa; is that correct? |
| 02:57:48 | 19 | A  Uh-huh, yes, she did. |
| 02:57:58 | 20 | Q  Did Rosa express to you that she thought |
| 02:58:00 | 21 | Idah would want to return to Uganda? |
| 02:58:05 | 22 | A  She expressed to me that if Idah were |

Page 145

| | | |
|---|---|---|
| 02:58:07 | 1 | unhappy, that she probably should return to Uganda. |
| 02:58:27 | 2 | Q  Was this ticket changeable? The date of |
| 02:58:29 | 3 | this ticket, was it changeable? |
| 02:58:41 | 4 | A  With a fee, yes. If I remember correctly, |
| 02:58:44 | 5 | with a fee. |
| 02:58:46 | 6 | Q  When you told Idah that you purchased this |
| 02:58:49 | 7 | ticket, what did she say? |
| 02:59:00 | 8 | A  It seemed at first -- and I'm trying to |
| 02:59:02 | 9 | recall. It seemed at first there was surprise, and I |
| 02:59:12 | 10 | guess I was surprised also, because I thought she |
| 02:59:14 | 11 | would be happy. Then there was a little |
| 02:59:24 | 12 | disappointment -- again this is my interpretation -- |
| 02:59:31 | 13 | because of the dates for leaving. Not for leaving, |
| 02:59:33 | 14 | but the dates for leaving. |
| 02:59:41 | 15 | Q  And what did she say to you about the dates? |
| 02:59:43 | 16 | A  That she could not travel on the 25th. |
| 02:59:45 | 17 | Q  And why was that? |
| 02:59:46 | 18 | A  I don't know. |
| 02:59:50 | 19 | Q  Did she ask you to change the dates? |
| 02:59:53 | 20 | A  Not at that time. |
| 02:59:55 | 21 | Q  Did she ever ask you to change the dates? |
| 02:59:58 | 22 | A  She did indicate that she would like to have |

37 (Pages 142 to 145)

30(b)(6)DEPOSITION OF THE WHITAKER GROUP BY AND THROUGH THEIR CORPORATE REPRESENTATIVE SHEILA WILLIAMS
CONDUCTED ON MONDAY, MARCH 5, 2007

Page 146

03:00:01  1   the dates changed to a later time.
03:00:03  2       Q   And what did you say?
03:00:06  3       A   I told her okay, that we would try to see
03:00:10  4   what we could do.
03:00:11  5       Q   And what happened after that?
03:00:13  6       A   I called the airline to see if the dates
03:00:18  7   could be changed, and they could be changed with a
03:00:22  8   fee.
03:00:25  9       Q   And so what did you do after finding that
03:00:27  10  out?
03:00:28  11      A   I gave that information to Idah.
03:00:30  12      Q   Did you tell her that you would change the
03:00:32  13  date?
03:00:32  14      A   No, I didn't.  I indicated that -- because I
03:00:37  15  can't remember what the fee was, but I told her that
03:00:40  16  it could be changed with a fee, and I was only looking
03:00:44  17  at, you know, something within the following month,
03:00:49  18  January, and Idah did not want that.
03:00:55  19      Q   If you thought that Idah wanted to leave,
03:01:01  20  why didn't you ask her what date she wanted to leave
03:01:05  21  before purchasing the ticket?
03:01:10  22      A   Prior to us discussing her leaving?

Page 147

03:01:12  1       Q   Either way.
03:01:14  2       A   The reason I did not discuss with Idah or
03:01:17  3   ask her if she wanted to leave is because in my mind
03:01:21  4   it was clear that she wasn't happy being here and that
03:01:24  5   she would want to leave.
03:01:26  6       Q   But you didn't think of asking her?
03:01:28  7       A   I did not.  When she wanted to leave?
03:01:32  8   No.
03:01:33  9       Q   So you purchased the ticket before asking
03:01:36  10  whether Idah wanted to leave; is that right?
03:01:38  11      A   Without asking Idah before she wanted to
03:01:41  12  leave, that's correct.
03:01:42  13      Q   And you purchased the ticket before asking
03:01:44  14  Idah what dates she wanted to leave?
03:01:50  15      A   Originally, yes.
03:01:52  16      Q   And you told Idah that you would not change
03:01:55  17  the dates after calling the airline and finding out
03:02:01  18  there was a fee?
03:02:02  19      A   No, I did not tell her I would not change
03:02:09  20  the dates.
03:02:10  21      Q   Did you tell her that you would?
03:02:12  22      A   I told her the dates could be changed, but

Page 148

03:02:14  1   we could not do the dates for what Idah wanted, which
03:02:19  2   was an open-ended ticket to return.
03:02:24  3       Q   So what exactly did Idah tell you about what
03:02:27  4   type of ticket she wanted?
03:02:29  5       A   She wanted a ticket that would allow her to
03:02:32  6   return to Uganda at any time.  That's what she
03:02:36  7   indicated.
03:02:37  8       Q   And why wouldn't The Whitaker Group provide
03:02:39  9   an open-ended ticket?
03:02:44  10      A   Because she was here as a student.  I did
03:02:51  11  not want to put the scholarship program or anyone else
03:02:55  12  at risk by agreeing to give her an open-ended ticket
03:03:01  13  if she was not going to be in school.  She is here on
03:03:05  14  a student visa.  She has to be enrolled in school if
03:03:09  15  she were to stay here.
03:03:11  16      Q   Did Idah tell you that she did not plan on
03:03:13  17  enrolling in school for a second semester?
03:03:17  18      A   She indicated to me that she was going to
03:03:19  19  find another sponsor.
03:03:22  20      Q   So why did you think that she was not going
03:03:24  21  to be in school?
03:03:25  22      A   Because she indicated that she wanted a

Page 149

03:03:28  1   ticket to return to Uganda whenever she wanted to, and
03:03:32  2   it was my understanding from the school that she had
03:03:37  3   to be enrolled or we were responsible.  We helped her
03:03:42  4   to do her student visa to attend college, and as a
03:03:47  5   part of us terminating the support to her, we would
03:03:52  6   have to provide her with transportation.
03:03:59  7       Q   Did Idah tell you that she was not going to
03:04:01  8   enroll in school in the spring?
03:04:05  9       A   No, she did not indicate that.
03:04:25  10      Q   Ms. Williams, I'm going to show you another
03:04:27  11  document.  This is The Whitaker Group Exhibit 11.
03:04:59  12          (TWG Exhibit No. 11 was marked for
03:04:59  13  identification and attached to the deposition
03:04:59  14  transcript.)
03:05:00  15  BY MS. LIEBERMAN:
03:05:02  16      Q   Take a minute, please, to review the
03:05:04  17  document and let me know when you are ready.  For the
03:05:06  18  record, this is a document marked IZ00029.
03:05:15  19      A   Uh-huh, I'm ready.
03:05:16  20      Q   Okay, thank you.
03:05:19  21          Ms. Williams, do you recognize this exhibit?
03:05:22  22      A   I do.

38 (Pages 146 to 149)

30(b)(6)DEPOSITION OF THE WHITAKER GROUP BY AND THROUGH THEIR CORPORATE REPRESENTATIVE SHEILA WILLIAMS
CONDUCTED ON MONDAY, MARCH 5, 2007

Page 150

| | | |
|---|---|---|
| 03:05:23 | 1 | Q  And could you please tell me what this |
| 03:05:31 | 2 | document is. |
| 03:05:33 | 3 | A  This is an acknowledgement form for an |
| 03:05:37 | 4 | airline ticket that we gave to Idah so that she could |
| 03:05:45 | 5 | return home to Uganda.  This document also speaks to |
| 03:05:54 | 6 | funds and stuff for Ms. Zirintusa to settle back in |
| 03:06:00 | 7 | Uganda. |
| 03:06:02 | 8 | Q  Did you draft this document? |
| 03:06:08 | 9 | A  Yes. |
| 03:06:09 | 10 | Q  And is your signature on it? |
| 03:06:11 | 11 | A  Yes. |
| 03:06:11 | 12 | Q  And did you sign it on the 24th -- |
| 03:06:14 | 13 | A  Yes. |
| 03:06:14 | 14 | -- of December? |
| 03:06:16 | 15 | A  As far as I remember, yes. |
| 03:06:17 | 16 | Q  When did you draft this document? |
| 03:06:21 | 17 | A  It's dated for the 24th.  I'm going to -- |
| 03:06:27 | 18 | I'm thinking it must have been on the 24th. |
| 03:06:31 | 19 | Q  And did you meet with Idah on this day? |
| 03:06:36 | 20 | A  Yes. |
| 03:06:36 | 21 | Q  And were you at the office? |
| 03:06:47 | 22 | A  I don't think so.  No, I think this was at |

Page 151

| | | |
|---|---|---|
| 03:06:55 | 1 | Rosa's house, as far as I can recall. |
| 03:07:01 | 2 | Q  When you came to Rosa's house, did you have |
| 03:07:05 | 3 | this form with you? |
| 03:07:06 | 4 | A  Yes. |
| 03:07:08 | 5 | Q  So this wasn't a form that you created at |
| 03:07:10 | 6 | Rosa's house? |
| 03:07:11 | 7 | A  No. |
| 03:07:13 | 8 | Q  So it was already typed up? |
| 03:07:15 | 9 | A  Yes. |
| 03:07:17 | 10 | Q  Why did you come to Rosa's house on this |
| 03:07:20 | 11 | day? |
| 03:07:22 | 12 | A  Consistent with the conversations that I had |
| 03:07:27 | 13 | had with Idah about going back home, I had the airline |
| 03:07:34 | 14 | ticket with me to give to her. |
| 03:07:41 | 15 | Q  Before this date had you told Idah about the |
| 03:07:46 | 16 | ticket? |
| 03:07:48 | 17 | A  I think I did, yes. |
| 03:07:50 | 18 | Q  And had she told you before this date that |
| 03:07:55 | 19 | she didn't want -- she did not want to accept the |
| 03:07:58 | 20 | ticket? |
| 03:07:59 | 21 | A  No, she did not. |
| 03:08:01 | 22 | Q  What did she tell you before this date about |

Page 152

| | | |
|---|---|---|
| 03:08:06 | 1 | the ticket? |
| 03:08:09 | 2 | A  Before this date?  I can't remember.  I know |
| 03:08:16 | 3 | we had a conversation, I recall us having a |
| 03:08:24 | 4 | conversation, and what I recall her saying about the |
| 03:08:26 | 5 | ticket is that she just did not want a ticket that |
| 03:08:28 | 6 | would have her traveling on the 25th.  And she |
| 03:08:38 | 7 | indicated that to me, and I don't know why. |
| 03:08:45 | 8 | Q  So when you came to Rosa's house on the |
| 03:08:51 | 9 | 24th, what did you discuss with Idah? |
| 03:08:55 | 10 | A  I discussed with her the return ticket to |
| 03:08:59 | 11 | Uganda, the fact that I knew she was very unhappy |
| 03:09:03 | 12 | being here in the U.S. or being here in Washington, |
| 03:09:05 | 13 | D.C., and she expressed, you know, previously. |
| 03:09:13 | 14 | I also discussed the fact that, you know, |
| 03:09:18 | 15 | that there would be money for her to resettle so she |
| 03:09:21 | 16 | would not encounter a hardship with returning to |
| 03:09:25 | 17 | Uganda, based on her having come here to go to school. |
| 03:09:30 | 18 | Q  What did you expect was going to happen when |
| 03:09:33 | 19 | you came to Rosa's house? |
| 03:09:37 | 20 | A  On the 24th? |
| 03:09:39 | 21 | Q  The 24th. |
| 03:09:40 | 22 | A  I originally thought Idah would be very |

Page 153

| | | |
|---|---|---|
| 03:09:42 | 1 | pleased. |
| 03:09:45 | 2 | Q  And what did you think Idah would do? |
| 03:09:48 | 3 | A  I thought she would be pleased to take the |
| 03:09:50 | 4 | ticket and any support and stuff so she could return |
| 03:09:55 | 5 | home. |
| 03:09:56 | 6 | Q  And you thought she was going to be pleased |
| 03:09:57 | 7 | even though originally she didn't want to accept the |
| 03:10:00 | 8 | ticket? |
| 03:10:02 | 9 | A  She never said she didn't want to -- |
| 03:10:05 | 10 | originally she never said she didn't want the ticket. |
| 03:10:08 | 11 | She wanted a different day. |
| 03:10:10 | 12 | Q  And had you changed the date on the 24th? |
| 03:10:13 | 13 | A  No, because she indicated that she would |
| 03:10:16 | 14 | want an open-ended ticket. |
| 03:10:19 | 15 | Q  So even though you didn't change the ticket, |
| 03:10:24 | 16 | you expected she would be pleased when you came -- |
| 03:10:27 | 17 | A  I thought she would be. |
| 03:10:29 | 18 | Q  And why is that? |
| 03:10:31 | 19 | A  Because it allowed her to go back home to |
| 03:10:34 | 20 | Uganda, which, to me, sounded consistent with what she |
| 03:10:38 | 21 | wanted to do, since she was very unhappy here. |
| 03:10:42 | 22 | Q  Okay.  If you thought that she was going to |

39  (Pages 150 to 153)

30(b)(6)DEPOSITION OF THE WHITAKER GROUP BY AND THROUGH THEIR CORPORATE REPRESENTATIVE SHEILA WILLIAMS
CONDUCTED ON MONDAY, MARCH 5, 2007

Page 154

03:10:49  1  be happy with the ticket, why did you bring along this
03:10:55  2  paper with you?
03:10:56  3      A  Because I was not going to give out a ticket
03:11:01  4  to someone and not have any record that they had
03:11:05  5  actually received that ticket, because, if I'm not
03:11:23  6  mistaken, you have to provide the person with
03:11:26  7  transportation home.  You cannot leave them stranded
03:11:30  8  in the U.S.
03:11:31  9      Q  Why did you think that?
03:11:33  10      A  Think that you have to provide a ticket?
03:11:37  11  That was my understanding from the people I talked to,
03:11:41  12  you know, in general, like at school and things.
03:11:45  13      Q  So you thought that you had to provide
03:11:48  14  somebody with return transportation?
03:11:50  15      A  That was my thought, yes.
03:11:51  16      Q  Based upon what people said at the school?
03:11:55  17  Which school?
03:11:56  18      A  The Montgomery College where she attended.
03:11:59  19      Q  Was there any other reason why you thought
03:12:01  20  you had to provide her with transportation?
03:12:03  21      A  That was it.
03:12:11  22      Q  So tell me what happened then when you came

Page 155

03:12:14  1  to her house.  What did you say to Idah?
03:12:18  2      A  Again we talked about her being extremely
03:12:21  3  unhappy here in D.C.  We talked about her going back
03:12:27  4  home to Uganda.  The problem she had again was with
03:12:32  5  the ticket not being -- with a ticket having the
03:12:36  6  travel date of the 25th.
03:12:42  7      Q  And when did you have -- did you instruct
03:12:48  8  Idah to sign this form?
03:12:55  9      A  I asked her to read the form and sign it, as
03:12:58  10  I did, and she was given a copy and I was given a
03:13:01  11  copy, and I kept a copy.
03:13:04  12      Q  Did Idah say that she was going to -- at
03:13:07  13  this time did she say she was going to find another
03:13:09  14  sponsor?
03:13:10  15      A  Yes, she did.
03:13:11  16      Q  And did she identify who the sponsor was
03:13:14  17  going to be?
03:13:15  18      A  She did not, not that I recall.
03:13:22  19      Q  Did you have any discussions relating to the
03:13:25  20  amount of money that Rosa Whitaker offered
03:13:30  21  Ms. Zirintusa?
03:13:32  22      A  Did Idah and I have a discussion?  I

Page 156

03:13:36  1  indicated the dollar amount to her.
03:13:39  2      Q  And did Idah comment about the dollar
03:13:42  3  amount?
03:13:43  4      A  No, she did not comment on the dollar
03:13:45  5  amount.
03:13:52  6      Q  Did you leave the ticket with Idah that day?
03:13:56  7      A  Yes.
03:14:10  8      Q  The document is addressed "To Whom it May
03:14:12  9  Concern."  Why is it addressed to whom it may concern?
03:14:25  10      A  I guess the reason I addressed it like that
03:14:27  11  is because it's not directed to any one person.
03:14:29  12      Q  Did you expect that someone was going to see
03:14:31  13  this document?
03:14:38  14      A  I expected that maybe the school might want
03:14:42  15  to see that we had provided transportation home for a
03:14:46  16  student.
03:14:51  17      Q  Anyone else?
03:14:54  18      A  Not that I can recall, no.
03:15:13  19      MS. LIEBERMAN:  I think we've been going for
03:15:15  20  about an hour and 15 minutes now, so do you want to
03:15:18  21  take a five-minute break?
03:15:21  22      THE WITNESS:  Okay.

Page 157

03:15:21  1      (Whereupon, a recess was taken from 3:15
03:15:21  2  p.m. to 3:25 p.m.)
03:24:56  3  BY MS. LIEBERMAN:
03:25:06  4      Q  Ms. Williams, I just want to clarify.
03:25:10  5  Earlier when we were talking about Idah requesting an
03:25:15  6  open-ended ticket, do you remember when that was in
03:25:20  7  relation to December 24th?  Was it a week before the
03:25:24  8  24th, a few days before the 24th?  Can you try to
03:25:29  9  narrow down a date.
03:25:37  10      A  I want to say -- again this has been a while
03:25:41  11  ago. I want to say that for the open-ended ticket,
03:25:52  12  I'm thinking it was after.
03:25:52  13      Q  After the 24th?
03:25:53  14      A  Yes, if I recall correctly.
03:25:56  15      Q  How many days after?
03:26:00  16      A  Sometime in early January probably.
03:26:05  17      Q  So approximately six to seven days after, a
03:26:09  18  week after?
03:26:14  19      A  Maybe right after the first or during that
03:26:19  20  first week. I can't remember the date exactly.
03:26:24  21      Q  Okay, and did she call you on the phone or
03:26:31  22  did she visit you in the office?

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202)861-3410  (800)292-4789  (301)762-8282  (703)288-0026  (410)539-3664

30(b)(6)DEPOSITION OF THE WHITAKER GROUP BY AND THROUGH THEIR CORPORATE REPRESENTATIVE SHEILA WILLIAMS
CONDUCTED ON MONDAY, MARCH 5, 2007

Page 158

| | | |
|---|---|---|
| 03:26:33 | 1 | A  She may have done both.  She may have done |
| 03:26:38 | 2 | both.  I can't remember. |
| 03:26:40 | 3 | Q  Okay, and did she reference at all the |
| 03:26:45 | 4 | document that she had signed when she came to speak |
| 03:26:51 | 5 | with you? |
| 03:26:51 | 6 | A  On the 24th? |
| 03:26:53 | 7 | Q  Yeah. |
| 03:26:54 | 8 | A  Not that I remember, no. |
| 03:26:55 | 9 | Q  What did she say to you about the open-ended |
| 03:26:58 | 10 | ticket? |
| 03:26:58 | 11 | A  Well, originally, like I said before, she |
| 03:27:00 | 12 | requested that the date be pushed back, so she had |
| 03:27:05 | 13 | looked at that, and then I gave her some options after |
| 03:27:11 | 14 | talking with the airline, and then she indicated she |
| 03:27:14 | 15 | wanted an open-ended ticket. |
| 03:27:18 | 16 | Q  And what were the options that you gave her? |
| 03:27:22 | 17 | A  If I recall correctly, she could have left |
| 03:27:26 | 18 | at a later day but not -- it couldn't have been |
| 03:27:33 | 19 | open-ended.  She could have left I want to say several |
| 03:27:37 | 20 | days later maybe or a week later or something.  I |
| 03:27:40 | 21 | can't remember exact dates. |
| 03:27:44 | 22 | Q  And why again could it -- what was your |

Page 159

| | | |
|---|---|---|
| 03:27:47 | 1 | basis for thinking that it could not be open-ended? |
| 03:27:51 | 2 | A  My basis for thinking that was it, she was |
| 03:27:54 | 3 | here as a student, which meant that she was supposed |
| 03:27:59 | 4 | to be enrolled full-time, and if we had done -- if I |
| 03:28:03 | 5 | had done an open-ended ticket, then that was me saying |
| 03:28:08 | 6 | that it was okay for her to be here indefinitely when |
| 03:28:16 | 7 | the support that she was receiving from the |
| 03:28:21 | 8 | scholarship program was being terminated, because she, |
| 03:28:27 | 9 | as far as I knew, she never indicated she had a |
| 03:28:28 | 10 | sponsor or that she would continue to be in school, so |
| 03:28:32 | 11 | to me that would have put us at risk at agreeing to |
| 03:28:42 | 12 | keep a student here that I had no proof was actually |
| 03:28:45 | 13 | in school. |
| 03:28:46 | 14 | Q  Okay.  Now, when you spoke with Idah on the |
| 03:28:51 | 15 | 24th, did she tell you that she wanted to find an |
| 03:28:56 | 16 | alternative sponsor? |
| 03:28:57 | 17 | A  She did indicate that she was going to find |
| 03:28:59 | 18 | another sponsor. |
| 03:29:04 | 19 | Q  And you mentioned earlier that the reason |
| 03:29:07 | 20 | why The Whitaker Group terminated the scholarship |
| 03:29:11 | 21 | program was because Idah was unhappy; is that correct? |
| 03:29:14 | 22 | A  That was the primary reason, yes. |

Page 160

| | | |
|---|---|---|
| 03:29:16 | 1 | Q  Okay, and what were the other reasons? |
| 03:29:24 | 2 | A  Well, I guess they do tie back to the fact |
| 03:29:26 | 3 | that she was not happy being here. |
| 03:29:29 | 4 | Q  And what were those reasons that tied back |
| 03:29:31 | 5 | to the main reason? |
| 03:29:32 | 6 | A  In terms of her not being happy?  The |
| 03:29:36 | 7 | complaints that I outlined for you earlier. |
| 03:29:39 | 8 | Q  Which were -- |
| 03:29:48 | 9 | A  Not enough stipend to do things that she |
| 03:29:52 | 10 | thought she needed to do.  The class schedule she |
| 03:29:58 | 11 | would complain about, in terms of getting home or |
| 03:30:01 | 12 | getting out of school really late in the evening.  Her |
| 03:30:12 | 13 | family, not, you know, being able to go with her |
| 03:30:17 | 14 | family.  All of those kinds of things. |
| 03:30:19 | 15 | Q  Was one reason why The Whitaker Group |
| 03:30:23 | 16 | terminated her scholarship -- was one reason her |
| 03:30:28 | 17 | scholarship was terminated was The Whitaker Group |
| 03:30:31 | 18 | wanted to save money? |
| 03:30:34 | 19 | A  No, I don't recall that being a reason at |
| 03:30:37 | 20 | all. |
| 03:30:38 | 21 | Q  Was Idah's scholarship terminated because |
| 03:30:43 | 22 | you were not getting along with Idah? |

Page 161

| | | |
|---|---|---|
| 03:30:46 | 1 | A  No, that is not the reason her scholarship |
| 03:30:48 | 2 | was terminated. |
| 03:30:50 | 3 | Q  Was her scholarship terminated because Rosa |
| 03:30:53 | 4 | was not getting along with Idah? |
| 03:30:57 | 5 | A  I don't really have direct information as |
| 03:30:59 | 6 | relates to Rosa and Idah's relationship.  That's |
| 03:31:02 | 7 | something that you would have to ask them. |
| 03:31:06 | 8 | Q  Do you have any indirect information that |
| 03:31:08 | 9 | they were not getting along? |
| 03:31:10 | 10 | A  I don't.  I really, I really don't. |
| 03:31:12 | 11 | Q  So -- |
| 03:31:15 | 12 | A  I was trying to recall something that would |
| 03:31:17 | 13 | tell me, and I can't think of anything that would |
| 03:31:21 | 14 | indicate what their relationship was like. |
| 03:31:25 | 15 | Q  Okay, so the primary reason, just to recap, |
| 03:31:29 | 16 | that her scholarship was terminated was because The |
| 03:31:33 | 17 | Whitaker Group was concerned that Idah wasn't happy? |
| 03:31:37 | 18 | A  I'm not going to say The Whitaker Group. |
| 03:31:39 | 19 | That was my assessment that she was totally unhappy |
| 03:31:42 | 20 | being here. |
| 03:31:45 | 21 | Q  Okay.  So if that's the case, did you ever |
| 03:31:50 | 22 | ask Idah if she would be happier staying in the United |

41 (Pages 158 to 161)

30(b)(6)DEPOSITION OF THE WHITAKER GROUP BY AND THROUGH THEIR CORPORATE REPRESENTATIVE SHEILA WILLIAMS
CONDUCTED ON MONDAY, MARCH 5, 2007

Page 162

| | | |
|---|---|---|
| 03:32:02 | 1 | States on the scholarship program, continuing with the |
| 03:32:08 | 2 | scholarship program? |
| 03:32:09 | 3 | A  Did I ask her that question? |
| 03:32:11 | 4 | Q  Right. |
| 03:32:12 | 5 | A  No.  She just indicated to me that she was |
| 03:32:15 | 6 | better off when she was home in Uganda. |
| 03:32:22 | 7 | Q  Did you ask her whether there was anything |
| 03:32:26 | 8 | The Whitaker Group could do to help her be happier in |
| 03:32:30 | 9 | the United States? |
| 03:32:34 | 10 | A  No, I did not specifically ask her that |
| 03:32:37 | 11 | question, not that I recall anyway. |
| 03:32:49 | 12 | Q  On the 24th when Idah told you that she was |
| 03:32:52 | 13 | going to try to find an alternative financial sponsor, |
| 03:32:58 | 14 | did you ask her whether she would like to continue on |
| 03:33:02 | 15 | The Whitaker Group Scholarship Program with an |
| 03:33:06 | 16 | alternative sponsor? |
| 03:33:07 | 17 | A  No.  What I indicated to Idah was that she |
| 03:33:12 | 18 | should just keep -- she should keep in touch with me, |
| 03:33:16 | 19 | which she did do, but not as it relates to a sponsor. |
| 03:33:20 | 20 | Q  How did she keep in touch with you? |
| 03:33:23 | 21 | A  Well, mostly had to do with her airline |
| 03:33:27 | 22 | ticket and wanting to have me make phone calls to see |

Page 163

| | | |
|---|---|---|
| 03:33:32 | 1 | if I could get it changed or what changes could be |
| 03:33:35 | 2 | done with the ticket so she could return home later, |
| 03:33:39 | 3 | but she never did mention anything to me, as far as I |
| 03:33:42 | 4 | can remember, about another sponsor after that time. |
| 03:33:47 | 5 | Q  Did she ever mention to you that she was |
| 03:33:55 | 6 | interested in continuing her education? |
| 03:33:56 | 7 | A  No, she did not.  After the 24th?  Is that |
| 03:34:01 | 8 | what you're talking about? |
| 03:34:03 | 9 | Q  I'm talking about anytime in December or |
| 03:34:06 | 10 | January. |
| 03:34:08 | 11 | A  Not that I recall. |
| 03:34:52 | 12 | Q  Okay.  Other than on December 24th, when was |
| 03:34:58 | 13 | the first time a ticket was mentioned with Idah?  Was |
| 03:35:04 | 14 | it a few days before, a week before?  Was it anywhere |
| 03:35:07 | 15 | between the 18th and the 24th? |
| 03:35:10 | 16 | A  I want to say between the 18th and 24th, if |
| 03:35:19 | 17 | I recall correctly, and, you know, I mean because it's |
| 03:35:22 | 18 | been quite a while ago, I can't sit here and tell you |
| 03:35:27 | 19 | exactly what dates or days conversations took place. |
| 03:35:31 | 20 | Q  So was it before -- did you mention the |
| 03:35:37 | 21 | ticket before the 24th? |
| 03:35:39 | 22 | A  I may have, but I can't remember exactly. |

Page 164

| | | |
|---|---|---|
| 03:35:51 | 1 | Q  And when's the first time Idah requested |
| 03:35:54 | 2 | that the date of the ticket be pushed back? |
| 03:36:03 | 3 | A  Again we're looking at dates in 2004.  I |
| 03:36:08 | 4 | want to say it was maybe prior to the 24th.  I can't |
| 03:36:13 | 5 | remember.  I can't remember.  It could have been that |
| 03:36:16 | 6 | first week of January, because we had several holidays |
| 03:36:24 | 7 | and things.  I can't -- I don't know. |
| 03:36:32 | 8 | Q  Could this discussion have all been on the |
| 03:36:34 | 9 | same day? |
| 03:36:35 | 10 | A  In terms of her wanting to -- |
| 03:36:36 | 11 | Q  The discussion about her ticket and her |
| 03:36:39 | 12 | responding that she wanted it to be pushed back. |
| 03:36:47 | 13 | A  It may have been, but I don't remember her |
| 03:36:48 | 14 | asking me on the 24th to change the day. |
| 03:36:56 | 15 | Q  What alternatives did you consider other |
| 03:37:03 | 16 | than the termination of Idah's scholarship? |
| 03:37:09 | 17 | A  Alternatives to -- |
| 03:37:10 | 18 | Q  The termination.  Were there any |
| 03:37:13 | 19 | alternatives to the termination of her scholarship |
| 03:37:16 | 20 | that you considered before you terminated the |
| 03:37:18 | 21 | scholarship? |
| 03:37:29 | 22 | A  To some degree, yes, if I remember |

Page 165

| | | |
|---|---|---|
| 03:37:32 | 1 | correctly. |
| 03:37:33 | 2 | Q  And what were those alternatives? |
| 03:37:36 | 3 | A  One was conversations between Idah and I as |
| 03:37:44 | 4 | it related to her being here and being unhappy. |
| 03:37:48 | 5 | Q  And what was the alternative that you |
| 03:37:50 | 6 | discussed? |
| 03:37:54 | 7 | A  The alternative was that, you know, there |
| 03:38:01 | 8 | were things that she could do as related to school, |
| 03:38:04 | 9 | you know.  I even had conversations with people at her |
| 03:38:08 | 10 | school, because that was one of her complaints, the |
| 03:38:10 | 11 | schedule.  So I discussed her schedule with people at |
| 03:38:15 | 12 | Montgomery College. |
| 03:38:18 | 13 | Q  And what was the result of those |
| 03:38:20 | 14 | discussions? |
| 03:38:23 | 15 | A  There were some of the staff at the school |
| 03:38:25 | 16 | that felt that the schedule was, you know, fairly |
| 03:38:28 | 17 | heavy.  Some felt that she probably, you know, maybe |
| 03:38:39 | 18 | had a different kind of a schedule, but again that was |
| 03:38:43 | 19 | something that the school was assisting her with in |
| 03:38:46 | 20 | terms of setting up her schedule. |
| 03:38:49 | 21 | Q  So when you called the school, what were you |
| 03:38:51 | 22 | asking the school to do? |

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202)861-3410  (800)292-4789  (301)762-8282  (703)288-0026  (410)539-3664

30(b)(6)DEPOSITION OF THE WHITAKER GROUP BY AND THROUGH THEIR CORPORATE REPRESENTATIVE SHEILA WILLIAMS
CONDUCTED ON MONDAY, MARCH 5, 2007

Page 166

03:38:53 1   A  I just asked them to take a look at, you
03:38:56 2  know, the kind of classes in her schedule and stuff to
03:38:59 3  see -- and this was early in the process of stuff. I
03:39:02 4  want to say early -- it might have been November or
03:39:07 5  December. I can't remember. Just to see if they
03:39:13 6  could take a look at it and you, know, what could
03:39:17 7  happen to maybe make things a little bit lighter.
03:39:20 8   Q  Is there any other alternative that you
03:39:23 9  explored other than terminating Idah's scholarship?
03:39:28 10   A  No. I did tell Idah, like I stated before,
03:39:31 11  to keep in touch with me. That was after the
03:39:35 12  discussion on the 24th, and we were actually unable to
03:39:40 13  get in touch with Idah much after that, too much after
03:39:45 14  that.
03:39:45 15   Q  You tried to get in touch with Idah?
03:39:54 16   A  I did call Idah after the 24th, because she
03:39:56 17  called me about her airline ticket, so we communicated
03:39:59 18  after the 24th as related to the airline ticket.
03:40:02 19   Q  And what was the purpose of telling Idah to
03:40:05 20  keep in touch?
03:40:06 21   A  Well, I wanted to know, if she was going to
03:40:08 22  be enrolled or something, just to let me know. If she

Page 167

03:40:12 1  was going to be going back home, to tell me so that I
03:40:16 2  would know, you know, where things stood and stuff.
03:40:21 3   Q  If Idah had asked you to fund her
03:40:24 4  scholarship for the spring semester, would you have
03:40:27 5  done that?
03:40:30 6   A  With a sponsor, with someone who -- as long
03:40:37 7  as she wasn't working and she complied with guidelines
03:40:40 8  and things, we would have considered it probably.
03:41:06 9   Q  Did you ever offer to continue her
03:41:09 10  scholarship if she found another sponsor?
03:41:12 11   A  No, we never had that conversation. I asked
03:41:15 12  her on the 24th to make sure she stayed in touch with
03:41:20 13  me, because supposedly her last day was going to be
03:41:23 14  the 25th, and she did to a certain degree, but only as
03:41:30 15  it related to the airline ticket. The only interest
03:41:33 16  she expressed to me was changing the dates for the
03:41:37 17  airline ticket, which in my mind told me she was still
03:41:41 18  interested in returning home, but not on the 25th.
03:41:46 19   Q  Was she still interested in the
03:41:49 20  open-ended ticket?
03:41:51 21   A  Later she was, yes. She wanted an
03:41:53 22  open-ended ticket.

Page 168

03:41:57 1   Q  And did you ever tell Idah that if she found
03:42:01 2  a sponsor at some point, that you would --
03:42:03 3   A  No, I never had that discussion.
03:42:05 4   Q  -- that you would consider giving her a
03:42:07 5  scholarship for that?
03:42:08 6   A  No. I never had that discussion with her.
03:42:11 7   Q  And why not?
03:42:12 8   A  Because at the time Idah and I talked and I
03:42:15 9  told her to stay in touch with me, I was under the
03:42:18 10  impression that the only thing she wanted was to go
03:42:21 11  home and that she wanted a ticket to go home but she
03:42:24 12  did not want to travel home on the 25th.
03:42:38 13   Q  Did you ever ask Idah what she would do on
03:42:44 14  an open-ended ticket during the time she was on an
03:42:48 15  open-ended ticket?
03:42:52 16   A  I don't remember asking her that question.
03:42:56 17   Q  Did she ever express to you what she was
03:42:59 18  going to do on an open-ended ticket?
03:43:01 19   A  Not that I recall. I don't think she ever
03:43:04 20  indicated what she would do with an open-ended ticket.
03:43:46 21   Q  Ms. Williams, I'm going to show you another
03:43:48 22  document. Actually, hold on. I'm going to go off the

Page 169

03:44:13 1  record for a minute.
03:44:15 2    (Whereupon, a recess was taken from 3:44
03:44:15 3  p.m. to 3:45 p.m.)
03:45:39 4   MS. LIEBERMAN:  I'm handing the court
03:45:39 5  reporter a document Bates labeled RW00033, which is
03:45:47 6  The Whitaker Group 12.
03:45:49 7    (TWG Exhibit No. 12 was marked for
03:45:49 8  identification and attached to the deposition
03:45:49 9  transcript.)
03:46:02 10  BY MS. LIEBERMAN:
03:46:03 11   Q  Just take a minute, Ms. Williams, and let me
03:46:05 12  know when you're ready.
03:46:06 13   A  I'm ready.
03:46:07 14   Q  Okay. Ms. Williams, do you recognize this
03:46:11 15  document?
03:46:13 16   A  This information has nothing to do with The
03:46:16 17  Whitaker Group Scholarship Program, and I'm not going
03:46:21 18  to respond.
03:46:24 19   Q  And your basis for not responding?
03:46:28 20   A  It doesn't have anything to do with The
03:46:30 21  Whitaker Group Scholarship Program.
03:46:32 22   Q  If you can look at the bottom of the check,

43  (Pages 166 to 169)

30(b)(6)DEPOSITION OF THE WHITAKER GROUP BY AND THROUGH THEIR CORPORATE REPRESENTATIVE SHEILA WILLIAMS
CONDUCTED ON MONDAY, MARCH 5, 2007

Page 170

03:46:36  1   do you recognize your signature on the check?
03:46:38  2       A  Again this has nothing to do with The
03:46:40  3   Whitaker Group Scholarship Program, and therefore I'm
03:46:46  4   not going to respond.
03:46:49  5       Q  Is this Rosa's signature or your signature?
03:46:52  6       A  Again this has nothing to do with The
03:46:54  7   Whitaker Group Scholarship Program, and I'm not
03:46:58  8   responding.
03:47:00  9       Q  I'm going to continue to ask you questions.
03:47:02  10  If your response is the same, then just say "the same
03:47:05  11  response."
03:47:06  12      A  Okay.
03:47:11  13      Q  Did you ever sign checks on behalf the
03:47:18  14  Ms. Whitaker?
03:47:19  15      A  Same response.
03:47:26  16      Q  Is this check made out as a part of the
03:47:30  17  stipend that Idah received?
03:47:32  18      A  Same response.
03:47:35  19      Q  And is the amount on the check the amount
03:47:39  20  that Rosa agreed to pay Idah for her stipend?
03:47:45  21      A  Same response.
03:47:53  22      Q  Do you know why the check amount was $120?

Page 171

03:47:58  1       A  Same response.
03:48:02  2       MS. LIEBERMAN:  I'm going to show you
03:48:03  3   another document, Ms. Williams, document RW00028, and
03:48:13  4   it's Exhibit 13.
03:48:34  5       (TWG Exhibit No. 13 was marked for
03:48:34  6   identification and attached to the deposition
03:48:34  7   transcript.)
03:48:34  8   BY MS. LIEBERMAN:
03:48:35  9       Q  Just take a minute to look at the document,
03:48:37  10  please, and let me know when you're ready.
03:48:39  11      A  Okay.
03:48:40  12      Q  Okay.  Ms. Williams, do you recognize this
03:48:42  13  document?
03:48:44  14      A  Same response as before.
03:48:46  15      Q  And what is this document?
03:48:48  16      A  Same response.
03:48:50  17      Q  And is that Rosa's signature on the bottom
03:48:56  18  right-hand corner?
03:48:56  19      A  Same response.
03:48:58  20      Q  Do you recognize the signature on the bottom
03:49:01  21  right-hand corner?
03:49:02  22      A  Same response.

Page 172

03:49:09  1       Q  Do you know whether this check was written
03:49:10  2   as a part of Idah's scholarship?
03:49:17  3       A  No, this was not a part of The Whitaker
03:49:18  4   Group Scholarship Program.
03:49:21  5       Q  Was it part of her stipend?
03:49:25  6       A  Since The Whitaker Group Scholarship Program
03:49:28  7   did not fund her stipend and that's not a fee or
03:49:31  8   expense that we took care of, my response is the same
03:49:35  9   as it was before.  This has nothing to do with The
03:49:38  10  Whitaker Group Scholarship Program.
03:49:41  11      Q  Did The Whitaker Group reimburse
03:49:43  12  Ms. Whitaker for this expense?
03:49:46  13      A  The Whitaker Group Scholarship Program did
03:49:49  14  not reimburse Ms. Whitaker for expenses for this.
03:49:57  15      Q  And do you know why the amount is $60?
03:50:03  16      A  Again it's not a Whitaker Group scholarship
03:50:07  17  check or expense, so I can't answer that.
03:50:12  18      Q  Okay.  Did you know -- do you know why the
03:50:17  19  amount is different from the amount on Exhibit 12?
03:50:22  20      A  Same response as before.
03:51:08  21      MS. LIEBERMAN:  I'm handing the court
03:51:10  22  reporter Exhibit 14, which is document RW00029.

Page 173

03:51:30  1       (TWG Exhibit No. 14 was marked for
03:51:30  2   identification and attached to the deposition
03:51:30  3   transcript.)
03:51:32  4   BY MS. LIEBERMAN:
03:51:32  5       Q  Please take a moment to look at the document
03:51:34  6   and let me know when you're ready.
03:51:36  7       A  Uh-huh.
03:51:37  8       Q  Ms. Williams, do you recognize this
03:51:38  9   document?
03:51:41  10      A  Same response as before.  It's not a
03:51:43  11  Whitaker Group check or expense paid out of The
03:51:46  12  Whitaker Group Scholarship Program.
03:51:50  13      Q  Okay.  Did The Whitaker Group Scholarship
03:51:52  14  Program provide Ms. Zirintusa with health insurance?
03:52:02  15      A  Not that I recall.  I would have to look and
03:52:02  16  see.
03:52:08  17      Q  You don't remember whether -- so are you
03:52:10  18  testifying that you don't remember whether The
03:52:12  19  Whitaker Group provided Ms. Zirintusa --
03:52:16  20      A  Right, The Whitaker Group Scholarship
03:52:17  21  Program.
03:52:20  22      Q  Let me finish the question for the record.

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202)861-3410  (800)292-4789  (301)762-8282  (703)288-0026  (410)539-3664

30(b)(6)DEPOSITION OF THE WHITAKER GROUP BY AND THROUGH THEIR CORPORATE REPRESENTATIVE SHEILA WILLIAMS
CONDUCTED ON MONDAY, MARCH 5, 2007

Page 174

| | | |
|---|---|---|
| 03:52:21 | 1 | You don't remember whether The Whitaker Group provided |
| 03:52:26 | 2 | health insurance for Ms. Zirintusa; is that your |
| 03:52:28 | 3 | testimony? |
| 03:52:29 | 4 | A  That's correct. |
| 03:52:41 | 5 | MS. LIEBERMAN:  Let me hand to the court |
| 03:52:43 | 6 | reporter a document as Exhibit 15. RW00016.  Please |
| 03:52:51 | 7 | look at the document and let me know when you . . . |
| 03:53:08 | 8 | (TWG Exhibit No. 15 was marked for |
| 03:53:08 | 9 | identification and attached to the deposition |
| 03:53:08 | 10 | transcript.) |
| 03:53:23 | 11 | MS. LIEBERMAN:  And I'm going to show you |
| 03:53:24 | 12 | one more document, and this will be -- this is |
| 03:53:50 | 13 | document RW00043, and this will be Exhibit 16. |
| 03:53:55 | 14 | (TWG Exhibit No. 16 was marked for |
| 03:53:55 | 15 | identification and attached to the deposition |
| 03:53:55 | 16 | transcript.) |
| 03:54:15 | 17 | BY MS. LIEBERMAN: |
| 03:54:16 | 18 | Q  And let me know when you're done looking at |
| 03:54:18 | 19 | that. |
| 03:54:19 | 20 | A  Uh-huh. |
| 03:54:20 | 21 | Q  Okay, if you turn to Exhibit 16, do you |
| 03:54:23 | 22 | recognize this document? |

Page 175

| | | |
|---|---|---|
| 03:54:25 | 1 | A  Yes. |
| 03:54:26 | 2 | Q  And what is this document? |
| 03:54:29 | 3 | A  This document outlines all of the |
| 03:54:34 | 4 | compensation, including tuition and stuff paid for |
| 03:54:39 | 5 | Montgomery College, et cetera, that Idah received. |
| 03:54:43 | 6 | Q  And what do you mean by "compensation"? |
| 03:54:52 | 7 | A  These are the things that Idah received, |
| 03:54:56 | 8 | expenses that were paid to Montgomery College, to, I |
| 03:55:04 | 9 | assume, Kaiser. |
| 03:55:07 | 10 | Q  Does this document refresh your recollection |
| 03:55:08 | 11 | that The Whitaker Group paid for health insurance? |
| 03:55:15 | 12 | A  It still doesn't.  I would need to go back |
| 03:55:19 | 13 | and check. |
| 03:55:20 | 14 | Q  Did The Whitaker Group pay for health |
| 03:55:22 | 15 | insurance? |
| 03:55:23 | 16 | A  I don't know. |
| 03:55:28 | 17 | Q  Do you know which credit -- where it says |
| 03:55:30 | 18 | "health insurance, credit card, $386" -- |
| 03:55:35 | 19 | A  Uh-huh. |
| 03:55:35 | 20 | Q  -- does The Whitaker Group have a credit |
| 03:55:38 | 21 | card receipt in its records? |
| 03:55:41 | 22 | A  I don't recall.  We could have.  I don't |

Page 176

| | | |
|---|---|---|
| 03:55:43 | 1 | know. |
| 03:55:46 | 2 | Q  In your preparation for today's testimony, |
| 03:55:48 | 3 | did you look for credit card receipts documenting |
| 03:55:54 | 4 | whether -- documenting the fact that The Whitaker |
| 03:55:59 | 5 | Group paid for Ms. Zirintusa's health insurance? |
| 03:56:03 | 6 | A  I did not, if I recall correctly. |
| 03:56:08 | 7 | Q  And why is that? |
| 03:56:11 | 8 | A  I just didn't do it. |
| 03:56:26 | 9 | Q  Other than The Whitaker Group, is there any |
| 03:56:30 | 10 | person that would have paid for Ms. Zirintusa's |
| 03:56:35 | 11 | scholarship -- for Ms. Zirintusa's health insurance? |
| 03:56:42 | 12 | A  Not that I -- no, not that I can think of. |
| 03:56:48 | 13 | Q  Would Rosa have paid for Ms. Zirintusa's |
| 03:56:51 | 14 | health insurance? |
| 03:56:55 | 15 | A  She may have. |
| 03:56:58 | 16 | Q  And if she had -- but you don't know either |
| 03:57:02 | 17 | way, whether she did or she didn't? |
| 03:57:05 | 18 | A  I can't recall.  I mean I would need to see |
| 03:57:08 | 19 | something that told me that she absolutely paid for |
| 03:57:10 | 20 | the health insurance.  Just like this says "credit |
| 03:57:13 | 21 | card," I would need to see something that ties this to |
| 03:57:18 | 22 | The Whitaker Group credit card. |

Page 177

| | | |
|---|---|---|
| 03:57:22 | 1 | Q  Let me back up a little bit.  Did you create |
| 03:57:25 | 2 | this document? |
| 03:57:28 | 3 | A  I really can't remember.  I can't remember. |
| 03:57:38 | 4 | Q  Is there someone else at The Whitaker Group |
| 03:57:40 | 5 | who would remember who created this document? |
| 03:57:42 | 6 | A  Not that I know of. |
| 03:57:44 | 7 | Q  Is it the ordinary practice for The Whitaker |
| 03:57:46 | 8 | Group to maintain a record such as this? |
| 03:57:57 | 9 | A  It's not unheard of to maintain this kind of |
| 03:58:02 | 10 | information. |
| 03:58:05 | 11 | Q  In this case why did The Whitaker Group |
| 03:58:07 | 12 | create this record? |
| 03:58:13 | 13 | A  Since I can't remember when this document |
| 03:58:12 | 14 | was created, it's really hard for me to remember why |
| 03:58:16 | 15 | it would have been created. |
| 03:58:32 | 16 | Q  Where did you find this document?  Was it in |
| 03:58:32 | 17 | a file? |
| 03:58:35 | 18 | A  That's a good question.  I want to say it |
| 03:58:38 | 19 | may have been in the scholarship file. |
| 03:58:41 | 20 | Q  Was it kept in an electronic file or a |
| 03:58:45 | 21 | hard -- |
| 03:58:46 | 22 | A  I don't remember it being electronically |

45 (Pages 174 to 177)

30(b)(6)DEPOSITION OF THE WHITAKER GROUP BY AND THROUGH THEIR CORPORATE REPRESENTATIVE SHEILA WILLIAMS
CONDUCTED ON MONDAY, MARCH 5, 2007

## Page 178

| 03:58:49 | 1 | kept. I can't remember. I really don't remember. |
| 03:58:51 | 2 | Q   Who actually pulled this document so that it |
| 03:58:54 | 3 | would be produced? |
| 03:59:06 | 4 | A   This sounds really bad, but I, I can't |
| 03:59:10 | 5 | remember, and I guess -- I don't know. I really don't |
| 03:59:18 | 6 | know. |
| 03:59:18 | 7 | Q   Does Rosa have access to this document? |
| 03:59:22 | 8 | A   I wouldn't know. |
| 03:59:24 | 9 | Q   Could Rosa have created this document? |
| 03:59:40 | 10 | A   I doubt it. I doubt it. |
| 03:59:43 | 11 | Q   Have you ever created a document like this? |
| 03:59:45 | 12 | A   Probably. It just doesn't ring many bells. |
| 03:59:58 | 13 | That's all. |
| 04:00:04 | 14 | Q   Okay. I stated -- we talked about this |
| 04:00:08 | 15 | earlier, but it states that -- actually, let me take a |
| 04:00:15 | 16 | moment off the record. |
| 04:00:17 | 17 | (Whereupon, a recess was taken from 4:00:17 |
| 04:00:17 | 18 | p.m. to 4:00:49 p.m.) |
| 04:00:48 | 19 | BY MS. LIEBERMAN: |
| 04:00:49 | 20 | Q   Let's go back on the record. You testified |
| 04:00:58 | 21 | earlier that you don't know who created this document, |
| 04:01:01 | 22 | correct? |

## Page 179

| 04:01:02 | 1 | A   That I can't remember. |
| 04:01:03 | 2 | Q   Who might have created it? |
| 04:01:05 | 3 | A   I could have. |
| 04:01:07 | 4 | Q   Is there anyone else who could have? |
| 04:01:10 | 5 | A   I don't think so. I don't think there could |
| 04:01:12 | 6 | have been anybody else that I can remember. |
| 04:01:15 | 7 | Q   Who would know that this document existed? |
| 04:01:23 | 8 | A   Besides me? |
| 04:01:26 | 9 | Q   Well, did you know this document existed? |
| 04:01:29 | 10 | A   I remember seeing this kind of information |
| 04:01:34 | 11 | and stuff, like an expense sheet or something, but for |
| 04:01:40 | 12 | some reason I'm thinking it was an expense sheet done |
| 04:01:43 | 13 | in Excel or whatever. This one I'm not really |
| 04:01:49 | 14 | familiar with. |
| 04:01:52 | 15 | Q   Who other than you might you be familiar with |
| 04:01:54 | 16 | this? |
| 04:01:59 | 17 | A   I don't know. |
| 04:02:00 | 18 | Q   I want to ask you about the third item on |
| 04:02:03 | 19 | the spreadsheet. It says, "Cell phone, equipment |
| 04:02:06 | 20 | provided to Ms. Zirintusa, $99 estimated, |
| 04:02:10 | 21 | September 2004." Do you remember this item? |
| 04:02:21 | 22 | A   I do remember -- I remember something about |

## Page 180

| 04:02:28 | 1 | a cell phone. I can't recall. |
| 04:02:29 | 2 | Q   What do you remember about a cell phone? |
| 04:02:31 | 3 | A   That -- I want to say that either Idah had a |
| 04:02:38 | 4 | cell phone or was given a cell phone. I can't |
| 04:02:42 | 5 | remember. I just know that it was something about a |
| 04:02:46 | 6 | cell phone. |
| 04:02:47 | 7 | Q   Do you remember why Idah would have been |
| 04:02:49 | 8 | given a cell phone? |
| 04:02:51 | 9 | A   I don't. It could have been several |
| 04:03:03 | 10 | reasons. |
| 04:03:04 | 11 | Q   Does The Whitaker Group have any documents |
| 04:03:06 | 12 | relating to a cell phone provided for Ms. Zirintusa? |
| 04:03:09 | 13 | A   Not that I can remember. |
| 04:03:15 | 14 | Q   If there was, where would such documentation |
| 04:03:19 | 15 | be? |
| 04:03:19 | 16 | A   From 2004? I can't remember. I just don't |
| 04:03:33 | 17 | know. |
| 04:03:37 | 18 | Q   You testified a while back that you learned |
| 04:03:39 | 19 | about this litigation in 2005, correct? |
| 04:03:44 | 20 | A   Uh-huh. |
| 04:03:47 | 21 | Q   At that time did anybody make an effort to |
| 04:03:54 | 22 | collect documents related to Idah? |

## Page 181

| 04:03:58 | 1 | A   Collect documents? |
| 04:03:59 | 2 | Q   Yes. Did anyone at The Whitaker Group make |
| 04:04:05 | 3 | an effort to collect documents related to Idah? |
| 04:04:08 | 4 | A   Not that I recall, no. |
| 04:04:10 | 5 | Q   Did you or anyone at The Whitaker Group make |
| 04:04:13 | 6 | an effort to retain documents connected to Idah? |
| 04:04:19 | 7 | A   You mean as relates to the scholarship |
| 04:04:22 | 8 | program? |
| 04:04:22 | 9 | Q   Relating to Idah. |
| 04:04:34 | 10 | A   We had the scholarship program files, which |
| 04:04:36 | 11 | we have given you copies of. |
| 04:04:39 | 12 | Q   That wasn't the question that I asked. Did |
| 04:04:42 | 13 | anyone at The Whitaker Group, including yourself, make |
| 04:04:46 | 14 | an effort to retain files related to Idah? |
| 04:04:50 | 15 | A   Make an effort to retain? I would have to |
| 04:04:54 | 16 | answer no, other than regular copies of stuff that we |
| 04:05:01 | 17 | keep. |
| 04:05:06 | 18 | Q   So is it possible that some of the materials |
| 04:05:09 | 19 | relating to Idah could have been lost? |
| 04:05:23 | 20 | A   I would hope not, I mean as it relates to |
| 04:05:27 | 21 | any files that we keep in general, that none of her |
| 04:05:32 | 22 | files or anybody else's files have been lost. |

46 (Pages 178 to 181)

30(b)(6)DEPOSITION OF THE WHITAKER GROUP BY AND THROUGH THEIR CORPORATE REPRESENTATIVE SHEILA WILLIAMS
CONDUCTED ON MONDAY, MARCH 5, 2007

## Page 182

| | | |
|---|---|---|
| 04:05:36 | 1 | Q  But is it possible? |
| 04:05:42 | 2 | A  I guess it's possible.  I would say yes, I |
| 04:05:50 | 3 | guess it's possible. |
| 04:05:52 | 4 | Q  Did you or anyone else give an affirmative |
| 04:05:55 | 5 | instruction not to destroy documents relating to Idah |
| 04:06:01 | 6 | Zirintusa? |
| 04:06:02 | 7 | A  Did we give an affirmative -- |
| 04:06:05 | 8 | Q  Instruction not to destroy documents |
| 04:06:07 | 9 | relating to Idah Zirintusa. |
| 04:06:16 | 10 | A  No, we did not give any instructions not to |
| 04:06:21 | 11 | destroy documentations related to Idah Zirintusa.  Is |
| 04:06:25 | 12 | that what you're asking? |
| 04:06:27 | 13 | Q  Yes. |
| 04:06:28 | 14 | A  Whether or not anybody was -- okay. |
| 04:06:37 | 15 | MS. LIEBERMAN:  I'm going to show you |
| 04:06:39 | 16 | another document.  This is document RW00042. |
| 04:07:08 | 17 | (TWG Exhibit No. 17 was marked for |
| 04:07:08 | 18 | identification and attached to the deposition |
| 04:07:08 | 19 | transcript.) |
| 04:07:13 | 20 | BY MS. LIEBERMAN: |
| 04:07:20 | 21 | Q  And let me know when you're ready. |
| 04:07:24 | 22 | A  Okay. |

## Page 183

| | | |
|---|---|---|
| 04:07:25 | 1 | Q  Do you recognize this document? |
| 04:07:28 | 2 | A  I vaguely recognize this document. |
| 04:07:30 | 3 | Q  Is this a document that is kept in The |
| 04:07:33 | 4 | Whitaker Group files? |
| 04:07:41 | 5 | A  I can't say that they are kept in The |
| 04:07:43 | 6 | Whitaker Group files, because this, to me, looks like |
| 04:07:49 | 7 | expenses that Rosa Whitaker probably incurred on |
| 04:07:55 | 8 | behalf of Ms. Zirintusa.  These don't look like |
| 04:08:00 | 9 | Whitaker Group scholarship expenses. |
| 04:08:06 | 10 | Q  Why do you recognize this document? |
| 04:08:12 | 11 | A  I think I partially -- I mean it looks |
| 04:08:14 | 12 | familiar, but again it looks a little different from |
| 04:08:18 | 13 | the format I remember similar to this.  I remember |
| 04:08:26 | 14 | something very similar to this, but I want to say |
| 04:08:31 | 15 | maybe a different format or something.  This could be |
| 04:08:34 | 16 | the same format.  It was 2004, so this vaguely does |
| 04:08:38 | 17 | ring a bell to me. |
| 04:08:39 | 18 | Q  Did you create this document? |
| 04:08:45 | 19 | A  I can't remember. |
| 04:08:49 | 20 | Q  Is it possible that you created this |
| 04:08:50 | 21 | document? |
| 04:08:51 | 22 | A  I think it's possible. |

## Page 184

| | | |
|---|---|---|
| 04:08:54 | 1 | Q  Why would you have created this document? |
| 04:08:57 | 2 | A  I think this document -- again, you know, |
| 04:09:03 | 3 | I'm really looking at this, because this really does |
| 04:09:06 | 4 | not pertain to the scholarship program, The Whitaker |
| 04:09:09 | 5 | Group Scholarship Program, because these are none of |
| 04:09:14 | 6 | our expenses.  From what I'm looking at here, I'm not |
| 04:09:17 | 7 | answering that. |
| 04:09:25 | 8 | Q  I'm going to ask you one more question about |
| 04:09:27 | 9 | Exhibit 16. |
| 04:09:29 | 10 | A  Okay. |
| 04:09:31 | 11 | Q  The last item on the list is "air fare, |
| 04:09:36 | 12 | credit card, ticket from D.C. to Uganda," in the |
| 04:09:40 | 13 | amount of $1,029.70, and the date is December '04. |
| 04:09:47 | 14 | A  Yes. |
| 04:09:47 | 15 | Q  Why is this listed as compensation for Idah? |
| 04:09:54 | 16 | A  It's listed as compensation but probably |
| 04:09:57 | 17 | should be listed as an expense that was incurred on |
| 04:10:00 | 18 | behalf of Idah, because she was actually not given |
| 04:10:04 | 19 | $1,029.70.  She was given an airline ticket. |
| 04:10:11 | 20 | Q  And do you know what happened to the expense |
| 04:10:15 | 21 | on the credit card? |
| 04:10:17 | 22 | A  What happened to it? |

## Page 185

| | | |
|---|---|---|
| 04:10:18 | 1 | Q  Right.  Was the ticket ever used? |
| 04:10:22 | 2 | A  I don't know if she ever used it, but the |
| 04:10:29 | 3 | credit card was charged. |
| 04:10:30 | 4 | Q  Okay, the credit card was charged.  Did |
| 04:10:32 | 5 | somebody other than Idah use the ticket? |
| 04:10:34 | 6 | A  I would have no way of knowing. |
| 04:10:36 | 7 | Q  So did The Whitaker Group ever use that, |
| 04:10:44 | 8 | that expense towards another ticket for anyone else? |
| 04:10:48 | 9 | A  Not that I recall.  Oh, not that I recall, |
| 04:10:51 | 10 | no. |
| 04:10:52 | 11 | Q  So that money was lost to The Whitaker |
| 04:10:53 | 12 | Group? |
| 04:10:54 | 13 | A  Probably. |
| 04:10:57 | 14 | Q  What do you mean by "probably"? |
| 04:10:59 | 15 | A  By "probably" I mean we gave Idah the |
| 04:11:03 | 16 | ticket.  We never got a ticket back from Idah to cash |
| 04:11:08 | 17 | in or to use for any other person. |
| 04:11:12 | 18 | Q  And was the expense ever refunded to The |
| 04:11:16 | 19 | Whitaker Group? |
| 04:11:17 | 20 | A  Not that I can recall. |
| 04:11:18 | 21 | Q  Is there anyone else at The Whitaker Group |
| 04:11:21 | 22 | who would know whether or not that expense was ever |

47 (Pages 182 to 185)

30(b)(6)DEPOSITION OF THE WHITAKER GROUP BY AND THROUGH THEIR CORPORATE REPRESENTATIVE SHEILA WILLIAMS
CONDUCTED ON MONDAY, MARCH 5, 2007

## Page 186

04:11:27  1  refunded?

04:11:28  2    A  No.

04:12:03  3    Q  Ms. Williams, what is your title at The

04:12:04  4  Whitaker Group?

04:12:06  5    A  My current title is Chief Operating Officer.

04:12:12  6    Q  And how long have you held that position at

04:12:13  7  The Whitaker Group?

04:12:16  8    A  As COO?

04:12:18  9    Q  Yes.

04:12:21  10   A  I can't recall. I can't recall when that

04:12:27  11  title became effective.

04:12:29  12   Q  How long have you been at The Whitaker

04:12:30  13  Group?

04:12:43  14   A  You mean as it relates to the scholarship

04:12:45  15  program?

04:12:49  16   Q  No, I mean how long have you been at The

04:12:51  17  Whitaker Group?

04:12:53  18   A  If it's not related to the scholarship

04:12:56  19  program, I'm not answering any of those questions.

04:12:59  20   Q  What are your primary duties as Chief

04:13:01  21  Operating Officer?

04:13:04  22   A  As it relates to the scholarship program?

## Page 187

04:13:06  1    Q  No.

04:13:07  2    A  Okay. If it's outside of the scholarship

04:13:10  3  program, then I'm not answering any questions about

04:13:14  4  The Whitaker Group.

04:13:16  5    Q  Is Rosa Whitaker your sister?

04:13:23  6    A  Is it about the scholarship program? I

04:13:26  7  answer the same as it was before.

04:13:29  8    Q  Unless I say that it's about the scholarship

04:13:32  9  program, just interpret it just as I've stated the

04:13:35  10  question. Just to make it go quicker, say "same

04:13:38  11  answer."

04:13:39  12   A  Okay.

04:13:40  13   Q  Do you have any other family members that

04:13:42  14  work at Whitaker Group?

04:13:44  15   A  Same answer.

04:13:48  16   Q  How many hours do you work each week?

04:13:52  17   A  Same answer.

04:13:53  18   Q  How many days a week do you work?

04:13:55  19   A  Same answer.

04:14:03  20   Q  What professional degrees do you have, if

04:14:04  21  any?

04:14:05  22   A  Same answer.

## Page 188

04:14:07  1    Q  Do you have a degree in accounting?

04:14:12  2    A  Same answer.

04:14:17  3    Q  Did The Whitaker Group file tax returns for

04:14:21  4  2004?

04:14:21  5    A  Same answer.

04:14:25  6    Q  Did The Whitaker Group -- let me rephrase

04:14:32  7  the question. Did The Whitaker Group file tax returns

04:14:35  8  for the tax year of 2004?

04:14:37  9    A  Same answer.

04:14:42  10   Q  What was The Whitaker Group's income for

04:14:45  11  2004?

04:14:47  12   A  Same answer.

04:14:52  13   Q  How does The Whitaker Group compensate you?

04:14:55  14   A  Same answer.

04:14:59  15   Q  Do you receive a bonus at the end of the

04:15:01  16  year?

04:15:02  17   A  Same answer.

04:15:19  18   Q  How long has Rosa Whitaker been employed by

04:15:21  19  The Whitaker Group?

04:15:23  20   A  Same answer.

04:15:24  21   Q  How many hours a day does Ms. Whitaker work?

04:15:34  22   A  Same answer.

## Page 189

04:15:38  1    Q  How many days per week does Ms. Whitaker

04:15:43  2  work?

04:15:43  3    A  Same answer.

04:15:44  4    Q  How many hours does Ms. Whitaker work --

04:15:48  5  does Ms. Whitaker spend inside the office?

04:15:52  6    A  Same answer.

04:15:53  7    Q  Does Ms. Whitaker typically work late hours?

04:15:56  8    A  Same answer.

04:16:01  9    Q  What is Ms. Whitaker's salary?

04:16:04  10   A  Same answer.

04:16:05  11   Q  Does Ms. Whitaker receive a bonus?

04:16:07  12   A  Same answer.

04:16:09  13   Q  How much does Ms. Whitaker travel on

04:16:12  14  average?

04:16:12  15   A  Same answer.

04:16:13  16   Q  Does Ms. Whitaker have a secretary?

04:16:17  17   A  Same answer.

04:16:18  18   Q  Does she have a personal assistant?

04:16:20  19   A  Same answer.

04:16:25  20     MS. LIEBERMAN: One second off the record.

04:16:30  21     (Whereupon, a recess was taken from 4:16

04:16:30  22  p.m. to 4:17 p.m.)

48 (Pages 186 to 189)

30(b)(6)DEPOSITION OF THE WHITAKER GROUP BY AND THROUGH THEIR CORPORATE REPRESENTATIVE SHEILA WILLIAMS
CONDUCTED ON MONDAY, MARCH 5, 2007

Page 190

| | | |
|---|---|---|
| 04:17:36 | 1 | MS. LIEBERMAN: Okay, we'll go back on the |
| 04:17:37 | 2 | record. |
| 04:17:42 | 3 | BY MS. LIEBERMAN: |
| 04:17:53 | 4 | Q Ms. Williams, did The Whitaker Group make -- |
| 04:17:59 | 5 | have any writeoffs in their tax returns in 2004 in |
| 04:18:07 | 6 | relation to the scholarship program? |
| 04:18:09 | 7 | A Same answer. |
| 04:18:10 | 8 | Q In relation to the scholarship program? |
| 04:18:12 | 9 | A Oh, in relationship to the scholarship |
| 04:18:14 | 10 | program? Writeoffs? What do you mean by "writeoffs"? |
| 04:18:22 | 11 | Q Did they make any deductions for -- did they |
| 04:18:25 | 12 | claim any deductions for any expenses related to the |
| 04:18:29 | 13 | scholarship program? |
| 04:18:30 | 14 | A You mean in terms of contribution deductions |
| 04:18:32 | 15 | or what? |
| 04:18:34 | 16 | Q Well, okay, let's take in terms of |
| 04:18:37 | 17 | contributions first. |
| 04:18:39 | 18 | A I have to defer to Mr. Waller. Not that I |
| 04:18:42 | 19 | can recall. |
| 04:18:44 | 20 | Q Did you compare -- did you collect |
| 04:18:50 | 21 | information related to the scholarship program for the |
| 04:18:58 | 22 | tax returns for the tax year 2004? |

Page 191

| | | |
|---|---|---|
| 04:19:01 | 1 | A For The Whitaker Group? |
| 04:19:04 | 2 | Q Yes. |
| 04:19:05 | 3 | A Same answer as before. That has nothing to |
| 04:19:07 | 4 | do with the scholarship program. |
| 04:19:09 | 5 | Q I'm talking about in relation to the |
| 04:19:11 | 6 | scholarship program. Did you provide information to |
| 04:19:12 | 7 | an accountant for the tax year of 2004? |
| 04:19:21 | 8 | MR. WALLER: Let's go off the record for one |
| 04:19:23 | 9 | minute. |
| 04:19:30 | 10 | (Whereupon, a recess was taken from 4:19 |
| 04:19:30 | 11 | p.m. to 4:20 p.m.) |
| 04:20:02 | 12 | MR. WALLER: Any information relevant to the |
| 04:20:04 | 13 | financial affairs of The Whitaker Group was in my |
| 04:20:09 | 14 | purview, was in my office. Ms. Williams' knowledge of |
| 04:20:13 | 15 | the financial affairs is limited, extremely limited, |
| 04:20:18 | 16 | and therefore she's not in a position to answer any |
| 04:20:20 | 17 | questions relevant to any financial aspects of The |
| 04:20:24 | 18 | Whitaker Group. That includes the scholarship |
| 04:20:27 | 19 | program. She can only deal with the operational |
| 04:20:30 | 20 | aspect. That's why she's here. |
| 04:20:32 | 21 | BY MS. LIEBERMAN: |
| 04:20:33 | 22 | Q Ms. Williams, so are you today unprepared to |

Page 192

| | | |
|---|---|---|
| 04:20:36 | 1 | talk about tax information in connection with The |
| 04:20:38 | 2 | Whitaker Group Scholarship Program? |
| 04:20:43 | 3 | MR. WALLER: Let me -- maybe that wasn't |
| 04:20:45 | 4 | clear. It's not that she's unprepared. That presumes |
| 04:20:49 | 5 | that she would be in a position to be prepared. She |
| 04:20:52 | 6 | doesn't have any information regarding the financial |
| 04:20:54 | 7 | affairs of The Whitaker Group per se, nor does she |
| 04:20:56 | 8 | have any information relevant to the financial affairs |
| 04:20:59 | 9 | of the particular program you're alluding to, meaning |
| 04:21:02 | 10 | the scholarship program. |
| 04:21:05 | 11 | MS. LIEBERMAN: Counsel, are you objecting |
| 04:21:06 | 12 | to the question? |
| 04:21:06 | 13 | MR. WALLER: I'm objecting to the question |
| 04:21:08 | 14 | in light of the previous statement I made. |
| 04:21:09 | 15 | MS. LIEBERMAN: What is the ground for the |
| 04:21:11 | 16 | objection? |
| 04:21:11 | 17 | MR. WALLER: She does not have -- she's an |
| 04:21:13 | 18 | operational person. She doesn't have any information |
| 04:21:15 | 19 | relevant to the financial affairs, and when you |
| 04:21:17 | 20 | indicated was she unprepared, that's not really a |
| 04:21:22 | 21 | point worth noting. She is not prepared because she |
| 04:21:26 | 22 | is not in a position to be prepared. |

Page 193

| | | |
|---|---|---|
| 04:21:28 | 1 | MS. LIEBERMAN: Well, counsel, that |
| 04:21:29 | 2 | objection is not a recognizable objection under the |
| 04:21:32 | 3 | Federal Rules, so I'm going to repeat the question, |
| 04:21:36 | 4 | and if you have an appropriate objection -- |
| 04:21:39 | 5 | MR. WALLER: Well, I do think you should |
| 04:21:40 | 6 | rephrase the question in light of what I told you |
| 04:21:42 | 7 | before. |
| 04:21:42 | 8 | MS. LIEBERMAN: But what is the objection? |
| 04:21:45 | 9 | MR. WALLER: The objection is that the |
| 04:21:46 | 10 | question has no relevancy as to what this witness is |
| 04:21:48 | 11 | able to testify about. |
| 04:21:49 | 12 | MS. LIEBERMAN: Again I'm going to pose the |
| 04:21:51 | 13 | question to you, and let me know if you understand the |
| 04:21:53 | 14 | question as I asked it. |
| 04:22:14 | 15 | Laurie, would you please read the question |
| 04:22:16 | 16 | back. |
| 04:22:16 | 17 | (Whereupon, reporter reads requested |
| 04:22:16 | 18 | material.) |
| 04:22:17 | 19 | THE WITNESS: And I can answer that by |
| 04:22:19 | 20 | saying it's not that I'm unprepared. I think it's |
| 04:22:22 | 21 | inappropriate to direct that question to me. |
| 04:22:25 | 22 | |

49 (Pages 190 to 193)

30(b)(6)DEPOSITION OF THE WHITAKER GROUP BY AND THROUGH THEIR CORPORATE REPRESENTATIVE SHEILA WILLIAMS
CONDUCTED ON MONDAY, MARCH 5, 2007

Page 194

| 04:22:25 | 1 | BY MS. LIEBERMAN: |
| 04:22:25 | 2 | Q   Before you came to the deposition, did you |
| 04:22:29 | 3 | look at tax information related to The Whitaker Group? |
| 04:22:35 | 4 | A   Related to The Whitaker Group?  No. |
| 04:22:39 | 5 | Q   Okay.  Did you look at any financial |
| 04:22:45 | 6 | information related to The Whitaker Group? |
| 04:22:47 | 7 | A   Not that I recall, other than stuff for the |
| 04:22:52 | 8 | scholarship program that your office has copies of. |
| 04:24:00 | 9 | MS. LIEBERMAN:  I'm going to take a five- to |
| 04:24:02 | 10 | ten-minute break, and we're going to go off the record |
| 04:24:06 | 11 | at this time. |
| 04:24:07 | 12 | THE WITNESS:  Okay. |
| 04:24:08 | 13 | (Whereupon, a recess was taken from |
| 04:24:08 | 14 | 4:24 p.m. to 4:33 p.m.) |
| 04:33:48 | 15 | BY MS. LIEBERMAN: |
| 04:33:50 | 16 | Q   Ms. Williams, how did you determine that you |
| 04:33:55 | 17 | were the person most qualified to respond to the |
| 04:33:59 | 18 | subpoena today? |
| 04:34:08 | 19 | A   I don't know that I can answer that. |
| 04:34:11 | 20 | Q   And what's the basis for your -- |
| 04:34:13 | 21 | A   Well -- |
| 04:34:14 | 22 | Q   Excuse me.  Just let me finish for the court |

Page 195

| 04:34:16 | 1 | reporter.  What is the basis for your opinion that you |
| 04:34:22 | 2 | can't answer the question? |
| 04:34:35 | 3 | A   I guess my response would be that as relates |
| 04:34:40 | 4 | to the scholarship program I probably have more |
| 04:34:43 | 5 | information than anybody else, and that was my area of |
| 04:34:48 | 6 | focus, TWG Scholarship Program. |
| 04:35:04 | 7 | Q   And is it correct that you're testifying |
| 04:35:06 | 8 | today that you are not the person who is most informed |
| 04:35:10 | 9 | to testify about the finances of The Whitaker Group? |
| 04:35:16 | 10 | A   I go back to my same answer I had before as |
| 04:35:19 | 11 | relates to the Whitaker Group, that since your |
| 04:35:22 | 12 | question does not specifically ask information about |
| 04:35:26 | 13 | the scholarship program, then I'm not answering. |
| 04:35:30 | 14 | Q   Okay, so you're refusing to answer the |
| 04:35:31 | 15 | question that I'm posing, which is whether or not you |
| 04:35:37 | 16 | are the person at The Whitaker Group who is most |
| 04:35:39 | 17 | informed about the finances; is that correct? |
| 04:35:42 | 18 | A   That's correct. |
| 04:35:43 | 19 | Q   Okay, and so you're not going to answer any |
| 04:35:48 | 20 | questions related to the finances of The Whitaker |
| 04:35:49 | 21 | Group? |
| 04:35:50 | 22 | A   That's correct. |

Page 196

| 04:35:50 | 1 | Q   Who is better qualified to testify about |
| 04:35:53 | 2 | that than you? |
| 04:35:54 | 3 | A   About finances for The Whitaker Group? |
| 04:35:56 | 4 | Q   Yes. |
| 04:35:57 | 5 | A   Again the same answer I gave just now.  I'm |
| 04:35:59 | 6 | not answering any questions as relates to anything |
| 04:36:03 | 7 | outside of the scholarship program.  It sounds like |
| 04:36:08 | 8 | your question has to do with The Whitaker Group |
| 04:36:10 | 9 | itself. |
| 04:36:11 | 10 | MS. LIEBERMAN:  And counsel, are you |
| 04:36:13 | 11 | instructing the witness not to answer the question |
| 04:36:14 | 12 | that I just posed? |
| 04:36:17 | 13 | MR. WALLER:  Well, I think the witness has |
| 04:36:19 | 14 | answered your question.  Number two, any conversation |
| 04:36:22 | 15 | I have had with my client before and after or during |
| 04:36:26 | 16 | this deposition are privileged conversations, and I'm |
| 04:36:29 | 17 | not going to discuss the contents of our conversations |
| 04:36:33 | 18 | under any circumstances. |
| 04:36:35 | 19 | MS. LIEBERMAN:  So you're going to allow her |
| 04:36:36 | 20 | to refuse to testify about the question that I just |
| 04:36:39 | 21 | posed about who is most knowledgable at The Whitaker |
| 04:36:41 | 22 | Group about the finances of The Whitaker Group? |

Page 197

| 04:36:47 | 1 | MR. WALLER:  She answered the question based |
| 04:36:48 | 2 | upon information and belief.  That's the best answer |
| 04:36:52 | 3 | you're going to get. |
| 04:36:53 | 4 | MS. LIEBERMAN:  So the answer is no, you're |
| 04:36:55 | 5 | not going to -- yes, you are going to allow her -- |
| 04:36:58 | 6 | MR. WALLER:  I'm advising my client to |
| 04:37:01 | 7 | testify and answer all questions truthfully, and she |
| 04:37:04 | 8 | has done that. |
| 04:37:11 | 9 | BY MS. LIEBERMAN: |
| 04:37:11 | 10 | Q   Okay, Ms. Williams, I've noticed that |
| 04:37:14 | 11 | through the deposition you've been jotting down notes; |
| 04:37:18 | 12 | is that correct? |
| 04:37:21 | 13 | A   Yes. |
| 04:37:22 | 14 | Q   I'd ask you to produce those notes to me |
| 04:37:25 | 15 | now, and we can make a copy of it, because that is |
| 04:37:28 | 16 | discoverable information. |
| 04:37:34 | 17 | A   I'm going to refuse that, because the notes |
| 04:37:36 | 18 | that I've been jotting down, some of which have |
| 04:37:40 | 19 | nothing to do with this deposition -- |
| 04:37:41 | 20 | Q   Well, I would renew my request and inform |
| 04:37:44 | 21 | you that that is not a relevant basis to refuse to |
| 04:37:46 | 22 | give them to us. |

50  (Pages 194 to 197)

30(b)(6)DEPOSITION OF THE WHITAKER GROUP BY AND THROUGH THEIR CORPORATE REPRESENTATIVE SHEILA WILLIAMS
CONDUCTED ON MONDAY, MARCH 5, 2007

Page 198

| 04:37:48 | 1 | A  I'm still refusing; okay? |
| 04:38:00 | 2 | Q  Now, you've said, Ms. Williams, that there |
| 04:38:03 | 3 | is a -- you've alluded to a folder that you have for |
| 04:38:06 | 4 | the scholarship program, a file or folder. |
| 04:38:11 | 5 | A  Yes. |
| 04:38:12 | 6 | Q  Have we gotten everything in that file or |
| 04:38:16 | 7 | folder relating to the scholarship program? |
| 04:38:23 | 8 | A  I'm going to say as far as I know, you have, |
| 04:38:30 | 9 | but again I don't have a stack of anything in front of |
| 04:38:33 | 10 | me, so, you know, I don't know off the top of my head |
| 04:38:38 | 11 | what I actually prepared to send to you. |
| 04:38:41 | 12 | Q  So you didn't produce everything in that |
| 04:38:43 | 13 | file? |
| 04:38:43 | 14 | A  No, that's not what I said.  I said as far |
| 04:38:45 | 15 | as I know, you have everything, but, you know, I would |
| 04:38:50 | 16 | need to look at what's in the folder and stuff so that |
| 04:38:53 | 17 | I could, you know, remember that this is everything |
| 04:38:55 | 18 | that was Xeroxed and sent to you. |
| 04:39:00 | 19 | Q  So are you prepared to testify about what is |
| 04:39:02 | 20 | in that folder today? |
| 04:39:11 | 21 | A  What's in the scholarship file? |
| 04:39:13 | 22 | Q  Yes. |

Page 199

| 04:39:14 | 1 | A  Yes. |
| 04:39:14 | 2 | Q  Although you don't know what's in the |
| 04:39:16 | 3 | folder? |
| 04:39:16 | 4 | A  No, I'm assuming that everything is there |
| 04:39:19 | 5 | that you have copies of. |
| 04:39:20 | 6 | Q  But you're not sure? |
| 04:39:29 | 7 | A  You know, I'm pretty sure.  I'm pretty sure, |
| 04:39:33 | 8 | but I can't say a hundred percent. |
| 04:39:36 | 9 | Q  Did you give us the whole thing, or did you |
| 04:39:39 | 10 | pick and choose things in the file? |
| 04:39:42 | 11 | A  I did not give you copies of the legal |
| 04:39:46 | 12 | information and stuff that have gone back and forth as |
| 04:39:50 | 13 | it relates to the case from Ms. Zirintusa.  I did not |
| 04:39:55 | 14 | give that information to you. |
| 04:39:56 | 15 | Q  Is there anything else that you did not give |
| 04:39:59 | 16 | to us? |
| 04:40:05 | 17 | A  No, I'm pretty sure I gave you everything, |
| 04:40:07 | 18 | because I looked at the subpoena and I tried to pull |
| 04:40:10 | 19 | information consistent with the subpoena, and it did |
| 04:40:13 | 20 | not include the legal documents. |
| 04:40:16 | 21 | Q  Did you look through the hard drives of the |
| 04:40:20 | 22 | computers -- excuse me, let me just finish -- the hard |

Page 200

| 04:40:24 | 1 | drives of the computers at The Whitaker Group to see |
| 04:40:28 | 2 | if there was any documentation responsive to the |
| 04:40:31 | 3 | subpoena? |
| 04:40:34 | 4 | A  Did I personally look at the hard drives of |
| 04:40:39 | 5 | all of the computers at The Whitaker Group; is that |
| 04:40:41 | 6 | what you're asking me? |
| 04:40:42 | 7 | Q  Yes. |
| 04:40:43 | 8 | A  No. |
| 04:40:52 | 9 | Q  Which computers did you look through?  Which |
| 04:40:54 | 10 | hard drives did you look at? |
| 04:40:56 | 11 | A  I looked at hard drives of computer |
| 04:40:59 | 12 | information at The Whitaker Group as relates to |
| 04:41:02 | 13 | the scholarship program on my computer. |
| 04:41:05 | 14 | Q  So you only looked on your computer? |
| 04:41:08 | 15 | A  Yes, because I could not think of any other |
| 04:41:13 | 16 | computer that would have any scholarship information |
| 04:41:18 | 17 | on it. |
| 04:41:19 | 18 | Q  Did you look at Rosa's computer? |
| 04:41:26 | 19 | A  No. |
| 04:41:27 | 20 | Q  Did you look -- you referenced that you |
| 04:41:30 | 21 | looked at e-mails.  Did you -- whose e-mail accounts |
| 04:41:35 | 22 | did you look at when responding to the subpoena? |

Page 201

| 04:41:39 | 1 | A  I tried to look at Rosa's e-mails as far |
| 04:41:46 | 2 | back as I could go, my e-mails as far back as I could |
| 04:41:50 | 3 | go that had anything to do with the scholarship |
| 04:41:54 | 4 | program. |
| 04:41:55 | 5 | Q  And how far back was that? |
| 04:41:57 | 6 | A  I -- I want to say I was able to pull |
| 04:42:01 | 7 | something as far back as 2004, if I remember |
| 04:42:05 | 8 | correctly. |
| 04:42:07 | 9 | Q  And why didn't you go back further? |
| 04:42:12 | 10 | A  Because if I'm not mistaken, the first |
| 04:42:16 | 11 | scholarship we may have done would have been in 2004. |
| 04:42:22 | 12 | Q  Okay, and what was the most recent e-mail |
| 04:42:26 | 13 | that you looked at? |
| 04:42:28 | 14 | A  2006. |
| 04:42:30 | 15 | Q  Would that include up to the present when |
| 04:42:33 | 16 | you received the subpoena? |
| 04:42:36 | 17 | A  I don't know that I looked in January. |
| 04:42:42 | 18 | Q  So you did not look for responsive e-mails |
| 04:42:45 | 19 | in 2007? |
| 04:42:46 | 20 | A  No.  We got the subpoena in January 2007, |
| 04:42:51 | 21 | and I want to say I looked up through the end of 2006. |
| 04:42:55 | 22 | Q  Okay.  Just to inform you, you have a |

51 (Pages 198 to 201)

30(b)(6)DEPOSITION OF THE WHITAKER GROUP BY AND THROUGH THEIR CORPORATE REPRESENTATIVE SHEILA WILLIAMS
CONDUCTED ON MONDAY, MARCH 5, 2007

Page 202

| Time | # | Text |
|---|---|---|
| 04:42:59 | 1 | continuing obligation to produce any information that |
| 04:43:02 | 2 | is relevant the subpoena, even in 2007, just |
| 04:43:07 | 3 | throughout the litigation as any relevant information |
| 04:43:11 | 4 | comes up. |
| 04:43:12 | 5 | So you didn't look for 2007; that's your |
| 04:43:17 | 6 | testimony? |
| 04:43:19 | 7 | A  Not that I recall, no. |
| 04:43:25 | 8 | Q  Did you look at bank records in preparing |
| 04:43:28 | 9 | for this deposition? |
| 04:43:33 | 10 | A  Bank records?  Not that I recall. |
| 04:43:41 | 11 | Q  And did you look at credit card statements? |
| 04:43:43 | 12 | A  Not that I recall, no. |
| 04:43:45 | 13 | Q  Did you look at wire transfers? |
| 04:43:55 | 14 | A  I can't remember.  I want to say that maybe |
| 04:44:03 | 15 | I did not, but I can't remember for sure. |
| 04:44:06 | 16 | Q  So you're really not prepared to testify |
| 04:44:08 | 17 | today as a witness representative of The Whitaker |
| 04:44:11 | 18 | Group, are you? |
| 04:44:14 | 19 | A  I'm as prepared, I think, as anyone can be, |
| 04:44:18 | 20 | given the information that I came here to respond to, |
| 04:44:21 | 21 | which was the scholarship information. |
| 04:44:24 | 22 | Q  Yet you don't have that information related |

Page 203

| Time | # | Text |
|---|---|---|
| 04:44:31 | 1 | to bank records and the scholarship program, right? |
| 04:44:36 | 2 | A  I did not look at bank records as relates to |
| 04:44:41 | 3 | the scholarship program. |
| 04:44:44 | 4 | Q  So you're unprepared to testify as to the |
| 04:44:46 | 5 | bank records that might have to do with the |
| 04:44:48 | 6 | scholarship program? |
| 04:44:49 | 7 | A  I'm not going to say I'm not prepared, |
| 04:44:51 | 8 | because for the most part we had copies of checks for |
| 04:44:53 | 9 | those things that we funded as relates to |
| 04:44:57 | 10 | scholarship program. |
| 04:44:58 | 11 | Q  But you're not prepared to talk about wire |
| 04:45:00 | 12 | transfers that may have been made in connection to the |
| 04:45:05 | 13 | scholarship program? |
| 04:45:08 | 14 | A  I can't answer that, no. |
| 04:45:10 | 15 | Q  Why not? |
| 04:45:12 | 16 | A  Because I can't remember all of the |
| 04:45:14 | 17 | information that I looked at. |
| 04:45:15 | 18 | Q  But there was a wire transfer you testified |
| 04:45:18 | 19 | earlier about? |
| 04:45:19 | 20 | A  Yes.  As I said, I can't respond to that |
| 04:45:21 | 21 | now, because -- there was information and stuff, I'm |
| 04:45:26 | 22 | pretty sure, but I did not pull information.  This is |

Page 204

| Time | # | Text |
|---|---|---|
| 04:45:35 | 1 | just from memory. |
| 04:45:36 | 2 | Q  So you're really not prepared to talk about |
| 04:45:39 | 3 | that? |
| 04:45:39 | 4 | A  I guess if you want to phrase it like that, |
| 04:45:43 | 5 | then I'm not prepared. |
| 04:45:44 | 6 | Q  So you're not? |
| 04:45:44 | 7 | A  Okay. |
| 04:45:46 | 8 | MS. LIEBERMAN:  Well, at this time I'm going |
| 04:45:47 | 9 | to -- we will adjourn at this time.  I don't have any |
| 04:45:51 | 10 | further questions at this time. |
| 04:45:54 | 11 | MR. LAKATOS:  Right.  I think as you |
| 04:45:55 | 12 | understand, we are going to move to compel the |
| 04:45:57 | 13 | testimony that you're withholding. |
| 04:45:59 | 14 | MR. WALLER:  You know, the last time I |
| 04:46:01 | 15 | checked, it was a good court, there was a lot of |
| 04:46:04 | 16 | people coming with that motion, so I look forward to |
| 04:46:07 | 17 | seeing you in court, counsel. |
| 04:46:10 | 18 | MS. LIEBERMAN:  Thank you. |
| 04:46:11 | 19 | (Signature having not been waived, the |
| 04:46:11 | 20 | deposition of SHEILA WILLIAMS was concluded at 4:46 |
| 04:46:11 | 21 | p.m.) |
| 04:46:11 | 22 | |

Page 205

| # | Text |
|---|---|
| 1 | |
| 2 | |
| 3 | ACKNOWLEDGEMENT OF WITNESS |
| 4 | |
| 5 | I, Sheila Williams, corporate designee for |
| 6 | The Whitaker Group, do hereby acknowledge that I have |
| 7 | read and examined the foregoing testimony, and the |
| 8 | same is a true, correct and complete transcription of |
| 9 | the testimony given by me, and any corrections appear |
| 10 | on the attached Errata sheet signed by me. |
| 11 | |
| 12 | |
| 13 | _____ |
| 14 | (DATE)      (SIGNATURE) |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202)861-3410  (800)292-4789  (301)762-8282  (703)288-0026  (410)539-3664

30(b)(6)DEPOSITION OF THE WHITAKER GROUP BY AND THROUGH THEIR CORPORATE REPRESENTATIVE SHEILA WILLIAMS
CONDUCTED ON MONDAY, MARCH 5, 2007

Page 206

```
 1        E R R A T A  S H E E T

 2   IN RE:  ZIRINTUSA VS. WHITAKER AND HARRIS

 3   RETURN BY:

 4   PAGE  LINE         CORRECTION AND REASON

 5        ____  ____  _____

 6        ____  ____  _____

 7        ____  ____  _____

 8        ____  ____  _____

 9        ____  ____  _____

10        ____  ____  _____

11        ____  ____  _____

12        ____  ____  _____

13        ____  ____  _____

14        ____  ____  _____

15        ____  ____  _____

16        ____  ____  _____

17        ____  ____  _____

18        ____  ____  _____

19        ____  ____  _____

20        ____  ____  _____

21        ____  ____  _____

22   (DATE)      (SIGNATURE)
```

Page 208

```
 1

 2

 3   CERTIFICATE OF SHORTHAND REPORTER -- NOTARY PUBLIC

 4        I, Laurie Bangart-Smith, Registered
     Professional Reporter, the officer before whom the

 5   foregoing deposition was taken, do hereby certify that
     the foregoing transcript is a true and correct record

 6   of the testimony given; that said testimony was taken
     by me stenographically and thereafter reduced to

 7   typewriting under my supervision; and that I am
     neither counsel for, related to, nor employed by any

 8   of the parties to this case and have no interest,
     financial or otherwise, in its outcome.

 9

         IN WITNESS WHEREOF, I have hereunto set my
10   hand and affixed my notarial seal this 14th day of
     March, 2007.

11

12

13   My commission expires:  March 14th, 2011

14

15

16   _____

17   LAURIE BANGART-SMITH
     NOTARY PUBLIC IN AND FOR

18   THE DISTRICT OF COLUMBIA

19

20

21

22
```

Page 207

```
 1        E R R A T A  S H E E T

 2   IN RE:  ZIRINTUSA VS. WHITAKER AND HARRIS

 3   RETURN BY:

 4   PAGE  LINE         CORRECTION AND REASON

 5        ____  ____  _____

 6        ____  ____  _____

 7        ____  ____  _____

 8        ____  ____  _____

 9        ____  ____  _____

10        ____  ____  _____

11        ____  ____  _____

12        ____  ____  _____

13        ____  ____  _____

14        ____  ____  _____

15        ____  ____  _____

16        ____  ____  _____

17        ____  ____  _____

18        ____  ____  _____

19        ____  ____  _____

20        ____  ____  _____

21        ____  ____  _____

22   (DATE)      (SIGNATURE)
```

53 (Pages 206 to 208)