# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IDAH ZIRINTUSA | ) | |
| The Plaintiff, | ) | |
| v. | ) | |
| ROSA WHITAKER, et. al. | ) | Civil Action No. 05-1738 (EGS/JMF) |
| Defendants. | ) | |

## STIPULATION AND PROTECTIVE ORDER

Pursuant to this Court's June 6, 2007, Order, Plaintiff Idah Zirintusa and Defendants Rosa Whitaker and Pauline Harris hereby enter into, and submit for the Court's approval, this Stipulation and Protective Order ("Order") for the protection of confidential information during the course of this litigation, as follows:

1. Documents produced and information gleaned from any discovery in this matter shall be used only in this case and not otherwise disclosed. Accordingly, unless the Court rules otherwise, such documents, testimony or information, whether produced by a party or a third-party such as The Whitaker Group, shall not be disclosed to any person other than: (a) counsel of record to any Party to this Order, (b) the clerical, paralegal staff, or other support staff of such counsel to this action employed during the preparation for and trial of this action; (c) the Parties to this Order; (d) persons retained by either Party to this Order to furnish expert services or advice or to give expert testimony in this action; (e) deponents and court reporters in this action; (f) the Court, Court personnel and jurors; and (g) in the case of bank records, other

banks that may have additional discoverable information, but only to the extent necessary to discover such information.

2. Any person who is to obtain access to confidential information pursuant to paragraph 1, except for Court personnel or banks receiving bank record information, shall prior to receipt of such confidential documents or information (a) be informed by the Party providing access to such confidential documents or information of the terms of this Order; (b) agree in writing to be bound by the terms of this Order by executing the Undertaking attached hereto as Exhibit A; and (c) submit to the authority of this Court for enforcement of this Order.

3. Any documents and pleadings filed with this Court that contain personal or proprietary information of parties not subject to this action shall be redacted before being filed on the public docket.  The parties shall submit un-redacted versions to the Court under seal.  The parties also may designate their own personal or proprietary information as such by informing the opposing party of the information they deem personal or proprietary.  Information designated as personal or proprietary by any party shall be afforded the protections described in this paragraph.

4. This Order shall survive the termination of this litigation.  The Court shall retain jurisdiction, even after termination of this lawsuit, to enforce this Order and to make such amendments and modifications to this Order as may be appropriate.

DCDB01 20858442.1   11-Jun-07 14:31

Dated: June 11, 2007               Respectfully submitted,

                                   MAYER BROWN ROWE & MAW LLP


                                   ____/s/_____
                                   Alex C. Lakatos (D.C. Bar No. 453763)
                                   Mayer, Brown, Rowe & Maw LLP
                                   1909 K Street, N.W.
                                   Washington, D.C. 20006-1101
                                   Tel: (202) 263-3000
                                   Fax: (202) 263-5312
                                   alakatos@mayerbrownrowe.com
                                   Counsel for Plaintiff Idah Zirintusa



                                   HANNON LAW GROUP


                                   _____/s/_____
                                   J. Michael Hanlon (D.C. Bar. 352526)
                                   1901 18th Street N.W.
                                   Washington, D.C. 20009
                                   (202) 745-6880 (direct)
                                   (202) 232-3704 (fax)
                                   jhannon@hannonlawgroup.com

# **ATTACHMENT A**

# **AFFIDAVIT**

State/District of _____)
                          )
County/City of _____)        SS:

      1.    My name is _____.

I live at _____.
                                 (state address)

      2.    I am aware that the parties have stipulated to a Protective Order regarding the confidentiality of information and documents produced by the parties in Zirintusa v. Whitaker, Civil Action No. 05-1738 (EGS/JMF), in the United States District Court for the District of Columbia.  A copy of the Protective Order has been given to me.

      3.    I promise that documents and information given confidential treatment under the Protective Order will be used by me only in testifying and/or assisting counsel in preparing for and conducting the litigation of the above-referenced case and not for any business, personal or other purposes whatsoever.

      4.    I understand that any use by me of documents or information given confidential treatment under the Protective Order, or any portion or summaries thereof, in any manner contrary to the provisions of the Protective Order will subject me to the sanctions of the Court.

                                                                       _____
                                                                         (signature)

Subscribed and sworn to
before me this __ day of
_____, 2007.