UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IDAH ZIRINTUSA | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-1738 (EGS) |
| ROSA WHITAKER, et. al. | : |
| Defendants. | : |

### CONSENT MOTION TO EXTEND DISCOVERY

Come now the parties, through their respective counsel, and present this consent motion to extend discovery to and including August 31, 2007.

Discovery currently is scheduled to end on July 9, 2007. The Parties counsel met on June 21, 2007, to discuss the case in general and the status of discovery in particular. In that meeting, counsel identified additional discovery which cannot be completed by July 9, 2007. For example, Defendants will be supplementing their answers to interrogatories. The Whitaker Group's Rule 30(b)(6) deposition, postponed by litigation, needs to be scheduled in July. Documents for that deposition need to be assembled and produced. In addition, Defendant Pauline Harris has not been able to attend to her deposition by Plaintiff due to illness. Presently, it is unclear when Ms. Harris will be available.

In addition, both parties plan to take de bene esse depositions of at least four witnesses in Africa, and more time is needed to arrange these depositions. The parties have also identified at least four witnesses in the Washington, D.C., area whose depositions will be required. It is also anticipated that Plaintiff may need time for additional discovery once the Rule 30(b)(6) deposition of The Whitaker Group is completed.

Currently, a status conference is scheduled for August 8, 2007. The Parties propose that

the status conference remain on that date, although discovery would continue through the last day of August if the Court grants this extension.

There should be no prejudice to the Court and parties as this is the first request for an extension of discovery.

Dated: June 25, 2007                                  Respectfully submitted,

                                                     HANNON LAW GROUP, LLP


                                                            //s// J. Michael Hannon
                                                     J. Michael Hannon, #352526
                                                     1901 18th Street, N.W.
                                                     Washington, DC 20009
                                                     (202) 232-1907
                                                     (202) 232-3704 (facsimile)
                                                     jhannon@hannonlawgroup.com

                                                     *Attorney for Defendants Rosa Whitaker
                                                     and Pauline Harris*


                                                            //s// Alex C. Lakatos
                                                     Alex C. Lakatos, D.C. Bar No. 453763
                                                     MAYER, BROWN, ROWE & MAW LLP
                                                     1909 K Street, N.W.
                                                     Washington, D.C. 20006-1101
                                                     Tel: (202) 263-3000
                                                     alakatos@mayerbrownrowe.com

                                                     *Attorney for Plaintiff Idah Zirintusa*

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a copy of the foregoing **Consent Motion to Extend Discovery** was sent via electronic filing this 25th day of June 2007, to:

Alex C. Lakatos
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, N.W.
Washington, D.C. 20006-1101

Kerri Sherlock
BREAK THE CHAIN CAMPAIGN
733 15th Street, N.W.
Washington, D.C. 20005

Johnny Barnes
7725 16th Street, N.W.
Washington, D.C. 20012

                                              *//s// J. Michael Hannon*
                                              J. Michael Hannon