UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IDAH ZIRINTUSA | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 05-1738 (EGS) |
| ROSA WHITAKER, et. al. | : | |
| Defendants. | : | |

## **ORDER**

Upon consideration of the Consent Motion to Extend Discovery, it is by the Court, this day of _____, 2007,

**ORDERED**, that the Consent Motion to Extend Discovery be, and is hereby, **GRANTED** and that discovery is extended to and including August 31, 2007. It is

**FURTHER ORDERED,** that the status conference will remain scheduled for August 8, 2007.

                        **SO ORDERED.**

                        _____
                        **Emmet G. Sullivan**
                        **United States District Judge**

Copies to:

J. Michael Hannon
HANNON LAW GROUP, LLP
1901 18th Street, N.W.
Washington, D.C. 20009

Johnny Barnes
7725 16th Street, N.W.
Washington, D.C. 20012

Alex C. Lakatos
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, N.W.
Washington, D.C. 20006-1101

Kerri Sherlock
BREAK THE CHAIN CAMPAIGN
733 15th Street, N.W.
Washington, D.C. 20005