**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | |
|---|---|
| IDAH ZIRINTUSA,<br><br> Plaintiff,<br><br>  v.<br><br>ROSA WHITAKER<br><br>and<br><br>PAULINE HARRIS,<br><br> Defendants. | Case No. 1:05CV01738 (EGS/JMF) |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Plaintiff Idah Zirintusa hereby notifies the Court that, effective immediately, Kerri Sherlock (D.C. Bar No. 480873) withdraws as an attorney of record for the plaintiff, effective immediately. Alex C. Lakatos (D.C. Bar No. 453673) of Mayer Brown Rowe & Maw LLP, will remain the lead attorney.

         Respectfully submitted,

         **s/ Kerri Sherlock**

Kerri Sherlock (D.C. Bar No. 480873)        Idah Zirintusa
509 Pickwick Village Way
Silver Spring, MD 20901




*Counsel for the Plaintiff*                        *Plaintiff*

June 18, 2007