UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IDAH ZIRINTUSA | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-1738 (EGS) |
| ROSA WHITAKER, et. al. | : |
| Defendants. | : |

## MOTION TO DISCHARGE COUNSEL

Comes now Defendants Rosa Whitaker, through her counsel HANNON LAW GROUP, LLP, and requests that the Court discharge Johnny Barnes, D.C. Bar #212985, as the attorney of record for Defendant Rosa Whitaker. J. Michael Hannon, D.C. Bar # 352526, will remain the lead attorney.

Dated: August 10, 2007                Respectfully submitted,

_____
Rosa Whitaker


HANNON LAW GROUP, LLP

_____
J. Michael Hannon, #352526
1901 18th Street, N.W.
Washington, DC 20009
(202) 232-1907
(202) 232-3704 (facsimile)
jhannon@hannonlawgroup.com

*Attorney for Defendants Rosa Whitaker
and Pauline Harris*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **Motion to Discharge Counsel** was sent via first class mail this 15 day of August 2007, to:

Alex C. Lakatos
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, N.W.
Washington, D.C. 20006-1101

Johnny Barnes
7725 16th Street, N.W.
Washington, D.C. 20012

_____
J. Michael Hannon