## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IDAH ZIRINTUSA | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-1738 (EGS/JMF) |
| | : | |
| ROSA WHITAKER, et. al. | : | |
| | : | |
| Defendants. | : | |

## **ERRATA**

Defendant Rosa Whitaker hereby respectfully notifies the Court and the plaintiff of an error in defendant's Motion to Discharge Counsel, filed August 15, 2007. Defendant inadvertently did not attach the Memorandum of Points and Authorities in Support of the Motion to Discharge Counsel and the corresponding form of Order in her original filing. The defendant respectfully submits the attachments with this Errata and asks the Court to accept them for filing with her Motion to Discharge Counsel.

Respectfully submitted,

HANNON LAW GROUP, LLP


_____*/s/ J. Michael Hannon*_____
J. Michael Hannon
1901 18th Street, N.W.
Washington, D.C. 20009
(202) 232-1907
(202) 232-3704 Facsimile
jhannon@hannonlawgroup.com

2

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a copy of the foregoing **Errata** was sent via first class mail this 15th day of August 2007, to:

Alex C. Lakatos
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, N.W.
Washington, D.C.  20006-1101

                                          */s/ J. Michael Hannon*
                                          J. Michael Hannon