**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IDAH ZIRINTUSA | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No.  05-1738 (EGS) |
| | : |
| ROSA WHITAKER, et. al. | : |
| | : |
| Defendants. | : |

**MEMORANDUM OF POINTS AND AUTHORITIES**
**IN SUPPORT OF MOTION TO DISCHARGE COUNSEL**

Comes now Defendant Rosa Whitaker, through her counsel HANNON LAW GROUP, LLP, and requests that the Court discharge Johnny Barnes, D.C. Bar #212985, as the attorney for record for Defendant Rosa Whitaker.  J. Michael Hannon, D.C. Bar # 352526, will remain the lead attorney.

In compliance with Local Rule 83.6(b), a notice of withdrawal was sent to Johnny Barnes on June 19, 2007, requesting him to sign the motion and return it to the HANNON LAW GROUP.  After sending Mr. Barnes several e-mails and leaving several voice mail messages in June and July, Mr. Barnes has never returned the notice of withdrawal to file with the Court.  As a result, Defendant Rosa Whitaker requests that the Court enter an order discharging Mr. Johnny Barnes as the attorney for record.  There should be no prejudice to the Court, as Mr. Barnes has not been participating in this litigation, since Mr. Hannon has been entered into this case as counsel.

Respectfully submitted,

HANNON LAW GROUP, LLP

_____/s/ J. Michael Hannon_____
J. Michael Hannon, #352526
1901 18th Street, N.W.
Washington, DC 20009
(202) 232-1907
(202) 232-3704 (facsimile)
jhannon@hannonlawgroup.com

*Attorney for Defendants Rosa Whitaker and Pauline Harris*