UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IDAH ZIRINTUSA | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-1738 (EGS) |
| ROSA WHITAKER, et. al. | : |
| Defendants. | : |

## ORDER

Upon consideration of the Motion to Discharge Counsel, it is by the Court, this ___ day of _____, 2007,

**ORDERED**, that the Motion to Discharge Counsel be, and is hereby,

**GRANTED** and that Johnny Barnes is discharged as the attorney for record for Defendant Rosa Whitaker.

**SO ORDERED.**

_____
**Emmet G. Sullivan**
**United States District Judge**

Copies to:

J. Michael Hannon
HANNON LAW GROUP, LLP
1901 18th Street, N.W.
Washington, D.C. 20009

Johnny Barnes
7725 16th Street, N.W.
Washington, D.C.  20012

Alex C. Lakatos
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, N.W.
Washington, D.C.  20006-1101