UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IDAH ZIRINTUSA, ) | |
| ) | |
| The Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 05-1738 |
| ROSA WHITAKER, et. al. ) | |
| (EGS/JMF) ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF NAME CHANGE

To:   J. Michael Hannon                         Johnny Barnes
      Hannon Law Group, LLP                     7725 16th Street, N.W.
      1901 18th Street, N.W.                    Washington, D.C.  20012
      Washington, D.C.  20009

    Please take notice that effective August 31, 2007 the name of MAYER, BROWN ROWE & MAW LLP will be:

MAYER BROWN LLP
Our office address remains:
1909 K Street, N.W.
Washington, D.C.  20006-1101
(202) 263-3000
(202) 263-3300

Our email address will change from mayerbrownrowe.com to mayerbrown.com

Kindly use the new firm name in all pleadings, correspondence, and other documents after August 30, 2007.

DATED: August 17, 2007

>                    /s/
> MAYER, BROWN, ROWE & MAW LLP

Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, Illinois 60606
(312) 782-0600
Facsimile (312) 701-7711

**CERTIFICATE OF SERVICE**

I, Alex C. Lakatos, certify that I caused a copy of the foregoing Notice of Name Change on all attorneys of record by enclosing a true and correct copy of same and depositing said notice in the U.S. Mail with proper postage prepaid, on the 17th day of August, 2007.

/s/
Alex C. Lakatos