**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

**Idah Zirintusa**

**Plaintiff,**

**v.**

**Rosa Whitaker**

**and**

**Pauline Harris**

**Defendants.**

**Civil Action No. 1:05CV1738**

**DECLARATION OF ALEX C. LAKATOS**

I, Alex C. Lakatos, Esq., do hereby depose and say:

1. I am counsel for Plaintiff Idah Zirintusa in the above-captioned matter.

2. Attached as Exhibit 1 hereto is a true and correct copy of the Amended Notice of Deposition Duces Tecum of CHB Health LLC pursuant to Rule 30(b)(6), scheduling a deposition for September 5, 2007.

3. Attached as Exhibit 2 hereto is a true and correct copy of the Amended Notice of Deposition Duces Tecum of Merrill Solomon, scheduling a deposition for September 10, 2007.

4. Attached as Exhibit 3 hereto is a true and correct copy of the e-mail from Plaintiff's counsel Alex Lakatos, Esq. to Defendants' counsel Michael Hannon, Esq. on August 16, 2007, and e-mail reply of Mr. Hannon to Mr. Lakatos on August 17, 2007.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 17, 2007.

_______*/s/*______________________________
Alex C. Lakatos

# Exhibit 1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

IDAH ZIRINTUSA :
:
Plaintiff, :
:
v. : Civil Action No. 05-1738 (EGS/JMF)
:
ROSA WHITAKER, et. al. :
:
Defendants. :

**AMENDED NOTICE OF DEPOSITION DUCES TECUM OF**
**CBH HEALTH LLC PURSUANT TO RULE 30(B)(6)**

Please take notice that counsel for Rosa Whitaker and Pauline Harris, pursuant to the Federal Rules of Civil Procedure, will take the deposition of **CBH HEALTH LLC, on September 5, 2007, at 1:00 p.m.** in the offices of **Hannon Law Group LLP, located at 27 Wood Lane, Rockville, Maryland 20850**, for the purpose of discovery or use as evidence or both, before a court reporting service, or some other Notary Public.

**You are advised that, pursuant to Federal Rules of Civil Procedure 30(b)(6), you**

**(a) must designate one or more officers, directors, managing agents, or other persons who will testify on your behalf regarding the following matters:**

1. Discuss the meaning of all documents produced in compliance with this Notice.

2. Discuss all services provided by Idah Zirintusa to clients of CBH Health LLC.

3. Discuss the hiring and supervising of employees, including the hiring and supervising of Idah Zirintusa.

**(b) are requested to produce for inspection and copying at the deposition all documents or tangible things within your possession, custody and control related to or evidencing the following matters:**

1. All documents relating to Idah Zirintusa.

2. All documents relating to the care provided to Florence Solomon, the dates of care, and the identity of all employees providing care to Florence Solomon from August 18, 2004 to the present.

3. All documents reflecting Idah Zirintusa's social security number, passport information, and visa status.

4. Idah Zirintusa's personnel file.

5. All documents relating to the hiring of Idah Zirintusa, including but not limited to her employment application and her resume and references that she provided.

6. All correspondence and notes relating to Idah Zirintusa.

7. All checks written to Idah Zirintusa for any purpose.

Respectfully submitted,

HANNON LAW GROUP, LLP

J. Michael Hannon
1901 18th Street, N.W.
Washington, D.C. 20009
(202) 232-1907
(202) 232-3704 Facsimile
jhannon@hannonlawgroup.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **Amended Notice of Deposition Duces Tecum of CBH Health LLC Pursuant to Rule 30(b)(6)** was sent via first class mail this 15th day of August 2007, to:

Alex C. Lakatos
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, N.W.
Washington, D.C. 20006-1101

J. Michael Hannon

# Exhibit 2

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| IDAH ZIRINTUSA<br><br>Plaintiff,<br><br>v.<br><br>ROSA WHITAKER, et. al.<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action No. 05-1738 (EGS/JMF) |

**AMENDED NOTICE OF DEPOSITION DUCES TECUM OF MERRILL SOLOMON**

Please take notice that at the date, time and location set out below, counsel for Rosa Whitaker and Pauline Harris will take the deposition of the individual listed below for the purpose of discovery or use as evidence or both, before a court reporting service, or some other Notary Public. The deponent shall produce the documents requested set forth in the attachment to this Notice entitled "Attachment."

| | |
|---|---|
| **PERSON TO BE DEPOSED:** | **Merrill Solomon**<br>**10845 Pleasant Hill Drive**<br>**Potomac, Maryland 20854** |
| **DATE AND TIME:** | **September 10, 2007**<br>**10:00 a.m.** |
| **LOCATION:** | **Hannon Law Group**<br>**27 Wood Lane**<br>**Rockville, Maryland 20850** |

Respectfully submitted,

HANNON LAW GROUP, LLP

J. Michael Hannon
1901 18th Street, N.W.
Washington, D.C. 20009
(202) 232-1907
(202) 232-3704 Facsimile
jhannon@hannonlawgroup.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing **Amended Notice of Deposition Duces Tecum of Merrill Solomon** was sent via first class mail this 7th day of August 2007, to:

Alex C. Lakatos
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, N.W.
Washington, D.C. 20006-1101

J. Michael Hannon

ATTACHMENT

Instructions

Where documents in your possession are requested, the request includes any documents possessed or under the control of your agents and representatives, and unless privileged, your attorneys.

Please produce any and all documents, including but not limited to, any paper, book, notebook, calendar, diary, legal pad, record, report, statement, note, notice, writing, photograph, video tape, audiotape, transcript, correspondence, e-mails, memorandum, notation, financial record, communication, facsimile, summary of a record, interview, graphs, charts, computer printout, disc, compact disc, any matter that be downloaded from a computer or from any other mechanism where it is stored, drawing and any other tangible thing of whatever nature where information is located or maintained or other non-oral material prepared or obtained regarding the above incident. This should include but is not limited to the following:

1. All documents relating to Idah Zirintusa.

2. All original checks and copies of checks written to Idah Zirintusa for any purpose, on any account in which you have custody or control.

3. All documents relating to the employment of Idah Zirintusa.

4. All documents provided to you by Idah Zirintusa.

5. All documents relating to the provision of services given to Florence Solomon by CBH Health LLC or any other entity in which Idah Zirintusa has worked.

6. All documents of Idah Zirintusa providing her social security number, visa status, and/or passport information.

7. All documents reflecting the identity of other persons providing services to Florence Solomon.

8. All correspondence made between you and Idah Zirintusa or to anyone relating to Idah Zirintusa.

# Exhibit 3

**Lakatos, Alex**

---

**From:** J. Michael Hannon [jhannon@hannonlawgroup.com]
**Sent:** Friday, August 17, 2007 8:28 AM
**To:** Lakatos, Alex
**Cc:** Jermaine Cruz
**Subject:** RE: Discovery Deadline

Alex,

Without more specificity of what you need to do, I cannot agree to the motion. You can file it and state that we will file an opposition on or before August 24. If you wish, we can continue to communicate on your discovery plan and perhaps reach agreement before the 24th.

— Redacted —

Have a restful vacation.

Mike

J. Michael Hannon
HANNON LAW GROUP, LLP
1901 18th Street, N.W.
Washington, D.C. 20009
(202) 745-6880, Direct
(202) 232-1907, Alison
(202) 232-3704, FAX
jhannon@hannonlawgroup.com
www.hannonlawgroup.com

The information contained in this e-mail is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and as such is **PRIVILEGED AND CONFIDENTIAL**. If the reader of this message is not the intended recipient, you are hereby notified that you have received this message in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

---

**From:** Lakatos, Alex [mailto:ALakatos@mayerbrownrowe.com]
**Sent:** Thursday, August 16, 2007 5:31 PM
**To:** J. Michael Hannon
**Cc:** Lieberman, Sharan E.
**Subject:** Discovery Deadline

Michael,

As I noted, I intend to move the court to push the discovery deadline back to September 14. This will allow you time to take the depositions that you already have scheduled for September 5 and 10. I recently provided you with an updated list of the witnesses who we consider relevant, and which ones we depose will depend on who we are able to find. Also, I may want to depose Kivumbi Lutaaya and I am still waiting to hear from you the best way to contact him.

Please let me know if you will consent by tomorrow, as I intend to file the motion before I leave on vacation Saturday, August 18.

Best,

Alex

Alex Lakatos

Mayer, Brown, Rowe & Maw LLP
Washington D.C. Office
Phone: 202 263-3312
Fax: 202 263-5312
alakatos@mayerbrownrowe.com

IRS CIRCULAR 230 NOTICE. Any advice expressed above as to tax matters was neither written nor intended by the sender or Mayer, Brown, Rowe & Maw LLP to be used and cannot be used by any taxpayer for the purpose of avoiding tax penalties that may be imposed under U.S. tax law. If any person uses or refers to any such tax advice in promoting, marketing or recommending a partnership or other entity, investment plan or arrangement to any taxpayer, then (i) the advice was written to support the promotion or marketing (by a person other than Mayer, Brown, Rowe & Maw LLP) of that transaction or matter, and (ii) such taxpayers should seek advice based on the taxpayers particular circumstances from an independent tax advisor.

This email and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.