UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IDAH ZIRINITUSA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1738 (EGS/JMF |
| ) | |
| ROSA WHITAKER, et. Al., ) | |
| ) | |
| Defendants. ) | |

## RESPONSE OF ATTORNEY JOHNNY BARNES
## TO MOTION TO DISCHARGE COUNSEL

Comes now Johnny Barnes, Attorney of Record for Defendant Rosa Whitaker and in response to Defendant Whitaker's Motion to Discharge Counsel states the following:

1.      From the outset of this litigation, the undersigned Counsel urged Defendants, Rosa Whitaker and Pauline Harris and the potential third Defendant, The Whitaker Group, to seek separate Counsel.

2.      The undersigned Counsel repeated that view on countless occasions.

3.      Despite his urging, both defendants and the potential third defendant repeatedly expressed a preference to have the undersigned Counsel represent all of them.

4.      Finally, the undersigned Counsel's advice was listened to, and The Whitaker Group secured separate Counsel for its responses to discovery requests by Plaintiffs.

5.      Prior to that time, the undersigned Counsel provided legal advice and representation to both defendants and the potential third defendant The Whitaker Group.

6.      Subsequently, the undersigned Counsel's advice was again listened to, and both defendants secured the representation of Attorney J. Michael Hannon.

7.      Attorney Hannon entered his appearance on behalf of the Hannon Law Group.

8. Contrary to the false assertion in the Motion to Discharge, the undersigned Counsel has participated in the litigation since Attorney Hannon entered into this case.

9. Indeed, the undersigned Counsel met with Attorney Hannon and his Associate, Attorney Trebie Valancius, on separate occasions, provided background to both attorneys, shared with both attorneys his theory of the case and provided all relevant documents from the file to both.

10. At the time of the undersigned Counsel's joint meeting with Attorney Hannon and Attorney Valancius, Attorney Hannon inquired if the undersigned Counsel would be willing to participate in the trial of this case, should a trial ensue.

11. This expression by Attorney Hannon was consistent with the expression by Defendant Rosa Whitaker when last the undersigned spoke with her by telephone.

12. The undersigned Counsel indicated a willingness to do so, and since that meeting, has followed the litigation and read and reviewed all pleadings as the same have been filed.

13. Prior to that expression by Attorney Hannon, before the undersigned Counsel and Attorney Hannon met, the undersigned Counsel had, on countless occasions requested a Consent Withdrawal from both defendants. See the undersigned Counsel's Exhibit A.

14. Those requests and exchanges between the undersigned Counsel and Attorney Valancius, who has been the point of contact for the Hannon Law Group, were met with an apparent and inexplicable hostility from Attorney Valancius.

15. In time, on May 1, 2007, because a Consent Withdrawal was not forthcoming from Defendant Pauline Harris, the undersigned Counsel filed and was granted a Motion to Withdraw as Counsel of Record for that Defendant.

16. However, in light of the undersigned Counsel's last conversation with Defendant Rosa Whitaker and his conversation with Attorney Hannon when they met, the undersigned Counsel, as indicated, continued to follow the pleadings filed and to review the same, as if he was preparing for trial.

17. While it is true that Attorney Valancius sent a Notice of Withdrawal to the undersigned Counsel on behalf of Defendant Rosa Whitaker, that Notice was sent more than a month and a half after the Hannon Law Group entered its appearance, was in contradiction to the expressions of Defendant Rosa Whitaker and Attorney Hannon at the time the Hannon Law Group joined the case and ***was not signed by Defendant Rosa Whitaker*** (Emphasis Supplied).

18. The Rule on withdrawal of Counsel by consent is very clear; the party must agree to it so as to avoid unfair prejudice and to advance the interests of justice.

19. Having not heard directly from Defendant Rosa Whitaker and in light of the history of apparent and inexplicable hostility by Attorney Valancius, the undersigned Counsel did not sign the Notice of Withdrawal.

20. Notwithstanding the filing of the instant Motion, yet another month and following the filing of several additional pleadings, after that exchange, the undersigned Counsel has yet to hear directly from Defendant Rosa Whitaker on this matter.

MEMORANDUM OF POINTS AND AUTHORITIES

It is clear that LCvR 83.6(b) that a party must agree to a Notice of Withdrawal by that party's attorney of record. The Rule states, in pertinent part, "… an attorney may withdraw an appearance in a civil action by filing a notice of withdrawal signed by the attorney and the party represented …" The undersigned Counsel had requested on

3

countless occasions that he be allowed to withdraw as Attorney of Record; the undersigned Counsel, notwithstanding those requests, was forced to file a Motion to Withdraw as Counsel for Defendant Pauline Harris, the undersigned Counsel had not heard from Defendant Rosa Whitaker at the time Attorney Valancius sent the unsigned Notice of Withdrawal to him; in the last conversation the undersigned Counsel had with defendant Rosa Whitaker and Attorney Hannon, both expressed a desire for the undersigned Counsel to remain as Attorney of Record; the Notice of Withdrawal sent by Attorney Valancius was not signed by Defendant Rosa Whitaker; and Attorney Valancius had displayed an apparent and inexplicable hostility towards the undersigned Counsel. It was, therefore, prudent for the undersigned Counsel to make certain that defendant Rosa Whitaker's preference was that he withdraws from the case.

**Dated: 20 August 2007**                                    Respectfully Submitted,

*[signature]*

Johnny Barnes (D.C. Bar # 212985)
7725 – 16th Street, N.W.
Washington, D.C.    20012
Telephone (202) 882-2828
AttorneyJB@comcast.net

4

*Johnny Barnes*
Attorney At Law
7725 – 16th Street, N.W.
Washington, D.C. 20012

(202) 882-2828                                                                                                 (202) 841-6321/Cell

Michael Hannon, Esquire
Hannon Law Group
1901 – 18th Street, N.W.
Second Floor
Washington, D.C. 20036

      Re:   Zirintusa v. Whitaker and Harris

Via Hand Delivery

Dear Attorney Hannon:

Further to the telephone instructions from Ms. Rosa Whitaker, a Defendant in the above-referenced matter, and to our telephone conversation of yesterday, I am enclosing the operative documents to assist you in going forward as substitute counsel.

Upon indication from you or the court that a consent withdrawal has been filed by each Ms. Whitaker and Ms. Pauline Harris, the other Defendant in the case, noting my withdrawal as counsel of record for both, I shall deliver the remaining documents to you.

You will note, from the Court's Scheduling Order, that Plaintiff was required to file its Expert Witness Statement by 2 April 2007. None was filed. Defendants must file their Expert Witness Statements, if any, by 2 May 2007. Consistent with Ms. Whitaker's instructions, I shall no longer have any responsibilities in this matter, and I await the prompt filing of the consent withdrawals.

I remain of the view that Plaintiff is engaged in a giant "fishing expedition," using the discovery process in search of any thread that will hold this case together. There is none. A Motion for Summary Judgment at the appropriate time, centered on the Statute of Frauds, should bring this matter to a close.

Sincerely,

Johnny Barnes

Enclosures

Received By: _____

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IDAH ZIRINITUSA,                )
                                )
        Plaintiff,              )
                                )
v.                              )   Civil Action No. 05-1738 (EGS/JMF
                                )
ROSA WHITAKER, et. Al.,         )
                                )
        Defendants.             )

## ORDER

Upon consideration of the Motion to Discharge Counsel and the Response filed thereto, it is by the Court this _____ day of _____, 2007,

**ORDERED,** that the Motion to Discharge Counsel be, and hereby is, **DENIED.**

**FURTHER ORDERED** that Johnny Barnes be, and hereby is, allowed to withdraw by consent;

**FURTHER ORDERED** that Johnny Barnes shall have no Professional Responsibility to Defendant Rosa Whitaker;

**AND FURTHER ORDERED** that Attorney Hannon shall cause Defendant Rosa Whitaker to be present at the next Status Conference in this case so that the Court may, in the interest of fairness and justice, be satisfied that the wishes of Defendant Rosa Whitaker, with respect to counsel of record, are being followed.

**SO ORDERED.**

_____
**Emmet G. Sullivan**
**United States District Judge**

Copies to:

J. Michael Hannon
The Hannon Law Group, LLP
1901 – 18th Street, N.W.
Washington, D.C.      20009

Alex C. Lakatos
Mayer Brown LLP
1909 "K" Street, N.W.
Washington, D.C.      20006

Johnny Barnes
7725 – 16th Street, N.W.
Washington, D.C.      20012

Sheila Williams
The Whitaker Group, LLC
1133 21st Street, NW
Washington, DC 20036