**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| IDAH ZIRINTUSA | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No.  05-1738 (EGS) |
| | : | |
| ROSA WHITAKER, et. al. | : | |
| | : | |
| Defendants. | : | |

## RESPONSE TO PLAINTIFF'S MOTION TO EXTEND DISCOVERY

Come now Defendants Rosa Whitaker and Pauline Harris, through their counsel HANNON LAW GROUP, LLP, and consent to Plaintiff's request for an extension of discovery to September 14, 2007.

In so doing, however, Ms. Whitaker and Ms. Harris do not in any fashion endorse the unnecessary and unfounded characterizations counsel felt compelled to include in the motion. Indeed, Ms. Whitaker and Ms. Harris believe that some of the assertions in the motion violate Plaintiff's counsel's assurances that he would assiduously abide by the spirit of the Stipulation and Protective Order entered in this matter.  The protective order was sought by the Defendants, in part, because before filing suit and in an effort to coerce a settlement from the Defendants, counsel for Plaintiff concluded his demand letter to Ms. Whitaker as follows:  "[P]lease be advised that we have contacted a public relations firm that will assist Ms. Zirintusa in the event the matter is not revolved amicably."

Defendants also require additional time for discovery in part because of the need to file at least one motion to compel discovery from Plaintiff.

Respectfully submitted,

HANNON LAW GROUP, LLP


         */s/ J. Michael Hannon*
J. Michael Hannon, #352526
1901 18th Street, N.W.
Washington, DC 20009
(202) 232-1907
(202) 232-3704 (facsimile)
jhannon@hannonlawgroup.com

*Attorney for Defendants Rosa Whitaker
and Pauline Harris*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing **RESPONSE TO PLAINTIFF'S MOTION TO EXTEND DISCOVERY** was sent via first class mail this 24th day of August 2007, to:

Alex C. Lakatos
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, N.W.
Washington, D.C. 20006-1101

         */s/ J. Michael Hannon*
J. Michael Hannon
