UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IDAH ZIRINTUSA | : |
|     Plaintiff, | : |
| v. | :   Civil Action No.  05-1738 (EGS) |
| ROSA WHITAKER, et. al. | : |
|     Defendants. | : |

### DEFENDANTS' SUPPLEMENTATION OF INITIAL DISCLOSURES

Come now Defendants Rosa Whitaker and Pauline Harris, through their counsel HANNON LAW GROUP, LLP, and submit the foregoing witness list as a supplement to their initial disclosures on December 23, 2005.  The foregoing witness list complies with Fed. R. Civ. P. 26(e)(1) and LCvR 26.2.  Defendants submit that the following individuals are likely to have discoverable information that Defendants may use to support their claims:

1. Joy M. Zarembka
   Break the Chain
   Post Office Box34123
   Washington, DC 20043
   Office: (202) 387-7915

Executive Director of Break the Chain.

2. Robert Jacobs
   Montgomery College
   900 Hungerford Drive
   Rockville, MD 20850
   Office: (240) 567-5326
   Email: Robert.jacobs@montgomerycollege.edu

Account receivables manager at Montgomery College.

3. Heidi Russell-Kalkofen
   Montgomery College
   51 Mannakee Street

        Rockville, MD 20850
        Office: (301) 251-7962
        Email: heidi.russell-kalkofen@montgomerycollege.edu

International Student Coordinator at Montgomery College, Rockville campus.

4.     Jane Kizito
       3223 Hewitt Avenue
       Unit 104
       Silver Spring, MD 20906

Former landlord to Idah Zirintusa.

5.     Irene Nakanya
       (301) 238-4553

Offered Idah Zirintusa a temporary place to live.

6.     Senayit Mesflin
       Cell: (571) 277-3812
       Email: senayit_m@hotmail.com

Former Whitaker Group employee.

7.     Marjorie Obita
       117 Autumn Hill Way
       Gaithersburg, MD 20877
       Home: (301) 990-9056

Idah Zirintusa currently lives in her home.

8.     Kerri Sherlock
       509 Pickwick Village Way
       Silver Spring, MD 20901

Former managing attorney at Break The Chain and former counsel to Idah Zirintusa.

9.     Merrill Solomon
       10845 Pleasant Hill Drive
       Potomac, MD 20854
       Home: (301) 299-5628

Idah Zirintusa is caretaker of his elderly mother.

10. Rayetta Jackson
    CBH Health LLC
    9605 Medical Center Drive
    Suite 270
    Rockville, Maryland 20850
    Cell: (301) 938-3799

Program Director for CBH Health's Mar-Lyn Housing.

11. Sheila Williams
    The Whitaker Group
    1133 21st Street, NW
    Suite 405
    Washington, DC 20036
    Office: (202) 293-1453

Chief Operating Officer for the Whitaker Group and sister to Rosa Whitaker

12. Eunice Akitobi
    Montgomery College
    7600 Takoma Avenue
    Takoma Park, MD 20912
    Office: (240) 442-5973

Registrar at Montgomery College.

13. Amelia Kyambadde
    Phone: 011 256 414 234 522

Secretary to the President of Uganda.

14. Nimisha Madhvani
    Mobile: 011 919 818 091 518
    Office: 011 911 126 144 413

Former employees of the Ugandan Embassy in Washington, DC.

15. Tolu Peters
    1567 McClean Commons Court
    McClean, VA 22101
    Home: (703) 356-2251

16. Kivumbi Lutaaya
    Phone: 011 256 772 501 475
    Email: lutkiv@statehouse.go.ug

Human Resources Manager at the Ugandan State House.

17. Peter Hancon
    Email: HanconPG@state.gov

Employee at Ugandan Embassy in Uganda.

18. Dr. Inonge Mbiusita Lewanika
    Embassy of the Republic of Zimbabwe
    2419 Massachussetts Avenue, NW
    Washington, DC 20009
    (202) 265-9717

Ambassador of the Republic of Zambia.

19. Laurie Blackman
    Audrey Qualls-Murphy
    Institute of Gerontology
    4340 Connecticut Avenue, NW
    Washington, DC 20008
    Phone: (202) 274-6697

Director and Office Assistant at the Institute of Gerontology of the University of the District of Columbia.

20. Monica Bell
    Kaiser Permanente
    2101 East Jefferson Street
    Rockville, Maryland 20849

Benefits Analyst at Kaiser Foundation Health Plan.

Dated: September 14, 2007                    Respectfully Submitted

                                                        HANNON LAW GROUP, LLP

                                                        *//s// J. Michael Hannon*
                                                      J. Michael Hannon, #352526
                                                      1901 18th Street, N.W.
                                                      Washington, DC 20009
                                                      (202) 232-1907
                                                      (202) 232-3704 (facsimile)
                                                      jhannon@hannonlawgroup.com

                                                      *Attorney for Defendants Rosa Whitaker and Pauline Harris and Interested Party The Whitaker Group*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a copy of the foregoing **Defendants' Supplementation of Initial Disclosures** was sent via electronic mail and first class mail this 14th day of September, 2007, to:

Alex C. Lakatos
Sharan E. Lieberman
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, N.W.
Washington, D.C. 20006-1101

                                                              *//s// J. Michael Hannon*
                                                             J. Michael Hannon