UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IDAH ZIRINTUSA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1738 (EGS) |
| ) | |
| ROSA WHITAKER, *et al.* ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Pursuant to the status hearing held on September 20, 2007, it is hereby

**ORDERED** that all discovery shall close on **October 12, 2007;** and it is

**FURTHER ORDERED** that any motions concerning discovery issues shall be filed by no later than **October 26, 2007;** responses shall be filed by **November 8, 2007;** and, replies, if any, shall be filed by no later than **November 16, 2007.** Upon the resolution of any remaining discovery issues, the Court will put in place a briefing schedule for dispositive motions.

**SO ORDERED.**

**Signed:   Emmet G. Sullivan**
**United States District Judge**
**September 21, 2007**