UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IDAH ZIRINTUSA,  )<br>  )<br>The Plaintiff,  )<br>  )<br>v.  )<br>  )<br>ROSA WHITAKER, et. al.  )<br>  )<br>Defendants.  )<br>  ) | Civil Action No. 05-1738(EGS/JMF) |

### PLAINTIFF IDAH ZIRINTUSA'S MOTION FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL

Pursuant to Local Rule of Civil Procedure 5.1(j), this Court's Minute Order dated June 12, 2007, granting Motion for a Protective Order, and the Stipulation and Protective Order (Docket Entry 54), paragraph 3, Plaintiff seeks leave to file under seal the following documents that contain personal or proprietary information: (1) the Memorandum of Facts and Law in Support of Plaintiff Idah Zirintusa's Motion for Protective Order Barring Discovery into Her Immigration Status; (2) the Declaration of Alex C. Lakatos (Oct. 26, 2007) in Support Thereof; (3) the Memorandum of Facts and Law in Support of Plaintiff Idah Zirintusa's Motion for Discovery Sanctions; and (4) the Declaration of Alex C. Lakatos (Oct. 26, 2007) in Support Thereof.

WHEREFORE, Plaintiff respectfully request that this Court GRANT her Motion for Leave To File under Seal.

Dated: October 26, 2007                                                  Respectfully submitted,


    /s/  Alex C. Lakatos _ _ _ ____
Alex C. Lakatos
DC Bar No: 453763
MAYER BROWN LLP
1909 K Street N.W.,
Washington, D.C. 20006-1101

*Counsel for Ms. Idah Zirintisa.*