**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| IDAH ZIRINTUSA | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No.  05-1738 (EGS) |
| | : | **FILE UNDER SEAL** |
| ROSA WHITAKER, et. al. | : | |
| | : | |
| Defendants. | : | |

**DEFENDANTS' MOTION FOR LEAVE TO**
**FILE CERTAIN DOCUMENTS UNDER SEAL**

Pursuant to Local Rule of Civil Procedure 5.1(j), this Court's Order of January 12, 2007,

granting Motion for Protective Order, and the Stipulation and Protective Order in this case,

Defendants' seek leave to file under seal Defendants' Motion to Compel Discovery from

Plaintiff Idah Zirintusa and Third Party Deponent Break the Chain, The Memorandum of Points

and Authorities In Support of the Motion to Compel Discovery from Plaintiff Idah Zirintusa and

Third Party Deponent Break the Chain and its accompanying exhibits.  The aforementioned

documents contain personal and proprietary information.

WHEREFORE, Defendants Rosa Whitaker and Pauline Harris respectfully request that

this Court grant their Motion for Leave to File Under Seal.

Dated: October 26, 2007                Respectfully submitted,

                                       HANNON LAW GROUP, LLP


                                       //s// J. Michael Hannon//s//
                                       J. Michael Hannon, #352526
                                       1901 18th Street, N.W.
                                       Washington, DC 20009
                                       (202) 232-1907
                                       (202) 232-3704 (facsimile)
                                       jhannon@hannonlawgroup.com

                                       *Attorney for Defendants Rosa Whitaker and Pauline*
                                       *Harris and Interested Party The Whitaker Group*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **Defendants' Motion to Compel Discovery** was served this 26th day of October 2007, to:

Alex C. Lakatos
Sharan E. Lieberman
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, N.W.
Washington, D.C.  20006-1101

Break The Chain
C/O Catherine E. Stahl
Dechert LLP
1775 I Street, N.W.
Wasghington, D.C. 20006

//s// J. Michael Hannon//s//
J. Michael Hannon