UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IDAH ZIRINTUSA                        :
                                      :
         Plaintiff,                   :
                                      :
    v.                                :      Civil Action No.  05-1738 (EGS)
                                      :
ROSA WHITAKER, et. al.                :
                                      :
         Defendants.                  :

## ORDER

Upon consideration of Defendants' Motion for Leave to File Certain Documents Under Seal, by the Court, this __ day of _____, 2007, it is so,

**ORDERED**, that the Defendants' Motion for Leave to File Certain Documents Under Seal be, and is hereby, **GRANTED**. It is further

**ORDERED**, that the Defendants' Motion to Compel Discovery from Plaintiff Idah Zirintusa and Third Party Deponent Break the Chain, The Memorandum of Points and Authorities In Support of the Motion to Compel Discovery from Plaintiff Idah Zirintusa and Third Party Deponent Break the Chain and its accompanying exhibits shall be filed under protective seal pursuant to the Stipulation and Protective Order of June 12, 2007.

**SO ORDERED.**

_____
**Emmet G. Sullivan**
**United States District Judge**

Copies to:

Alex C. Lakatos
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, N.W.
Washington, D.C.  20006-1101

Break The Chain
C/O Catherine E. Stahl
Dechert LLP
1775 I Street, N.W.
Wasghington, D.C. 20006