UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IDAH ZIRINTUSA ) | |
| ) | |
| The Plaintiff, ) | |
| ) | Civil Action No. 05-1738(EGS/JMF) |
| v. ) | |
| ) | |
| ROSA WHITAKER, et. al. ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF IDAH ZIRINTUSA'S MOTION FOR PROTECTIVE ORDER
BARRING DISCOVERY INTO HER IMMIGRATION STATUS**

Pursuant to Federal Rule of Civil Procedure 26(c) Plaintiff Idah Zirintusa respectfully moves this Court for a Protective Order barring the conduct of any discovery into her past and present U.S. immigration status and any other immigration matters or materials. In support of this Motion, Plaintiff has filed under Seal (with a Motion Seeking Leave to File Under Seal Pursuant to LCvR 5.1(j)), a Memorandum of Facts and Law in Support of the Motion, and the Declaration of Alex C. Lakatos (Oct. 26, 2007) in Support Thereof. Plaintiff also has filed a proposed Protective Order barring discovery into her U.S. immigration status and any other immigration matters or materials.

WHEREFORE, Plaintiff respectfully request that this Court GRANT her Motion for Protective Order.

Dated: October 26, 2007                                             Respectfully submitted,

                                                                    /s/ Alex C. Lakatos
                                                                    Alex C. Lakatos
                                                                    DC Bar No: 453763
                                                                    MAYER BROWN LLP
                                                                    1909 K Street N.W.,
                                                                    Washington, D.C. 20006-1101
                                                                    (202) 263-3000
                                                                    alakatos@mayerbrown.com

                                                                    *Counsel for Ms. Idah Zirintisa.*

Certificate Pursuant to LCvR 7(m)

Counsel has conferred with opposing counsel in a good faith effort to resolve this dispute in accordance with LCvR 7(m). This motion is opposed.

_____
Alex C. Lakatos, Esq. (DC Bar No. 453763)