UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IDAH ZIRINTUSA ) | |
| ) | |
| The Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1738 (EGS/JMF) |
| ) | |
| ROSA WHITAKER, et. al. ) | |
| ) | |
| Defendants. ) | |

**[PROPOSED] PROTECTIVE ORDER**

Upon consideration of Plaintiff Idah Zirintusa's Motion for Protective Order Barring Discovery into Her Immigration Status, Defendant's Opposition thereto, and Plaintiff's Reply in Support thereof, it is hereby ORDERED:

1. That Plaintiff Idah Zirintusa's Motion for Protective Order Barring Discovery into Her Immigration Status is granted;

2. That Defendant shall not be permitted to conduct any discovery into Plaintiff's immigration status or any other immigration matters or materials concerning the Plaintiff.

_____
Judge Emmet G. Sullivan
United States District Court for the District of Columbia