UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IDAH ZIRINTUSA )<br>)<br>The Plaintiff, )<br>)<br>v. )<br>)<br>ROSA WHITAKER, et. al. )<br>)<br>Defendants. )<br>) | Civil Action No. 05-1738(EGS/JMF) |

**PLAINTIFF IDAH ZIRINTUSA'S MOTION FOR
DISCOVERY SANCTIONS AND TO COMPEL**

Pursuant to Fed. R. Civ. P. 37 and/or this Court's inherent power, Plaintiff Idah Zirintusa moves for an order imposing sanctions upon the defendants and compelling the defendants to produce certain discovery. Specifically, Ms. Zirintusa moves this Court to enter an Order that: (1) the following facts shall be taken to be established for purposes of this action: That Idah Zirintusa performed housework for Defendant Pauline Harris for at least 1 twelve-hour day, per week, for a period of seventeen weeks, between August 18, 2004 and December 24, 2004; (2) Defendants shall not be permitted to introduce evidence to contradict the established fact that Idah Zirintusa performed housework for Defendant Pauline Harris for 1 twelve-hour day, per week, for a period of seventeen weeks, between August 18, 2004 and December 24; 2004; (3) the jury shall be instructed with an adverse inference instruction, instructing that the Court has determined that Defendant Pauline Harris did deliberately destroy evidence of the contents of her home, and accordingly, the jury may presume that any evidence therein would have been

contrary to any positions being advanced by Defendant Harris and favorable to any positions being advance by Plaintiff Zirintusa, including the question of the nature and amount of work that Ms. Zirintusa performed for Ms. Harris; (4) Ms. Harris shall pay Plaintiff monetary sanctions in an amount the greater of $10,000 or 5% of the profits realized from the sale of her home at 1616 Decatur Street; (5) Ms. Harris shall pay Plaintiff's costs and attorneys fees in connection with Plaintiff's efforts to enter Ms. Harris's land pursuant to Rule 34(a)(2), and Plaintiff's costs and attorneys fees for bringing the Motion for Discovery Sanction and to Compel; (6) Ms. Whitaker shall sign her February 2, 2007, Responses and Objections to Plaintiff's First Set of Interrogatories and her February 1, 2007, Responses and Objections to Plaintiff's Request for Admissions, and provide those signed copies to Plaintiff within 10 days of the date of the Order; (7) Ms. Whitaker within ten days of the entry of the Order shall produce all documents responsive to Plaintiff's Fourth Set of Requests for the Production of Documents to as to which Ms. Whitaker did not assert any objections and that Ms. Whitaker has not yet produced; (8) following the resolution of the merits of the case, whether by judgment or settlement, Plaintiff may raise the issue of fees and costs incurred due to the failure of Defendant's counsel to attend a deposition that Defendant's counsel had scheduled; and (9) docket entry Docket Entry 63, Defendants' Rule 26(a)(2) Statement, be stricken from the docket.

In support of this Motion, Plaintiff will file under Seal (pursuant to a Motion Seeking Leave to File Under Seal Pursuant to LCvR 5.1(j)), an unredacted Memorandum of Facts and Law in Support of the Motion, and an unredacted Declaration of Alex C. Lakatos (Oct. 26, 2007) in Support Thereof. Redacted versions of the foregoing will be

filed via ECF. Plaintiff also has filed a proposed Order granting the relief described above.

    WHEREFORE, Plaintiff respectfully request that this Court GRANT her Motion for Discovery Sanction and To Compel.

Dated: October 26, 2007                                       Respectfully submitted,

                                                                 /s/ Alex C. Lakatos
                                                    Alex C. Lakatos
                                                    DC Bar No: 453763
                                                    MAYER BROWN LLP
                                                    1909 K Street N.W.,
                                                    Washington, D.C. 20006-1101
                                                    (202) 263-3000
                                                    alakatos@mayerbrown.com

                                                    *Counsel for Ms. Idah Zirintisa.*

Certificate Pursuant to LCvR 7(m)

Counsel has conferred with opposing counsel in a good faith effort to resolve this dispute in accordance with LCvR 7(m). This motion is opposed, except the parts of the Order sought pursuant to Points 8 and 9 above, as to which the parties' consent.

                                                    /s/ Alex C. Lakatos
                                                    Alex C. Lakatos, Esq. (DC Bar No. 453763)