UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IDAH ZIRINTUSA )<br>)<br>The Plaintiff, )<br>)<br>v. )<br>)<br>ROSA WHITAKER, et. al. )<br>)<br>)<br>Defendants. )<br>) | Civil Action No. 05-1738 (EGS/JMF) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff Idah Zirintusa's Motion for Discovery Sanctions and To Compel, Defendant's Opposition thereto, and Plaintiff's Reply in Support thereof, it is by the Court hereby:

1.  **ORDERED** that Plaintiff Idah Zirintusa's Motion for Discovery Sanctions and To Compel is granted;

2.  **FURTHER ORDERED** that the following facts shall be taken to be established for purposes of this action:  That Idah Zirintusa performed housework for Defendant Pauline Harris for at least 1 twelve-hour day, per week, for a period of seventeen weeks, between August 18, 2004 and December 24, 2004;

3.  **FURTHER ORDERED** that Defendants shall not be permitted to introduce evidence to contradict the established fact that Idah Zirintusa performed housework for Defendant Pauline Harris for 1 twelve-hour day, per week, for a period of seventeen weeks, between August 18, 2004 and December 24; 2004;

4. **FURTHER ORDERED** that the jury shall be instructed with an adverse inference instruction, instructing that the Court has determined that Defendant Pauline Harris did deliberately destroy evidence of the contents of her home, and accordingly, the jury may presume that any evidence therein would have been contrary to any positions being advanced by Defendant Harris and favorable to any positions being advance by Plaintiff Zirintusa, including the question of the nature and amount of work that Ms. Zirintusa performed for Ms. Harris;

5. **FURTHER ORDERED** that Ms. Harris shall pay Plaintiff monetary sanctions in an amount the greater of $10,000 or 5% of the profits realized from the sale of her home at 1616 Decatur Street;

6. **FURTHER ORDERED** that Ms. Harris shall pay Plaintiff's costs and attorneys fees in connection with Plaintiff's efforts to enter Ms. Harris's land pursuant to Rule 34(a)(2), and Plaintiff's costs and attorneys fees for bringing the Motion for Discovery Sanction and to Compel;

7. **FURTHER ORDERED** that Ms. Whitaker shall sign her February 2, 2007, Responses and Objections to Plaintiff's First Set of Interrogatories and her February 1, 2007, Responses and Objections to Plaintiff's Request for Admissions, and provide those signed copies to Plaintiff within 10 days of the date of this Order;

8. **FURTHER ORDERED** that Ms. Whitaker within ten days of the entry of the Order shall produce all documents responsive to Plaintiff's Fourth Set of Requests for the Production of Documents to as to which Ms. Whitaker did not assert any objections and that Ms. Whitaker has not yet produced;

9.  **FURTHER ORDERED** that, following the resolution of the merits of the case, whether by judgment or settlement, Plaintiff may raise the issue of fees and costs incurred due to the failure of Defendant's counsel to attend a deposition that Defendant's counsel had scheduled; and

10. **FURTHER ORDERED** that docket entry Docket Entry 63, Defendants' Rule 26(a)(2) Statement, be stricken from the docket.

**SO ORDERED.**

_____
Judge Emmet G. Sullivan
United States District Court for the District of Columbia


Date:_____