UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IDAH ZIRINTUSA : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 05-1738 (EGS) |
| : | |
| ROSA WHITAKER, et. al. : | |
| : | |
| Defendants. : | |

## JOINT MOTION FOR LEAVE TO LATE FILE DISOVERY MOTIONS

Come now the parties, through their respective counsel, and present this consent motion for leave to late file their respective discovery motions. The parties seek leave to file their respective discovery motions one day late.

By order of this Court discovery closed on October 12, 2007. In the same Order this Court required that any motions concerning discovery be filed no later than October 26, 2007. Each party filed electronically with the Court on Friday, October 26, 2007, their respective Motions for Leave to File Certain Documents Under Seal. Each party subsequently tried to file its motion concerning discovery under seal as a protective order remains in effect in this case. Both parties encountered difficulties with the Office of the Clerk of this Court when they tried to file their pleadings and the underlying unredacted documents under seal. Consequently, the parties were unable to file their respective motions concerning discovery.

The parties request that the Court grant them leave to file their respective motions and the unredacted underlying documents under seal one day late on October 29, 2007. There should be no prejudice to the Court or the parties as they have come to an agreement on this matter.

Defendants' Motion to Compel Discovery, in addition to documents requested of Plaintiff, includes a request of documents from third party deponent Break the Chain. Counsel

for Defendants contacted counsel for third party deponent Break the Chain to request the organization's consent to this motion. At the time of this filing, Break the Chain's counsel had not responded. Therefore, this motion is being filed without the consent of third party deponent Break the Chain.

Dated: October 29, 2007

Respectfully submitted,

HANNON LAW GROUP, LLP

_____//s// J. Michael Hannon_____
J. Michael Hannon, #352526
1901 18th Street, N.W.
Washington, DC 20009
(202) 232-1907
(202) 232-3704 (facsimile)
jhannon@hannonlawgroup.com

*Attorney for Defendants Rosa Whitaker and Pauline Harris*

_____//s// Alex C. Lakatos_____
Alex C. Lakatos, D.C. Bar No. 453763
MAYER BROWN LLP
1909 K Street, N.W.
Washington, D.C. 20006-1101
Tel: (202) 263-3000
alakatos@mayerbrownrowe.com

*Attorney for Plaintiff Idah Zirintusa*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of the foregoing **Joint Motion for Leave to Late File** was sent via electronic filing this 29th day of October 2007, to:

Alex C. Lakatos
MAYER BROWN LLP
1909 K Street, N.W.
Washington, D.C.  20006-1101

Break The Chain
C/O Catherine E. Stahl
Dechert LLP
1775 I Street, N.W.
Wasghington, D.C. 20006

                                         *//s// J. Michael Hannon*
                                         J. Michael Hannon