UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IDAH ZIRINTUSA           :  | |
| :  | |
| Plaintiff,           :  | |
| :  | |
| v.           :  | Civil Action No. 05-1738 (EGS) |
| :  | |
| ROSA WHITAKER, et. al.           :  | |
| :  | |
| Defendants.           :  | |

## ORDER

Upon consideration of the Joint Motion for Leave to Late File Discovery Motions, it is by the Court, this __ day of _____, 2007,

**ORDERED**, that the Joint Motion for Leave to Late File Discovery Motions be, and is hereby, **GRANTED** and that each party's discovery motion and underlying documents be filed with this Court on October 29, 2007.

**SO ORDERED.**

_____
**Emmet G. Sullivan**
**United States District Judge**

Copies to:

J. Michael Hannon
HANNON LAW GROUP, LLP
1901 18th Street, N.W.
Washington, D.C. 20009

Alex C. Lakatos
MAYER BROWN LLP
1909 K Street, N.W.
Washington, D.C.  20006-1101

Break The Chain
C/O Catherine E. Stahl
Dechert LLP
1775 I Street, N.W.
Wasghington, D.C. 20006