UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IDAH ZIRINTUSA ) | |
| ) | |
| The Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1738(EGS/JMF) |
| ) | |
| ROSA WHITAKER, et. al. ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF IDAH ZIRINTUSA'S MOTION FOR
LEAVE TO LATE FILE UN-REDACTED DOCUMENTS**

This Court ordered that any motions concerning discovery be filed no later than October 26, 2007. In accordance with that order, on October 26, 2007, Plaintiff timely filed two discovery motions – a Motion for a Protective Order Barring Discovery into Plaintiff's Immigration Status and a Motion for Discovery Sanctions and To Compel – as well as memoranda in support thereof, declarations in support thereof, and proposed orders granting the requested relief. In so doing, plaintiff redacted certain portions of the memoranda and declarations and simultaneously filed a motion seeking leave to file the un-redacted versions of the same documents under seal. On October 26, 2007, Plaintiff also timely served the foregoing motions, and un-redacted versions of all related documents, on the Defendants.

Plaintiff, however, inadvertently failed timely to file the un-redacted documents described above with the Court. Defendants have consented that the Plaintiff may file the unredacted underlying documents described above, under seal, on October 30, 2007. There

should be no prejudice to the Court or the parties as they have come to an agreement on this matter.

WHEREFORE, the Plaintiff respectfully request that this Court GRANT leave for the plaintiff to file her un-redacted underlying documents under seal on October 30, 2007.

Dated:  October 29, 2007                             Respectfully submitted,


                                                ___/s/  Alex C. Lakatos_____
Alex C. Lakatos
DC Bar No: 453763
MAYER BROWN LLP
1909 K Street N.W.,
Washington, D.C. 20006-1101
alakatos@mayerbrownrowe.com

*Counsel for Plaintiff Idah Zirintisa.*