## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IDAH ZIRINTUSA | ) |
| | ) |
| The Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 05-1738(EGS/JMF) |
| | ) |
| ROSA WHITAKER, et. al. | ) |
| | ) |
| Defendants. | ) |

## [PROPOSED] ORDER

Upon consideration of the Plaintiff's Motion for Leave to Late File Discovery Motions, it is by the Court, this ___ day of ___, 2007,

**ORDERED**, that the Motion for Leave to Late File Un-Redacted Documents be, and is hereby, **GRANTED** and the un-redacted versions of the memoranda and declarations in support Plaintiff's Motion for a Protective Order Barring Discovery into Her Immigration Status and Plaintiff's Motion for Discovery Sanctions and To Compel be filed with this Court on October 30, 2007.

**SO ORDERED**.

_____
Emmet G. Sullivan
United States District Judge

...

Copies to:
J. Michael Hannon
HANNON LAW GROUP, LLP
1901 18th Street, N.W.
Washington, D.C. 20009

Alex C. Lakatos
MAYER BROWN LLP
1909 K Street, N.W.
Washington, D.C. 20006-1101