UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IDAH ZIRINTUSA | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No.  05-1738 (EGS) |
| | : | |
| ROSA WHITAKER, et. al. | : | |
| | : | |
| Defendants. | : | |

**CONSENT MOTION FOR LEAVE TO MODIFY MOTION SCHEDULE**

Come now the parties, through their respective counsel, and present this consent motion for leave to modify the ordered motion schedule in this case.  The parties seek leave to modify the current motion schedule.

By order of this Court discovery closed on October 12, 2007.  In the same Order this Court required that any motions concerning discovery be filed no later than October 26, 2007.  The parties filed their respective discovery motions in compliance with the Court's Order.  The Order issued on October 12 also requires that oppositions to the filed discovery motions be filed by November 8, 2007.  In addition, replies to the oppositions must be filed by November 16, 2007.

Counsel for the Defendants has several hearings this week and two emergency matters in other cases.  In addition, Defendant Rosa Whitaker is out of the country and currently unavailable for consultation on the pleadings due to the Court.  Counsel for the Defendants has proposed to counsel for the Plaintiff that the filing schedule be modified and that oppositions to discovery motions be due to the Court on Tuesday, November 13, 2007.  Replies to those oppositions shall be filed no later than November 20, 2007.  Counsel for the Plaintiff has agreed to the modified motion schedule.

The parties request that the Court grant them leave to file their oppositions to discovery motions on November 13, 2007. The parties further request that the Court grant them leave to file responses to those oppositions on November 20, 2007. There should be no prejudice to the Court or the parties as they have come to an agreement on this matter and no hearing date has been scheduled by the Court.

Dated: November 7, 2007

Respectfully submitted,

HANNON LAW GROUP, LLP

_____//s// J. Michael Hannon_____
J. Michael Hannon, #352526
1901 18th Street, N.W.
Washington, DC 20009
(202) 232-1907
(202) 232-3704 (facsimile)
jhannon@hannonlawgroup.com

*Attorney for Defendants Rosa Whitaker and Pauline Harris*

_____//s// Alex C. Lakatos_____
Alex C. Lakatos, D.C. Bar No. 453763
MAYER BROWN LLP
1909 K Street, N.W.
Washington, D.C. 20006-1101
Tel: (202) 263-3000
alakatos@mayerbrownrowe.com

*Attorney for Plaintiff Idah Zirintusa*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing **Consent Motion for Leave to Modify Motion Schedule** was sent via electronic filing this 7th day of November 2007, to:

Alex C. Lakatos
MAYER BROWN LLP
1909 K Street, N.W.
Washington, D.C. 20006-1101

                                      *//s// J. Michael Hannon*
                                       J. Michael Hannon