UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IDAH ZIRINTUSA                              :
                                            :
          Plaintiff,                        :
                                            :
    v.                                      :    Civil Action No.  05-1738 (EGS)
                                            :
ROSA WHITAKER, et. al.                      :
                                            :
          Defendants.                       :

## ORDER

Upon consideration of the Consent Motion for Leave to Modify Motion Schedule, it is by the Court, this ___ day of _____, 2007,

**ORDERED**, that the Consent Motion for Leave to Modify Motion Schedule be, and is hereby, **GRANTED** and that each party's opposition to discovery motions be filed with this Court on November 13, 2007 and that replies to the oppositions be filed with this Court on November 20, 2007.

**SO ORDERED.**

**Emmet G. Sullivan**
**United States District Judge**

Copies to:

J. Michael Hannon
HANNON LAW GROUP, LLP
1901 18th Street, N.W.
Washington, D.C. 20009

Alex C. Lakatos
MAYER BROWN LLP
1909 K Street, N.W.
Washington, D.C.  20006-1101