UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IDAH ZIRINTUSA ) | |
| ) | |
| The Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1738 (EGS/JMF) |
| ) | |
| ROSA WHITAKER, et. al. ) | |
| ) | |
| Defendants. ) | |

**THIRD-PARTY DEPONENT BREAK THE CHAIN'S OPPOSITION TO THE DEFENDANTS' MOTION TO COMPEL DISCOVERY FROM PLAINTIFF IDAH ZIRINTUSA AND BREAK THE CHAIN**

Third-Party Deponent Break the Chain respectfully requests that the Court deny Defendants' Motion to Compel Discovery regarding the six USCIS documents identified in Break the Chain's privilege log dated September 11, 2007. Break the Chain joins in Plaintiff's Opposition to the Defendants' Motion to Compel Discovery. Although Break the Chain no longer asserts a privilege claim for the six documents, it agrees with the Plaintiff that documents such as these, which bear solely on Plaintiff's immigration status, should not be the subject of discovery in this case.

- 2 -

WHEREFORE, Third-Party Deponent Break the Chain respectfully requests that the Court DENY Defendant's Motion to Compel Discovery.

Respectfully submitted,

/s/ Frank J. Eisenhart
Frank J. Eisenhart, D.C. Bar No. 418630
Catherine E. Stahl, D.C. Bar No. 976498
Dechert LLP
1775 I Street, N.W.
Washington, D.C. 20006
(202) 261-3300
(202) 261-3333 (Fax)
frank.eisenhart@dechert.com
catherine.stahl@dechert.com

*Attorneys for Third-Party Deponent Break the Chain*

Dated: November 8, 2007

## CERTIFICATE OF SERVICE

I, Frank J. Eisenhart, hereby certify that on November 8, 2007, I caused a true and correct copy of Third-Party Deponent's Opposition to the Defendants' Motion to Compel Discovery from Plaintiff Idah Zirintusa and Break the Chain to be filed with the Court and served by first class mail upon the following:

> J. Michael Hannon
> Hannon Law Group, LLP
> 1901 18th Street, NW
> Washington, DC  20009

> Respectfully submitted,
>
> ___/s/  Frank J. Eisenhart_____
>
> Frank J. Eisenhart, D.C. Bar No. 418630
> Catherine E. Stahl, D.C. Bar No. 976498
> Dechert LLP
> 1775 I Street N.W.,
> Washington, D.C. 20006
> (202) 261-3300
> (202) 261-3333 (Fax)
> frank.eisenhart@dechert.com
> catherine.stahl@dechert.com
>
> *Attorneys for Third-Party Deponent Break the Chain*

Dated:  November 8, 2007