UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IDAH ZIRINTUSA | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No.  05-1738 (EGS) |
| | : **FILE UNDER SEAL** |
| ROSA WHITAKER, et. al. | : |
| | : |
| Defendants. | : |

**DEFENDANTS' MOTION FOR LEAVE TO
FILE CERTAIN DOCUMENTS UNDER SEAL**

Pursuant to Local Rule of Civil Procedure 5.1(j), this Court's Order of January 12, 2007, granting Motion for Protective Order, and the Stipulation and Protective Order in this case, Defendants' seek leave to file under seal Defendants' Opposition to Plaintiff Idah Zirintusa's Motion for Protective Order Barring Discovery Into Her Immigration Status, Defendants' Opposition to Plaintiff Idah Zirintusa's Motion to Compel and for Sanctions, the Affidavit of Pauline Harris and accompanying exhibits.  The aforementioned documents contain personal and proprietary information.

WHEREFORE, Defendants Rosa Whitaker and Pauline Harris respectfully request that this Court grant their Motion for Leave to File Under Seal.

Dated: November 13, 2007    Respectfully submitted,

HANNON LAW GROUP, LLP

       */s/ J. Michael Hannon*
J. Michael Hannon, #352526
1901 18th Street, N.W.
Washington, DC 20009
(202) 232-1907
(202) 232-3704 (facsimile)
jhannon@hannonlawgroup.com

*Attorney for Defendants Rosa Whitaker and Pauline Harris and Interested Party The Whitaker Group*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **Defendants' Motion to File Certain Documents Under Seal** was served this 13th day of November 2007, to:

Alex C. Lakatos
Sharan E. Lieberman
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, N.W.
Washington, D.C. 20006-1101

Break The Chain
c/o Frank J. Eisenhart
Caroline E. Stahl
Dechert LLP
1775 I Street, N.W.
Wasghington, D.C. 20006

       */s/ J. Michael Hannon*
J. Michael Hannon