UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IDAH ZIRINTUSA | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-1738 (EGS) |
| ROSA WHITAKER, et. al. | : |
| Defendants. | : |

**ORDER**

Upon consideration of Defendants' Motion for Leave to File Certain Documents Under Seal, by the Court, this __ day of _____, 2007, it is so,

**ORDERED**, that the Defendants' Motion for Leave to File Certain Documents Under Seal be, and is hereby, **GRANTED**. It is further

**ORDERED**, that the Defendants' Opposition to Plaintiff Idah Zirintusa's Motion for Protective Order Barring Inquiry Into Her Immigration Status, Defendants' Opposition to Plaintiff Idah Zirintusa's Motion to Compel and for Sanctions, the Affidavit of Paula Harris and accompanying exhibits shall be filed under protective seal pursuant to the Stipulation and Protective Order of June 12, 2007.

**SO ORDERED.**

_____
**Emmet G. Sullivan**
**United States District Judge**

Copies to:

Alex C. Lakatos
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, N.W.
Washington, D.C.  20006-1101

Break The Chain
C/O Catherine E. Stahl
Dechert LLP
1775 I Street, N.W.
Wasghington, D.C. 20006