## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ ) | |
| IDAH ZIRINTUSA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1738 (EGS/JMF) |
| ) | |
| ROSA WHITAKER, et. al. ) | |
| ) | |
| and ) | |
| ) | |
| Defendants. ) | |
| _____) | |

### DECLARATION OF ALEX C. LAKATOS

I, Alex C. Lakatos, Esq., do hereby depose and say:

1.    I am counsel for Plaintiff Idah Zirintusa in the above-captioned matter.

2.    A true and correct copy of        **REDACTED**,        is attached as Exhibit 1 hereto.

3.    A true and correct copy of        **REDACTED**
, is attached as Exhibit 2 hereto.

4.    A true and correct copy of relevant excepts from the June 26, 2007, Deposition of Rosa Whitaker is attached as Exhibit 3 hereto.

5.    A true and correct copy of relevant excerpts from Defendant Rosa Whitaker's Responses to Plaintiff's First Set of Requests for Admissions (February 1, 2007) is attached as Exhibit 4 hereto.

6.    A true and correct copy of relevant excerpts from the May 31, 2007, Deposition of Idah Zirintusa, is attached as Exhibit 5 hereto.

7.      A true and correct copy of relevant excerpts from the October 5, 2007,

**REDACTED**         , is attached as Exhibit 6.

8.      A true and correct copy of relevant excerpts from the July 25, 2007

**REDACTED**,         , is attached as Exhibit 7.

9.      A true and correct copy of relevant excerpts from the September 6, 2007,

**REDACTED**,         is attached as Exhibit 8.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on

November 13, 2007.

>      ___/s/  Alex C. Lakatos _ _ _____
>      Alex C. Lakatos
>      DC Bar No: 453763
>      MAYER BROWN LLP
>      1909 K Street N.W.,
>      Washington, D.C. 20006-
>      1101
>
>      *Counsel for Ms. Idah Zirintisa.*

# **<u>Exhibit 1</u>**

**Redacted**

# Exhibit 2

**Redacted**

# Exhibit 3

**Redacted**

# **<u>Exhibit 4</u>**

**Redacted**

# Exhibit 5

**Redacted**

# Exhibit 6

**Redacted**

# **Exhibit 7**

**Redacted**

# Exhibit 8

**Redacted**