UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IDAH ZIRINTUSA | ) |
| The Plaintiff, | ) |
| v. | ) Civil Action No. 05-1738 (EGS/JMF) |
| ROSA WHITAKER, et. al. | ) |
| Defendants. | ) |

**[PROPOSED] ORDER**

Upon consideration of the Defendants' Motion for Compel Discovery From Plaintiff Idah Zirintusa and Third Party Deponent Break the Chain, Plaintiff's Opposition thereto, and Defendant's Reply in Support thereof, it is, this ___ day of _____ 2007/2008,

ORDERED that the motion is hereby DENIED

_____
Judge Emmet G. Sullivan
United States District Court for the District of Columbia