UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| IDAH ZIRINTUSA | ) | |
| The Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-1738(EGS/JMF) |
| ROSA WHITAKER, et. al. | ) ) ) ) | |
| Defendants. | ) ) | |

**PLAINTIFF IDAH ZIRINTUSA'S MOTION FOR LEAVE TO FILE
CERTAIN DOCUMENTS UNDER SEAL**

Pursuant to Local Rule of Civil Procedure 5.1(j), this Court's Minute Order dated June 12, 2007, granting Motion for a Protective Order, and the Stipulation and Protective Order (Docket Entry 54), paragraph 3, Plaintiff seeks leave to file under seal the following documents that contain personal or proprietary information: (1) the Plaintiff Idah Zirintusa's Opposition to the Defendants' Motion to Compel Discovery from Her and Third Party Deponent Break the Chain; and (2) the Declaration of Alex C. Lakatos (Nov. 8, 2007) in Support Thereof.

WHEREFORE, Plaintiff respectfully request that this Court GRANT her Motion for Leave To File under Seal.

Dated:  November 8, 2007                                   Respectfully submitted,


                                                                                    ___/s/  Alex C. Lakatos___ _____
                                                                                    Alex C. Lakatos
                                                                                    DC Bar No: 453763
                                                                                    MAYER BROWN LLP

1909 K Street N.W.,
Washington, D.C. 20006-1101

*Counsel for Ms. Idah Zirintisa.*