UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IDAH ZIRINTUSA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROSA WHITAKER, et. al. )<br>)<br>and )<br>)<br>Defendants. )<br>) | Civil Action No. 05-1738 (EGS/JMF) |

## DECLARATION OF ALEX C. LAKATOS

I, Alex C. Lakatos, Esq., do hereby depose and say:

1. I am counsel for Plaintiff Idah Zirintusa in the above-captioned matter.

2. A true and correct copy of the November 8, 2007, e-mail from A. Lakatos, Esq., counsel for Plaintiff, to J. Cruz, Hannon Law Group, Law Clerk, is attached as Exhibit 1 hereto.

3. A true and correct copy of relevant excerpts from the September 12, 2007, Deposition of Pauline Harris is attached as Exhibit 2 hereto.

4. A true and correct copy of Defendant R. Whitaker's Amended Answers to Plaintiff's First Set of Interrogatories (July 9, 2007) is attached as Exhibit 2 hereto.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 20, 2007.

             //s// Alex C. Lakatos
             Alex C. Lakatos

             DC Bar No: 453763
             MAYER BROWN LLP
             1909 K Street N.W.,

Washington, D.C. 20006-1101

*Counsel for Ms. Idah Zirintisa*

# Exhibit 1

**From:** Lakatos, Alex
**Sent:** Thursday, November 08, 2007 5:08 PM
**To:** 'Jermaine Cruz'
**Subject:** RE: Documents

Jermaine,

I note that you have redacted a significant portion of Ms. Harris's home sale documents attached to your e-mail below. Would you please confirm that Mr. Barnes did not represent Ms. Harris in connection with the sale of her home, and was not otherwise involved in the sale? addition, would you please let me know on what privilege, if any, Defendant has relied when redacting these materials?

Best regards,

Alex


Alex Lakatos
Mayer Brown LLP
Washington D.C. Office
Phone: 202 263-3312
Fax: 202 263-5312
alakatos@mayerbrown.com



**From:** Jermaine Cruz [mailto:jcruz@hannonlawgroup.com]
**Sent:** Thursday, October 18, 2007 10:53 AM
**To:** Lakatos, Alex
**Cc:** Lieberman, Sharan E.; J. Michael Hannon
**Subject:** Documents

Alex,

Please see the letter and documents attached.

Thanks,

Jermaine

Jermaine Cruz
Law Clerk
Hannon Law Group
1901 18th Street, NW
Washington, DC 20009
Direct Dial: 202-745-6884
Reception: 202-232-1907
Fax: 202-232-3704


The information contained in this e-mail is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and as such is **PRIVILEGED AND CONFIDENTIAL**. If the reader of this message is not the intended recipient, you are hereby notified that you have received this message in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.


11/19/2007

# **Exhibit 2**

**<u>Redacted</u>**

# **Exhibit 3**

**Redacted**