UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IDAH ZIRINTUSA ) | |
| ) | |
| The Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1738(EGS/JMF) |
| ) | |
| ROSA WHITAKER, et. al. ) | |
| ) | |
| Defendants. ) | |

### PLAINTIFF IDAH ZIRINTUSA'S MOTION FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL

Pursuant to Local Rule of Civil Procedure 5.1(j), this Court's Minute Order dated June 12, 2007, granting Motion for a Protective Order, and the Stipulation and Protective Order (Docket Entry 54), paragraph 3, Plaintiff seeks leave to file under seal the following documents that contain personal or proprietary information: (1) Plaintiff Idah Zirintusa's Reply Memorandum of Facts and Law in Support of Her Motion for Protective Order; (2) Plaintiff Idah Zirintusa's Reply Memorandum of Facts and Law in Support of Her Motion for Discovery Sanction and to Compel; and (3) the Declaration of Alex C. Lakatos (Nov. 20, 2007) in Support Thereof.

WHEREFORE, Plaintiff respectfully request that this Court GRANT her Motion for Leave To File under Seal.

Dated:  November 20, 2007                   Respectfully submitted,

                                                             ___/s/  Alex C. Lakatos _ _ _ ____
                                                             Alex C. Lakatos
                                                             DC Bar No: 453763

MAYER BROWN LLP
1909 K Street N.W.,
Washington, D.C. 20006-1101

*Counsel for Ms. Idah Zirintisa.*