UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IDAH ZIRINTUSA ) | |
| ) | |
| The Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ROSA WHITAKER, et. al. ) | Civil Action No. 05-1738 (EGS/JMF) |
| ) | |
| Defendants. ) | |

**PLAINTIFF ZIRINTUSA'S ACCOUNT OF COSTS AND FEES ASSOCIATED WITH MOTION TO COMPEL AND SECOND DEPOSITION OF THE WHITAKER GROUP**

**INTRODUCTION**

Pursuant to this Court's June 6, 2007, Order awarding Plaintiff certain costs and fees, Plaintiff hereby submits to the Court an account of the fees and costs associated with (1) Plaintiff's Motion to Compel Discovery against The Whitaker Group ("TWG"), a company controlled by Defendant Whitaker, and (2) the second deposition of TWG.

The relevant background is set forth in this Court's June 6, 2007 Order:

> On January 30, 2007, plaintiff served her first subpoena on non-party The Whitaker Group ("TWG"). Plaintiff followed up with an updated subpoena on February 20, 2007. No motions to quash or objections to the subpoenas were filed with this Court. On March 5, 2007, plaintiff's counsel attempted to take the deposition of Sheila Williams, TWG's Rule 30(b)(6) designee and defendant Whitaker's sister. However, Williams refused to answer a number of questions asked of her, which led plaintiff to seek an order from the Court compelling a second deposition.
>
> ….
>
> In this case, the Court finds that the plaintiff attempted to take a deposition in good faith, that there is no justification for TWG's obstruction, and that there are no other circumstances that would make an award of both attorney's fees for litigating the motion to compel and costs and fees associated with the need to take a second deposition unjust.

Order at 1, 5 (Docket Entry 53).  Accordingly, this Court ordered that "TWG shall pay plaintiff's costs and attorney's fees associated with the litigation of plaintiff's motion to compel and taking of a second deposition of TWG's 30(b)(6) designee." Id. at 6.  In accordance with the Court's Order, Plaintiff hereby submits an Account of those fees and costs.

### ACCOUNT OF FEES AND COSTS

The fees associated with the litigation of the motion to compel include (1) reviewing the first TWG deposition transcript (1.5 partner hours, 4.75 associate hours); (2) writing and filing the Motion to Compel (5.25 partner hours; 1 paralegal hour); (3) reviewing the TWG's opposition to the Motion (3.75 associate/paralegal hours); (4) writing and filing the Reply in Support of the Motion to Compel (3 partner hours, .5 associate hours); and (5) preparing for oral argument (2.25 partner hours, 3.25 associate hours).  See Declaration of Alex C. Lakatos, Esq. in Support of Account of Fees and Costs ¶ 2, Exs 1, 2.  The total amount of these fees is $9,520.  Id.  The legal fees for the work performed are based on the customary rates charged by Plaintiff's attorneys and reflect reasonable fees for the tasks performed by the Plaintiff's attorneys.  Id.

The fees associated with taking the second TWG deposition include (1) scheduling the deposition (.25 associate hours); (2) preparing for the deposition (6.75 partner hours; 1.5 paralegal hours); and (3) taking the deposition (5.75 partner hours / 3.00 associate hours).  See Declaration of Alex C. Lakatos, Esq. in Support of Account of Fees and Costs ¶ 2, Exs 1, 2.  The total amount of these fees is $8,520.  Id.  The legal fees for the work performed are based on the customary rates charged by Plaintiff's attorneys and reflect reasonable fees for the tasks performed by the Plaintiff's attorneys.  Id.  The cost of the transcript of the second deposition was $1,462.10.  Id. ¶ 4, Ex. 5.

## **CONCLUSION**

Based on the foregoing and pursuant to this Court's June 6, 2007, Plaintiff respectfully requests an fees and costs in the total amount of $19,502.10.

Dated:  November 20, 2007                                          Respectfully submitted,

                                                                   /s/  Alex C. Lakatos

                                                                   Alex C. Lakatos

                                                                   DC Bar No: 453763

                                                                   MAYER BROWN LLP
                                                                   1909 K Street N.W.,
                                                                   Washington, D.C. 20006-
                                                                   1101

                                                                   *Counsel for Ms. Idah Zirintisa*