# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IDAH ZIRINTUSA          ) | |
|         ) | |
|        The Plaintiff,     ) | |
|         ) | |
|       v.         ) | |
|         ) | |
| ROSA WHITAKER, et. al.     ) | Civil Action No. 05-1738 (EGS/JMF) |
|         ) | |
|         ) | |
|        Defendants.     ) | |

## DECLARATION OF ALEX C. LAKATOS
## IN SUPPORT OF ACCOUNT OF FEES AND COSTS

I, Alex C. Lakatos, Esq., do hereby depose and say:

1.       I am counsel for Plaintiff Idah Zirintusa in the above-captioned matter.

2.       Plaintiff Idah Zirintusa incurred a total of $9,520.00 in connection with litigating the Motion to Compel Discovery Against The Whitaker Group.  Attached as Exhibit 1 hereto is a spreadsheet that describes and tallies these fees.  True and correct copies of the lawyers' invoices underlying the Exhibit 1 spreadsheet (redacted to remove those entries unrelated to the instant motion) are attached as Exhibit 2 hereto.  The legal fees for the work performed are based on the customary rates charged by Plaintiff's attorneys and reflect reasonable fees for the tasks performed by the Plaintiff's attorneys.

3.       Plaintiff Idah Zirintusa incurred a total of $8,520.00 in connection with taking the second deposition of The Whitaker Group.  Attached as Exhibit 3 hereto is a spreadsheet that describes and tallies these fees.  A true and correct copy of the lawyers' invoice underlying the Exhibit 3 spreadsheet (redacted to remove those entries unrelated

to the instant motion) is attached as Exhibit 4 hereto. The legal fees for the work performed are based on the customary rates charged by Plaintiff's attorneys and reflect reasonable fees for the tasks performed by the Plaintiff's attorneys.

4.      The cost of the transcript for the second deposition of The Whitaker Group was $1,462.10. A true and correct copy of the lawyers' invoice reflecting this cost (redacted to remove those entries unrelated to the instant motion) is attached as Exhibit 5 hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Alex C. Lakatos

Dated:  November 20, 2007

# Exhibit 1

| Date | Name | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 3/6/2007 | Lakatos, Alex C. | Review deposition transcript* | 1.00 | $495.00 | $495.00 |
| 3/19/2007 | Lakatos, Alex C. | Review deposition transcript* | 0.50 | $495.00 | $247.50 |
| 3/19/2007 | Widmer, Michael P. | Review Transcript of 30(b)(6) deposition of Whitaker Group | 1.75 | $240.00 | $420.00 |
| 3/20/2007 | Widmer, Michael P. | Review Transcript of 30(b)(6) deposition of Whitaker Group | 2.50 | $240.00 | $600.00 |
| 3/22/2007 | Lakatos, Alex C. | Recreate Motion on Discovery | 3.00 | $495.00 | $1,485.00 |
| 3/22/2007 | Bennett Jr., Peter C. | Review deposition transcript for Sheila Williams and highlight attorney notes | 1.00 | $210.00 | $210.00 |
| 3/23/2007 | Lakatos, Alex C. | Prepare brief for filing | 2.25 | $495.00 | $1,113.75 |
| 3/27/2007 | Reed, Richard D. | Research regarding cases from TWG Objections, at the request of Ms. Lieberman | 1.50 | $210.00 | $315.00 |
| 3/27/2007 | Lieberman, Sharan E. | Review opposition breif from Johnny Barnes, gather materials and cases for Mr. Lakatos | 1.50 | $335.00 | $502.50 |
| 3/28/2007 | Lieberman, Sharan E. | Draft talking points for conference with Judge Sullivan on Friday. | 1.50 | $335.00 | $502.50 |
| 3/30/2007 | Lakatos, Alex C. | Prepare for oral argument | 2.25 | $495.00 | $1,113.75 |
| 3/30/2007 | Lieberman, Sharan E. | Prepared for conference all with Judge Sullivan's chambers re: discovery dispute. | 1.00 | $335.00 | $335.00 |
| 3/30/2007 | Widmer, Michael P. | Preparation of and participation in telephone conference with court. | 0.75 | $240.00 | $180.00 |
| 5/1/2007 | Widmer, Michael P. | Review of motion of The Whitaker Group regarding 30(b)(6) subpoena. | 0.50 | $240.00 | $120.00 |
| 5/2/2007 | Widmer, Michael P. | Review of motion of The Whitaker Group regarding 30(b)(6) subpoena. | 0.25 | $240.00 | $60.00 |
| 5/11/2007 | Lieberman, Sharan E. | Edit brief responding to TWG's objections, attention to finding correct copy of transcript. | 1.00 | $335.00 | $335.00 |
| 5/11/2007 | Lakatos, Alex C. | Deposition issues; file brief on discovery dispute. | 3.00 | $495.00 | $1,485.00 |
|  |  |  |  |  | $9,520.00 |

* Where a single time entry reported multiple tasks, the time was allocated evenly among all tasks and rounded downward to the nearest 15 minutes.

# Exhibit 2

Print Date & Time: 04/04/07  11:42:11
Client: 073180 Pro Bono Committee

VAT Jurisdiction Code: NA
Prebill Number: 1427228

Mayer, Brown, Rowe & Maw LLP
PREBILL
Cut-Off Date: 03/31/07

Client:    073180    **Pro Bono Committee**
Matter:    06033521    **Zirintusa, Idah, Plaintiff vs: Whitaker, Rosa and Harris, Pauline, Defendants**

## MATTER INFORMATION

Bill Atty:    06202    Kadish, Marc R.
Office:    10    Chicago
Resp Atty:    12556    Lakatos, Alex C.
Open Date:    03/08/06

Mailing Address:
Pro Bono Committee
71 S. Wacker Drive
Chicago, IL 60606
USA

## UNBILLED TIME

| Date | Tkpr ID | Tkpr Name | Hours | Rate | Time ID | Amount |
|------|---------|-----------|-------|------|---------|--------|

**REDACTED**

Print Date & Time: 04/04/07  11:42:11

**Mayer, Brown, Rowe & Maw LLP**

Prebill Number: 1427228

Client:   073180    Pro Bono Committee
Matter:  06033521   Zirintusa, Idah, Plaintiff vs: Whitaker, Rosa and Harris, Pauline, Defendants
Billing Attorney:    Kadish, Marc R.

Page: 3
03/31/07
VAT Jurisdiction Code: NA

| Date | Tkpr ID | Tkpr Name | Hours | Rate | Time ID | Amount |
|------|---------|-----------|-------|------|---------|--------|
| 03/06/07 | 12556 | Lakatos, Alex C. | 2.00 | 0.00 | 33817534 | 0.00 |
| | | E-mail opposing counsel re: entry onto land, review deposition transcript. | | | | |

**REDACTED**

| Date | Tkpr ID | Tkpr Name | Hours | Rate | Time ID | Amount |
|------|---------|-----------|-------|------|---------|--------|
| 03/19/07 | 12556 | Lakatos, Alex C. | 1.25 | 0.00 | 33889213 | 0.00 |
| | | Review deposition transcript, teleconference with K. Sherlock re: document production. | | | | |
| 03/19/07 | 13183 | Widmer, Michael P. | 1.75 | 0.00 | 33773120 | 0.00 |
| | | Review transcript of 30(b)(6) deposition of Whitaker Group. | | | | |
| 03/20/07 | 13183 | Widmer, Michael P. | 2.50 | 0.00 | 33856370 | 0.00 |
| | | Review transcript of 30(b)(6) deposition of Whitaker Group. | | | | |
| 03/22/07 | 12556 | Lakatos, Alex C. | 3.00 | 0.00 | 33889229 | 0.00 |
| | | Recreate Motion on Discovery. | | | | |

Indicate "H" for Hold; "T" for Transfer (and provide matter number)

Print Date & Time: 04/04/07 11:42:11

**Mayer, Brown, Rowe & Maw LLP**

Prebill Number: 1427228

Client:   073180    Pro Bono Committee
Matter:  06033521  Zirintusa, Idah, Plaintiff vs: Whitaker, Rosa and Harris, Pauline, Defendants
Billing Attorney:    Kadish, Marc R.

Page: 4
03/31/07
VAT Jurisdiction Code: NA

| Date | Tkpr ID | Tkpr Name | Hours | Rate | Time ID | Amount |
|------|---------|-----------|-------|------|---------|--------|
| 03/22/07 | 11307 | Bennett Jr., Peter C. | 1.00 | 0.00 | 33808081 | 0.00 |
| | | Review deposition transcript of Sheila Williams and highlight attorney notes. | | | | |
| 03/23/07 | 12556 | Lakatos, Alex C. | 2.25 | 0.00 | 33889234 | 0.00 |
| | | Prepare brief for filing. | | | | |

**REDACTED**

| Date | Tkpr ID | Tkpr Name | Hours | Rate | Time ID | Amount |
|------|---------|-----------|-------|------|---------|--------|
| 03/27/07 | 12856 | Lieberman, Sharan E. | 1.50 | 0.00 | 33833934 | 0.00 |
| | | Review opposition brief from Johnny Barnes; gather materials and cases for Mr. Lakatos. | | | | |
| 03/27/07 | 12236 | Reed, Richard D. | 1.50 | 0.00 | 33887564 | 0.00 |
| | | Research regarding cases from TWG Objections, at the request of Ms. Lieberman. | | | | |
| 03/28/07 | 12856 | Lieberman, Sharan E. | 1.50 | 0.00 | 33843571 | 0.00 |
| | | Draft talking points for conference with Judge Sullivan on Friday. | | | | |
| 03/30/07 | 12556 | Lakatos, Alex C. | 2.25 | 0.00 | 33888078 | 0.00 |
| | | Prepare for oral argument. | | | | |
| 03/30/07 | 12856 | Lieberman, Sharan E. | 1.00 | 0.00 | 33886950 | 0.00 |
| | | Prepared for conference all with Judge Sullivan's chambers re: discovery dispute. | | | | |
| 03/30/07 | 13183 | Widmer, Michael P. | 0.75 | 0.00 | 33865825 | 0.00 |

Indicate "H" for Hold; "T" for Transfer (and provide matter number) or "W" for Write-off

Print Date & Time: 04/04/07  11:42:11                                           Prebill Number: 1427228

## Mayer, Brown, Rowe & Maw LLP

Client:   073180      Pro Bono Committee                                                    Page: 5
Matter:  06033521   Zirintusa, Idah, Plaintiff vs: Whitaker, Rosa and Harris, Pauline, Defendants      03/31/07
Billing Attorney:      Kadish, Marc R.                                          VAT Jurisdiction Code: NA

| Date | Tkpr ID | Tkpr Name | Hours | Rate | Time ID | Amount |
|------|---------|-----------|-------|------|---------|--------|

Preparation of and participation in telephone conference with court.

**REDACTED**

Print Date & Time: 04/04/07  11:42:11                                                    Prebill Number: 1427228

## Mayer, Brown, Rowe & Maw LLP

| | | |
|---|---|---|
| Client:   O73180      Pro Bono Committee | | Page: 6 |
| Matter:   O6033521    Zirintusa, Idah, Plaintiff vs: Whitaker, Rosa and Harris, Pauline, Defendants | | 03/31/07 |
| Billing Attorney:      Kadish, Marc R. | | VAT Jurisdiction Code: NA |

### <u>OTHER CHARGES</u>

| Date | Office Cost | Description | Reference | Tkpr | Qty | Cost ID | Amount |
|------|-------------|-------------|-----------|------|-----|---------|--------|

**REDACTED**

Indicate "H" for Hold; "T" for Transfer (and provide matter number) or "W" for Write-off

Print Date & Time: 04/04/07  11:42:11                                                    Prebill Number: 1427228

Mayer, Brown, Rowe & Maw LLP

Client:   073180      Pro Bono Committee                                                      Page: 7
Matter:  06033521     Zirintusa, Idah, Plaintiff vs: Whitaker, Rosa and Harris, Pauline, Defendants      03/31/07
Billing Attorney:     Kadish, Marc R.                                                  VAT Jurisdiction Code: NA

## SUMMARY OF ATTORNEY TIME

| Timekeeper | Hrs | Standard Rate | Amt | Negotiated Rate | Amt | Bill Hrs | Rate | Amt |
|---|---|---|---|---|---|---|---|---|
| **Partner(s):** | | | | | | | | |
| 12556  Lakatos, Alex C. | | 495.00 | | 495.00 | | | | |
| **Associate(s):** | | | | | | | | |
| 12856  Lieberman, Sharan E. | | 335.00 | | 335.00 | | | | |
| 13183  Widmer, Michael P. | | 240.00 | | 240.00 | | | | |
| **Paralegal(s):** | | | | | | | | |
| 11307  Bennett Jr., Peter C. | | 210.00 | | 210.00 | | | | |
| 12236  Reed, Richard D. | | 210.00 | | 210.00 | | | | |
| 12854  Barcikowski, Brian T. | | 180.00 | | 180.00 | | | | |
| **Administrative Personnel(s):** | | | | | | | | |
| 09142  Stancil, Felecia D. | | 175.00 | | 175.00 | | | | |
| 13789  Shebest, Steve | | 175.00 | | 175.00 | | | | |
| 13149  Hayes, Blair E. | | 100.00 | | 100.00 | | | | |
| 13782  McIntosh, Bryan | | 75.00 | | 75.00 | | | | |
| **Average time rate** | | | | | | | | |
| **TOTALS** | | | | | | | | |

<strong>REDACTED</strong>

## SUMMARY OF OTHER CHARGES

| Other Charges | Base | To Bill |
|---|---|---|
| Business Meals | | |
| Outside Courier | | |
| Other Disbursements | | |
| Document Reproduction | | |
| Mailing Charges - Office | | |

**TOTAL OTHER CHARGES**

**TOTAL TIME & OTHER CHARGES**

# Document Separator Sheet

Print Date & Time: 06/04/07  08:53:39
Client: 073180 Pro Bono Committee

VAT Jurisdiction Code: NA
Prebill Number: 1473670

Mayer, Brown, Rowe & Maw LLP
PREBILL
Cut-Off Date: 05/31/07

Client:     073180     **Pro Bono Committee**
Matter:     06033521   **Zirintusa, Idah, Plaintiff vs: Whitaker, Rosa and Harris, Pauline, Defendants**

### MATTER INFORMATION

Bill Atty:   06202     Kadish, Marc R.
Office:      10        Chicago
Resp Atty:   12556     Lakatos, Alex C.
Open Date:   03/08/06

Mailing Address:
Pro Bono Committee
71 S. Wacker Drive
Chicago, IL 60606
USA

### UNBILLED TIME

| Date | Tkpr ID | Tkpr Name | Hours | Rate | Time ID | Amount |
|------|---------|-----------|-------|------|---------|--------|
| 05/01/07 | 13183 | **Widmer, Michael P.**<br>Review of motion of The Whitaker Group regarding 30(b)(6) subpoena. | 0.50 | 0.00 | 34241962 | 0.00 |
| 05/02/07 | 13183 | **Widmer, Michael P.**<br>Review of motion of The Whitaker Group regarding 30(b)(6) subpoena. | 0.25 | 0.00 | 34241965 | 0.00 |

### REDACTED

| Date | Tkpr ID | Tkpr Name | Hours | Rate | Time ID | Amount |
|------|---------|-----------|-------|------|---------|--------|
| 05/11/07 | 12556 | **Lakatos, Alex C.**<br>Deposition issues; file brief on discovery dispute. | 3.00 | 0.00 | 34224402 | 0.00 |

Print Date & Time: 06/04/07 08:53:39                                          Prebill Number: 1473670

**Mayer, Brown, Rowe & Maw LLP**

Client:      073180      Pro Bono Committee                                                          Page: 3
Matter:   06033521   Zirintusa, Idah, Plaintiff vs: Whitaker, Rosa and Harris, Pauline, Defendants          05/31/07
Billing Attorney:      Kadish, Marc R.                                              VAT Jurisdiction Code: NA

| Date | Tkpr ID | Tkpr Name | Hours | Rate | Time ID | Amount |
|------|---------|-----------|-------|------|---------|--------|
| 05/11/07 | 12856 | **Lieberman, Sharan E.** | **1.00** | **0.00** | 34239001 | **0.00** |
| | | Edit brief responding to TWG's objections; attention to finding correct copy of transcript. | | | | |

**REDACTED**

Print Date & Time: 06/04/07  08:53:39

Prebill Number: 1473670

**Mayer, Brown, Rowe & Maw LLP**

Client:   073180      Pro Bono Committee
Matter:  06033521    Zirintusa, Idah, Plaintiff vs: Whitaker, Rosa and Harris, Pauline, Defendants
Billing Attorney:      Kadish, Marc R.

Page: 4
05/31/07
VAT Jurisdiction Code: NA

| Date | Tkpr ID | Tkpr Name | Hours | Rate | Time ID | Amount |
|------|---------|-----------|-------|------|---------|--------|

**REDACTED**

Indicate "H" for Hold; "T" for Transfer (and provide matter number) or "W" for Write-off

Print Date & Time: 06/04/07  08:53:39

Prebill Number: 1473670

**Mayer, Brown, Rowe & Maw LLP**

Client:   073180     Pro Bono Committee
Matter:  06033521   Zirintusa, Idah, Plaintiff vs: Whitaker, Rosa and Harris, Pauline, Defendants
Billing Attorney:     Kadish, Marc R.

Page: 5
05/31/07
VAT Jurisdiction Code: NA

| Date | Tkpr ID | Tkpr Name | Hours | Rate | Time ID | Amount |
|------|---------|-----------|-------|------|---------|--------|

**REDACTED**

Print Date & Time: 06/04/07 08:53:39                                           Prebill Number: 1473670

## Mayer, Brown, Rowe & Maw LLP

Client:   073180      Pro Bono Committee                                                              Page: 6
Matter:   06033521    Zirintusa, Idah, Plaintiff vs: Whitaker, Rosa and Harris, Pauline, Defendants    05/31/07
Billing Attorney:     Kadish, Marc R.                                          VAT Jurisdiction Code: NA

### **OTHER CHARGES**

| Date | Office Cost | Description | Reference | Tkpr | Qty | Cost ID | Amount |
|------|-------------|-------------|-----------|------|-----|---------|--------|

**REDACTED**

Indicate "H" for Hold; "T" for Transfer (and provide matter number) or "W" for Write-off

Print Date & Time: 06/04/07 08:53:39                                   Prebill Number: 1473670

## Mayer, Brown, Rowe & Maw LLP

Client:  073180    Pro Bono Committee                                                     Page: 7
Matter:  06033521    Zirintusa, Idah, Plaintiff vs: Whitaker, Rosa and Harris, Pauline, Defendants    05/31/07
Billing Attorney:    Kadish, Marc R.                                              VAT Jurisdiction Code: NA

| Date | Office | Cost | Description | Reference | Tkpr | Qty | Cost ID | Amount |
|------|--------|------|-------------|-----------|------|-----|---------|--------|

**REDACTED**

Indicate "H" for Hold; "T" for Transfer (and provide matter number) or "W" for Write-off

Print Date & Time: 06/04/07  08:53:39

Prebill Number: 1473670

## Mayer, Brown, Rowe & Maw LLP

Client:   073180    Pro Bono Committee
Matter:  06033521   Zirintusa, Idah, Plaintiff vs: Whitaker, Rosa and Harris, Pauline, Defendants
Billing Attorney:   Kadish, Marc R.

Page: 8
05/31/07
VAT Jurisdiction Code: NA

## SUMMARY OF ATTORNEY TIME

| Timekeeper | Hrs | Standard Rate | Standard Amt | Negotiated Rate | Negotiated Amt | Bill Hrs | Bill Rate | Bill Amt |
|---|---|---|---|---|---|---|---|---|
| **Partner(s):** | | | | | | | | |
| 12556  Lakatos, Alex C. | | 495.00 | | 495.00 | | | | |
| **Associate(s):** | | | | | | | | |
| 12578  Mirvish, John R. | | 400.00 | | 400.00 | | | | |
| 12856  Lieberman, Sharan E. | | 335.00 | | 335.00 | | | | |
| 13183  Widmer, Michael P. | | 240.00 | | 240.00 | | | | |
| **Paralegal(s):** | | | | | | | | |
| 12236  Reed, Richard D. | | 210.00 | | 210.00 | | | | |
| 12854  Barcikowski, Brian T. | | 180.00 | | 180.00 | | | | |
| **Administrative Personnel(s):** | | | | | | | | |
| 13789  Shebest, Steve | | 175.00 | | 175.00 | | | | |
| 13831  Ellis, Deeanna L. | | 50.00 | | 50.00 | | | | |
| **Average time rate** | | | | | | | | |
| **TOTALS** | | | | | | | | |

**REDACTED**

## SUMMARY OF OTHER CHARGES

Other Charges                                              Base          To Bill

Outside Courier
Other Disbursements
Westlaw Research
Document Reproduction - Outside
Document Reproduction
Mailing Charges - Office

**TOTAL OTHER CHARGES**

**TOTAL TIME & OTHER CHARGES**

# Exhibit 3

| Date | Name | Description | Hours | Rate | Total |
|------|------|-------------|-------|------|-------|
| | | | | | |
| 8/8/2007 | Lakatos, Alex C. | Depo. prep.* | 0.25 | $550.00 | $137.50 |
| 8/10/2007 | Lieberman, Sharan E. | Attention to arranging for deposition on August 16 | 0.25 | $400.00 | $100.00 |
| 8/14/2007 | Lakatos, Alex C. | Depo. prep. | 4.00 | $550.00 | $2,200.00 |
| 8/14/2007 | Reed, Richard D. | Preparation of materials for Mr. Lakatos | 1.50 | $230.00 | $345.00 |
| 8/15/2007 | Lakatos, Alex C. | Prep for deposition of TWG* | 2.50 | $550.00 | $1,375.00 |
| 8/16/2007 | Lakatos, Alex C. | Take deposition of TWG 30(b)(6) | 5.75 | $550.00 | $3,162.50 |
| 8/16/2007 | Lieberman, Sharan E. | Attend and participtate in Zirintusa deposition* | 3.00 | $400.00 | $1,200.00 |
| | | | | | $8,520.00 |
| | | | | | |
| 8/30/2007 | | Transcript of TWG deposition | | | $1,462.10 |
| | | | | | |
| | | | | | |
| * Where a single time entry reported multiple tasks, the time was allocated evenly among all tasks | | | | | |
| and rounded downward to the nearest 15 minutes. | | | | | |

# Exhibit 4

Print Date & Time:  09/06/07 11:37:02
Client: 073180

Prebill Number: 1537950

Mayer Brown
PREBILL
Cut-Off Date: 08/31/07

Client:        073180        **Pro Bono Committee**
Matter:        06033521     **Zirintusa, Idah, Plaintiff vs: Whitaker, Rosa and Harris, Pauline,**
                            **Defendants**

## MATTER INFORMATION

Bill Atty:     06202        Kadish, Marc R.        Mailing Address:
Office:        10           Chicago                Pro Bono Committee
Resp Atty:     12556        Lakatos, Alex C.       71 S. Wacker Drive
Open Date:     03/08/06                            Chicago, IL 60606

## UNBILLED TIME

| Date | TkprID | Tkpr Name | Hrs | Rate | Time ID | Amount |
|------|--------|-----------|-----|------|---------|--------|

REDACTED

| 08/08/07 | 12556 | Lakatos, Alex C. | 0.75 | 0.00 | 35027783 | 0.00 | ___ |
| | | Call witnesses, depo prep. | | | | | |

Indicate "H" for Hold; "T" for Transfer (and provide matter number) or "W" for Write-off

Print Date & Time: 09/06/07 11:37:02

**Mayer Brown**

Prebill Number: 1537950

Client: 073180  Pro Bono Committee
Matter: 06033521 Zirintusa Employment
Billing Attorney: Kadish, Marc R.

Page: 3
08/31/07
VAT Jurisdiction Code: NA
Phantasy Reference Number:

| Date | TkprID | Tkpr Name | Hrs | Rate | Time ID | Amount | |
|------|--------|-----------|-----|------|---------|--------|---|
| 08/10/07 | 12856 | Lieberman, Sharan E. | 0.25 | 0.00 | 35013958 | 0.00 | _____ |
| | | Attention to arranging for deposition on August 16. | | | | | |

REDACTED

| | | | | | | | |
|------|--------|-----------|-----|------|---------|--------|---|
| 08/14/07 | 12556 | Lakatos, Alex C. | 4.00 | 0.00 | 35027817 | 0.00 | _____ |
| | | Depo prep. | | | | | |
| 08/14/07 | 12236 | Reed, Richard D. | 1.50 | 0.00 | 34962324 | 0.00 | _____ |
| | | Preparation of materials for Mr. Lakatos. | | | | | |
| 08/15/07 | 12556 | Lakatos, Alex C. | 7.50 | 0.00 | 35027823 | 0.00 | _____ |
| | | Prep for deposition of TWG; defined depositions of Success Int'l and Institute for Gerontology. | | | | | |

Indicate "H" for Hold; "T" for Transfer (and provide matter number) or "W" for Write-off

Print Date & Time: 09/06/07 11:37:02

**Mayer Brown**

Prebill Number: 1537950

Client: 073180  Pro Bono Committee
Matter: 06033521 Zirintusa Employment
Billing Attorney: Kadish, Marc R.

Page: 4
08/31/07
VAT Jurisdiction Code: NA
Phantasy Reference Number:

| Date | TkprID | Tkpr Name | Hrs | Rate | Time ID | Amount | |
|------|--------|-----------|-----|------|---------|--------|--|
| 08/16/07 | 12556 | **Lakatos, Alex C.** | 5.75 | 0.00 | 35027830 | 0.00 | ____ |
| | | Take deposition of TWG 30(b)(6). | | | | | |
| 08/16/07 | 12856 | **Lieberman, Sharan E.** | 6.25 | 0.00 | 34910150 | 0.00 | ____ |
| | | Attend and participate in Zirintusa deposition; draft letter to Mr. Hannon regarding deposition of Kaiser. | | | | | |

**REDACTED**

Indicate "H" for Hold; "T" for Transfer (and provide matter number) or "W" for Write-off

Print Date & Time: 09/06/07 11:37:02

**Mayer Brown**

Prebill Number: 1537950

Client: 073180  Pro Bono Committee
Matter: 06033521 Zirintusa Employment
Billing Attorney: Kadish, Marc R.

Page: 5
08/31/07
VAT Jurisdiction Code: NA
Phantasy Reference Number:

| Date | TkprID | Tkpr Name | Hrs | Rate | Time ID | Amount |
|------|--------|-----------|-----|------|---------|--------|

**REDACTED**

Indicate "H" for Hold; "T" for Transfer (and provide matter number) or "W" for Write-off

Print Date & Time:  09/06/07 11:37:02

**Mayer Brown**

Prebill Number: 1537950

Client: 073180  Pro Bono Committee
Matter: 06033521 Zirintusa Employment
Billing Attorney: Kadish, Marc R.

Page: 6
08/31/07
VAT Jurisdiction Code: NA
Phantasy Reference Number:

| Date | TkprID | Tkpr Name | Hrs | Rate | Time ID | Amount |
|------|--------|-----------|-----|------|---------|--------|

**REDACTED**

Indicate "H" for Hold; "T" for Transfer (and provide matter number) or "W" for Write-off

Print Date & Time: 09/06/07 11:37:02

**Mayer Brown**

Prebill Number: 1537950

Client: 073180  Pro Bono Committee
Matter: 06033521 Zirintusa Employment
Billing Attorney: Kadish, Marc R.

Page: 7
08/31/07
VAT Jurisdiction Code: NA
Phantasy Reference Number:

## OTHER CHARGES

| Date | Office Cost | Description | Reference | Tkpr | Qty | Cost ID | Amount |
|------|-------------|-------------|-----------|------|-----|---------|--------|

REDACTED

Indicate "H" for Hold; "T" for Transfer (and provide matter number) or "W" for Write-off

Print Date & Time: 09/06/07 11:37:02

**Mayer Brown**

Prebill Number: 1537950

Client: 073180  Pro Bono Committee
Matter: 06033521 Zirintusa Employment
Billing Attorney: Kadish, Marc R.

Page: 8
08/31/07
VAT Jurisdiction Code: NA
Phantasy Reference Number:

| Date | Office Cost | Description | Reference | Tkpr | Qty | Cost ID | Amount |
|------|-------------|-------------|-----------|------|-----|---------|--------|

**REDACTED**

Indicate "H" for Hold; "T" for Transfer (and provide matter number) or "W" for Write-off

Print Date & Time: 09/06/07 11:37:02

**Mayer Brown**

Prebill Number: 1537950

Client: 073180  Pro Bono Committee
Matter: 06033521 Zirintusa Employment
Billing Attorney: Kadish, Marc R.

Page: 9
08/31/07
VAT Jurisdiction Code: NA
Phantasy Reference Number:

| Date | Office Cost | Description | Reference | Tkpr | Qty | Cost ID | Amount |
| --- | --- | --- | --- | --- | --- | --- | --- |

**REDACTED**

Indicate "H" for Hold; "T" for Transfer (and provide matter number) or "W" for Write-off

Print Date & Time: 09/06/07 11:37:02

Prebill Number: 1537950

Client: 073180 Pro Bono Committee
Matter: 06033521 Zirintusa Employment
Billing Attorney: Kadish, Marc R.

Page: 10
08/31/07
VAT Jurisdiction Code: NA
Phantasy Reference Number:

**Mayer Brown**

| Date | Office Cost | Description | Reference | Tkpr | Qty | Cost ID | Amount |
|------|-------------|-------------|-----------|------|-----|---------|--------|

**REDACTED**

Indicate "H" for Hold; "T" for Transfer (and provide matter number) or "W" for Write-off

Print Date & Time: 09/06/07 11:37:02

**Mayer Brown**

Prebill Number: 1537950

Client: 073180  Pro Bono Committee
Matter: 06033521 Zirintusa Employment
Billing Attorney: Kadish, Marc R.

Page: 11
08/31/07
VAT Jurisdiction Code: NA
Phantasy Reference Number:

### SUMMARY OF ATTORNEY TIME

| Timekeeper | Hrs | Standard Rate | Amt | Negotiated Rate | Amt | Bill Hrs | Rate | Amt |
|---|---|---|---|---|---|---|---|---|
| **Partner(s):** | | | | | | | | |
| 12556  Lakatos, Alex C. | | 550.00 | | 550.00 | | | | |
| **Associate(s):** | | | | | | | | |
| 12856  Lieberman, Sharan E. | | 400.00 | | 400.00 | | | | |
| **Other Timekeepers(s):** | | | | | | | | |
| 14088  Mathis, Alan J. | | 190.00 | | 190.00 | | | | |
| **Paralegal(s):** | | | | | | | | |
| 12236  Reed, Richard D. | | 230.00 | | 230.00 | | | | |
| 12854  Barcikowski, Brian T. | | 200.00 | | 200.00 | | REDACTED | | |
| 14270  Stafford, Caitlin M. | | 125.00 | | 125.00 | | | | |
| **Administrative Personnel(s):** | | | | | | | | |
| 12921  Brown, Franklin A. | | 190.00 | | 190.00 | | | | |
| **Average time rate** | | | | | | | | |
| **TOTALS** | | | | | | | | |

Print Date & Time:  09/06/07 11:37:02

Prebill Number: 1537950

**Mayer Brown**

Client: 073180  Pro Bono Committee
Matter: 06033521 Zirintusa Employment
Billing Attorney: Kadish, Marc R.

Page: 12
08/31/07
VAT Jurisdiction Code: NA
Phantasy Reference Number:

## SUMMARY OF OTHER CHARGES

| Other Charges | Base | To Bill |
|---|---|---|
| Transcripts | | |
| Local Transportation | | |
| Outside Courier | | |
| Other Disbursements | | |
| Automated Research - Outside | | |
| Westlaw Research | | |
| Document Reproduction - Outside | | |
| Document Reproduction | | |
| Facsimile Transmission - Long Distance | | **REDACTED** |
| Mailing Charges - Office | | |

**TOTAL OTHER CHARGES**

**TOTAL TIME & OTHER CHARGES**

# Exhibit 5

Print Date & Time: 10/04/07 10:01:21
Client: 073180

Prebill Number: 1559442

Mayer Brown
PREBILL
Cut-Off Date: 09/30/07

Client:      073180      **Pro Bono Committee**
Matter:      06033521     **Zirintusa, Idah, Plaintiff vs: Whitaker, Rosa and Harris, Pauline, Defendants**

---

## MATTER INFORMATION

Bill Atty:    06202       Kadish, Marc R.         Mailing Address:
Office:       10          Chicago                 Pro Bono Committee
Resp Atty:    12556       Lakatos, Alex C.        71 S. Wacker Drive
Open Date:    03/08/06                            Chicago, IL 60606

## UNBILLED TIME

| Date | TkprID | Tkpr Name | Hrs | Rate | Time ID | Amount |
|------|--------|-----------|-----|------|---------|--------|

**REDACTED**

Indicate "H" for Hold; "T" for Transfer (and provide matter number) or "W" for Write-off

Print Date & Time: 10/04/07 10:01:21

**Mayer Brown**

Prebill Number: 1559442

Client: 073180 Pro Bono Committee
Matter: 06033521 Zirintusa Employment
Billing Attorney: Kadish, Marc R.

Page: 3
09/30/07
VAT Jurisdiction Code: NA
Phantasy Reference Number:

| Date | TkprID | Tkpr Name | Hrs | Rate | Time ID | Amount |
|------|--------|-----------|-----|------|---------|--------|

**REDACTED**

Indicate "H" for Hold; "T" for Transfer (and provide matter number) or "W" for Write-off

Print Date & Time: 10/04/07 10:01:21

**Mayer Brown**

Prebill Number: 1559442

Client: 073180 Pro Bono Committee
Matter: 06033521 Zirintusa Employment
Billing Attorney: Kadish, Marc R.

Page: 4
09/30/07
VAT Jurisdiction Code: NA
Phantasy Reference Number:

| Date | TkprID | Tkpr Name | Hrs | Rate | Time ID | Amount |
|------|--------|-----------|-----|------|---------|--------|

**REDACTED**

**TOTALS**

Indicate "H" for Hold; "T" for Transfer (and provide matter number) or "W" for Write-off

Print Date & Time: 10/04/07 10:01:21

**Mayer Brown**

Prebill Number: 1559442

Client: 073180 Pro Bono Committee
Matter: 06033521 Zirintusa Employment
Billing Attorney: Kadish, Marc R.

Page: 5
09/30/07
VAT Jurisdiction Code: NA
Phantasy Reference Number:

## **OTHER CHARGES**

| Date | Office Cost | Description | Reference | Tkpr | Qty | Cost ID | Amount |
|------|-------------|-------------|-----------|------|-----|---------|--------|

**REDACTED**

Indicate "H" for Hold; "T" for Transfer (and provide matter number) or "W" for Write-off

Print Date & Time: 10/04/07 10:01:21

Client: 073180  Pro Bono Committee
Matter: 06033521 Zirintusa Employment
Billing Attorney: Kadish, Marc R.

Prebill Number: 1559442

Page: 6
09/30/07
VAT Jurisdiction Code: NA
Phantasy Reference Number:

Mayer Brown

| Date | Office Cost | Description | Reference | Tkpr | Qty | Cost ID | Amount |
|------|------|------|------|------|------|------|------|

**REDACTED**

| 08/30/07 | 90 | 06 | Transcripts | Ck#942869 | 12556 | | 36655184 | 1,462.10 |

VENDOR: LegaLink, Inc/Merrill Legal Solutions/A; INVOICE#: 216149;
DATE: 8/30/2007  -  Original Transcript & Index of Sheila Williams

Indicate "H" for Hold; "T" for Transfer (and provide matter number) or "W" for Write-off

Print Date & Time: 10/04/07 10:01:21

**Mayer Brown**

Prebill Number: 1559442

Client: 073180 Pro Bono Committee
Matter: 06033521 Zirintusa Employment
Billing Attorney: Kadish, Marc R.

Page: 7
09/30/07
VAT Jurisdiction Code: NA
Phantasy Reference Number:

| Date | Office Cost | Description | Reference | Tkpr | Qty | Cost ID | Amount |
|------|-------------|-------------|-----------|------|-----|---------|--------|

**REDACTED**

Indicate "H" for Hold; "T" for Transfer (and provide matter number) or "W" for Write-off

Print Date & Time: 10/04/07 10:01:21

Prebill Number: 1559442

Client: 073180 Pro Bono Committee
Matter: 06033521 Zirintusa Employment
Billing Attorney: Kadish, Marc R.

Page: 8
09/30/07
VAT Jurisdiction Code: NA
Phantasy Reference Number:

Mayer Brown

| | | Standard | | Negotiated | | Bill | | |
|---|---|---|---|---|---|---|---|---|
| **Timekeeper** | Hrs | Rate | Amt | Rate | Amt | Hrs | Rate | Amt |
| **Partner(s):** | | | | | | | | |
| 12556  Lakatos, Alex C. | | 550.00 | | 550.00 | | | | |
| **Associate(s):** | | | | | | | | |
| 12856  Lieberman, Sharan E. | | 400.00 | | 400.00 | | | | |
| 13385  Hafizi, Shahriar | | 275.00 | | 275.00 | | | | |
| **Other Timekeepers(s):** | | | | | | | | |
| 14088  Mathis, Alan J. | | 190.00 | | 190.00 | | | | |
| **Paralegal(s):** | | | | | | | | |
| 12236  Reed, Richard D. | | 230.00 | | 230.00 | | | | |
| 14270  Stafford, Caitlin M. | | 125.00 | | 125.00 | | | | |
| **Average time rate** | | | | | | | | |
| **TOTALS** | | | | | | | | |

### SUMMARY OF ATTORNEY TIME

**REDACTED**

Print Date & Time: 10/04/07 10:01:21

Client: 073180 Pro Bono Committee
Matter: 06033521 Zirintusa Employment
Billing Attorney: Kadish, Marc R.

Prebill Number: 1559442

Page: 9
09/30/07
VAT Jurisdiction Code: NA
Phantasy Reference Number:

Mayer Brown

## SUMMARY OF OTHER CHARGES

Other Charges                                          Base          To Bill

Transcripts
Travel - Airfare
Travel - Other
Local Transportation
Business Meals - Travel
Other Disbursements
Document Preparation
Document Reproduction - Outside
Document Reproduction
Mailing Charges - Office

**TOTAL OTHER CHARGES**

**REDACTED**

**TOTAL TIME & OTHER CHARGES**