UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IDAH ZIRINTUSA | ) |
|        The Plaintiff, | ) |
|        v. | ) Civil Action No. 05-1738 (EGS/JMF) |
| ROSA WHITAKER, et. al. | ) |
|        Defendants. | ) |

### [PROPOSED] ORDER

This Court having entered an Order on June 6, 2007 that The Whitaker Group ("TWG") "shall pay plaintiff's costs and attorneys' fees associated with the litigation of plaintiff's motion to compel and taking of a second deposition of TWG's 30(b)(6) designee," and directing Plaintiff to submit an Account of such costs and fees; and

Upon consideration of Plaintiff Zirintusa's Account of Costs and Fees Associated with Motion to Compel and Second Deposition of The Whitaker Group, it is, this ___ day of _____ 2007/2008,

ORDERED that The Whitaker Group shall pay Plaintiff costs and fees in the total amount of $19,502.10, with payment to be made by no later than _____, 2008.

                                                                                                    _____
                                                                                                     Judge Emmet G. Sullivan
                                                                                                      United States District Court for the District of Columbia