UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IDAH ZIRINTUSA : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 05-1738 (EGS) |
| : | |
| ROSA WHITAKER, et. al. : | |
| : | |
| Defendants. : | |

**CONSENT MOTION FOR LEAVE TO EXTEND TIME FOR FILING OPPOSITION TO PLAINTIFF ZIRINTUSA'S ACCOUNT OF COSTS AND FEES ASSOCIATED WITH MOTION TO COMPEL AND SECOND DEPOSITION OF THE WHITAKER GROUP**

Comes now non-party The Whitaker Group, through counsel, HANNON LAW GROUP, LLP, and presents this consent motion for leave to extend the filing deadline for The Whitaker Group's opposition to Plaintiff's account of costs and fees associated with motion to compel and second deposition of The Whitaker Group. The parties have agreed that The Whitaker Group will file its opposition on Friday, December 7, 2007, just two days after the original filing deadline.

Plaintiff Idah Zirintusa filed an account of costs and fees associated with her motion to compel and second deposition of The Whitaker Group on November 20, 2007. The Whitaker Group's opposition is due on December 5, 2007. Undersigned counsel had mediation in other cases this week and has a hearing in another case on Friday for which he has been preparing. Undersigned counsel has proposed to counsel for the Plaintiff that the filing deadline for The Whitaker Group's opposition be extended to Friday, December 7, 2007. Counsel for the Plaintiff has agreed to the proposed extension.

The parties request that the Court grant The Whitaker Group an extension in the filing of its opposition to Plaintiff's account of costs and fees. The parties further request that the Court

grant an extension of the deadline to Friday, December 7, 2007.  There should be no prejudice to the Court or the parties as they have come to an agreement on this matter.

Dated: December 5, 2007

Respectfully submitted,

HANNON LAW GROUP, LLP

_____//s// J. Michael Hannon_____
J. Michael Hannon, #352526
1901 18th Street, N.W.
Washington, DC 20009
(202) 232-1907
(202) 232-3704 (facsimile)
jhannon@hannonlawgroup.com

*Attorney for Defendants Rosa Whitaker and Pauline Harris*

2

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing **Consent Motion for Leave Extend Time for Filing Opposition to Plaintiff's Account of Costs and Fees Associated with Motion to Compel and Second Deposition of The Whitaker Group** was sent via electronic filing this 5th day of December 2007, to:

Alex C. Lakatos
MAYER BROWN LLP
1909 K Street, N.W.
Washington, D.C. 20006-1101


                                                 *//s// J. Michael Hannon*
                                                 J. Michael Hannon