UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IDAH ZIRINTUSA | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-1738 (EGS) |
| ROSA WHITAKER, et. al. | : |
| Defendants. | : |

**ORDER**

Upon consideration of the Consent Motion for Leave to Extend Time for Filing Opposition to Plaintiff's Account of Costs and Fees Associated with Motion to Compel and Second Deposition of The Whitaker Group, it is by this Court, this ___ day of December, 2007,

**ORDERED**, that the Consent Motion for Leave to Extend Time for Filing Opposition to Plaintiff's Account of Costs and Fees Associated with Motion to Compel and Second Deposition of the Whitaker Group, is hereby, **GRANTED** and The Whitaker Group's opposition pleading is due on Friday, December 7, 2007.

**SO ORDERED.**

_____
**Emmet G. Sullivan**
**United States District Judge**

Copies to:

J. Michael Hannon
HANNON LAW GROUP, LLP
1901 18th Street, N.W.
Washington, D.C. 20009

Alex C. Lakatos
MAYER BROWN LLP
1909 K Street, N.W.
Washington, D.C.  20006-1101