# EXHIBIT A

VIDEOTAPED DEPOSITION OF SHEILA WILLIAMS, VOLUME 2
CONDUCTED ON THURSDAY, AUGUST 16, 2007

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

CIVIL DIVISION

- - - - - - - - - - - - - - - x

IDAH ZIRINTUSA,                 :

    Plaintiff(s),              : Case No.:

vs.                             : 1:05cv01738

ROSA WHITAKER and PAULINE        :

HARRIS,                         : VOLUME II

    Defendant(s).              :

- - - - - - - - - - - - - - - x


Rule 30(b)(6) Videotaped Deposition of

THE WHITAKER GROUP

by and through its designee

SHEILA WILLIAMS

Washington, DC

Thursday, August 16, 2007

9:10 a.m.

Job No.: 1-109821
Pages: 1 - 250
Reported by:

Darlene S. Traficante, RPR, CMRS, CLR

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202)861-3410  (800)292-4789  (301)762-8282  (703)288-0026  (410)539-3664

fd2b6e0f-170d-4e27-8b00-f8f87ff07e9e

1  information I saw it looked like she would have
2  to complete at least two years of school.  That
3  the program would at least be two years.
4          MR. HANNON:  Alex, can I interrupt a
5  second?  Because this was all pretty much covered
6  in the first deposition.  I hope you don't go
7  over stuff you've already plowed too much.
8          MR. LAKATOS:  Okay.  Fair enough.
9          MR. HANNON:  Thanks.
10         MR. LAKATOS:  I don't know that I
11 agree with your characterization, but --
12         MR. HANNON:  I'm reading through pages
13 69 and the questions and answers sort of follow
14 along what you're doing now.
15         But I'll rely on your efficiency.
16         MR. LAKATOS:  All right. Let's just
17 finish up this line and then we'll take a little
18 break.
19 BY MR. LAKATOS:
20    Q    You said that at least two years.  Did
21 you indicate that maybe it would take longer than
22 two years?

VIDEOTAPED DEPOSITION OF SHEILA WILLIAMS, VOLUME 2
CONDUCTED ON THURSDAY, AUGUST 16, 2007

Page 102

1  at Travelocity --
2       MR. HANNON:  Can I just interrupt
3  here.  And I'm looking at page 97 of the prior
4  deposition and the same question was asked at
5  line 15, quote, you want the specific dates for
6  all the meetings or what?  Answer:  Yes.  So --
7       MR. LAKATOS:  Let me take a look at
8  where you're looking.
9       MR. HANNON:  Sure.
10      MR. LAKATOS:  And where are you?
11      MR. HANNON:  I think here, that whole,
12 I've been following along your line of
13 questioning and it follows to the prior
14 deposition.
15      MR. LAKATOS:  I'm sorry, where is it
16 that she talked about the meeting about the
17 health insurance?
18      MR. HANNON:  I'm sorry?
19      MR. LAKATOS:  Where is that she talked
20 about the meeting about the health insurance?
21      MR. HANNON:  You're asking about the
22 number of times she came in to the office.

Page 103

1    MR. LAKATOS: I need to be able to lay
2    a little ground work for questions she didn't
3    answer before.
4    MR. HANNON: But what question didn't
5    she answer before?
6    MR. LAKATOS: Do you want to show me
7    where it is that she talked about this meeting
8    for health insurance papers being filled out? Or
9    the meeting in the office for the return ticket?
10   MR. HANNON: We have to answer
11   questions that weren't answered in the prior
12   deposition. Okay?
13   MR. LAKATOS: Well, you do have to
14   answer questions that weren't answered in the
15   prior deposition. But also to a large extent
16   your witness was unprepared, and she said that at
17   the beginning of the deposition.
18   MR. HANNON: We're here because of the
19   Judge's order. And you've been going over
20   information that I've been following along in the
21   deposition.
22   And unless -- unless there is a --

VIDEOTAPED DEPOSITION OF SHEILA WILLIAMS, VOLUME 2
CONDUCTED ON THURSDAY, AUGUST 16, 2007

Page 118

1   say in a conversation with Rosa.  Because I
2   received an e-mail from one of Idah's relatives,
3   and I asked, you know, I talked to Rosa about the
4   e-mail and she, she informed me who Idah was.
5       Q     And what did she say?
6       A     She said Idah was someone, a person
7   living in Uganda, Ugandan resident, that worked
8   for the state house, and expressed interest in
9   attending school in the US.  She was interested
10  in furthering her studies.
11            MR. HANNON:  Mr. Lakatos, on page 61
12  of the prior deposition at line 12 is the
13  question, quote:  How did The Whitaker Group
14  learn about Idah?  And that was answered.
15            I'm sorry.  I'm mistaken.
16            MR. LAKATOS:  Yeah.  And as long as
17  we're on the topic of mistakes that you may have
18  made, you may want to just take a look at the
19  Court's order, because the Court's order says
20  that she's to come -- where is the spot?
21            MS. LIEBERMAN:  And answer all --
22            MR. LAKATOS:  And shall answer all