# EXHIBIT B

## Duplicative Billing Included in Counsel's Billing Documents

| Date | Name | Description | Hours | Rate* |
|---|---|---|---|---|
| 3/19/2007 | Widmer, Michael P. | Review transcript of 30(b)(6) deposition of Whitaker Group | 1.75 | 240.00 |
| 3/20/2007 | Widmer, Michael P. | Review Transcript of 30(b)(6) deposition of Whitaker Group | 2.5 | 240.00 |
| 3/22/2007 | Bennet, Jr. Peter | Review deposition transcript for Sheila Williams and highlight attorney notes | 1.0 | 210.00 |
| 3/30/2007 | Lieberman, Sharan E. | Prepared for conference call with Judge Sullivan's chambers re: discovery dispute | 1.0 | 335.00 |
| 3/30/2007 | Widmer, Michael P. | Preparation of and participation in telephone conference with court | .75 | 240.00 |
| 5/1/2007 | Widmer, Michael P. | Review of motion of The Whitaker Group regarding 30(b)(6) subpoena | .50 | 240.00 |
| 5/2/2007 | Widmer, Michael P. | Review of motion of the Whitaker Group regarding 30(b)(6) subpoena | .25 | 240.00 |
| 8/15/2007 | Lakatos, Alex C. | Prep for deposition of TWG | 2.5 | 550.00 |
| 8/16/2007 | Lieberman, Sharan E. | Attend and participate in Zirintusa deposition | 3.0 | 550.00 |

\* Denotes rates charged by Mayer Browne, LLP.