UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IDAH ZIRINTUSA | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No.  05-1738 (EGS) |
| ROSA WHITAKER, et. al. | : | |
| Defendants. | : | |

## ORDER

Upon consideration of Non Party The Whitaker Group's Opposition to Plaintiff's Account of Costs and Fees Associated with Motion to Compel and the Second Deposition of The Whitaker Group, by the Court, this ____ day of _____, 2007, it is so,

**ORDERED**, that Non Party The Whitaker Group is to pay an award of fees to Plaintiff's counsel of no more than $6,515.50 and that payment is deferred until the conclusion of this case.

**SO ORDERED.**

_____
**Emmet G. Sullivan**
**United States District Judge**

Copies to:

Alex C. Lakatos
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, N.W.
Washington, D.C.  20006-1101