## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IDAH ZIRINTUSA | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-1738 (EGS) |
| ROSA WHITAKER, et. al. | : |
| Defendants. | : |

### CONSENT MOTION TO EXTEND DEADLINE
### TO FILE REPLY IN SUPPORT OF ACCOUNT OF COSTS AND FEES

Comes now Plaintiff, through counsel, Mayer Brown LLP, and presents this consent motion for leave to extend the filing deadline to Plaintiff's Reply in Support of Account of Costs and Fees Associated with Motion to Compel and Second Deposition of the Whitaker Group (Docket Entry 84). The parties have agreed that Plaintiff will file her Reply on Friday, December 14, 2007, just two days after the original deadline.

On December 7, 2007, the Court granted The Whitaker Group's Motion for a comparable two-day extension of The Whitaker Group's deadline in which to file its Opposition to the Plaintiff's Account of Costs and Fees Associated with Motion to Compel and Second Deposition of the Whitaker Group. Plaintiff seeks a corresponding two-day extension until December 14, 2007, to file her Reply. There should be no prejudice to the Court or the Parties as they have come to an agreement on this matter.

Dated: December 12, 2007  Respectfully submitted,

_____//s// Alex C. Lakatos_____
Alex C. Lakatos, D.C. Bar No. 453763
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, N.W.
Washington, D.C. 20006-1101
Tel: (202) 263-3000
alakatos@mayerbrownrowe.com

*Attorney for Plaintiff Idah Zirintusa*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **Consent Motion to Extend Deadline To File Reply in Support of Account of Costs and Fees** was sent via electronic filing and first class mail this 12th day of December 2007, to:

J. Michael Hannon
1901 18th Street, N.W.
Washington, DC 20009
(202) 232-1907
(202) 232-3704 (facsimile)
jhannon@hannonlawgroup.com

*Attorney for The Whitaker Group and*
*Defendants Rosa Whitaker*
*and Pauline Harris*