## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IDAH ZIRINTUSA | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 05-1738 (EGS) |
| ROSA WHITAKER, et. al. | : | |
| Defendants. | : | |

### [PROPOSED] ORDER

Upon consideration of the Consent Motion to Extend Deadline To File Reply in Support of Account of Costs and Fees, it is by this Court, this _____ day of December 2007,

**ORDERED** that the Motion is granted and Plaintiff's Reply is due December 14, 2007.

**SO ORDERED**

_____
**Emmet G. Sullivan**
**United States District Judge**