UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IDAH ZIRINTUSA ) | |
| ) | |
| The Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ROSA WHITAKER, et. al. ) | Civil Action No. 05-1738 (EGS/JMF) |
| ) | |
| Defendants. ) | |

### NOTICE REGARDING FILING OF SEALED MATERIAL

Notice is given that a Sealed Attachment was filed in paper format with the Court. This document is not available for public viewing.

        /s/ Alex C. Lakatos

Alex C. Lakatos

Attorney for Plaintiff

DC Bar No: 453763

MAYER BROWN LLP
1909 K Street N.W.,
Washington, D.C. 20006-1101

Date: December 17, 2007