UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                              )
IDAH ZIRINTUSA                )
                              )
            Plaintiff,        )
                              )
                              )   Civ. No. 05-1738 (EGS)
       v.                     )
                              )
ROSA WHITAKER, *et al.*       )
                              )
            Defendants.       )
_____)

### ORDER

Pending before the Court is Plaintiff's Motion for a Protective Order, Defendants' Motion to Compel, and Plaintiff's Motion to Compel and for Sanctions. Upon consideration of the Motions, the responses and replies thereto, and in light of the status hearing held on March 6, 2008, it is by the Court hereby **ORDERED** that

Plaintiff's Motion for a Protective Order regarding information relating to her immigration status is **GRANTED** and defendants' Motion to Compel further inquiry into plaintiff's immigration status is **DENIED**; and it is

**FURTHER ORDERED** that defendants shall not be permitted to conduct any discovery into plaintiff's immigration status or any other immigration matters or materials concerning plaintiff; and it is

**FURTHER ORDERED** that plaintiff's Motion to Compel and for Sanctions is **GRANTED IN PART AND DENIED IN PART.** Defendants are **ORDERED** to produce to the Court a copy of the email providing former defense counsel authorization to submit defendant Whitaker's First Set of Interrogatories or a statement from former defense counsel attesting to said authorization by no later than **MARCH 12, 2008.** Both sets of interrogatories prepared by defendant Whitaker will be admissible in this case and the Court will give the Prior Inconsistent Statement instruction to the jury; and it is

**FURTHER ORDERED** that plaintiff's Motion for Sanctions relating to the sale of Defendant Harris's home is **GRANTED.** In the event this case proceeds to trial, the Court will craft an appropriate jury instruction at that time; and it is

**FURTHER ORDERED** that plaintiff's Motion for Attorney's Fees is **GRANTED.** The Court finds that plaintiff's requested fees are reasonable and that plaintiff's reliance upon the *Laffey* index as a method of computation is consistent with this Circuit's decision in *Covington v. District of Columbia*, 57 F.3d 1101 (D.C. Cir. 1995). Consistent with this Court's June 6, 2007 Order, The Whitaker Group shall pay plaintiff's attorney's fees in the amount of **$18,947.10.** Payment shall be made no later than **MARCH 17, 2008;** and it is

**FURTHER ORDERED** that any dispositive motions shall be filed no later than **April 7, 2008.** Responses to motions shall be filed no later than **May 7, 2008.** Replies in support of motions shall be filed no later than **May 21, 2008.**

SO ORDERED.

**Signed:    Emmet G. Sullivan
            United States District Judge
            March 7, 2008**