**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IDAH ZIRINTUSA : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No.  05-1738 (EGS) |
| : | |
| ROSA WHITAKER, et. al. : | |
| : | |
| Defendants. : | |

**CONSENT MOTION FOR LEAVE TO EXTEND TIME IN WHICH**
**DEFENDANTS ARE TO COMPLY WITH THE COURT'S ORDER OF MARCH 7, 2008**

Come now Defendants Rosa Whitaker and Pauline Harris, through their attorneys, HANNON LAW GROUP, LLP, and present this consent motion for leave to extend the time in which they must produce to this Court a copy of the email providing former defense counsel, Johnny Barnes', authorization to submit Ms. Whitaker's First Set of Interrogatories or a statement from former defense counsel that such authorization was given.  The parties have agreed that Defendants will comply with the Court's order no later than Monday, March 17, 2008.

A status hearing was held in this case on March 6, 2008.  Following that status hearing, the Court issued an Order on March 7, 2008 requiring that Defendants "produce to the Court a copy of the email providing former defense counsel authorization to submit defendant Whitaker's First Set of Interrogatories or a statement from former defense counsel attesting to said authorization by no later than March 12, 2008."  Order at 2.  Defendants request an extension of time by which to comply with the Court Order and propose that the ordered submission will be made no later than Monday, March 17, 2008.  Counsel for the Defendants has been in an arbitration that will likely extend to Thursday, March 13, 2008 and has spent the early

days of the week preparing for it. Therefore, counsel needs additional time to comply with the Court's Order.

Counsel has requested consent from Plaintiff's counsel with respect to this extension. Counsel for the plaintiff has consented to an extension until Monday, March 17, 2008. There should be no prejudice to the Court or the parties as they have come to an agreement on this matter.

Dated: March 12, 2008                                    Respectfully submitted,

                                                         HANNON LAW GROUP, LLP


                                                             //s// J. Michael Hannon
                                                         J. Michael Hannon, #352526
                                                         1901 18th Street, N.W.
                                                         Washington, DC 20009
                                                         (202) 232-1907
                                                         (202) 232-3704 (facsimile)
                                                         jhannon@hannonlawgroup.com

                                                         *Attorney for Defendants Rosa Whitaker
                                                         and Pauline Harris*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **Consent Motion for Leave to Extend Time in Which Defendants Are to Comply with the Court's Order of March 7, 2008** was sent via electronic filing this 12th day of March, 2008, to:

Alex C. Lakatos
MAYER BROWN LLP
1909 K Street, N.W.
Washington, D.C.  20006-1101

                    *//s// J. Michael Hannon*
                    J. Michael Hannon