UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IDAH ZIRINTUSA | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 05-1738 (EGS) |
| | : |
| ROSA WHITAKER, et. al. | : |
| | : |
| Defendants. | : |

## ORDER

Upon consideration of the Consent Motion for Leave to Extend Time in Which Defendants Are to Comply with the Court's Order of March 7, 2008, it is by the Court, this __ day of _____, 2008,

**ORDERED**, that the Consent Motion for Leave to Extend Time in Which Defendants Are to Comply with the Court's Order of March 7, 2008 be, and is hereby, **GRANTED** and that an extension for submission of the Court Ordered communications is granted to and including, Monday, March 17, 2008.

**SO ORDERED.**

_____
**Emmet G. Sullivan**
**United States District Judge**

Copies to:

J. Michael Hannon
HANNON LAW GROUP, LLP
1901 18th Street, N.W.
Washington, D.C. 20009

Alex C. Lakatos
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, N.W.
Washington, D.C.  20006-1101