**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IDAH ZIRINTUSA : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civ. No. 05-1738 (EGS) |
| : | |
| ROSA WHITAKER, et. al. : | |
| : | |
| Defendants. : | |

**DEFENDANT WHITAKER'S MOTION FOR**
**LEAVE TO FILE CERTAIN DOCUMENTS EX PARTE AND UNDER SEAL**

Defendant Rosa Whitaker through her representatives HANNON LAW GROUP, LLP respectfully submits her Motion for Leave to File Certain Documents Ex Parte and Under Seal pursuant to Local Rule of Civil Procedure 5.1(j). Defendant encloses her Memorandum of Points and Authorities in support of the Motion.

WHEREFORE, Defendant Rosa Whitaker respectfully requests that this Court grant her Motion for Leave to File Certain Documents Ex Parte and Under Seal.

Dated: March 17, 2008                Respectfully submitted,

                                     HANNON LAW GROUP, LLP

                                     *//s// J. Michael Hannon//s//*
                                     J. Michael Hannon, #352526
                                     1901 18th Street, N.W.
                                     Washington, DC 20009
                                     (202) 232-1907
                                     (202) 232-3704 (facsimile)
                                     jhannon@hannonlawgroup.com

                                     *Attorney for Defendants Rosa Whitaker*
                                     *and Pauline Harris and Interested Party The*
                                     *Whitaker Group*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of the foregoing **Defendants' Motion for Leave to File Certain Documents Under Seal, Memorandum, and Order were** served electronically and by mail and facsimile this 17th day of March 2008, to:

Alex C. Lakatos
Sharan E. Lieberman
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, N.W.
Washington, D.C. 20006-1101

                              *//s// J. Michael Hannon//s//*
                              J. Michael Hannon

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IDAH ZIRINTUSA : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civ. No. 05-1738 (EGS) |
| : | |
| ROSA WHITAKER, et. al. : | |
| : | |
| Defendants. : | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN
SUPPORT OF DEFENDANT WHITAKER'S MOTION FOR
<u>LEAVE TO FILE CERTAIN DOCUMENTS EX PARTE AND UNDER SEAL</u>**

Comes now Defendant Rosa Whitaker, through her attorneys, HANNON LAW GROUP, LLP, and requests leave to file certain documents under seal pursuant to Local Rule of Civil Procedure 5.1(j).

**BACKGROUND**

In an Order of March 7, 2008, this Court directed Defendant Rosa Whitaker "to produce to the Court a copy of the email providing former defense counsel authorization to submit defendant Whitaker's First Set of Interrogatories or a statement from former defense counsel attesting to said authorization." In order for Defendant Whitaker to comply with the Court's Order, Ms. Whitaker must produce information and documents which contain privileged attorney-client communications.

**ARGUMENT**

The documents and information responsive to the Court's order contain privileged attorney-client communications and also constitute privileged attorney work product. Therefore, while Ms. Whitaker is willing to produce this information to the Court, it would be inappropriate to disclose the information to Plaintiff or the public. <u>See</u>

generally Upjohn Co. v. United States, 449 U.S. 383, 388 (1981) (holding documents could not be produced on the grounds that they were protected from disclosure by the attorney-client privilege and constitute the work product of attorneys prepared in anticipation of litigation.).  The attorney-client privilege is "one of the oldest recognized privileges for confidential communications.  The privilege is intended to encourage 'full and frank communication between attorneys and their clients and thereby promote broader public interests in the observance of law and the administration of justice.'" Swidler & Berlin v. United States, 524 U.S. 399, 403 (1998).  The submission falls squarely within this privilege and should be accorded the full weight of precedent.

The fact that the information is being submitted to comply with this Court's order does not affect the assertion of privilege.  See SEC v. Lavin, 111 F.3d 921, 930 (D.C. Cir. 1997)("When the disclosure of privileged material is involuntary, we will find the privilege preserved if the privilege holder has made efforts 'reasonably designed' to protect and preserve the privilege.").  Compelled disclosures fall within the categorization of "involuntary" disclosure, as the privilege holder has no opportunity to preserve the privilege.  See id.  The attorney-client privilege should apply to the information submitted herewith, as the privilege has never been waived and is therefore intact.

WHEREFORE, Defendant Rosa Whitaker respectfully requests that this Court grant their Motion for Leave to File Under Seal.

Dated: March 17, 2008                    Respectfully submitted,

                                                                            HANNON LAW GROUP, LLP


                                                                            *//s// J. Michael Hannon//s//*
                                                                            J. Michael Hannon, #352526
                                                                            1901 18th Street, N.W.
                                                                            Washington, DC 20009
                                                                            (202) 232-1907
                                                                            (202) 232-3704 (facsimile)
                                                                            jhannon@hannonlawgroup.com

                                                                            *Attorney for Defendants Rosa Whitaker*
                                                                            *and Pauline Harris*