UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IDAH ZIRINTUSA | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-1738 (EGS) |
| ROSA WHITAKER, et. al. | : |
| Defendants. | : |

**ORDER**

Upon consideration of Defendants' Motion for Leave to File Certain Documents Ex Parte Under Seal, by the Court, this __ day of _____, 2008, it is so,

**ORDERED**, that the Defendants' Motion for Leave to File Certain Documents Ex Parte Under Seal be, and is hereby, **GRANTED**.

**SO ORDERED.**

---

**Emmet G. Sullivan**
**United States District Judge**

Copies to:

Alex C. Lakatos
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, N.W.
Washington, D.C. 20006-1101

J. Michael Hannon
HANNON LAW GROUP, LLP
1901 18th Street, N.W.
Washington, D.C. 20009