UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
MAR 31 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IDAH ZIRINTUSA :
:
Plaintiff, :
:
v. : Civil Action No. 05-1738 (EGS)
:
ROSA WHITAKER, et. al. :
:
Defendants. :

## ORDER

Upon consideration of Defendants' Motion for Leave to File Certain Documents Ex Parte Under Seal, by the Court, this 27th day of March, 2008, it is so,

**ORDERED**, that the Defendants' Motion for Leave to File Certain Documents Ex Parte Under Seal be, and is hereby, **GRANTED**.

**SO ORDERED.**

Emmet G. Sullivan
United States District Judge

Copies to:

Alex C. Lakatos
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, N.W.
Washington, D.C. 20006-1101

J. Michael Hannon
HANNON LAW GROUP, LLP
1901 18th Street, N.W.
Washington, D.C. 20009