UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IDAH ZIRINTUSA      :
                    :
    Plaintiff,      :
                    :
v.                  :    Civil Action No.  05-1738 (EGS)
                    :
ROSA WHITAKER, et. al.   :
                    :
    Defendants.     :

**CONSENT MOTION TO EXTEND
TIME IN WHICH DIPOSITIVE MOTIONS MAY BE FILED**

Come now Defendants Rosa Whitaker and Pauline Harris, through their attorneys, HANNON LAW GROUP, LLP, and present this consent motion to extend the time in which the parties must file dispositive motions, in particular the parties' respective motions for summary judgment.  Counsel for the plaintiff consents to the relief sought.  In addition, the parties have agreed that they will file their respective motions no later than April 28, 2008.

A status hearing was held in this case on March 6, 2008.  Following that status hearing, the Court issued an Order on March 7, 2008 requiring that the parties file any dispositive motions no later than April 7, 2008.  Order at 3.  Defendants request an extension of time by which to comply with the Court Order and propose that any such motions shall be submitted by each of the parties no later than April 28, 2008.  In addition, reply motions shall be filed no later than May, 28, 2008.  Replies in support of motions shall be filed no later than June 5, 2008.

Counsel for the parties have agreed to the proposed schedule. There should be no prejudice to the Court or the parties as they have come to an agreement on this matter.

Dated: April 2, 2008                                                        Respectfully submitted,

                                                      HANNON LAW GROUP, LLP

                                                      */s/ J. Michael Hannon*
                                                      J. Michael Hannon, #352526
                                                      1901 18th Street, N.W.
                                                      Washington, DC 20009
                                                      (202) 232-1907
                                                      (202) 232-3704 (facsimile)
                                                      jhannon@hannonlawgroup.com

                                                      *Attorney for Defendants Rosa Whitaker and Pauline Harris*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **Consent Motion to Extend Time in Which Dispositive Motions Must Be Filed** was sent via electronic filing this 2nd day of April, 2008, to:

Alex C. Lakatos
MAYER BROWN LLP
1909 K Street, N.W.
Washington, D.C.  20006-1101

                                                      */s/ J. Michael Hannon*
                                                     J. Michael Hannon