UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IDAH ZIRINTUSA | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 05-1738 (EGS) |
| ROSA WHITAKER, et. al. | : | |
| Defendants. | : | |

## ORDER

Upon consideration of the Consent Motion to Extend Time By Which Dispositive Motion Must Be Filed the Court, this _____ day of _____, 2008,

**ORDERED**, that the Consent Motion to Extend Time By Which Dispositive Motion Must Be Filed, and is hereby, **GRANTED** and that the parties are required to file all dispositive motions no later than April 28, 2008.

**SO ORDERED.**

_____
**Emmet G. Sullivan**
**United States District Judge**

Copies to:

J. Michael Hannon
HANNON LAW GROUP, LLP
1901 18th Street, N.W.
Washington, D.C. 20009

Johnny Barnes
7725 16th Street, N.W.
Washington, D.C. 20012

Alex C. Lakatos
MAYER BROWN LLP
1909 K Street, N.W.
Washington, D.C. 20006-1101

Kerri Sherlock
BREAK THE CHAIN CAMPAIGN
733 15th Street, N.W.
Washington, D.C. 20005