**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IDAH ZIRINTUSA | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-1738 (EGS) |
| ROSA WHITAKER, et. al. | : |
| Defendants. | : |

**MOTION TO EXTEND**
**TIME IN WHICH DIPOSITIVE MOTIONS MAY BE FILED**

Come now Defendants Rosa Whitaker and Pauline Harris, through their attorneys, HANNON LAW GROUP, LLP, and present this motion to extend the time in which Defendants must file their motion for summary judgment. Counsel for the plaintiff does not consent to the relief sought.

A status hearing was held in this case on March 6, 2008. Following that status hearing, the Court issued an Order on March 7, 2008 requiring that the parties file any dispositive motions no later than April 7, 2008. Order at 3. The Court indicated at the hearing that application for further time could be submitted if necessary. Defendants thereafter with consent of Plaintiff's counsel sought and received an extension of time to file a dispositive motion to April 28, 2008.

Defendants are filing this motion to request additional time to file their motion to and including May 19, 2008. This additional time is requested for the following reasons: Ms. Whitaker was married on April 19, 2008, and is out of the country until her return on May 13, 2008. Ms. Whitaker and Ms. Harris are very intensely involved in the preparation of the motion for summary judgment which is extensive. When the initial request for an extension was made,

it was hoped that would provide sufficient time.  That has not been the case due not only to the wedding preparations but also Ms. Whitaker's business travel out of the country.  A significant amount of work has been completed on the motion, but finalization of the motion cannot occur until Ms. Whitaker's return on May 13, 2008.

In addition, undersigned counsel has previously scheduled travel to Los Angeles from April 23-27 and to Seattle from May 1-5.  Counsel is responsible for an appellate brief due in the District of Columbia Court of Appeals on April 25, 2008, and preparation for a significant sentencing hearing in the Eastern District of Virginia on May 9, 2008.  Further, counsel is also preparing an opposition to a summary judgment motion due on April 28, 2008, in another matter pending in this Court.  A significant motion is also due to an administrative agency on April 30, 2008.

No pretrial conference or trial date have been set in this matter.  This is the first contested request for an extension of time presented by Defendants in connection with post-discovery motions.  It would impose a very severe burden on counsel as well as Ms. Whitaker if this request is not granted.  May 19, 2008, is the earliest date which would accommodate the needs of counsel and the Defendants.

## STATEMENT OF POINTS AND AUTHORITIES

Federal Rule of Civil Procedure 6(b)(1).

WHEREFORE, Defendants respectfully request that the Court permit them to file their Motion for Summary Judgment on May 19, 2008.

Dated: April 22, 2008                                    Respectfully submitted,

                                                        HANNON LAW GROUP, LLP


                                                        _____/s/ J. Michael Hannon_____
                                                        J. Michael Hannon, #352526
                                                        1901 18th Street, N.W.
                                                        Washington, DC 20009
                                                        (202) 232-1907
                                                        (202) 232-3704 (facsimile)
                                                        jhannon@hannonlawgroup.com

                                                        *Attorney for Defendants Rosa Whitaker*
                                                        *and Pauline Harris*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **Motion to Extend Time in Which Dispositive Motions Must Be Filed** was sent via electronic filing this 22nd day of April, 2008, to:

Alex C. Lakatos
MAYER BROWN LLP
1909 K Street, N.W.
Washington, D.C. 20006-1101


                                                        _____/s/ J. Michael Hannon_____
                                                        J. Michael Hannon

3