UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IDAH ZIRINTUSA | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-1738 (EGS) |
| ROSA WHITAKER, et al. | : |
| Defendants. | : |

**DEFENDANTS' MOTION FOR LEAVE TO
FILE CERTAIN DOCUMENTS UNDER SEAL**

Pursuant to Local Rule of Civil Procedure 5.1(j), this Court's Order of January 12, 2007, granting Motion for Protective Order, and the Stipulation and Protective Order in this case, Defendants' seek leave to file under seal Defendants' Motion for Summary Judgment, Statement of Material Facts Not in Dispute in Support of Defendants' Motion for Summary Judgment, Memorandum of Points and Authorities in Support of Defendants' Motion for Summary Judgment and its accompanying exhibits. The aforementioned documents contain personal and proprietary information.

WHEREFORE, Defendants Rosa Whitaker and Pauline Harris respectfully request that this Court grant their Motion for Leave to File Certain Documents Under Seal.

Dated: April 28, 2008                                Respectfully submitted,

                                                     HANNON LAW GROUP, LLP


                                                          */s/ J. Michael Hannon*
                                                     J. Michael Hannon, #352526
                                                     1901 18th Street, N.W.
                                                     Washington, DC 20009
                                                     (202) 232-1907
                                                     (202) 232-3704 (facsimile)
                                                     jhannon@hannonlawgroup.com

                                                     *Attorney for Defendants Rosa Whitaker and Pauline Harris and Interested Party The Whitaker Group*


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing **Defendants' Motion to File Certain Documents Under Seal** was served via electronic filing this 28th day of April, 2008 to:

Alex C. Lakatos
MAYER BROWN LLP
1909 K Street, N.W.
Washington, DC  20006-1101


                                                          */s/ J. Michael Hannon*
                                                     J. Michael Hannon

2