**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| IDAH ZIRINTUSA | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No.  05-1738 (EGS) |
| | : | |
| ROSA WHITAKER, et al. | : | |
| | : | |
| Defendants. | : | |

## ORDER

Upon consideration of Defendants' Motion for Leave to File Certain Documents Under

Seal, by the Court, this _____ day of _____, 2008, it is so,

**ORDERED**, that the Defendants' Motion for Leave to File Certain Documents Under

Seal be, and is hereby, **GRANTED**. It is further

**ORDERED**, that the Defendants' Motion for Summary Judgment, Statement of Material

Facts Not in Dispute in Support of Defendants' Motion for Summary Judgment, Memorandum

of Points and Authorities in Support of Defendants' Motion for Summary Judgment and its

accompanying exhibits shall be filed under protective seal pursuant to the Stipulation and

Protective Order of June 12, 2007.

**SO ORDERED.**

 

_____

**Emmet G. Sullivan
United States District Judge**

Copies to:

Alex C. Lakatos, Esq.
MAYER BROWN LLP
1909 K Street, N.W.
Washington, DC  20006-1101

J. Michael Hannon, Esq.
HANNON LAW GROUP, LLP
1901 18th Street, NW
Washington, DC 20009