UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IDAH ZIRINTUSA | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 05-1738 (EGS) |
| | : **FILE UNDER SEAL** |
| ROSA WHITAKER, et. al. | : |
| | : |
| Defendants. | : |

**NOTICE OF FILING OF EXHIBITS TO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

**PLEASE TAKE NOTICE** that the Defendants Rosa Whitaker and Pauline Harris, through their attorneys HANNON LAW GROUP, LLP, hereby submit for filing with the Clerk of the Court the exhibits in support of their Motion for Summary Judgment. A true copy shall be served via hand delivery to counsel for the Defendants. These exhibits are to be filed under seal pursuant to Local Rule of Civil Procedure 5.1(j), this Court's Order of January 12, 2007, granting Motion for Protective Order, this Court's Order of April 28, 2008, granting Motion to File Certain Documents Under Seal, and the Stipulation and Protective Order in this case.

Dated April 29, 2008                                      Respectfully submitted,

                                                          HANNON LAW GROUP, LLP


                                                           /s/ J. Michael Hannon
                                                          J. Michael Hannon, #352526
                                                          1901 18th Street, NW
                                                          Washington, DC 20009
                                                          (202) 232-1907
                                                          Fax: (202) 232-3704

                                                          *Attorney for Defendants Rosa Whitaker and
                                                          Pauline Harris*

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a copy of the foregoing Notice of Filing of Exhibits to Defendants' Motion for Summary Judgment was sent via electronic filing this 29th day of April, 2008, to:

Alex C. Lakatos
MAYER BROWN LLP
1909 K Street, N.W.
Washington, DC  20006-1101

                                                 */s/ J. Michael Hannon*
                                                 J. Michael Hannon