UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

|  |  |  |
|---|---|---|
| IDAH ZIRINTUSA | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| ROSA WHITAKER, et al. | ) | Civil Action No. 1:05CV01738 (EGS) |
| Defendants. | ) | |

**CONSENT MOTION TO EXTEND TIME IN WHICH
OPPOSITION TO DISPOSITIVE MOTIONS MAY BE FILED**

Plaintiff Idah Zirintusa, through her attorneys, MAYER BROWN LLP, presents this consent motion to extend, for an extra three weeks, from May 28 to June 18, the time in which Plaintiff must file her Opposition to Defendant's Motion for Summary Judgment. This relief is fully justified for three reasons.

First, Counsel for Defendants *consent* to the relief sought herein, and consequently will not be prejudiced if the request is granted.

Second, the three-week extension that plaintiff seeks here is the *same* length as the extension the Court granted the defendants with respect to the deadline for Dispositive Motions (extended from April 7 to April 28). Docket Entry 95. Accordingly, granting the requested relief here would be equitable.

Third, this motion is necessary primarily because Sharan E. Lieberman, the lead associate on the case, will be leaving Mayer Brown LLP on May 16, 2008 and due to ongoing travel and other conflicts in the litigation schedule of Alex C. Lakatos, the lead partner on the matter.

Accordingly, Plaintiff moves this Court to extend the deadline for the Opposition to Defendants' Motion for Summary Judgment to June 18, 2008. In addition, replies shall be due July 2, 2008.

Dated: May 18, 2008

Respectfully submitted,

___/s/  Alex C. Lakatos_____

Alex C. Lakatos

DC Bar No: 453763

MAYER BROWN LLP
1909 K Street N.W.,
Washington, D.C. 20006-1101

*Counsel for Ms. Idah Zirintisa.*

## CERTIFICATE OF SERVICE

I, Alex C. Lakatos, hereby certify that on May 18, 2008, I caused a true and correct copy of the Consent Motion to Extend Time in which Opposition to Dispositive Motions May Be Filed to be filed electronically and served electronically through the court's CM/ECF System and to be filed by first class mail upon the following:

J. Michael Hannon
Hannon Law Group, LLP
1901 18th Street, NW
Washington, DC  20009

Dated:  May 18, 2008                                    Respectfully submitted,

                                                                                                /s/  Alex C. Lakatos

                                                                         Alex C. Lakatos
                                                                         DC Bar No: 453763
                                                                         MAYER BROWN LLP
                                                                         1909 K Street N.W.,
                                                                         Washington, D.C. 20006-1101

*Counsel for Ms. Idah Zirintisa.*