UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| IDAH ZIRINTUSA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ROSA WHITAKER, et al. ) | Civil Action No. 1:05CV01738 (EGS) |
| ) | |
| Defendants. ) | |

**PROPOSED ORDER**

Upon consideration of the Consent Motion to Extend Time in Which Opposition to Dispositive Motions May Be Filed, by the Court, this _____ day of _____ 2008, it is so,

**ORDERED,** that the Consent Motion to Extend Time in Which Opposition to Dispositive Motions May Be Filed be, and is hereby, **GRANTED**; and

**FURTHER ORDERED**, that Plaintiff's Opposition to Defendant's Motion for Summary Judgment shall be due on June 18, 2008, and that the Reply thereto shall be due on July 2, 2008.

**SO ORDERED,**

_____
Emmet G. Sullivan
Judge, United States District Court

Copies to:

Alex C. Lakatos.
MAYER BROWN LLP
1909 K Street, N.W.
Washington, D.C.  20006-1101

J. Michael Hannon
HANNON LAW GROUP, LLP
1901 18th Street, N.W.
Washington, DC 20009