**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IDAH ZIRINTUSA | : |
|     Plaintiff, | : |
| v. | :   Civil Action No. 05-1738 (EGS) |
| ROSA WHITAKER, et. al. | : |
|     Defendants. | : |

**CONSENT MOTION TO EXPAND**
**PAGE LIMIT FOR DIPOSITIVE MOTIONS**

Plaintiff Idah Zirintusa, through her attorneys, MAYER BROWN, LLP, presents this consent motion, pursuant to Local Rule 7(e), to expand by ten pages the page limit for the parties' memoranda in support of, or in opposition to, dispositive motions, in particular the Defendants' memorandum in support of its motion for summary judgment and Plaintiff's opposition thereto. Counsel for the Defendants consents to the relief sought.

Defendants filed their motion for summary judgment on April 28, 2008. Due the complex factual issues raised in this case, Defendants' Motion was 54 pages long. Plaintiff anticipates that she will need an equal amount of space for her Opposition. Accordingly, Plaintiff moves for leave of court to allow (1) Defendants to file a memorandum in support of their motion for summary judgment no longer that 55 pages, and (2) Plaintiff to file a memorandum in support of her opposition to Defendant's motion for summary judgment not longer than 55 pages.

Dated: June 16, 2008                    Respectfully submitted,


                                        MAYER BROWN LLP

                                        ___/s/ Alex Lakatos_____
                                        Alex C. Lakatos (DC Bar No. 453763)
                                        1909 K Street N.W.
                                        Washington, D.C. 20006-1101
                                        Telephone: (202) 263-3312
                                        Facsimile: (202) 263-5312
                                        E-mail: alakatos@mayerbrown.com

                                        *Counsel for Ms. Idah Zirintisa*

**CERTIFICATE OF SERVICE**

      I, Alex C. Lakatos, hereby certify that on June 16, 2008, I caused a true and correct copy of the Consent Motion to Expand Page Limit for Dispositive Motions to be filed electronically and served electronically through the court's CM/ECF System and to be filed by first class mail upon the following:

J. Michael Hannon
Hannon Law Group, LLP
1901 18th Street, NW
Washington, DC  20009


Dated:  June 16, 2008                      Respectfully submitted,

                                                     MAYER BROWN LLP

                                                     ___/s/ Alex Lakatos_____
                                                     Alex C. Lakatos (DC Bar No. 453763)
                                                     1909 K Street N.W.
                                                     Washington, D.C. 20006-1101
                                                     Telephone: (202) 263-3312
                                                     Facsimile: (202) 263-5312
                                                     E-mail: alakatos@mayerbrown.com

                                                     *Counsel for Ms. Idah Zirintisa*