UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| **Idah Zirintusa** <br> 5911 16th St. NW <br> Washington, D.C. 20011 <br><br> Plaintiff, <br><br> v. <br><br> **Rosa Whitaker** <br> 3543 16th Street NW <br> Washington, DC 20010 <br><br> and <br><br> **Pauline Harris** <br> 1616 Decatur Street <br> Washington, D.C. 20011 <br><br> Defendants. | Civil Action No. 1:05CV1738 <br> (FILE UNDER SEAL) |

## [PROPOSED] ORDER

Upon consideration of Defendant's Motion for Summary Judgment, Plaintiff's Opposition thereto, and Defendants' Reply in support thereof, and the record in this case, it is,

this _____ day of _____ 2008,

**ORDERED** that Defendant's Motion for Summary Judgment is hereby DENIED

_____
Judge Emmet G. Sullivan
United States District Court for the District of Columbia