UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IDAH ZIRINTUSA                       :
                                     :
         Plaintiff,                  :
                                     :
    v.                               :   Civil Action No.  05-1738 (EGS)
                                     :
ROSA WHITAKER, et. al.               :
                                     :
         Defendants.                 :

**CONSENT MOTION TO EXTEND
TIME IN WHICH DEFENDANTS' REPLY MAY BE FILED**

Come now Defendants Rosa Whitaker and Pauline Harris, through their attorneys, HANNON LAW GROUP, LLP, and present this consent motion to extend the time in which the Defendants must file their Reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment.

This request is necessary because the four-year old niece of Ms. Whitaker and her sister Sheila Williams, is reported by physicians to be near death.  Ms. Whitaker and Ms. Williams have gone to Florida to be with their niece and family.  Counsel for Defendants has explained these circumstances to Alex Lakatos, counsel for Plaintiff, who consents to this request for an extension of time.  Under these circumstances, Ms. Whitaker and Ms. Williams cannot review and confirm the work of counsel in time for the reply to be filed on the current due date of July 2, 2008.

Additionally, Plaintiff filed for and was granted an extension of three weeks to file her Opposition to Defendants' Motion for Summary Judgment.  Defendants request a three week extension to July 23rd to file their Reply to ensure that Defendants can be with their family during this time.

Counsel for the parties have agreed to the proposed schedule. Counsel trusts that there should be no prejudice to the Court or the parties, as counsel have come to an agreement on this matter.

Dated: June 25, 2008

Respectfully submitted,

HANNON LAW GROUP, LLP


           */s/ J. Michael Hannon*
J. Michael Hannon, #352526
1901 18th Street, N.W.
Washington, DC 20009
(202) 232-1907
(202) 232-3704 (facsimile)
jhannon@hannonlawgroup.com
*Attorney for Defendants Rosa Whitaker and Pauline Harris*


### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **Consent Motion to Extend Time in Which Defendants' Reply Must Be Filed** was sent via electronic filing this 25th day of June, 2008, to:

Alex C. Lakatos
MAYER BROWN LLP
1909 K Street, N.W.
Washington, D.C. 20006-1101


           */s/ J. Michael Hannon*
J. Michael Hannon