# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

IDAH ZIRINTUSA                              :
                                            :
                    Plaintiff,              :
                                            :
        v.                                  :        Civil Action No.  05-1738 (EGS)
                                            :
ROSA WHITAKER, et. al.                      :
                                            :
                    Defendants.             :

## ORDER

Upon consideration of the Consent Motion to Extend Time in Which Defendants' Reply

Must Be Filed, it is by the Court, this __ day of _____, 2008,

        **ORDERED**, that the Consent Motion to Extend Time in Which Defendants' Reply Must

Be Filed be, and is hereby, **GRANTED** and that Defendants' Reply to Plaintiff's Opposition to

Defendants' Motion for Summary Judgment is to be filed no later than July 23, 2008.

        **SO ORDERED.**


                                    _____
                                    **Emmet G. Sullivan**
                                    **United States District Judge**



Copies to:

J. Michael Hannon
HANNON LAW GROUP, LLP
1901 18th Street, N.W.
Washington, D.C. 20009

Alex C. Lakatos
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, N.W.
Washington, D.C.  20006-1101