UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IDAH ZIRINTUSA ) | |
| ) | |
| The Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1738(EGS/JMF) |
| ) | (Filed under seal) |
| ROSA WHITAKER, et. al. ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF IDAH ZIRINTUSA'S MOTION TO FILE A SUPPLEMENTAL
MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT**

In Defendants' Reply in support of their Motion for Summary Judgment, Defendants improperly advance, for the first time on Reply, a new argument that plaintiff Idah Zirintusa has not yet had the opportunity to address. Defendants, in a further improper attempt to exploit this tactical advantage, have denied consent for Plaintiff to respond to their new argument. Accordingly, plaintiff respectfully requests leave of Court to file a Supplemental Opposition, not to exceed three pages, a draft of which is attached hereto.

Dated: August 14, 2008                                     Respectfully submitted,


       /s/  Alex C. Lakatos
Alex C. Lakatos
DC Bar No: 453763
MAYER BROWN LLP
1909 K Street N.W.,
Washington, D.C. 20006-1101
(202) 263-3000
alakatos@mayerbrown.com
*Counsel for Ms. Idah Zirintisa.*


Certificate Pursuant to LCvR 7(m)

On August 12, 2008, I called Ms. Whitaker's counsel, Mr. J. Scott Hagood Mr. Michael Hannon, to confer on this motion.  Defendants refused consent and oppose the motion.


   /s/ Alex Lakatos
Alex C. Lakatos (DC Bar No. 453763)


Certificate of Service

I certify that a copy of the foregoing Motion to File a Supplemental Opposition and Exhibits thereto was sent via first class mail, postage prepaid, to:

J. Michael Hannon
1901 18th Street, NW
Washington, DC  20009