# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| IDAH ZIRINTUSA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1738(EGS/JMF) |
| | ) | (Redacted Version; Unredacted |
| ROSA WHITAKER, et. al. | ) | Version Has Been Filed Under Seal) |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF IDAH ZIRINTUSA'S SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants' Reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment (the "S.J. Reply") argues for the first time ███████████ ███████████████████████████████████████████ ██████████████████████████████ *See* S.J. Reply at 6-7. Defendant, however, should not be heard to raise a new issue on reply. *See Asociacion de Compositores Y Editores de Musica Latinoamericana v. Copyright Royalty Tribunal,* 809 F.2d 926, 928 (D.C. Cir. 1987) ("We will not consider a novel contention first advanced in a reply brief."); *Students Against Genocide v. Dep't of State,* 257 F.3d 828, 835 (D.C. Cir. 2001) (same).

In any event, this Court has already rejected Ms. Whitaker's similar argument that Ms. Zirintusa cannot sustain her FLSA and D.C. labor law claims because she was not legally permitted to work in the United States (*see* Pl. Ex. 2, Mem. Op. at 11-14), and Ms. Whitaker's instant argument is equally without merit. ████████████████ █████████████████████████████





\* \* \*

Finally, Defendants raise a technical objection to Ms. Zirintusa's declaration. *See* S.J. Reply at 5. Accordingly, Plaintiff resubmits her declaration "under penalty of perjury" as Exhibit 1 hereto.

## CONCLUSION

For the foregoing reasons, Defendants' motion for summary judgment should be denied.

Dated: August 12, 2008               Respectfully submitted,

                                     ___/s/  Alex C. Lakatos_____
                                     Alex C. Lakatos
                                     DC Bar No: 453763
                                     MAYER BROWN LLP
                                     1909 K Street N.W.,
                                     Washington, D.C. 20006-1101
                                     (202) 263-3000
                                     alakatos@mayerbrown.com

                                     *Counsel for Ms. Idah Zirintisa.*