UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| **Idah Zirintusa**<br><br>        Plaintiff,<br><br>        v.<br><br>**Rosa Whitaker**<br><br>        and<br><br>**Pauline Harris**<br><br>        Defendants. | Civil Action No. 1:05CV1738<br>(Redacted Version: Unredacted<br>Version Has Been Filed<br>Under Seal) |

## PLAINTIFF IDAH ZIRINTUSA'S AFFIDAVIT IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, Idah Zirintusa, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury:

1. I submit this declaration in support of my Opposition to Defendants' Motion for Summary Judgment. Below, I explain certain facts that did not arise at my deposition and clarify certain matters as to which the record otherwise would be unclear.

REDACTED

REDACTED

**REDACTED**

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 12, 2008.

_____
Idah Zirintusa

Washington, D.C.
August 12, 2008.