UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IDAH ZIRINTUSA | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-1738 (EGS) |
| | : **FILE UNDER SEAL** |
| ROSA WHITAKER, et. al. | : |
| Defendants. | : |

**MOTION TO RECONSIDER THE COURT'S ORDER
TO PERMIT PLAINTIFF TO FILE A SUPPLEMENTAL MEMORANDUM
IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Rosa Whitaker and Pauline Harris, through their attorneys with HANNON LAW GROUP, LLP, hereby move this Court pursuant to Federal Rule of Civil Procedure 7(b) and 15(d) to reconsider its Order to Permit Plaintiff to File a Supplemental Memorandum in Opposition to Defendants' Motion for Summary Judgment.

In support of this motion, Defendants refer the Court to their Memorandum of Points and Authorities in Support of Defendants' Motion to Reconsider the Court's Order to Permit Plaintiff to File a Supplemental Memorandum in Opposition to Defendant's Motion for Summary Judgment, and form of order filed herewith.

WHEREFORE, Defendants respectfully request that the Court reconsider its order allowing Plaintiff to file a supplemental memorandum.

Dated: August 21, 2008                    Respectfully submitted,

                                          HANNON LAW GROUP, LLP


                                          _____/s/ J. Michael Hannon_____
                                          J. Michael Hannon, #352526
                                          1901 18th Street, N.W.
                                          Washington, DC 20009
                                          (202) 232-1907
                                          (202) 232-3704 (facsimile)
                                          jhannon@hannonlawgroup.com

                                          *Attorney for Defendants Rosa Whitaker and Pauline Harris*


## CERTIFICATE PURSUANT TO LCVR 7(M)

On August 21, 2008, an email was sent to Counsel for Plaintiff, Alex Lakatos to confer on this motion. As of this filing Counsel did not respond.


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **Defendants' Opposition to Plaintiff's Motion to File a Supplemental Memorandum in Opposition to Defendants' Motion for Summary Judgment** was sent via electronic filing this 21th day of August, 2008, to:

Alex C. Lakatos
MAYER BROWN LLP
1909 K Street, N.W.
Washington, D.C.  20006-1101


                                          _____/s/ J. Michael Hannon_____
                                          J. Michael Hannon

2

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IDAH ZIRINTUSA : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 05-1738 (EGS) |
| : | **FILE UNDER SEAL** |
| ROSA WHITAKER, et. al. : | |
| : | |
| Defendants. : | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF DEFENDANTS' MOTION TO RECONSIDER THE COURT'S ORDER
TO PERMIT PLAINTIFF TO FILE A SUPPLEMENTAL MEMORANDUM
IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Plaintiff filed a motion for leave to file a sur-reply on the summary judgment pleadings. The Court granted the motion before Defendants could reply. Defendants request that the Court reconsider its order or, in the alternative, accept this pleading as Defendants' response to the sur-reply.

Plaintiff is improperly seeking to submit an unauthorized additional pleading, by claiming that the issue of an ▮▮▮▮▮ was raised for the first time in Defendant's Reply. This is not accurate. The Motion for Summary Judgment is littered with references to the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ) Mot. S.J. at 16, 21, 31 37-38, 43. Furthermore, the ▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (emphasis added).

The argument that Ms. Zirintusa cannot seek to enforce an ▮▮▮▮▮ is clearly outlined and failure to address this in her Opposition may not be revisited in a supplemental pleading. *See*

**Fed. R. Civ. P.** 15(d) (requiring that supplemental pleadings address an issue that arose after the date of the pleading sought to be supplemented).

Even if this Court deems that Ms. Whitaker did not raise an issue as to the ▇ ▇ Plaintiff, if permitted by this Court, has provided her opposition in her supplemental memorandum and is there is no detriment. Ms. Zirintusa has provided her argument as to why an ▇ should be enforced. Ms. Zirintusa's argument that this Court should enforce an ▇ relies on federal and state statutory labor laws which are not relevant to her common law contract claims.

The law of the District of Columbia does not allow enforcement of an ▇ ▇ ▇ ▇ ▇ Furthermore, a breach of contract claim relies on an enforceable, valid contract. *See Banze v. American Int'l Exports, Inc.*, 454 A.2d 816, 817 (D.C. 1983)("The burden is on the plaintiff to prove all the elements in an action for breach of contract."). Absent this, the Court may not mandate enforcement of the alleged contract. *See, e.g., Jack Baker, Inc. v. Office Space Dev. Corp.*, 664 A.2d 1236, 1238 (D.C. 1995).

Instead, Ms. Zirintusa utilizes federal and state labor laws to divert the Court from applying this bar to enforcement of common law contracts. Ms. Zirintusa's Supplemental Memorandum in Opposition relies on New York, Kansas, and Alaska case law addressing federal and state labor law and the ability ▇ ▇ In contrast, Ms. Zirintusa's breach of contract claim is not a labor law claim; it relies on a

2

common law body of law.  The federal and state labor laws on which Ms. Zirintusa relies do not hinge on contracts, have their own means of recovery, and constitute separate causes of action in Ms. Zirintusa's complaint. Thus, federal and state labor laws do not save her breach of contract claim. In her Motion for Summary Judgment, Ms. Whitaker argues that Ms. Zirintusa's labor claims should fail. In addition, the actions founded on a breach of contract, where there is no valid contract, must fail. *Banze*, 454 A.2d at 817.

Dated: August 21, 2008

Respectfully submitted,

HANNON LAW GROUP, LLP


    */s/ J. Michael Hannon*
J. Michael Hannon, #352526
1901 18th Street, N.W.
Washington, DC 20009
(202) 232-1907
(202) 232-3704 (facsimile)
jhannon@hannonlawgroup.com

*Attorney for Defendants Rosa Whitaker and Pauline Harris*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing **Defendants' Opposition to Plaintiff's Motion to File a Supplemental Memorandum in Opposition to Defendants' Motion for Summary Judgment** was sent via electronic filing this 21[th] day of August, 2008, to:

Alex C. Lakatos
MAYER BROWN LLP
1909 K Street, N.W.
Washington, D.C.  20006-1101


                                                    */s/ J. Michael Hannon*
                                                    J. Michael Hannon