## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IDAH ZIRINTUSA | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-1738 (EGS) |
| | : **FILE UNDER SEAL** |
| ROSA WHITAKER, et al. | : |
| Defendants. | : |

## ORDER

Upon consideration of Defendants' Motion to Reconsider the Court's Order to Permit Plaintiff to File a Supplemental Memorandum in Opposition to Defendant's Motion for Summary Judgment, and the Court being duly advised in the premises, it is, by the Court, this _____ day of _____, 2008,

**ORDERED**, that the Defendants' Motion to Reconsider the Court's Order to Permit Plaintiff to File a Supplemental Memorandum in Opposition to Defendant's Motion for Summary Judgment is hereby **GRANTED,** it is

**FURTHER ORDERED** that the Plaintiff's Supplementary Memorandum in Opposition to Defendants' Motion for Summary Judgment is hereby **STRICKEN** from the record.

**SO ORDERED.**

_____
**Emmet G. Sullivan**
**United States District Judge**

Copies to:

Alex C. Lakatos, Esq.
MAYER BROWN LLP
1909 K Street, N.W.
Washington, DC  20006-1101

J. Michael Hannon, Esq.
HANNON LAW GROUP, LLP
1901 18th Street, NW
Washington, DC 20009